Name of Company: iFinex Inc.

Company Number: 1774852

**REGISTER OF DIRECTORS**

| Date of Appointment | Full Name (Any Former Names or Alias) | Nationality and ID/Passport No. | Residential Address (or Registered Office Address) | Business Occupation | Date of Ceasing to Act |
|---|---|---|---|---|---|
| 21-May-2013 | Ludovicus Jan van der Velde | Nederlandse | | Entrepreneur | |
| 22-Oct-2013 | Giancarlo Devasini | Italian | | Entrepreneur | |

We hereby certify that this copy is a true and complete copy of the original (or a properly certified copy of the original).

Dated: 14 MAR 2019

Authorised Signatory
SHRM Trustees (BVI) Limited

Page No. 1

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE REGISTERED OFFICE.

BVI

FOIA CONFIDENTIAL TREATMENT REQUESTED

In_re_iFINEX009843

**Name of Company:** DigFinex Inc.

**Company Number:** 1777268

**REGISTER OF DIRECTORS**

| Date of Appointment | Full Name (Any Former Names or Alias) | Nationality and ID/Passport No. | Residential Address (or Registered Office Address) | Business Occupation | Date of Ceasing to Act |
|---|---|---|---|---|---|
| 6-Jun-2013 | Ludovicus Jan van der Velde | Nederlandse | | Entrepreneur | |
| 25-Sep-2013 | Giancarlo Devasini | Italian | | Entrepreneur | |

We hereby certify that this copy is a true and complete copy of the original (or a properly certified copy of the original).

Dated: 14-Mar-2019

Authorised Signatory

SHRM Trustees (BVI) Limited

| Page No. | 1 |

PLEASE NOTE: THE ORIGINAL OR COPY OF THIS REGISTER MUST BE KEPT AT THE REGISTERED OFFICE.

BVI

FOIA CONFIDENTIAL TREATMENT REQUESTED

In_re_iFINEX009774