**Legal Entity Identifier Search**

Created by ETLOGIC

(http://www.etlogic.com)

SEARCH    BATCH-MATCH    ALERTS    REPORTS    API    PRICING    ABOUT

YOUR ACCOUNT

👤 Joe Delich

Main Details

Status and Registration

Other Names

Other Addresses

Associated LEIs

Related LEIs

Error Reporting

Changes

| | |
|---|---|
| Legal Entity Identifier: | 254900OW87ICXIE4NO74 |
| Legal Name: | Tether Operations Limited |

| | |
|---|---|
| Legal Address: | Third Floor<br>Jayla Place<br>Wickhams Cay I<br>Road Town<br>VG1110 |
| Headquarters Address: | Third Floor<br>Jayla Place<br>Wickhams Cay I<br>Road Town<br>VG1110 |

| | |
|---|---|
| Legal Country/Region Code: | VG |
| HQ Country/Region Code: | VG |
| Country: | VG |
| Country: | VG |
| Region: | |
| Region: | |

| | |
|---|---|
| Legal Form: | 8888 - Corporation |
| Business Registry Code: | RA000063 |
| Registry's Identifier: | 1939633 |
| Normalised Legal Form: | |
| Jurisdiction Country/Region: | VG |
| Successor Entity: | |

Close    🔗 Copy to clipboard    🔔 Alert Changes for this Entity

© 2018 ETLogic Ltd