| Search ▼ | Product ▼ | Shopping ▼ | About e-Search ▼ | Logout |
|---|---|---|---|---|

Welcome!     **System Clock:** 05-OCT-2019 12:02:33 GMT +0800

## Company Particulars Search

Your Search: CR No.: = 2142570

| | |
|---|---|
| **CR No.:** | 2142570 |
| **Company Name:** | Tether Limited |
| **Company Type:** | Private company limited by shares |
| **Date of Incorporation:** | 08-SEP-2014 |
| **Active Status:** | Live |
| **Remarks:** | - |
| **Winding Up Mode:** | - |
| **Date of Dissolution / Ceasing to Exist:** | - |
| **Register of Charges:** | Unavailable |
| **Important Note:** | - |

### Name History

| Effective Date | Name Used |
|---|---|
| 08-SEP-2014 | Tether Limited |

### Registered Office

| | |
|---|---|
| **Registered Office:** | ROOM 803 K WAH CENTRE, 191 JAVA ROAD, NORTH POINT, HONG KONG |

### Share Capital

| | |
|---|---|
| **Issued:** | HKD 10,000 |
| **Paid-Up:** | HKD 10,000 |

### List of Directors

**Director**

| No. | Name in English | Name in Chinese | HKID No. / CR No. | Passport No. / China ID | Passport Issuing Country | Director Type | Director Particulars | All Directorships |
|---|---|---|---|---|---|---|---|---|

| No. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | DEVASINI, GIANCARLO | - | - | F511199 | 意大利 ITALY | Natural Person | | |
| 2 | VAN DER VELDE, LUDOVICUS JAN | - | P072531(9) | - | - | Natural Person | | |

## Particulars of Company Secretary

### Particulars of Company Secretary (Body Corporate) #1

| | |
|---|---|
| **Name in English:** | PROXY SECRETARIAL SERVICES LIMITED |
| **Name in Chinese:** | 泛達秘書服務有限公司 |
| **CR No.:** | 0165388 |
| **Registered / Principal Office:** | ROOM 803 K WAH CENTRE, 191 JAVA ROAD, NORTH POINT, HONG KONG |
| **Date of Appointment:** | 08-SEP-2014 |
| **Important Note:** | - |

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

### Please select the Order Type:

Order certified report     HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_08
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.

| Search ▼ | Product ▼ | Shopping ▼ | About e-Search ▼ | Logout |

Welcome!                                **System Clock:** 05-OCT-2019 12:06:51 GMT +0800

## Director Particulars Search

Your Search: CR No.: = 2142570, No. = 1, Director Type = Natural Person

## Director Particulars - Natural Person Director

| | |
|---|---|
| CR No.: | 2142570 |
| Company Name: | Tether Limited |
| Surname (English): | DEVASINI |
| Other Names (English): | GIANCARLO |
| Chinese Name: | - |
| Previous Name: | - |
| Alias: | - |
| Residential Address: | 87 AVENUE WINSTON CHURCHILL 06190 ROQUEBRUNE CAP MARTIN, FRANCE |
| HKID No.: | - |
| Passport No. / China ID No.: | F511199 |
| Passport Issuing Country: | 意大利 ITALY |
| Date of Appointment: | 03-OCT-2014 |
| Remarks: | - |

## Please select the Order Type

Order certified report (Director Particulars)    HK$141.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_08
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.

| Search ▾ | Product ▾ | Shopping ▾ | About e-Search ▾ | Logout |

Welcome!   **System Clock:** 05-OCT-2019 12:09:14 GMT +0800

## Director Particulars Search

Your Search: CR No.: = 2142570, No. = 2, Director Type = Natural Person

## Director Particulars - Natural Person Director

| | |
|---|---|
| CR No.: | 2142570 |
| Company Name: | Tether Limited |
| Surname (English): | VAN DER VELDE |
| Other Names (English): | LUDOVICUS JAN |
| Chinese Name: | - |
| Previous Name: | - |
| Alias: | - |
| Residential Address: | 27 LO WAI TSUEN PUI O AU LANTAU, HONG KONG |
| HKID No.: | P072531 (9) |
| Passport No. / China ID No.: | - |
| Passport Issuing Country: | - |
| Date of Appointment: | 08-SEP-2014 |
| Remarks: | - |

## Please select the Order Type

Order certified report (Director Particulars)   HK$141.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_08
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.