# LinkedIn

Search

### J. L. van der Velde · 3rd

CEO at Bitfinex (p.s. I never use / read LinkedIn - more hassle to close it..)

Taiwan · 123 connections · **Contact info**

Bitfinex

National Taiwan Normal University

**Connect** More...

Add new skills with these courses

**Business Development Foundations**
Viewers: 51,730

**Creating a Unique Competitive Advantage**

**Strategic Partnerships**
Viewers: 16,334

See more courses

## Experience

**CEO**
Bitfinex
Jan 2013 – Present · 6 yrs 9 mos
Serving as CEO of Bitfinex since 2013.

**CEO**
PAG Asia Inc.
2006 – Apr 2012 · 6 yrs
China

**CSO & Co-founder**
Tuxia GmbH
Mar 1999 – Feb 2002 · 3 yrs
Leader in development of embedded Linux solutions

**Managing Director**
Amos Ltd.
1995 – 1999 · 4 yrs
Sales company part of Lung Electronics Ltd. - IPO of Frank und Walter GmbH Germany and later on CHS Distribution

## Education

**National Taiwan Normal University**
1985 – 1988

## Skills & Endorsements

**Business Development** · 7
Thomas Y. Hu 胡一天 and 6 connections have given endorsements for this skill

**Start-ups** · 7
Thomas Y. Hu 胡一天 and 6 connections have given endorsements for this skill

**Business Strategy** · 6
Thomas Y. Hu 胡一天 and 5 connections have given endorsements for this skill

Show more

Messaging