

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Eidgenössisches Departement für
Wirtschaft, Bildung und Forschung WBF
**Staatssekretariat für Wirtschaft SECO**



**shab.ch** — Schweizerisches Handelsamtsblatt

**fosc.ch** — Feuille officielle suisse du commerce

**fusc.ch** — Foglio ufficiale svizzero di commercio

---

**Handelsregister - Registre du commerce - Registro di commercio**       TI
Neueintragungen - Nouvelles inscriptions - Nuove iscrizioni

**Smart Property Solutions SA**, in **Lugano**, CHE-281.645.383, c/o Data Nest SA, Via S. Balestra 27, 6900 Lugano, società anonima (nuova iscrizione). Data dello statuto: 10.05.2017. Scopo: La società opera nel settore Fintech emettendo e riscattando moneta convenzionale cryptovaluta contro un token digitale sulla blockchain che replica il valore della moneta convenzionale e/o altri valori. La società offre spazi sicuri per il deposito fisico di averi quali biglietti di banca, metalli e pietre preziose, opera d'arte, certificati e altri documenti di valore. La società può aprire succursali e filiali in Svizzera e all'estero e partecipare ad altre imprese in Svizzera e all'estero. La società può infine esercitare tutte le attività commerciali, finanziarie o di altro genere (inclusi in particolare la concessione e la ricezione di finanziamenti infragruppo o verso terzi) che siano in relazione con il proprio scopo nonché acquistare immobili nel rispetto della legislazione vigente. Capitale azionario: CHF 1'000'000.00. Capitale azionario liberato: CHF 1'000'000.00. Azioni: 1'000'000 azioni nominative da CHF 1.00. Organo di pubblicazione: FUSC. Le comunicazioni della società agli azionisti avvengono per email o per raccomandata. Limitazione della trasferibilità: La trasferibilità della azioni nominative è limitata dallo statuto. Con dichiarazione del 10.05.2017 la società non è soggetta alla revisione ordinaria e rinuncia a una revisione limitata. Persone iscritte: Devasini, Giancarlo, cittadino italiano, in Milano (IT), presidente, con firma individuale; Khoyi, Hamid Reza, da Canobbio, in Pambio-Noranco (Lugano), membro, con firma individuale.

Registro giornaliero no 8149 del 11.05.2017 / CHE-281.645.383 / 03524805

---

**Dienstag - Mardi - Martedì, 16.05.2017, No 94, Jahrgang - année - anno: 135**