**Signature Bank**

# Business Profile and Account Application

This application allows you to open up to four accounts provided the account ownership is the same.

## Section 1. Business Client Profile

**Business Formation:**
☑ Corporation ☐ LP ☐ LLP ☐ LLC ____ (Please enter tax classification: C - Corporation, S - S Corporation, P - Partnership)
☐ Partnership ☐ Unincorp. Association ☐ Sole Prop ☐ Other _____

**State:** BVI **Date Est.:** 06/06/2013 • Publicly Traded Exchange___ ___Symbol_____ (or Parent Company's)

**Account Title** DigFinex Inc.

**Business Address** Jayla Place Wickhams Cay1     **Room/Floor No.**
(cannot be P.O. Box)

**City** Road Town, Tortola     **State** British Virgin Island     **Zip** —

**Telephone No.** 917 ) ▮▮-▮     **Fax No.**

**Primary Contact** Phil Potter     **Relationship To Business** CSO     **Direct Phone Number** 917 -▮▮

**Direct Email Address** Phil@Bitfinex.com

**EIN/SSN No.**     **Source of Initial Deposit** Check     **Source of Revenue** Profits

**Industry:** ☐ Real Estate Owners ☐ Real Estate - Third Party Mgmt ☐ Intermediary/Business Managers ☐ Law Firm
☐ Accounting/CPA Firm ☐ Not-for-profit ☒ Financial Co - Type of Financial Co Crypto Exchange
☐ Precious Metals, Gems, Stones ☐ Produce/Meats ☐ Other

**Detail Description:** ☐ Retail ☐ Wholesale ☐ Retail & Wholesale ☐ Services Industry ☐ Capital Raise ☒ Other Crypto Exchange

Provide a detailed description of the business including products and services offered     Crypto Exchange

List all foreign countries in which the client or its parent/subsidiary conducts business ☑ N/A _____

## Section 1(a). Taxpayer Identification Number Certification

TAXPAYER IDENTIFICATION NUMBER CERTIFICATION - FOR US BUSINESSES ONLY. FOREIGN BUSINESSES SHOULD NOT COMPLETE THIS SECTION, BUT MUST COMPLETE AND SIGN THE APPLICABLE W-8 FORM, WHICH IS W-8BEN, W-8ECI, W-8EXP, OR W-8IMY.

IF YOU ARE EXEMPT FROM FATCA REPORTING, PLEASE COMPLETE A W-9 -2014 INSTEAD OF THIS TIN CERTIFICATION.
By signing below, I hereby certify under penalties of perjury that: (1) The FIN/SSN number shown on this form is my correct tax identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (including a U.S. Resident Alien, Partnership, Corporation, Company, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301 7701-7) Certification instructions. You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/ or dividends on your tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Philip G Potter**     _(signature)_     2/16/18
Print Name     Authorized Signature     Date

## Section 1(b). Signature Use Only - Attestation

**Client is:** ☐ New/Walk-in ☐ Existing relationship 12 months or less ☐ Existing relationship greater than 12 months
☑ New/Referral (Referred by: David D'Amico _____ ) ☐ Other: _____

| | | | | | |
|---|---|---|---|---|---|
| **Chex Systems** | ☑ Completed | ☐ On File | **Site Visit** | ☑ Completed | ☐ On File |
| **OFAC** | ☑ Completed | ☐ On File | **Telephone Verification** | ☑ Completed | ☐ On File |

Does this account require prior approval before establishing? ☒ Yes ☐ No     Reason **Crypto**
By signing below, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and current.

**David D'Amico**     _(signature)_     159     2/16/18
Account Officer Name     Account Officer Signature     PCG     Date

**RM Number (bank use only):** ▮▮▮▮

200203 -0217

# Section 1(c). Signers/Beneficial Owners

Note: Beneficial owners owning 20% or greater of a US formed business (10% or greater for non-US formed businesses) are required to be listed below. A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1**   Name Philip G Potter   SS# ▮▮▮▮▮▮   Date of Birth ▮▮▮▮

Check all that apply ☒ Officer ☒ Signer ☒ Beneficial Owner   ID # ▮▮▮▮▮   Exp. Date ▮▮▮▮

Title/Role   CSO   % Ownership ▮▮   ID Type ☐ Driver's License ☐ Non-Driver's License ☒ Passport ☐ Other ____

☑ US Citizen   ☐ US Resident Alien   ☐ Non-Resident Alien   State or Country of ID Issuance USA

Home Address ▮▮▮▮ NY ▮▮

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☑ No
If yes, please specify:

**Bank Use Only**

RM Number ▮▮▮▮▮▮▮

Bank Use Only: Chex Systems ☑ Completed ☐ On File / OFAC ☑ Completed ☐ On File / ID ☑ Attached ☐ On File

**2**   Name   SS#   Date of Birth

Check all that apply ☐ Officer ☐ Signer ☐ Beneficial Owner   ID #   Exp. Date

Title/Role   % Ownership   ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ____

☐ US Citizen   ☐ US Resident Alien   ☐ Non-Resident Alien   State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**

RM Number

Bank Use Only: Chex Systems ☐ Completed ☐ On File / OFAC ☐ Completed ☐ On File / ID ☐ Attached ☐ On File

**3**   Name   SS#   Date of Birth

Check all that apply ☐ Officer ☐ Signer ☐ Beneficial Owner   ID #   Exp. Date

Title/Role   % Ownership   ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ____

☐ US Citizen   ☐ US Resident Alien   ☐ Non-Resident Alien   State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**

RM Number

Bank Use Only: Chex Systems ☐ Completed ☐ On File / OFAC ☐ Completed ☐ On File / ID ☐ Attached ☐ On File

**4**   Name   SS#   Date of Birth

Check all that apply ☐ Officer ☐ Signer ☐ Beneficial Owner   ID #   Exp. Date

Title/Role   % Ownership   ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other ____

☐ US Citizen   ☐ US Resident Alien   ☐ Non-Resident Alien   State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office? ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**

RM Number

Bank Use Only: Chex Systems ☐ Completed ☐ On File / OFAC ☐ Completed ☐ On File / ID ☐ Attached ☐ On File

# Section 2. Account Mailing Address

# Section 2(a). Account Type

| | | | |
|---|---|---|---|
| ☐ Signature Flat Fee | ☐ Business Checking Escrow Account (Attorney) | ☐ Monogram Escrow Account | ☐ Monogram Money Market Funds Program (Specify funds below) |
| ☑ Monogram Business Checking | ☐ Master Sub-account | ☐ 1031 Escrow | |
| ☐ Signature Business NOW | ☐ IOLA | ☐ Attorney Escrow | ☐ Other |
| ☐ Monogram Business Insured Money Market | ☐ Standalone | ☐ Other ___ __ | |
| ☐ Certificate of Deposit | ☐ Escrow Account (Non-Attorney) | | |
| | ☐ Master Sub-account | | |
| | ☐ Standalone | | |

The funds in the Monogram Money Market Funds Program are 1) not FDIC insured, 2) not deposits or other obligations of any bank or guaranteed by any bank, and 3) involve investment risks, including possible loss of principal amount invested. Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

# Section 2(b). ATM Card/Debit Card Option    · · · ➤ Only available for businesses requiring single signing authority.

☐ ATM card requested. ☐ Debit card requested. (If neither box is selected, no card will be issued)

List all names to receive a card. _____

Is international ATM activity anticipated? ☐ Yes ☒ No  If yes, please state where _____

# Section 3. Agreements & Acknowledgements    · · ·    Client initial in box(es) below.

### SIGNATURE BANK ACCOUNTS

By initialing this subsection and signing under Authorized Signers, I assert that I have received, read and agree to the Business Bank Deposit Account Agreement, Business ATM Card and Debit Card Agreement, Business Account Fee Schedule, Funds Transfer Agreement, Funds Availability Disclosure and when applicable, the Internet Banking Terms and Conditions and the Mobile Banking Terms and Conditions.

### MONOGRAM MONEY MARKET FUNDS PROGRAM

By initialing this subsection and signing under Authorized Signers, I assert that I have received, read, and agree to the Monogram Money Market Funds Program For Business Customer Agreement and the prospectus for each Fund selected and I agree to be bound by their respective terms. I request that the Bank, acting as my agent purchase and redeem shares in the Funds indicated on this application on my behalf in accordance with the above Agreement and I acknowledge that such direction may be in the form of telephone instructions from me.

The funds in the Monogram Money Market Funds Program:
• are NOT FDIC insured,
• are NOT deposits or other obligations of any bank or guaranteed by any bank, and
• involve investment risks, including possible loss of principal amount invested.

Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.



200204-0217

## Section 3(a). Agreements & Acknowledgements

**AUTHORIZED SIGNERS (SIGNATURE CARD):** I certify that on behalf of the applicant I have correctly and truthfully completed this application and have received, read, and agree to the above initialed acknowledgements and all applicable agreements in the Signature Business Account Agreements and Disclosures booklet.

Account Title **DigFinex Inc.**

| | | | | |
|---|---|---|---|---|
| 1. Print Name **Philip G Potter** | Signature | Title **C SO** | Date **2/16/18** |
| 2. Print Name | Signature | Title | Date |
| 3. Print Name | Signature | Title | Date |
| 4. Print Name | Signature | Title | Date |

### SIGNING AUTHORITY AGREEMENT

I certify that (i) the individuals who have signed above as Authorized Signers are authorized by the applicant to sign this application and have signing authority on the accounts opened pursuant to this application, (ii) the above signatures and titles are those Authorized Signers' signatures and titles with the applicant and (iii) the Authorized Signers are authorized by the applicant to act on the applicant's accounts when signing.

[✓] individually or [ ] in the following manner: _____

Note: While the Bank will make reasonable effort to comply with a requirement that more than one Authorized Signer sign on a transaction, the Bank assumes no responsibility for any transaction that is honored that contains the signature of just one Authorized Signer.

**SIGN HERE:** _____

Must be signed by  Secretary if Corporation or Association; Manager or Managing Member if LLC; General Partner if Partnership, Limited Partnership or LLP; or Owner if Sole proprietorship.

## Section 4. Signature Employee Use Only

Signature Bank/Monogram Money Market Funds Program Account(s)

**Purpose of Account:**
[✓] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify) _____

**Purpose of Account:**
[ ] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify) _____

**Purpose of Account:**
[ ] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify) _____

**Purpose of Account:**
[ ] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify) _____

Notes: _____
_____

Were all Client signatures verified? [✓] Yes   [ ] No   Was Client present at account opening? [✓] Yes   [ ] No

Account Officer Name **David D'Amico**   Account Officer Signature _____

PCG # ___159___

(By signing above, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application , and in all other documents provided to Signature in connection with this application, is accurate and current.)

RM Number ██████████

Signature Bank

# Business Profile and Account Application

This application allows you to open up to four accounts provided the account ownership is the same.

## Section 1. Business Client Profile

**Business Formation:**
☑ Corporation  ☐ LP  ☐ LLP  ☐ LLC ___ (Please enter tax classification: C= Corporation  S= S Corporation, P= Partnership)
☐ Partnership  ☐ Unincorp Association  ☐ Sole Prop  ☐ Other _____

State: **BVI** ___  Date Est.: **05/21/2013** • Publicly Traded. Exchange ___ Symbol ___ (or Parent Company's)

Account Title **iFinex Inc.**

Business Address **Jayla Place Wickhams Cay1**  Room/Floor No.
(cannot be P.O. Box)

City **Road Town, Tortola**  State **British Virgin Island**  Zip

Telephone No. **917-**████████  Fax No.

Primary Contact **Phil Potter**  Relationship To Business **CSO**  Direct Phone Number **917-**████

Direct Email Address **Phil @ Bitfinex.com**

TIN/SSN No.

Industry: ☐ Real Estate Owners  ☐ Real Estate - Third Party Mgmt  ☐ Intermediary/Business Managers  ☐ Law Firm
☐ Accounting/CPA Firm  ☐ Not-for-profit  ☐ Financial Co - Type of Financial Co _____
☐ Precious Metals, Gems, Stones  ☐ Produce/Meats  ☑ Other **Crypto Exchange Parent Co.**

Detail Description: ☐ Retail  ☐ Wholesale  ☐ Retail & Wholesale  ☐ Services Industry  ☐ Capital Raise  ☑ Other **Crypto Exchange Parent Company**

Provide a detailed description of the business including products and services offered **Parent Co of Crypto Exchange**

List all foreign countries in which the client or its parent/subsidiary conducts business ☑ N/A _____

## Section 1(a). Taxpayer Identification Number Certification

TAXPAYER IDENTIFICATION NUMBER CERTIFICATION - FOR US BUSINESSES ONLY. FOREIGN BUSINESSES SHOULD NOT COMPLETE THIS SECTION, BUT MUST COMPLETE AND SIGN THE APPLICABLE W-8 FORM, WHICH IS W-8BEN, W-8ECI, W-8EXP, OR W-8IMY.

IF YOU ARE EXEMPT FROM FATCA REPORTING, PLEASE COMPLETE A W-9 2014 INSTEAD OF THIS TIN CERTIFICATION.
By signing below, I hereby certify under penalties of perjury that (1) The TIN/SSN number shown on this form is my correct tax identification number, (2) I am not subject to backup withholding, because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (including a U.S. Resident Alien, Partnership, Corporation, Company, or Association organized in the US or under US law, a U.S. estate and domestic trust as defined in 26 CFR 301.7701-7) Certification instructions: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and/or dividends on your tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Philip G Potter   _Authorized Signature_   2/16/18
Print Name    Date

## Section 1(b). Signature Use Only - Attestation

Client is: ☐ New/Walk-in  ☐ Existing relationship 12 months or less  ☐ Existing relationship greater than 12 months
☑ New/Referral (Referred by: **David D'Amico** )  ☐ Other: _____

| | | Site Visit | | | |
|---|---|---|---|---|---|
| Chex Systems | ☑ Completed  ☐ On File | Site Visit | | ☑ Completed | ☐ On File |
| OFAC | ☑ Completed  ☐ On File | Telephone Verification | | ☑ Completed | ☐ On File |

Does this account require prior approval before establishing? ☑ Yes ☐ No   Reason **Parent Company of Crypto Exchange**

By signing below, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application, and in all other documents provided to Signature in connection with this application, is accurate and current.

David D'Amico   _Account Officer Signature_   159   2/16/18
Account Officer Name    PCG   Date

RM Number (bank use only): ████████

200203 -0217

## Section 1(c). Signers/Beneficial Owners

Note: Beneficial owners owning 20% or greater of a US formed business (10% or greater for non-US formed businesses) are required to be listed below. A copy of a valid photo ID is required for all listed. All the names listed will be verified by Chex Systems.

**1**  Name Philip G Potter

| | | | |
|---|---|---|---|
| Check all that apply | ☒ Officer | ☒ Signer | ☒ Beneficial Owner |

SS# ▉▉ ▉▉ ▉▉    Date of Birth ▉▉

ID # ▉▉    Exp. Date ▉▉

Title/Role  C SO    % Ownership ▉

ID Type ☐ Driver's License ☐ Non-Driver License ☒ Passport ☐ Other _____

☑ US Citizen    ☐ US Resident Alien    ☐ Non-Resident Alien

State or Country of ID Issuance  USA

Home Address ▉▉, NY ▉▉

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes ☑ No
If yes, please specify:

**Bank Use Only**

RM Number ▉▉

**Bank Use Only**

| | | |
|---|---|---|
| Chex Systems | ☑ Completed | ☐ On File |
| OFAC | ☑ Completed | ☐ On File |
| ID | ☑ Attached | ☐ On File |

**2**  Name

| | | | |
|---|---|---|---|
| Check all that apply | ☐ Officer | ☐ Signer | ☐ Beneficial Owner |

SS#    Date of Birth

ID #    Exp. Date

Title/Role    % Ownership

ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

☐ US Citizen    ☐ US Resident Alien    ☐ Non-Resident Alien

State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**

RM Number

**Bank Use Only**

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☐ On File |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☐ On File |

**3**  Name

| | | | |
|---|---|---|---|
| Check all that apply | ☐ Officer | ☐ Signer | ☐ Beneficial Owner |

SS#    Date of Birth

ID #    Exp. Date

Title/Role    % Ownership

ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

☐ US Citizen    ☐ US Resident Alien    ☐ Non-Resident Alien

State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**

RM Number

**Bank Use Only**

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☐ On File |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☐ On File |

**4**  Name

| | | | |
|---|---|---|---|
| Check all that apply | ☐ Officer | ☐ Signer | ☐ Beneficial Owner |

SS#    Date of Birth

ID #    Exp. Date

Title/Role    % Ownership

ID Type ☐ Driver's License ☐ Non-Driver's License ☐ Passport ☐ Other _____

☐ US Citizen    ☐ US Resident Alien    ☐ Non-Resident Alien

State or Country of ID Issuance

Home Address

Are you now or have you ever been a Foreign Public Official or an immediate family member of an individual holding such an office?  ☐ Yes ☐ No
If yes, please specify:

**Bank Use Only**

RM Number

**Bank Use Only**

| | | |
|---|---|---|
| Chex Systems | ☐ Completed | ☐ On File |
| OFAC | ☐ Completed | ☐ On File |
| ID | ☐ Attached | ☐ On File |

## Section 2. Account Mailing Address

Account Maili [redacted]

City

## Section 2(a). Account Type

- [ ] Signature Flat Fee
- [x] Monogram Business Checking
- [ ] Signature Business NOW
- [ ] Monogram Business Insured Money Market
- [ ] Certificate of Deposit

- [ ] Business Checking Escrow Account (Attorney)
  - [ ] Master Sub-account
  - [ ] IOLA
  - [ ] Standalone
- [ ] Escrow Account (Non-Attorney)
  - [ ] Master/Sub-account
  - [ ] Standalone

- [ ] Monogram Escrow Account
  - [ ] IOLA Escrow
  - [ ] Attorney Escrow
  - [ ] Other _____

- [ ] Monogram Money Market Funds Program (Specify funds below)
  _____
  _____
  - [ ] Other _____

The funds in the Monogram Money Market Funds Program are 1) not FDIC insured, 2) not deposits or other obligations of any bank or guaranteed by any bank, and 3) involve investment risks, including possible loss of principal amount invested. Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.

## Section 2(b). ATM Card/Debit Card Option ········ ▶ Only available for businesses requiring single signing authority.

- [ ] ATM card requested. [ ] Debit card requested. (If neither box is selected, no card will be issued)

List all names to receive a card: _____

Is international ATM activity anticipated? [ ] Yes [x] No  If yes, please state where _____

## Section 3. Agreements & Acknowledgements ··· ········ ▶ Client initial in box(es) below.

[initials] **SIGNATURE BANK ACCOUNTS**
By initialing this subsection and signing under Authorized Signers, I assert that I have received, read and agree to the Business Bank Deposit Account Agreement, Business ATM Card and Debit Card Agreement, Business Account Fee Schedule, Funds Transfer Agreement, Funds Availability Disclosure and when applicable, the Internet Banking Terms and Conditions and the Mobile Banking Terms and Conditions.

[INITIAL HERE] **MONOGRAM MONEY MARKET FUNDS PROGRAM**
By initialing this subsection and signing under Authorized Signers, I assert that I have received, read and agree to the Monogram Money Market Funds Program For Business Customer Agreement and the prospectus for each Fund selected and I agree to be bound by their respective terms. I request that the Bank, acting as my agent, purchase and redeem shares in the Funds indicated on this application on my behalf in accordance with the above Agreement and I acknowledge that such direction may be in the form of telephone instructions from me.
The funds in the Monogram Money Market Funds Program:
- are NOT FDIC insured.
- are NOT deposits or other obligations of any bank or guaranteed by any bank, and
- involve investment risks, including possible loss of principal amount invested.
Although these funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in these funds.



200204-0217

## Section 3(a). Agreements & Acknowledgements

**AUTHORIZED SIGNERS (SIGNATURE CARD):** I certify that on behalf of the applicant I have correctly and truthfully completed this application and have received, read, and agree to the above minuted acknowledgements and all applicable agreements in the Signature Business Account Agreements and Disclosures booklet.

**Account Title** iFinex Inc.

| | Signature | Title | Date |
|---|---|---|---|
| 1. Print Name Philip G Potter | | Title C SO | Date 2/16/18 |
| 2. Print Name | Signature | Title | Date |
| 3. Print Name | Signature | Title | Date |
| 4. Print Name | Signature | Title | Date |

### SIGNING AUTHORITY AGREEMENT

I certify that (i) the individuals who have signed above as Authorized Signers are authorized by the applicant to sign this application and have signing authority on the accounts opened pursuant to this application, (ii) the above signatures and titles are those Authorized Signers' signatures and titles with the applicant and (iii) the Authorized Signers are authorized by the applicant to act on the applicant's accounts when signing

[✓] individually or [ ] in the following manner_____

Note: While the Bank will make reasonable effort to comply with a requirement that more than one Authorized Signer sign on a transaction, the Bank assumes no responsibility for any transaction that is honored that contains the signature of just one Authorized Signer.

### SIGN HERE!

Must be signed by Secretary of Corporation or Association, Manager or Managing Member if LLC; General Partner if Partnership, Limited Partnership or LLP, or Owner if Sole proprietorship

## Section 4. Signature Employee Use Only

**Signature Bank/Monogram Money Market Funds Program Account(s)**

**Purpose of Account:**
[✓] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify)_____

**Purpose of Account:**
[ ] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify)_____

**Purpose of Account:**
[ ] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify)_____

**Purpose of Account:**
[ ] Operating   [ ] Payroll   [ ] Private Placement
[ ] Settlements - Real Estate   [ ] Court Supervised
[ ] Financial/Investment Services   [ ] Donations/Contributions   [ ] Escrow
[ ] Other (specify)_____

**Notes:**_____

Were all Client signatures verified? [✓] Yes   [ ] No   Was Client present at account opening? [✓] Yes   [ ] No

Account Officer Name David D'Amico     Account Officer Signature _____

PCG # 159

(By signing above, I acknowledge that the client has been given Signature's Business Account Agreements & Disclosures booklet and all information provided in this application , and in all other documents provided to Signature in connection with this application, is accurate and current.)

**RM Number**