Cryptocurrencies

# Biggest Crypto Exchange Takes on Tether With Own Stablecoins

By Olga Kharif
June 5, 2019, 2:19 PM EDT
*Updated on* June 6, 2019, 9:55 AM EDT

► Binance could issue its first stablecoin within several weeks

► Tether accounts for 98.7% of trading volume, Bitfinex says

LISTEN TO ARTICLE

Beware, Tether. Some serious competition may finally be heading your way.

Terms of Service  Trademarks  Privacy Policy
©2019 Bloomberg L.P. All Rights Reserved
Careers  Made in NYC  Advertise  Ad Choices      Contact Us  Help