

Friday October 5 2018

11:21 AM

Hi Giancarlo! We'd like to try transferring out 1000 EUR from our BITFINEX account

If that works out well, we'll likely want to move in much more

Giancarlo, 11:58 AM



I am sorry the minimum amount for withdrawals or deposit is 10,000

12:05 PM

oh, no problem. Can we try transferring out 10k EUR then?

Giancarlo, 12:11 PM



sure

12:26 PM

whats the procedure?

Giancarlo, 12:26 PM



go to withdrawals and put up a withdrawal

12:28 PM

do you know how long EUR wires usually take?

> do you know how long EUR wires usually take?



**Giancarlo, 12:28 PM**
3 to 5 days
but the first might take longer as we will have to provide AML/KYC docs

> 12:29 PM
>
> I see. Can I ask what bank its going through on your side?



**Giancarlo, 12:29 PM**
if you are interested in a faster solution please consider www.cryptocapital.co
it's a solution that is very close to Noble

> 12:30 PM
>
> ah ok thanks! We'll check this out along with Deltec!



**Giancarlo, 12:30 PM**
with Cryptocapital moving fiat is a matter of minutes, not days
we send and receive in real time, USD, EUR, JPY

> 12:32 PM
>
> I noticed on the bitfinex website, EUR deposits are suspended - do you know for how long this'll be?



**Giancarlo, 12:33 PM**
as I said if you open an account with Cryptocapital we can flow EUR without problem

> 12:34 PM
>
> gotcha. until then, is there a way to do so?

Monday, October 15, 2018

> 8:12 AM
>
> Hi!
>
> quick question if you have a moment

quick question if you have a moment


Giancarlo, 8:12 AM
yes

8:13 AM

Are we still able to withdraw USD with a Deltec account?


Giancarlo, 8:14 AM
yes
do you have one?

8:14 AM

ok - we're getting that set up now. In the meantime, could we do a normal wire transfer?


Giancarlo, 8:15 AM
it will be much slower

8:16 AM

acknowledged. We're still working on the deltec account (if you have any contacts there, that would be appreciated!). But right now, we'd still like to withdraw via a regular wire


Giancarlo, 8:18 AM
5 to 7 working days

8:19 AM

ok. We're going to go ahead with that right now, and concurrently push to get deltec set up.

thanks for your help

this is something we can do over the website, correct?

8:26 AM

I got an error "invalid request" can you please assist?

nvm tried again and it looked like it worked

Monday October 22 2018

11:36 AM

11:36 AM

Morning Giancarlo! We're doing the deposit/withdrawal verification on the Bitfinex website-do you know what the "Identity Document" should be?

Tuesday October 30 2018

3:26 PM

Hi Giancarlo!

back again! do you have a tracking no for our withdrawal from about 2 weeks back?


Giancarlo, 3:28 PM
do you have a tx number please?

3:28 PM

ah sorry for the noise also pinged the other chat

tx number on bitfinex?


Giancarlo, 3:28 PM
yes, so that I can see which one you mean
"our withdrawal" is pretty generic

3:31 PM

Apologies! I meant our USD withdrawal of ▮▮▮ - ID on the website is ▮▮▮


Giancarlo, 3:48 PM
out today, you'll see it by tomorrow or thursday the latest

Wednesday, October 31, 2018

6:16 AM

acknowledged. Thanks

1:19 PM

We received the wire today! Thank you for your help!

Wednesday November 14, 2018

4:18 PM

Hi Giancarlo,
We still have not seen this wire hit-could you provide us with a tracking/reference number so we can try to locate its progress?

Wednesday January 16, 2019

9:42 AM

Hi Giancarlo! Happy new year! We tried to withdraw ▮ several days ago and still haven't seen the wire hit our side-could you please assist?

Thursday January 17, 2019

1:11 PM

If helpful, the website transaction ID on this is ▮. Also please let me know if there is someone else on your side I should be directing this to!


Giancarlo, 1:27 PM

> sorry I missed your previous message, I will look into it tomorrow as I now have to rush into a business dinner

1:29 PM

Thank you Giancarlo! Will check back again tomorrow then.

Friday January 18, 2019

10:56 AM

Good morning Giancarlo! Have you had the chance to look at this? It's quite a high priority for our Bitifinex trading.


Giancarlo, 10:57 AM

> I did
>
> our bank required additional documents as you have been withdrawing multiple times in the last months and apparently the US corresponding bank is raising questions
>
> we provided the required docs and we should be able to process the

Friday January 18, 2019

**10:56 AM**

Good morning Giancarlo! Have you had the chance to look at this? It's quite a high priority for our Bitifinex trading.



Giancarlo, 10:57 AM

> I did
>
> our bank required additional documents as you have been withdrawing multiple times in the last months and apparently the US corresponding bank is raising questions
>
> we provided the required docs and we should be able to process the wire on monday
>
> having said that please from now on refrain from asking for fiat withdrawals until further notice
>
> we should be able to open a new banking channel for withdrawals in the next weeks
>
> I apologise for the delay

**12:00 PM**

Ok this is helpful to know. Thank you for the assistance!



Giancarlo, 1:13 PM

> my pleasure