

# Metropolitan Commercial Bank.
### The Entrepreneurial Bank

## BUSINESS ACCOUNT CHECKLIST
☑ New   ☐ Existing

**Account Name:** Tether Holdings Limited
**Account Number:** ███████████

### CIP Review
- ☑ Completed Account Application
- ☑ Resolution
- ☑ Certification of Beneficial Owner
- ☑ Certificate of Incorporation or Corporate Documentation
- ☑ Operating Agreement/Bylaws
- ☐ Tax Identification (IRS Letter, if needed)
- ☑ DOS Verification for NY Entities / Certificate of Good Standing for foreign entities
- ☑ Unexpired Valid Identification (Refer to CIP Policy)
- ☐ Proof of Address (If Needed)
- ☑ OFAC/ChexSystems (Screen Entity, Authorized Signers, and individuals listed on COB form - if approved we will have to add entities as well)
- ☐ Site Visit Form
- ☐ Scanned Package (Review Application for Completeness within 7 days)
- ☑ Google Search (Subject and scam, fraud, money laundering, lien, suit, investigation, crime, additionally find website if one exists, verify that address exists)

### Cleartouch Review
- ☑ Review Cleartouch Data to Match Account Application
- ☑ Verify Name and Address with ID
- ☑ Input NAICS Code

### Products & Services
- ☐ Business Debit Card
- ☑ Business Online Banking
- ☐ Mobile Banking
- ☐ E-Statement
- ☐ Remote Capture Deposit
- ☐ Sweep Account (Overdraft Protection)
- ☐ Deluxe Check Order

### On-Boarding
- ☑ Disclosures
- ☑ Welcome Letter
- ☑ Online Banking/Wire Token Set Up

**Client referred by:** David D Amico
**Opened on System by:** Theo Been
**MSM/ABM review/certification of completion of File**
**(Signature/Date) 5/17**   12/27/17

Metropolitan Commercial Bank
99 Park Avenue
New York, NY 10016
212 365-6700
facsimile 212 365-6710
www.metropolitanbankny.com



December 20, 2017

Tether Holdings LTD
Jayla Place Wickhams Cay 1
Road Town
Tortola, British Virgin Islands

Dear Mr. Potter,

Welcome to Metropolitan Commercial Bank! Thank you for establishing an account with us. We look forward to building a lasting relationship that will help provide solutions for all your banking needs.

As a valued Metropolitan Commercial Bank client, you can take advantage of a full range of products and services designed to meet your banking needs. We invite you to explore our website at www.metropolitanbankny.com. We encourage you to enroll in online banking which includes features such as viewing your account history, FREE bill pay and much more.
In addition, you can sign up for our convenient 24-Hour Telephone Banking Service.

Tired of paying for ATM fees? At Metropolitan Commercial Bank, you will never pay an ATM fee. Not only do we not charge you a fee; we will also reimburse any fees charged by a foreign ATM.

We are committed to understanding your needs and delivering our service with a personal touch. If you have any questions, or if I can provide any assistance to you in the near future, please do not hesitate to call me at ███████████.

Sincerely,

*[signature]*

David D'Amico
Vice President
Relationship Manager
███████@MetropolitanBankNY.com
99 Park Avenue
New York, NY.10016



## Business Site Visit Form

**Date of Site Visit:** 12/19/2017     **Account Number:** ▉

**Name of Business:** Tether Holdings Limited

**Business Address:** JALYLA PLACE
WICHAMS CAY1 ROAD TOWN
TORTOLA
BRITISH VIRGIN ISLANDS

**Business Phone:** 917-▉

**Company Representative Visited (must be one of the owners/signors):** Phil Potter

**Company's Line of Business:** Crypto Utility Token

### Site Visit

|   | Yes | No |
|---|---|---|
| 1. Site visit address matches business address on application | ☐ | ☐ |
| If no, please explain: _____ | | |
| 2. Business phone working and verified | ☐ | ☐ |
| 3. At-home business | ☐ | ☐ |
| If yes, date address verification was completed: _____ | | |
| 4. Business owner present? | ☐ | ☐ |
| 5. Business open/employees working | ☐ | ☐ |
| 6. Visible business signs outside/inside consistent with business name? | ☐ | ☐ |
| If no, please explain: _____ | | |
| 7. Business in commercial/office location | ☐ | ☐ |

### Loan Related Accounts

I, _____ (Lender) certify that a site visit has been done for this customer/account in relation to a lending relationship.

X_____ (Lender's signature)

**Comments:** (Please use separate sheet if necessary)

Approved by Legal

_____

**Print Name:** _____     **Title:** _____

**Signature:** _____     **Date of Report:** _____



# Metropolitan Commercial Bank.
## The Entrepreneurial Bank
### BUSINESS ACCOUNT CHECKLIST

☑ New  ☐ Existing

**Account Name:** IFinex Inc
**Account Number:** ███████

**CIP Review**
☑ Completed Account Application
☑ Resolution
☑ Certification of Beneficial Owner
☑ Certificate of Incorporation or Corporate Documentation
☑ Operating Agreement/Bylaws
☐ Tax Identification (IRS Letter, if needed)
☑ DOS Verification for NY Entities / Certificate of Good Standing for foreign entities
☐ Unexpired Valid Identification (Refer to CIP Policy)
☐ Proof of Address (If Needed)
☑ OFAC/ChexSystems (Screen Entity, Authorized Signers, and individuals listed on COB form - if approved we will have to add entities as well)
☐ Site Visit Form
☐ Scanned Package (Review Application for Completeness within 7 days)
☑ Google Search (Subject and scam, fraud, money laundering, lien, suit, investigation, crime, additionally find website if one exists, verify that address exists)

**Cleartouch Review**
☑ Review Cleartouch Data to Match Account Application
☑ Verify Name and Address with ID
☑ Input NAICS Code

**Products & Services**
☐ Business Debit Card
☑ Business Online Banking
☐ Mobile Banking
☐ E-Statement
☐ Remote Capture Deposit
☐ Sweep Account (Overdraft Protection)
☐ Deluxe Check Order

**On Boarding**
☑ Disclosures
☑ Welcome Letter
☑ Online Banking/Wire Token Set Up

Client referred by: __David D'Amico__
Opened on System by: __David D'Amico__
MSM/ABM review/certification of completion of File _____
(Signature/Date) 5/17  12/27/17

Metropolitan Commercial Bank
99 Park Avenue
New York, NY 10016
212 365-6700
*facsimile* 212 365-6710
www.metropolitanbankny.com



November 28, 2017

IFinex Inc.
Jayla Place Wickhams Cay 1
Road Town
Tortola, British Virgin Islands

Dear Mr. Potter,

Welcome to Metropolitan Commercial Bank! Thank you for establishing an account with us. We look forward to building a lasting relationship that will help provide solutions for all your banking needs.

As a valued Metropolitan Commercial Bank client, you can take advantage of a full range of products and services designed to meet your banking needs. We invite you to explore our website at www.metropolitanbankny.com. We encourage you to enroll in online banking which includes features such as viewing your account history, FREE bill pay and much more.
In addition, you can sign up for our convenient 24-Hour Telephone Banking Service.

Tired of paying for ATM fees? At Metropolitan Commercial Bank, you will never pay an ATM fee. Not only do we not charge you a fee; we will also reimburse any fees charged by a foreign ATM.

We are committed to understanding your needs and delivering our service with a personal touch. If you have any questions, or if I can provide any assistance to you in the near future, please do not hesitate to call me at ███████.

Sincerely,

David D'Amico
Vice President
Relationship Manager
███████@MetropolitanBankNY.com
99 Park Avenue
New York, NY. 10016



# Metropolitan Commercial Bank

## Business Site Visit Form

**Date of Site Visit:** 11/28/17

**Account Number:** [redacted]

**Name of Business:** iFinex INC

**Business Address:** JALYLA PLACE, WICKHAMS CAY1 ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS

**Business Phone:** 917-[redacted]

**Company Representative Visited (must be one of the owners/signors):** Phil Potter

**Company's Line of Business:** Investment holding company

### Site Visit

| | Yes | No |
|---|---|---|
| 1. Site visit address matches business address on application | ☐ | ☐ |
| If no, please explain: _____ | | |
| 2. Business phone working and verified | ☐ | ☐ |
| 3. At-home business | ☐ | ☐ |
| If yes, date address verification was completed: ___ | | |
| 4. Business owner present? | ☐ | ☐ |
| 5. Business open/employees working | ☐ | ☐ |
| 6. Visible business signs outside/inside consistent with business name? | ☐ | ☐ |
| If no, please explain: _____ | | |
| 7. Business in commercial/office location | ☐ | ☐ |

### Loan Related Accounts

I, _____ (Lender) certify that a site visit has been done for this customer/account in relation to a lending relationship.

X_____ (Lender's signature)

**Comments:** (Please use separate sheet if necessary) Acct run by Phil Potter [redacted] NY NY 10025

**Approved By Legal**

**Print Name:** David D'Anco  **Title:** RM

**Signature:** [signature]  **Date of Report:** 11/28/17



# Metropolitan Commercial Bank.
## The Entrepreneurial Bank
### BUSINESS ACCOUNT CHECKLIST
☑ New  ☐ Existing

**Account Name:** DisFinex Inc.
**Account Number:** ███████

**CIP Review**
☑ Completed Account Application
☑ Resolution
☑ Certification of Beneficial Owner
☐ Certificate of Incorporation or Corporate Documentation
☑ Operating Agreement/Bylaws
☐ Tax Identification (IRS Letter, if needed)
☑ DOS Verification for NY Entities / Certificate of Good Standing for foreign entities
☐ Unexpired Valid Identification (Refer to CIP Policy)
☐ Proof of Address (If Needed)
☑ OFAC/ChexSystems (Screen Entity, Authorized Signers, and individuals listed on COB form - if approved we will have to add entities as well)
☑ Site Visit Form
☐ Scanned Package (Review Application for Completeness within 7 days)
☑ Google Search (Subject and scam, fraud, money laundering, lien, suit, investigation, crime, additionally find website if one exists, verify that address exists)

**Cleartouch Review**
☑ Review Cleartouch Data to Match Account Application
☑ Verify Name and Address with ID
☑ Input NAICS Code

**Products & Services**
☐ Business Debit Card
☑ Business Online Banking
☐ Mobile Banking
☐ E-Statement
☐ Remote Capture Deposit
☐ Sweep Account (Overdraft Protection)
☐ Deluxe Check Order

**On-Boarding**
☑ Disclosures
☑ Welcome Letter
☑ Online Banking/Wire Token Set Up

**Client referred by:** David D'Amico
**Opened on System by:** David D'Amico
**MSM/ABM review/certification of completion of File** _Haroldo NIASCO_
**(Signature/Date) 5/17**   12/28/17

FILED: NEW YORK COUNTY CLERK 07/08/2019 08:39 PM — INDEX NO. 450545/2019
NYSCEF DOC. NO. 94    Case 1:19-cv-09236   Document 1-40   Filed 10/06/19   Page 8 of 9   RECEIVED NYSCEF: 07/08/2019

Metropolitan Commercial Bank
99 Park Avenue
New York, NY 10016

212 365 6700
facsimile 212 365-6710
www.metropolitanbankny.com



November 28, 2017

Digfinex Inc
Jayla Place Wickhams Cay 1
Road Town
Tortola, British Virgin Islands



Dear Mr. Potter,

Welcome to Metropolitan Commercial Bank! Thank you for establishing an account with us. We look forward to building a lasting relationship that will help provide solutions for all your banking needs.

As a valued Metropolitan Commercial Bank client, you can take advantage of a full range of products and services designed to meet your banking needs. We invite you to explore our website at www.metropolitanbankny.com. We encourage you to enroll in online banking which includes features such as viewing your account history, FREE bill pay and much more.
In addition, you can sign up for our convenient 24-Hour Telephone Banking Service.

Tired of paying for ATM fees? At Metropolitan Commercial Bank, you will never pay an ATM fee. Not only do we not charge you a fee; we will also reimburse any fees charged by a foreign ATM.

We are committed to understanding your needs and delivering our service with a personal touch. If you have any questions, or if I can provide any assistance to you in the near future, please do not hesitate to call me at ███████████.

Sincerely,

David D'Amico
Vice President
Relationship Manager
███████@MetropolitanBankNY.com
99 Park Avenue
New York, NY. 10016



# Metropolitan Commercial Bank

## Business Site Visit Form

**Date of Site Visit:** 11/28/17

**Account Number:** ▇▇▇▇▇▇▇

**Name of Business:** Digfinex INC

**Business Address:** JALYLA PLACE
WICHAMS CAY1 ROAD TOWN
TORTOLA
BRITISH VIRGIN ISLANDS

**Business Phone:** 917-▇▇▇▇

**Company Representative Visited (must be one of the owners/signors):** Phil Potter

**Company's Line of Business:** Investment HOlding company

### Site Visit

|   | Yes | No |
|---|---|---|
| 1. Site visit address matches business address on application | ☐ | ☐ |
| If no, please explain: | | |
| 2. Business phone working and verified | ☐ | ☐ |
| 3. At-home business | ☐ | ☐ |
| If yes, date address verification was completed: | | |
| 4. Business owner present? | ☐ | ☐ |
| 5. Business open/employees working | ☐ | ☐ |
| 6. Visible business signs outside/inside consistent with business name? | ☐ | ☐ |
| If no, please explain: | | |
| 7. Business in commercial/office location | ☐ | ☐ |

### Loan Related Accounts

I, _____ (Lender) certify that a site visit has been done for this customer/account in relation to a lending relationship.

X_____ (Lender's signature)

**Comments:** (Please use separate sheet if necessary) Acct run by Phil Potter
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
NY NY 10025

**Approved by Legal**

**Print Name:** David D'Amico   **Title:** RM

**Signature:** _[signed]_   **Date of Report:** 11/28/17