

| Search ▼ | Product ▼ | Shopping ▼ | About e-Search ▼ | Logout |

Welcome!  **System Clock:** 05-OCT-2019 12:37:32 GMT +0800

## Company Particulars Search

Your Search: CR No.: = 1872039

| | |
|---|---|
| **CR No.:** | 1872039 |
| **Company Name:** | RENRENBEE LIMITED |
| **Company Type:** | Private company limited by shares |
| **Date of Incorporation:** | 08-MAR-2013 |
| **Active Status:** | Dissolved |
| **Remarks:** | Dissolved by Deregistration |
| **Winding Up Mode:** | - |
| **Date of Dissolution / Ceasing to Exist:** | 24-MAY-2019 |
| **Register of Charges:** | Unavailable |
| **Important Note:** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 29-APR-2014 | RENRENBEE LIMITED |
| 08-MAR-2013 | BITFINEX LIMITED |

## Registered Office

| | |
|---|---|
| **Registered Office:** | ROOM 803 K WAH CENTRE, 191 JAVA ROAD, NORTH POINT, HONG KONG |

## Share Capital

| | |
|---|---|
| **Issued:** | HKD 10,000 |
| **Paid-Up:** | HKD 10,000 |

## List of Directors

**Director**

| No. | Name in | Name | HKID No. | Passport | Passport | Director | Director | All |

| | English | in Chinese | / CR No. | No. / China ID No. | Issuing Country | Type | Particulars | Directorships |
|---|---|---|---|---|---|---|---|---|
| 1 | DEVASINI, GIANCARLO | - | - | F511199 | 意大利 ITALY | Natural Person | | |
| 2 | VAN DER VELDE, LUDOVICUS JAN | - | P072531(9) | - | - | Natural Person | | |

## Particulars of Company Secretary

### Particulars of Company Secretary (Body Corporate) #1

| | |
|---|---|
| **Name in English:** | PROXY SECRETARIAL SERVICES LIMITED |
| **Name in Chinese:** | 泛達秘書服務有限公司 |
| **CR No.:** | 0165388 |
| **Registered / Principal Office:** | ROOM 803 K WAH CENTRE, 191 JAVA ROAD, NORTH POINT, HONG KONG |
| **Date of Appointment:** | 26-MAR-2013 |
| **Important Note:** | - |

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

### Please select the Order Type:

Order certified report    HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_08

ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.



| Search ▼ | Product ▼ | Shopping ▼ | About e-Search ▼ | Logout |

Welcome!                    **System Clock:** 05-OCT-2019 12:28:43 GMT +0800

## Director Particulars Search

Your Search: CR No.: = 1872039, No. = 1, Director Type = Natural Person

## Director Particulars - Natural Person Director

| | |
|---|---|
| CR No.: | 1872039 |
| Company Name: | RENRENBEE LIMITED |
| Surname (English): | DEVASINI |
| Other Names (English): | GIANCARLO |
| Chinese Name: | - |
| Previous Name: | - |
| Alias: | - |
| Residential Address: | VIA G. WASHINGTON 84 20146, MILAN, ITALY |
| HKID No.: | - |
| Passport No. / China ID No.: | F511199 |
| Passport Issuing Country: | 意大利 ITALY |
| Date of Appointment: | 10-DEC-2013 |
| Remarks: | - |

## Please select the Order Type

Order certified report (Director Particulars)    HK$141.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top
ICRIS_Ver_1_0_6_Build_06_08
ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.



| Search ▼ | Product ▼ | Shopping ▼ | About e-Search ▼ | Logout |

Welcome!  **System Clock:** 05-OCT-2019 12:33:20 GMT +0800

## Director Particulars Search

Your Search: CR No.: = 1872039, No. = 1, Director Type = Natural Person

## Director Particulars - Natural Person Director

| | |
|---|---|
| CR No.: | 1872039 |
| Company Name: | RENRENBEE LIMITED |
| Surname (English): | VAN DER VELDE |
| Other Names (English): | LUDOVICUS JAN |
| Chinese Name: | - |
| Previous Name: | - |
| Alias: | - |
| Residential Address: | 27 LO WAI TSUEN PUI-O AU LANTAU NT, HONG KONG |
| HKID No.: | P072531 (9) |
| Passport No. / China ID No.: | - |
| Passport Issuing Country: | - |
| Date of Appointment: | 26-MAR-2013 |
| Remarks: | - |

### Please select the Order Type

Order certified report (Director Particulars)   HK$141.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.
Note 2: "China ID No." means "People's Republic of China Resident Identity Card Number".

Back

Back to top

ICRIS_Ver_1_0_6_Build_06_08

ICRIS CSC Companies Registry, The Government of the Hong Kong Special Administrative Region.