**To:** [redacted]@hflcck.com[[redacted]@hflcck.com]; Bjorn De Wolf[bjorn@bitfinex.com]; Philip POTTER[phil@bitfinex.com]
**From:** Giancarlo Bitfinex[giancarlo@bitfinex.com]
**Sent:** Wed 1/24/2018 10:59:23 AM (UTC-05:00)
**Subject:** Team introduction

let me introduce you to the key players of our team:

Phil Potter is our Chief Strategy Officer and has a long experience in the financial markets. He lives in New York as you do and will be glad to help you with anything related to your trading activity.

Bjorn De Wolf is our Customer Support Manager and will help you with green-laning your addresses for a faster confirmation of your coin withdrawals.

Paolo Ardoino is our CTO and will be available for any technical optimisation in case you trade with APi

Guys please meet ▇, our main contact at ▇▇▇, big trading company in New York.

I already introduced ▇ to Noble and I hope they will be onboarded quickly by it.

I remain at your service for anything you might need.

My skype handle is Merlinmagoo and my telegram is @Merlinthewizard
_____

*Giancarlo Devasini*



E: *giancarlo@bitfinex.com*
W: *www.bitfinex.com*
Skype: merlinmagoo

This e-mail and the information it contains may be confidential, legally privileged and protected by law. Access by the intended recipient only is authorized. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from your system. Any review, distribution, reproduction, publication or other use of this e-mail by persons or entities other than the intended recipient is prohibited.