

## DELTEC BANK & TRUST LIMITED

November 1, 2018

Tether Limited
17F-1, No. 266, Sec.1
Wenhua Rd., Banqia Dist.
New Taipei City 22041
Taiwan
Republic of China

Dear Sirs:

We hereby confirm that, at the close of business on October 31, 2018, the portfolio cash value of your account with our bank was US$1,831,322,828.

This letter is provided without any liability, however arising, on the part of Deltec Bank & Trust Limited, its officers, directors, employees and shareholders, and is solely based on the information currently in our possession.

Yours faithfully,

**Deltec Bank & Trust Limited**

Deltec House, Lyford Cay
P.O. Box N-3229
Nassau, Bahamas

www.deltecbank.com

Tel. +1 (242) 302 4100
Fax. +1 (242) 362 4623