AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. 1:19-cv-09236-KPF |
| | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *See Attached Rider*

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                                                *Signature of Clerk or Deputy Clerk*

Rider

DigFinex, Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

iFinex Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

BFXNA, Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

BFXWW, Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether Holdings Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether International Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether Operations Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Philip G. Potter
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Giancarlo Devasini
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Ludovicus Jan van der Velde
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Global Trade Solutions AG
Gewerbestrasse 19
6314 Unterägeri
Switzerland

Crypto Capital Corp.
Gewerbestrasse 19
6314 Unterägeri
Switzerland

Reginald Fowler
Gewerbestrasse 19
6314 Unterägeri
Switzerland