UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | CASE NO. 1:19-cv-09236 |

**AFFIDAVIT OF DEVIN FREEDMAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, DEVIN FREEDMAN, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN, in the above-captioned matter pursuant to Local Rule 1.3.

I, DEVIN FREEDMAN, being duly sworn, do hereby depose and say as follows:

1.      I am an attorney with the law firm of Roche Freedman LLP.

2.      My business address is 200 S. Biscayne Blvd, Suite 5500, Miami, FL 33131

3.      I am a member in good standing of the District of Columbia and the Florida Bar. My Florida bar identification number is 99762.  My District of Columbia bar identification number

is 1021812. I am also admitted in the United States District Courts for the Southern, Middle, and Northern Districts of Florida.

4. I primarily practice in Florida. A current certificate of good standing from the Florida Bar is attached to this Affidavit as Exhibit A.

5. I never had any disciplinary action taken against me.

6. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Southern District of New York.

7. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 7, 2019         *s/ Devin (Velvel) Freedman*
                               DEVIN (VELVEL) FREEDMAN