UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN<br><br>Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>Defendants. | CASE NO. 1:19-cv-09236 |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of DEVIN (VELVEL) FREEDMAN to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Florida, and that his contact information is as follows:

>Devin (Velvel) Freedman, Esq.
>ROCHE FREEDMAN LLP
>200 S Biscayne Blvd Suite 5500, Miami, FL 33131
>Email: vel@rochefreedman.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs, David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein, in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated: October ____, 2019

_____
United States District Judge