AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein<br><br>*Plaintiff(s)*<br><br>v.<br><br>iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., Philip G. Potter, Giancarlo Devasini, et al.<br><br>*Defendant(s)* | Civil Action No. 1:19-cv-09236-KPF |

**SUMMONS IN A CIVIL ACTION**

To: *See Attached Rider*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kyle Roche
Roche Freedman LLP
185 Wythe F2
Brooklyn NY, 11249
1 (716) 348-6003
kyle@rochefreedman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/08/2019                                                              /s/ D. Howie
                                                                              *Signature of Clerk or Deputy Clerk*



Rider

DigFinex, Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

iFinex Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

BFXNA, Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

BFXWW, Inc.
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether Holdings Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether International Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Tether Operations Limited
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Philip G. Potter
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Giancarlo Devasini
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Ludovicus Jan van der Velde
c/o SHRM Trustees (BVI)
Ltd. Trinity Chambers, P.O. Box 4301
Road Town, Tortola
British Virgin Islands VG1110

Global Trade Solutions AG
Gewerbestrasse 19
6314 Unterägeri
Switzerland

Crypto Capital Corp.
Gewerbestrasse 19
6314 Unterägeri
Switzerland

Reginald Fowler
Gewerbestrasse 19
6314 Unterägeri
Switzerland