UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | Case No. 1:19-cv-09236 (KPF) (SN) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern District of New York, I, SUNJINA K. AHUJA, ESQ., respectfully move this Court for an Order for admission to practice *pro hac vice* as counsel for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached to this motion a declaration pursuant to Local Rule 1.3 and a Proposed Order.

Dated: November 1, 2019                Respectfully Submitted,
       Carlsbad, California

                                        /s/ Sunjina K. Ahuja
                                         Sunjina K. Ahuja, Esq.
                                         Dillion Miller & Ahuja LLP
                                         5872 Owens Ave, Suite 200
                                         Carlsbad, CA 92008
                                         Tel.: (858) 587-1800
                                         Fax: (858) 587-2587
                                         Email: sahuja@dmalaw.com