**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>Defendants. | Case No. 1:19-cv-09236 (KPF) (SN) |

## DECLARATION OF SUNJINA K. AHUJA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, SUNJINA K. AHUJA, being duly sworn, hereby depose and say as follows:

1.      I am an attorney with the law firm of Dillion Miller & Ahuja, LLP, 5872 Owens Ave, Suite 200, Carlsbad, California 92008.

2.      I submit this declaration in support of my motion for admission to practice *pro hac vice* as counsel for iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited in the above-captioned action.

3.      I am a member in good standing of the California Bar.  My California Bar identification number is 226130 and a current certificate of good standing from the California Bar is attached to this Declaration as Exhibit A.  I am also admitted to the United States District Courts for the Central and Southern District of California.

4.      I have never been convicted of a felony.

5.      There are no pending disciplinary actions against me in any state or federal court.

6.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.      Wherefore, upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter as counsel for iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  November 1, 2019
        Carlsbad, California                         Sunjina K. Ahuja, Esq.

# EXHIBIT A

## The State Bar
### *of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

October 30, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SUNJINA KAUR ANAND, #226130 was admitted to the practice of law in this state by the Supreme Court of California on July 15, 2003; that at her request, on February 23, 2006, her name was changed to SUNJINA KAUR ANAND AHUJA on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records