UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>                    Plaintiffs,<br><br>          v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>                    Defendants. | Case No. 1:19-cv-09236 (KPF) (SN) |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of CHRISTOPHER J. BEAL for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

> Christopher J. Beal, Esq.
> Dillion Miller & Ahuja LLP
> 5872 Owens Ave, Suite 200
> Carlsbad, CA 92008
> Tel.: (858) 587-1800
> Fax: (858) 587-2587
> Email: cbeal@dmalaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited in above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing a before this court are subject to the Local Rules of this court, including the rules governing discipline of attorneys.

Dated:  November ___, 2019
        New York, New York

_____
UNITED STATES DISTRICT JUDGE