UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　　-v.-<br><br>IFINEX INC., *et al.*,<br><br>　　　　　　　　　Defendants. | 19 Civ. 9236 (KPF)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

KATHERINE POLK FAILLA, District Judge:

　　The motion of MICHAEL JASON LEE, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

　　Applicant has declared that he is a member in good standing of the bar of the State of California and the District of Columbia; and that his contact information is a follows:

Michael Jason Lee
Law Offices of Michael Jason Lee, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Tel: (858) 550-9984
Fax: (858) 550-9985
E-Mail: michael@mjllaw.com

　　The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited in the above-entitled action;

　　IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are

subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

    The Clerk of Court is directed to terminate the motion at docket entry 19.

    SO ORDERED.

Dated:    November 8, 2019
           New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge