UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEIBOWITZ, *et al.*,

                              Plaintiffs,

                    -v.-

IFINEX INC., *et al.*,

                              Defendants.

19 Civ. 9236 (KPF)

ORDER FOR ADMISSION
PRO HAC VICE

KATHERINE POLK FAILLA, District Judge:

        The motion of SUNJINA K. AHUJA, for admission to practice *Pro Hac Vice*

in the above captioned action is GRANTED.

        Applicant has declared that she is a member in good standing of the bar

of the State of California; and that her contact information is a follows:

Sunjina K. Ahuja
Dillon Miller & Ahuja LLP
5872 Owens Ave., Suite 200
Carlsbad, CA 92008
Tel: (858) 587-1800
Fax: (858) 587-2587
E-Mail: sahuja@dmalaw.com

        The applicant having requested admission *Pro Hac Vice* to appear for all

purposes as counsel for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc.,

BFXWW Inc., Tether International Limited, Tether Operations Limited, and

Tether Holdings Limited in the above-entitled action;

        IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac*

*Vice* in the above-captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are

subject to the Local Rules of the Court, including the Rules governing

discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 20.

SO ORDERED.

Dated:      November 8, 2019
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge