E. Estridge
First
"EE-1"
Sworn: 1st November 2019

| Case 1:19-cv-09236 | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT for the** | | |
| | **Southern District** | **of New York** |
| **David Leibowitz, Benjamin Leibowitz, Jason** | **)** | |
| **Leibowitz, Aaron Leibowitz, and Pinchas Goldstein** | **)** | |
| | **)** | |
| ***Plaintiff(s)* *v.*** | **) Civil Action No. 1:19 cv-09236 KPF** | |
| **iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., Philip G. Potter, Giancarlo Devasini, et al** | **) ) ) ) ) )** | |

## FIRST AFFIDAVIT OF SERVICE OF ELDORE ESTRIDGE

I, **ELDORE ESTRIDGE**, Litigation Support Assistant, of Conyers Dill & Pearman, Commerce House, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands, **DO MAKE OATH AND STATE AS FOLLOWS**:

1. I am a Litigation Support Assistant employed by Conyers Dill & Pearman ("Conyers") of Commerce House, Wickhams Cay 1, PO Box 3140, Road Town, Tortola, British Virgin Islands.

2. Save where indicated otherwise, I confirm that the contents of this Affidavit are true to the best of my knowledge, information and belief. Where I refer to information supplied to me by others that information is true to the best of my knowledge, information and belief.

3. There is now produced and shown to me marked **"EE-1"** a bundle of true copy documents to which I will refer in this statement. References to page numbers are references to the pages of **"EE-1"**.

4. Conyers was instructed by **ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES** for the purpose of serving **DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Holdings Limited and Tether Operations Limited** (collectives referred to as the "**Companies**") with a number of documents connected with the above styled action.

5. I did on the 29th day of October, 2019 at approximately 3:30p.m. attend and serve on the Companies at their shared registered office located at SHRM Trustees (BVI) Ltd, Trinity Chambers, P.O. Box 4301, Road Town, Tortola, British Virgin Islands, VG1110 (the "**Registered Office**"), copies of the following documents (the "**Documents**"):

   - Letter from Roche Freedman dated October 26, 2019;
   - Class Action Complaint filed October 6, 2019;
   - Summons filed October 8, 2019; and
   - Accompanying Exhibits

   by delivering and leaving the said Documents at the above address.

6. Upon effecting service of the Documents, a man who identified himself as Al-Shaddai Ramsarran confirmed to me that he is the Compliance Assistant and an authorised signatory to accept service and sign on behalf of the Companies. Mr. Ramsarran did so by acknowledging receipt and signing a stamped service endorsement copies of the letters of service, a true copy of which is exhibited hereto at page **[1-7]** of exhibit "**EE-1**".

7. Service of the Documents were effected in accordance with the laws of the British Virgin Islands.

**SWORN** the 1st day of November, 2019 by the above-named **ELDORE ESTRIDGE** at Road Town, Tortola, British Virgin Islands )
:
)
)
:
Before me: )

..........................................
**NOTARY PUBLIC**

------------------------------------
**ELDORE ESTRIDGE**






E. Estridge
First
"EE-1"
Sworn: 1st November 2019

| Case 1:19-cv-09236 | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT for the** | | |
| | **Southern District** | **of New York** |
| **David Leibowitz, Benjamin Leibowitz, Jason** | **)** | |
| **Leibowitz, Aaron Leibowitz, and Pinchas Goldstein** | **)** | |
| | **)** | |
| ***Plantiff(s)*** ***v.*** | **) Civil Action No. 1:19 cv-09236 KPF** | |
| **iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., Philip G. Potter, Giancarlo Devasini, et al** | **) ) ) ) ) )** | |

**FIRST AFFIDAVIT OF SERVICE OF ELDORE ESTRIDGE**

E. Estridge
First
"EE-1"
Sworn: 1st November 2019

| Case 1:19-cv-09236 | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT for the** | | |
| | **Southern District** | **of New York** |
| **David Leibowitz, Benjamin Leibowitz, Jason** | **)** | |
| **Leibowitz, Aaron Leibowitz, and Pinchas Goldstein** | **)** | |
| | **)** | |
| ***Plantiff(s)*** ***v.*** | **) Civil Action No. 1:19 cv-09236 KPF** | |
| **iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., Philip G. Potter, Giancarlo Devasini, et al** | **) ) ) ) ) )** | |

**CERTIFICATE OF EXHIBIT "EE-1"**

**THIS IS TO CERTIFY** that this is Exhibit **"EE-1"** referred to in the Affidavit of Service of **ELDORE ESTRIDGE** sworn herein on the 1st day of November, 2019.

Dated the 1st day of November, 2019

..................................................

NOTARY PUBLIC






CONYERS

**CONYERS DILL & PEARMAN**
Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
T +1 284 852 1000
conyers.com

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**IFinex Inc.**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **IFinex Inc.** (the **"Company"**) the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: IFINEX INC.
At: SHRM TRUSTEES (BVI) LTD
Served by: ELDORE ESTRIDGE
Date: 29 OCT 2019
Time: 3:30 pm
Recipient's Signature: [signature]
Name & Position: Al-Shaddai Ramsarran Compliance Ast

CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

**conyers.com**

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**BFXWW INC.**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **BFXWW Inc.** (the "**Company**") the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: BFXWW Inc
At: SHRM TRUSTEES (BVI) LTD
Served by: ELDORE ESTRIDGE
Date: 29 OCT 2019
Time: 3:30pm
Recipient's Signature: [signature]
Name & Position: M-Shaldai Ramsaran Compliance Ast.

CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

**conyers.com**

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**Tether International Limited**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **Tether International Limited** (the **"Company"**) the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: TETHER INTERNATIONAL LIMITED
At: SHRM TRUSTEES (BVI) LTD
Served by: ELDOKE ESTRANGE
Date: 29 OCT 2019
Time: 3:30 pm
Recipient's Signature: [signature]
Name & Position: Al-Shaddai Ramsaran Compliance Ast

CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

**conyers.com**

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**Tether Holdings Limited**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **Tether Holdings Limited** (the **"Company"**) the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: TETHER HOLDINGS LIMITED
At: SHRM TRUSTEES (BVI) LTD
Served by: ELDORE ESTRIDGE
Date: 29 OCT 2019
Time: 3:24pm
Recipient's Signature: [signature]

Name & Position: Al-Shaddai Ramsaran
Comp Ast

CONYERS

**CONYERS DILL & PEARMAN**
Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
T +1 284 852 1000
conyers.com

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**Tether Operations Limited**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **Tether Operations Limited** (the **"Company")** the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: TETHER OPERATIONS LIMITED
At: SHRM TRUSTEES (BVI) LTD,
Served by: Eldore Estridge
Date: 29 OCT, 2019
Time: 3:27pm
Recipient's Signature: [signature]
Name & Position: Al-Shaddai Ramsaran Compliance Ast

CONYERS

**CONYERS DILL & PEARMAN**
Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
T +1 284 852 1000
conyers.com

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**BFXNA Inc.**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **BFXNA Inc.** (the **"Company"**) the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: BFXNA Inc
At: SHRM Trustees (BVI) Ltd
Served by: Eldore Estridge
Date: 29 Oct, 2019
Time: 3:28 pm
Recipient's Signature: [signature]
Name & Position: Al-Shaddai Ramsarran Compliance Ast.

CONYERS

**CONYERS DILL & PEARMAN**
Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
T +1 284 852 1000
conyers.com

29th October, 2019

Matter No: 959999
284 852 1120
Tameka.Davis@conyers.com

**BY HAND**

**DigFinex Inc.**
C/o SHRM Trustees (BVI) Ltd
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: Case No. 1:19-cv-09236 David Leibowitz, et al -AND- Ifinex Inc, BFXNA inc, et al**

We act on behalf of ROCHE FREEDMAN of 185 WYTHE AVE. F2, BROOKLYN, NY 11249, UNITED STATES.

We enclose, by way of service on **DigFinex Inc.** (the **"Company"**) the following documents:

- Letter from Roche Freedman dated October 26, 2019;
- Class Action Complaint filed October 6, 2019;
- Summons filed October 8, 2019; and
- Accompanying Exhibits

Kindly acknowledge receipt of the above mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

Conyers Dill & Pearman

**Conyers Dill & Pearman**

Enc.

Served on: DIGFINEX Inc.
At: SHRM TRUSTEES (BVI) LTD.
Served by: ELDORE ESTRIDGE
Date: 29 OCT 2019
Time: 3:27pm
Recipient's Signature: [signature]
Name & Position: Al-Shaddai Ramsarran Compliance Assistant

E. Estridge
First
"EE-1"
Sworn: 1st November 2019

| Case 1:19-cv-09236 | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT for the** | | |
| | **Southern District** | **of New York** |
| **David Leibowitz, Benjamin Leibowitz, Jason** | **)** | |
| **Leibowitz, Aaron Leibowitz, and Pinchas Goldstein** | **)** | |
| | **)** | |
| ***Plaintiff(s)*** ***v.*** | **) Civil Action No. 1:19 cv-09236 KPF** | |
| **iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., Philip G. Potter, Giancarlo Devasini, et al** | **) ) ) ) ) )** | |

**CERTIFICATE OF EXHIBIT "EE-1"**