**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br>    v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | 19 Civ. 9236 (KPF)<br><br>**MOTION FOR ADMISSION**<br>**<u>PRO HAC VICE</u>** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jason H. Kim hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned action.

    I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated: November 19, 2019. | /s/ *Jason H. Kim* |
| | Jason H. Kim |
| | SCHNEIDER WALLACE |
| | COTTRELL KONECKY |
| | WOTKYNS LLP |
| | 2000 Powell Street, Suite 1400 |
| | Emeryville, CA 94608 |
| | Telephone: (415) 421-7100 |
| | Fax: (415) 421-7105 |
| | jkim@schneiderwallace.com |

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*