November 20, 2019

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *Leibowitz et al. v. iFinex Inc., et al.*, Case No. 19-CV-09236-KPF.

Dear Judge Failla:

      We represent Plaintiffs in the above-referenced action and write in response to Defendants' pre-motion letter dated November 15, 2019 (ECF No. 28). Plaintiffs were unable take a position on Defendants' pre-motion letter because, during the pre-letter conference, counsel for Defendants would not disclose the anticipated grounds for their motion.

      Now that Plaintiffs have reviewed Defendants' filing, they do not oppose allowing Defendants to file a motion to dismiss – as is their right under the Federal Rules – nor do they oppose a pre-motion conference to set a briefing schedule. Plaintiffs will oppose the anticipated motion to dismiss.

      Respectfully,

      **ROCHE FREEDMAN LLP**

      /s/ *Kyle W. Roche*
      Kyle W. Roche
      Joseph M. Delich
      185 Wythe Avenue F2
      Brooklyn, New York 11249
      t: (929) 457-0050
      t: (929) 457-0057
      kyle@rochefreedman.com
      jdelich@rochefreedman.com

      Devin (Velvel) Freedman
      200 South Biscayne Blvd. Ste. 5500
      Miami, Florida 33131
      t: (305) 357-3861
      vel@rochefreedman.com
      *Counsel for Plaintiffs*

cc: Counsel of Record (by ECF)