

November 20, 2019

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

MEMO ENDORSED

Re:   *Leibowitz et al. v. iFinex Inc., et al.*, Case No. 19-CV-09236-KPF.

Dear Judge Failla:

We represent Plaintiffs in the above-referenced action and write in response to Defendants' pre-motion letter dated November 15, 2019 (ECF No. 28). Plaintiffs were unable take a position on Defendants' pre-motion letter because, during the pre-letter conference, counsel for Defendants would not disclose the anticipated grounds for their motion.

Now that Plaintiffs have reviewed Defendants' filing, they do not oppose allowing Defendants to file a motion to dismiss – as is their right under the Federal Rules – nor do they oppose a pre-motion conference to set a briefing schedule. Plaintiffs will oppose the anticipated motion to dismiss.

Respectfully,

**ROCHE FREEDMAN LLP**

/s/ *Kyle W. Roche*
Kyle W. Roche
Joseph M. Delich
185 Wythe Avenue F2
Brooklyn, New York 11249
t: (929) 457-0050
t: (929) 457-0057
kyle@rochefreedman.com
jdelich@rochefreedman.com

Devin (Velvel) Freedman
200 South Biscayne Blvd. Ste. 5500
Miami, Florida 33131
t: (305) 357-3861
vel@rochefreedman.com
*Counsel for Plaintiffs*

cc: Counsel of Record (by ECF)

On November 15, Defendants Tether Holdings Limited, Tether Operations Limited, Tether International Limited, iFinex Inc., BFXNA Inc., BFXWW Inc., and DigFinex Inc. (together, "Corporate Defendants") filed a letter requesting leave to file a motion to dismiss.  (Dkt. #28).  Plaintiffs have replied to that letter indicating that they do not oppose the filing of a motion to dismiss.  (Dkt. #35).  Plaintiffs are directed to notify the Court on or before December 2, 2019: (i) whether they wish to amend their complaint in light of Defendants' pre-motion letter; and (ii) what steps they contemplate taking regarding the individual defendants that have not yet appeared in this action.

Dated:     November 20, 2019          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE