USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Liebowitz et. al.

-v-

Ifinex Inc., et al.

**CERTIFICATE OF MAILING**

Case No.:  19cv9236   ( KPF )

I hereby certify under the penalties of perjury that on the 26TH day of November 26, 2019, I served respondent, Giancarlo Devasini at 87 Avenue Winston Churchill 06190 Roquebrune-Cap-Martin, France, the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii), one copy of the following documents: Summons(ECF No. 7) and Complaint (ECF No. 1) with Exhibits 1-51 ECf Nos. 1-1 through 1-51;

by UPS # 1Z 6Y2 F45 DG 9634 3426.

Dated: New York, New York
       November 26, 2019

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/Shanee Mcleod
                              *Deputy Clerk*

Roche Freedman
185 Wythe Ave
Brooklyn NY 11249

19 LBS    1 OF 1
SHP#: 6Y2F 45V7 8ZP
SHP WT: 19 LBS
DATE: 22 NOV 2019

SHIP 85225169123
TO: GIANCARLO DEVASINI
87 AVE WINSTON CHURCHILL

06190    ROQUEBRUNE-CAP-
FRANCE

FRA 060 7-00

UPS EXPEDITED    2
TRACKING #: 1Z 6Y2 F45 DG 9634 3426

BILLING: P/P
SIGNATURE REQUIRED
DESC: LEGAL DOCS    EDI-DOC

ISH 13.00N ZZP 450 17.5V 09/2019