UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| Liebowitz et. al. |
| -v- |
| Ifinex Inc., et al. |

**CERTIFICATE OF MAILING**

Case No.: __19cv9236__ ( KPF )

    I hereby certify under the penalties of perjury that on the 26TH day of November 26, 2019, I served respondent, Ludovicus Jan van der Velde at 27 Lo Wai Tsuen Pui O Lantau, Island, Hong Kong, the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii), one copy of the Following documents: Summons(ECF No. 7) and Complaint (ECF No. 1) with Exhibits 1-51 (ECf Nos. 1-1 through 1-51);

by UPS # 1Z 6Y2 F45 DG 9634 4523.

Dated: New York, New York
        November 26, 2019

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/Shanee Mcleod
                                      *Deputy Clerk*






Roche Freedman
165 Wythe Ave
Brooklyn NY 124

13 LBS    1 OF 1
SHP#: 6Y2F 45V7 98W
SHP WT: 13 LBS
DATE: 22 NOV 2019

SHIP 85225169123
TO: LUDOVICUS JAN DER VELDE
27 LO WAI TSUEN PUI O

LANTAU ISLAND
HONG KONG

HKG

UPS EXPEDITED                              2
TRACKING #: 1Z 6Y2 F45 DG 9634 4523

EDI-DOC

BILLING: P/P
SIGNATURE REQUIRED
DESC: LEGAL DOCS

ISH 13.00N ZZP 450 17.5V 09/2019