```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Liebowitz et. al.

-v-

Ifinex Inc., et al.

**CERTIFICATE OF MAILING**

Case No.: __19cv9236__ ( KPF )

    I hereby certify under the penalties of perjury that on the 26TH day of November 26, 2019, I served respondent, Tether Limited c/o Proxy Secretarial Services Limited, ROOM 803 K. Wah Centre 191 Java Road, North Point, Hong Kong, the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii), one copy of the   Following documents: Summons(ECF No. 7) and Complaint (ECF No. 1) with Exhibits 1-51 (ECf Nos. 1-1 through 1-51);
by UPS # 1Z 6Y2 F45 DG  6301 2293.

Dated:  New York, New York
         November 26, 2019

                            RUBY J. KRAJICK
                            CLERK OF COURT

                            /s/Shanee Mcleod
                            *Deputy Clerk*

Roche Freedman
183 Wythe Ave
Brooklyn NY 11249

20 LBS          1 OF 1
SHP#: 6Y2F 45LT LFZ
SHP WT: 20 LBS
DATE: 22 NOV 2019

SHIP   PROXY SECRETARIAL SERVICES LIMITED
TO:    85225169123
       TETHER LIMITED
       RM 803
       191 JAVA RD
       NORTH POINT
       HONG KONG




HKG

UPS EXPEDITED                           2
TRACKING #: 1Z 6Y2 F45 67 6301 2293



BILLING: P/P
DESC: LEGAL DOCS                    EDI-DOC

ISH 13.00N ZZP 450 17.5V 09/2019


SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                                    RRD R 1019