UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

David Leibowitz, et al.

                      **Plaintiff(s),**

                **- against -**

iFinex, Inc., et al.

                      **Defendant(s),**
-------------------------------------------------------------X

19 Civ. 09236 (KPF)

**CLERK'S CERTIFICATE
OF DEFAULT**

       **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on October 6, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Reginald Fowler by personally serving him on October 31, 2019, and proof of service was therefore filed on November 8, 2019, Doc. #(s) 27.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

           , 20

                                                            **RUBY J. KRAJICK
                                                             Clerk of Court**

                                                    **By:** _____
                                                               **Deputy Clerk**