# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>   Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>   Defendants. | **Affirmation in Support of Request for Certificate of Default**<br><br><br>Case No. 1:19-cv-09236 |

I, Joseph M. Delich, hereby declare as follows:

1.     I am counsel for Plaintiffs in this action.

2.     This action was commenced on October 6, 2019, pursuant to the Commodities Exchange Act, 7 U.S.C. § 1, et seq., the Sherman and Clayton Antitrust Acts, 15 U.S.C. §§ 2, 15 & 26, and RICO, 18 U.S.C. § 1962.

3.     The time for defendant, Reginald Fowler, to answer or otherwise move with respect to the complaint herein has expired.

4.     Defendant, Reginald Fowler, has not answered or otherwise moved with respect to the complaint, and the time for defendant Reginald Fowler to answer or otherwise move has not been extended.

5.      That defendant Reginald Fowler is not an infant or incompetent. Defendant Reginald Fowler is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, Plaintiffs request that the default of defendant Reginald Fowler be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: December 3, 2019

Respectfully,

**ROCHE FREEDMAN LLP**

/s/ *Joseph M. Delich*

Joseph M. Delich
Kyle W. Roche
185 Wythe Avenue F2
Brooklyn, New York 11249
t: (929) 457-0057
t: (929) 457-0050
jdelich@rochefreedman.com
kyle@rochefreedman.com

Devin (Velvel) Freedman
200 South Biscayne Blvd. Ste. 5500
Miami, Florida 33131
t: (305) 357-3861
vel@rochefreedman.com
*Counsel for Plaintiffs*

cc: Counsel of Record (by ECF)