**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

David Leibowitz, et al.

          **Plaintiff(s),**

      - against -

iFinex, Inc., et al.

          **Defendant(s),**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12│4│19

19 ____ Civ. 09236 (KPF)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

      **I, RUBY J. KRAJICK,** Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action was commenced on

October 6, 2019 _____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) Reginald Fowler _____

by personally serving him on October 31, 2019, _____,

*and proof of service was therefore filed on* November 8, 2019 *, Doc. #(s)* 27 _____.

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

Dated: New York, New York

     DEC 4 , 20 19

                        **RUBY J. KRAJICK**
                        **Clerk of Court**

                By: _Kmango_
                       **Deputy Clerk**