UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | Case No.: 1:19-cv-09236(KPF)(SN)<br><br>**NOTICE OF APPEARANCE** |

**TO:**   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated:  San Diego, CA
        December 13, 2019

Respectfully Submitted

/s/ Michael Jason Lee
Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Tel: (858) 550-9984
Fax: (858) 550-9985
Email: michael@mjllaw.com

*Attorney for Defendants,*
*iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc.,*
*Tether International Limited, Tether Operations Limited,*
*Tether Holdings Limited, Tether Limited, Giancarlo*
*Devasini, and Ludovicus Jan van der Velde*