UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-09236(KPF)(SN)<br><br>**NOTICE OF APPEARANCE** |

TO:     The Clerk of the Court and all parties of record:

　　PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated:　Carlsbad, CA
　　　　December 13, 2019

Respectfully Submitted

/s/ Sunjina K. Ahuja
Sunjina K. Ahuja, Esq.
Dillon Miller & Ahuja, LLP
5872 Owens Ave., Suite 200
Carlsbad, CA 92008
Tel:  (858) 587-1800
Fax: (442) 325-1637
Email: sahuja@dmalaw.com

*Attorney for Defendants,
iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*