

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

December 20, 2019

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:   *Leibowitz et al. v. iFinex Inc. et al.*, **Case No. 1:19-cv-09236-KPF**

Dear Judge Failla:

We are counsel to Defendant Reginald Fowler and write to inform the Court of our intent to file a motion to dismiss Plaintiffs' Complaint (ECF 1), pursuant to the Court's Memo Endorsement (ECF 47) of Mr. Fowler's Letter dated December 6, 2019 (ECF 46).  The Complaint contains two causes of action against Mr. Fowler — the third claim for aiding and abetting violations of the Commodities Exchange Act and the fifth claim for a violation of the RICO statute.  Both causes of action, as they pertain to Mr. Fowler, fail to allege facts sufficient to state a claim.  Accordingly, we intend to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and potentially other grounds, on Mr. Fowler's behalf.  Pursuant to the Court's instructions, we will submit the motion in accordance with the briefing schedule established in the Court's Order of December 3, 2019 (ECF 43).

Respectfully submitted,

/s/ Michael C. Hefter

Michael C. Hefter

cc:   James G. McGovern
All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com