

# Kyle W. Roche

**PARTNER**

**New York**
**+1 929 457-0050**
**kyle@rochefreedman.com**

**Kyle is an experienced litigator known for leveraging his deep understanding of technology and economics to successfully represent clients facing complex and novel issues of law. He has represented both plaintiffs and defendants in federal and state courts, at both the trial and appellate levels, and has consistently delivered impressive results.**

Kyle has represented clients facing a wide variety of legal issues, including matters involving cryptocurrency/blockchain based disputes, copyright and patent infringement, cybersecurity and privacy claims, and merger and partnership disputes. His background in engineering and management consulting enables him to build legal strategies that maximize his clients' outcomes.

Kyle serves as strategic counsel to some of the most innovative companies and startups in the cryptocurrency/blockchain space. His deep understanding of this technology and the governing legislative frameworks enables him to advise his clients how to best navigate the regulatory landscape. He has published multiple articles on the intersection of cryptocurrency and law, and is a frequent speaker in that arena.

Prior to starting Roche Freedman, Kyle was an attorney at Boies Schiller Flexner LLP.

### RECENT EXPERIENCE

- Lead attorney in class action bringing CEA, antitrust, and RICO claims based on manipulation of the cryptocurrency market that resulted in one of the single largest asset bubbles in history.

- Representing estate of David Kleiman against self-described creator of Bitcoin in action to recover stolen bitcoins and blockchain-related intellectual property rights
- Member of trial team representing a pharmaceutical company in a patent dispute concerning the market-leading diabetes drug
- Lead attorney representing co-founder of social-networking company in partnership dispute, resulting in resolution acceptable to all parties
- Represented venture capitalist in dispute concerning the growth and development of a large decentralized blockchain
- Represented a medical device company in a putative consumer class action arising from allegations of counterfeit labeling and products liability
- Represented a group of stockholders in a merger dispute concerning a variety of contingent payments
- Represented Brazil-based investment and asset management entities in dispute with former employee seeking hundreds of millions of dollars in carried interest
- Represented investors in craft whiskey in a company control dispute in Delaware Chancery Court

**EDUCATION**

- **Northwestern University School of Law**, J.D.; Associate Editor, Northwestern University Law Review; Arlyn Miner Book Award for Excellence in Legal Writing
- **Purdue University**, B.S., Chemical Engineering

**PUBLICATIONS & PRESENTATIONS**

- *Why Bitcoin is Booming,* Wall Street Journal, July 10, 2017 (co-authored with John O. McGinnis)
- *Bitcoin: Order without Law in the Digital Age*, 94 Indiana L.J. 1497 (2019)
- Guest lecturer, Northwestern Pritzker School of Law, Blockchain, Cryptocurrencies and Smart Contracts Seminar (2019)
- Speaker, *Inside 'The Largest Bubble in Human History': The Alleged $1.4T Bitfinex/Tether Cryptocurrency Scam*, OffshoreAlert Conference Europe, (2019)
- Speaker, *Digital Asset Trading Platforms: Legal and Regulatory Considerations Explored!*, The Knowledge Group (2018)

- Speaker, *Heightened Enforcement on Cryptocurrencies and Money Laundering: A 2018 Perspective*, The Knowledge Group (2018)

**ADMISSIONS**

- New York
- U.S. District Court: Southern District of New York

**AWARDS & ASSOCIATIONS**

- Chick Evans Scholarship Recipient
- New York City Bar

\* \* \*

# Devin "Velvel" Freedman

**PARTNER**

Miami
+1 305 357-3861
vel@rochefreedman.com

**Velvel is an experienced litigator known for finding creative solutions to complex problems. His practice focuses on high-risk litigation that includes consumer class actions, international disputes, and cryptocurrency/blockchain lawsuits. Vel's clients value his responsiveness, creative solutions, and ability to achieve successful outcomes while balancing the needs of running a business.**

Vel's practice spans a diverse array of disputes across state, federal, and international trial and appellate courts.

At the trial court level, Vel currently serves as lead counsel in five consumer class actions across the country. He is also currently pursuing an over $10 billion cryptocurrency case on behalf of the estate of David Kleiman and represents a consortium of growers, producers, and patients suing the State of Florida, and its agencies, for medical marijuana related issues. Vel also represents the heirs of a Holocaust survivor seeking to recover a Camille Pissarro masterpiece held by a Spanish-owned museum in one of the only Holocaust era cases to go to trial.

At the appellate level, Vel has successfully pursued numerous appeals in state and federal appellate courts. This includes acting as lead counsel and making oral

argument to win a matter of first impression before the Eleventh Circuit Court of Appeals for the United States, along with other wins before the Ninth Circuit, and Florida's District Courts of Appeal. He recently filed a petition for certiorari to the Supreme Court of the United States.

On the international side, Vel has successfully represented sovereigns and investors in global disputes involving national court litigation, international arbitration, and strategic negotiations, while managing public relations. He recently acted as strategic global counsel to successfully prevent a foreign sovereign from illegally expropriating his client's assets.

Vel is also active in the local legal community, where he serves on the Southern District of Florida's Local Rules Committee. Before attending law school, Velvel was ordained as a rabbi.

**RECENT EXPERIENCE**

- Defending a charitable foundation against a campaign of complex probate and civil litigation
- Successfully defended clients against various State Attorney General and CFPB investigations
- Representing Phillip Morris USA in numerous actions around the State of Florida against claims for injuries allegedly caused by smoking cigarettes
- Leading the team that successfully defended a major e-commerce firm from a potentially detrimental government investigation
- Coordinating the protection of sovereign assets from execution efforts in multiple international jurisdictions, including the Netherlands, Germany, Belgium, and Turkey
- Defending sovereign from a $2b ICSID arbitration claim relating to the alleged expropriation of a telecommunications company
- Representing the Estate of David Kleiman in an over 10+ billion dollar cryptocurrency claim
- Successfully representing plaintiffs in a shareholder dispute involving complex claims for breaches of fiduciary duties and related breaches of trust
- Litigating the constitutionality of Florida statutes limiting the amount and type of medical marijuana licenses available

- Litigating the Florida Department of Health's failure to timely issue medical marijuana licenses
- Litigating and negotiating various issues raised among 3rd party e-commerce marketplace sellers, suppliers, and competitors

## EDUCATION

- **Columbia Law School**, J.D.; James Kent Scholar; Staff Editor, Columbia Journal of Tax Law
- **Yeshivah Gedolah Rabbinical College**, B.A., Hebrew Letters (Rabbinical); Rabbinical Ordination (Smicha)

## AWARDS & ASSOCIATIONS

- Recipient of the Daily Business Review's 2019 Professional Excellence award as an attorney "On the Rise"
- Achieved highest score on Florida Bar examination, 3rd DCA, July 2012
- The Shul of Bal Harbour, Board of Directors
- Southern District of Florida's Local Rules Committee

## PUBLICATIONS & PRESENTATIONS

- Speaker, Inside 'The Largest Bubble in Human History': The Alleged $1.4T Bitfinex/Tether Cryptocurrency Scam, OffshoreAlert Conference Europe (2019)
- Speaker, American Inns of Court (Spellman-Hoeveler Chapter), Bench & Bar Conference, Legal Technology: How Automation is Changing the Practice of Law (smart contracts) (March 2019)
- Speaker, Heightened Enforcement on Cryptocurrencies and Money Laundering: A 2018 Perspective, The Knowledge Group (2018)
- Speaker, French Masterpiece, German Extortion, Spanish Adverse Possession, and the 9th Circuit, Harvard Law School (2017), Touro University (2018)

## ADMISSIONS

- **Bars**
    - U.S. Supreme Court
    - Florida

- District of Columbia
- U.S. Court of Appeals: Eleventh Circuit
- U.S. Court of Appeals: Ninth Circuit
- U.S. District Court: Southern District of Florida
- U.S. District Court: Middle District of Florida
- U.S. District Court: Northern District of Florida

**GOVERNMENT SERVICE**

- Judicial Intern for the Hon. Nicholas Garaufis, Eastern District of New York

\*   \*   \*

# Joseph Delich

**COUNSEL**

**New York**
**+1 929 457-0057**
**jdelich@rochefreedman.com**

**Joe has advised clients on matters that range from commercial contract disputes and securities litigation to internal investigations, regulatory and criminal defense, and compliance with anti-money laundering and sanctions laws.**

Joe has extensive experience handling complex matters that require innovative solutions and is always exploring how to integrate new technologies into his practice in order to achieve better outcomes for his clients. An expert on North Korean financing networks and front companies, he has a talent for leveraging open source research and graph databases to uncover hidden or overlooked information, then deploying it for a strategic advantage without ever losing the forest in the trees.

Joe maintains an active pro bono practice. He received the Legal Aid Society's Pro Bono Publico award in 2018 for his work responding to proposed changes in "public charge rule," worked extensively on the District of Maryland and Fourth Circuit Travel Ban litigation, and often represents children in removal proceedings that are seeking Special Immigrant Juvenile Status.

Joe was previously an attorney at Paul, Weiss, Rifkind, Wharton & Garrison.

**RECENT EXPERIENCE**

- Representing individual investors in class action bringing CEA, antitrust, and RICO claims based on manipulation of the cryptocurrency market that resulted in one of the single largest asset bubbles in history.

- Advised several financial institutions on BSA, AML, and sanctions compliance with an emphasis on identifying North Korean financing networks. He has assisted with supervisory exam responses, remediation efforts, and responding to state and federal regulatory inquiries.

- Lead drafter of amicus brief to Supreme Court in *Trump v. Hawaii* on behalf of named plaintiffs in related challenge.

- Represented venture capital fund advisor in connection with SEC subpoenas and successfully negotiated resolution making presentation to Enforcement Staff.

- Successfully represented individual plaintiff in complex federal securities litigation over multi-state affinity fraud.

- Represented public company in federal securities class action and mediation resulting in court-approved settlement.

- Conducted internal investigation on behalf of financial institution in connection with ongoing consent order.

- Conducted internal investigation on behalf of professional sports team in connection with a public controversy.

- Represented REIT management company in New York state court contract dispute.

- Obtained Special Immigrant Juvenile Status for two Salvadoran children in removal proceedings.

**EDUCATION**

- **Northwestern University School of Law,** J.D. *magna cum laude*; Order of the Coif; Northwestern University Law Review - Associate Editor; Senior Research Honors; Clinical Legal Education Association Award for Outstanding Clinical Student

- **University of Nebraska - Lincoln**, B.A., English, Minor in Mathematics

**CLERKSHIPS**

- Hon. Leslie H. Southwick, U.S. Court of Appeals, Fifth Circuit

**PUBLICATIONS & PRESENTATIONS**

- *Ensuring Insurance: Adequate and Appropriate Coverage for* Brady *Claims in Illinois*, 110 Northwestern University Law Review 223

**ADMISSIONS**

- New York

**AWARDS & ASSOCIATIONS**

- New York City Bar
- 2018 Legal Aid Society Pro Bono Publico Award

\*   \*   \*

# Constantine Economides

**COUNSEL**

**Miami**
**ceconomides@rochefreedman.com**

**Constantine has wide-ranging litigation experience, with expertise in international litigation, securities litigation, cannabis litigation, and class actions. Over the past ten years, he has represented litigants in some of the most notable fraud-based disputes in United States history.**

Constantine currently represents plaintiffs and defendants in sophisticated litigation concerning securities violations, manipulation of the global cryptocurrency market, breaches of complex commercial contracts, and the burgeoning cannabis industry. As a former judicial clerk to Judge William P. Dimitrouleas of the United States District Court for the Southern District of Florida, Constantine assisted the Judge in all aspects of adjudicating over 100 civil cases and, through that experience, curated a unique approach to litigating cases. Through his leadership roles in the Federal Bar Association ("FBA"), moreover, Constantine maintains an active connection to the community of current and former federal judicial clerks.

After earning an LL.M. in International Legal Studies — with a focus on international arbitration and litigation — from the top-ranked international law program in the United States, Constantine began his career in New York, where he practiced international litigation as part of the team that recovered over $11 billion on behalf of the victims of Bernard Madoff's infamous Ponzi scheme. In that capacity, Constantine played an active role in pioneering litigation tactics for international asset-tracing and recovery against hundreds of international entities and individuals who were spread across more than 30 foreign jurisdictions.  Following his clerkship, Constantine worked at large national firms, where he represented plaintiffs and defendants in an array of commercial, consumer, and securities litigation, including numerous class actions.  Constantine's notable matters include a recovery on behalf of investors defrauded by Theranos, Inc., Elizabeth Holmes, and Ramesh Balwani.

Additionally, Constantine recently became an arbitrator for FINRA, and he has been recognized for his class action work by being named a Rising Star by *Super Lawyers Magazine* for 2016, 2017, 2018, and 2019.

Constantine is active in the legal communities in South Florida and New York. Chief Judge K. Michael recently appointed Constantine to the Federal Magistrate Judge Merit Selection Panel for the most recent United States Magistrate Judge position in the United States District Court for the Southern District of Florida. Constantine also serves as a Board Member of the FBA Broward Chapter, as a Co-chair of the FBA Broward Chapter's Federal Judicial Clerk Committee.  At the national level, Constantine is currently working with the FBA to establish and co-chair a national Federal Judicial Clerk Committee that will create an active professional network for all current and former federal law clerks nationwide.

Additionally, Constantine serves on the Executive Committee of the New York State Bar Association ("NYSBA") International Section and as a Co-chair of the Florida Chapter of the NYSBA International Section. Constantine also serves on the Judiciary Law 470 Working Group, which was specially appointed by NYSBA to recommend changes to the current requirement under Judiciary Law §470 that all attorneys licensed in New York must maintain a physical office within the state.

Constantine earned his Bachelor of Arts degree, with a double major in Sociology and Communication, from the University of California at Santa Barbara; his Juris Doctor degree from The Ohio State University Moritz College of Law; and his LL.M. in International Legal Studies from the New York University School of Law.

**NOTABLE REPRESENTATIONS**

- *In re Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC* , No. 11-02732 (Bankr. S.D.N.Y.) (participated in the recovery from international defendants of billions of dollars on behalf of investors defrauded by Madoff)
- *Coleman v. Theranos, Inc.*, No. 16-cv-06822 (N.D. Cal.) (reached confidential settlement to recover funds on behalf of defrauded investors)
- *Vaitkueviene v. Syneos Health Inc.*, No. 18-cv-00029 (E.D.N.C.) (ongoing securities fraud litigation on behalf of investors alleging violations of the Securities Exchange Act)
- *Dahhan v. OvaScience, Inc.*, No. 1:17-cv-10511 (D. Mass.) (ongoing securities fraud litigation on behalf of investors alleging violations of the Securities Exchange Act)
- *Gaynor v. Miller*, No. 3:15-CV-545 (E.D. Tenn.) (ongoing securities fraud litigation on behalf of investors alleging violations of Securities Act);
- *Morgan v. Public Storage*, No. 14-cv-21559 (S.D. Fla.) (reached class settlement on behalf of consumers alleging violations of FDUTPA and breach of contract)
- *In re ADT Inc. Shareholder Litigation*, No. 50-2018-CA-003494 (15th Jud. Cir., Fla.) (reached class settlement on behalf of investors alleging violations of the Securities Act);
- *Tyrell v. Greenlane Holdings, Inc.*, No. 50-2019-CA-010026 (15th Jud. Cir., Fla.) (ongoing securities fraud litigation on behalf of investors alleging violations of the Securities Act)
- *Macias v. Ocwen Loan Servicing LLC*, No. 16-cv-2215 (S.D.N.Y.) (successfully represented Fortune 500 company in obtaining dismissal of causes of action relating to business practices);
- *VAS Aero Services, LLC v. Volvo Aero Leasing, LLC*, No. 4D15–3264 (Fla. 4th DCA) (successfully represented entity in obtaining recovery for replevin and damages in commercial dispute regarding aircraft equipment)

**EDUCATION**

- **New York University School of Law,** LL.M., International Legal Studies
- **The Ohio State University Moritz College of Law**, J.D.
- **University of California, Santa Barbara**, B.A.

**PROFESSIONAL AFFILIATIONS**

- Panel Member, Federal Magistrate Judge Merit Selection Panel, United States District Court for the Southern District of Florida
- Board Member, Broward Chapter Federal Bar Association
- Co-chair, Federal Judicial Clerk Committee of the Broward Chapter Federal Bar Association
- Executive Committee Member, New York State Bar Association International Section
- Co-chair, Florida Chapter of the New York State Bar Association International Section
- Member, Judiciary Law 470 Working Group for New York State bar Association

**ADMISSIONS**

- Florida
- New York
- United States Court of Appeals for the Ninth Circuit
- United States District Courts for the Northern, Middle and Southern Districts of Florida
- United States District Courts for the Southern and Eastern Districts of New York

**AWARDS & ASSOCIATIONS**

- Rising Star, *Super Lawyers Magazine*, 2016-2019



HOME (/)
ATTORNEYS
OUR TEAM (/ATTORNEYS)
JOSEPH DELICH (/JOSEPH-DELICH)
VELVEL FREEDMAN (/VELVEL-FREEDMAN)
KYLE ROCHE (/KYLE-ROCHE)
OFFICES (/OFFICES)
NEWS (/NEWS)
CONTACT US (/CONTACT-US)

# Bitcoin 'Inventor' Ordered To Give Up Half Of Bitcoin Holdings (/news-blog/bitcoin-inventor-ordered-to-give-up-half-of-bitcoin-holdings)

By **Philip Rosenstein** (https://www.law360.com/articles/1193159/bitcoin-inventor-ordered-to-give-up-half-of-bitcoin-holdings#)

Law360 (August 27, 2019, 10:35 PM EDT) -- Self-proclaimed Bitcoin inventor Craig Wright must give up half his bitcoin trove, presumably worth billions of dollars, and half his Bitcoin-related intellectual property after willfully failing to comply with court orders, a magistrate judge in the Southern District of Florida said Tuesday.

The order penned by Magistrate Judge Bruce E. Reinhart said the sanctions against Wright were appropriate given his "continued non-compliance" with court orders that required he provide information about his bitcoin holdings in a case where the estate of his late business partner David Kleiman claimed Wright sought to seize bitcoin owned by Kleiman following his death.

Wright will have to hand over half of the bitcoin he mined and any intellectual property related to Bitcoin he developed prior to Kleiman's death, the order said. Wright can appeal the order, however, and in that case Judge Reinhart's order would be reviewed by Judge Beth Bloom, who is also

presiding over the case.

"There is clear and convincing evidence that Dr. Wright's non-compliance with the court's orders is willful and in bad faith, that plaintiffs have been prejudiced, and (particularly given the extended pattern of non-compliance and its egregiousness) a lesser sanction is not adequate to punish or to ensure future compliance with the court's orders," the order read.

According to Judge Reinhart, the evidence in the case shows that Wright engaged in a "willful and bad faith pattern of obstructive behavior," which included filing "incomplete or deceptive pleadings," perjuring himself in testimony and submitting a false declaration.

These moves were central in preventing the court from assessing relevant evidence related to claims made by the Kleiman estate: that David Kleiman was engaged in a 50-50 partnership with Wright formed to mine bitcoin and develop related Bitcoin technology, according to the order.

"The Kleiman family has waited a long time to recover assets that should have been returned to it shortly after Dave's unfortunate death in 2013," Velvel Freedman, a partner with Roche Freedman LLP who represents the Kleiman estate, told Law360 after Judge Reinhart ruled from the bench Monday. "Today's ruling marks an important step in the right direction."

David Kleiman's brother Ira Kleiman filed a motion for sanctions and to compel Wright to produce a list of public addresses, or unique identifiers, of his bitcoin holdings as of Dec. 31, 2013.

When Wright took the stand at the first hearing on June 28, he testified that he **could not comply (http://www.law360.com/articles/1169829)** with the court's order to produce the list because the bitcoin holdings are held in a blind trust and he does not have the requisite "keys" to access them.

Ira Kleiman, on behalf of his brother's estate, filed the suit against Wright in February 2018 alleging in a $10.2 billion lawsuit that Wright attempted to steal hundreds of thousands of bitcoins and related intellectual property from David Kleiman.

Wright, who called the suit a **shakedown (https://www.law360.com/articles/1034222)**, had argued previously that the complaint should be dismissed on the grounds that the court lacks jurisdiction to hear the claims.

"I have found that Dr. Wright intentionally submitted fraudulent documents to the court,

obstructed a judicial proceeding, and gave perjurious testimony," Judge Reinhart wrote. "No conduct is more antithetical to the administration of justice."

Judge Reinhart noted at the top of his order that he was not making any determination as to the claim that Wright is the inventor of Bitcoin. He also said it is unclear how much bitcoin is in Wright's possession at present.

While Judge Reinhart had harsh words for Wright, he decided not to sanction his attorneys who he said had been "unfailingly … candid with this court, even when Dr. Wright's conduct and conflicting statements have created awkward situations for counsel." He therefore laid all the blame for noncompliance on Wright.

The order memorializes a ruling Judge Reinhart made from the bench on Monday.

Plaintiffs were also awarded attorney fees.

Counsel for Wright did not respond to a request for comment.

Ira Kleiman is represented by Devin "Velvel" Freedman and Kyle W. Roche of Roche Freedman LLP and Andrew Brenner of Boies Schiller & Flexner LLP.

Wright is represented by Andrés Rivero, Amanda McGovern, Zaharah Markoe, Alan H. Rolnick, Bryan Lee Paschal and Schneur Zalman Kass of Rivero Mestre LLP (https://www.law360.com/firms/rivero-mestre).

The case is Kleiman et al. v. Wright, case number 9:18-cv-80176 (https://www.law360.com/cases/5a85b578f209942345000002), in the U.S. District Court for the Southern District of Florida (https://www.law360.com/agencies/u-s-district-court-for-the-southern-district-of-florida).

--Additional reporting by Darcy Reddan and Nathan Hale. Editing by Bruce Goldman.

*Update: This story has been updated with additional counsel information.*

For a reprint of this article, please contact reprints@law360.com (mailto:reprints@law360.com?subject=Bitcoin%20%E2%80%98Inventor%E2%80%99%20Ordered%20To%20Give%20Up%20Half%20Of%20Bitcoin%20Holdings).

Source:https://www.law360.com/articles/1193159/bitcoin-inventor-ordere…

♥ 0 Likes     ◄ Share

| Newer Post | Older Post |
|---|---|
| Craig Wright 'in Discussions' to Settle Multi-Billion-Dollar Court Case (/news-blog/craig-wright-in-discussions-to-settle-multi-billion-dollar-court-case) | Judge Recommends Ruling in Favor of Kleiman in Craig Wright Case (/news-blog/judge-recommends-ruling-in-favor-of-kleiman-in-craig-wright-case) |

HOME (/HOME)
ATTORNEYS (/ATTORNEYS)
OFFICES (/OFFICES)
NEWS (/NEWS)
CONTACT US (/CONTACT-US)

© Copyright 2019
Roche Freedman, LLP.
All Rights Reserved.
Prior results do not guarantee similar outcomes.



HOME (/)
ATTORNEYS
OUR TEAM (/ATTORNEYS)
JOSEPH DELICH (/JOSEPH-DELICH)
VELVEL FREEDMAN (/VELVEL-FREEDMAN)
KYLE ROCHE (/KYLE-ROCHE)
OFFICES (/OFFICES)
NEWS (/NEWS)
CONTACT US (/CONTACT-US)

# Court Nixes Bitcoin Founder's Escape Bid Amid 'Tangled Web' (/news-blog/court-nixes-bitcoin-founders-escape-bid-amid-tangled-web)

Law360 (August 15, 2019, 9:43 PM EDT) -- A Florida federal court on Thursday rejected a bid by the co-founder of a bitcoin mining company to escape a $10.2 billion suit accusing him of stealing his late business partner's bitcoins, citing the 1808 poem "Marmion" in noting that his inconsistent statements cast doubt on his claims.

U.S. District Judge Beth Bloom called out Australian computer scientist Craig Wright's varying statements regarding the ownership structure of W&K Info Defense Research LLC, pointing out that Wright had previously stated he owned 50% of the company before backtracking and saying he was unsure of who exactly was at the helm of the business.

In response to this argument, the court quoted Sir Walter Scott's 1808 poem, saying "Oh! What a tangled web we weave when first we practice to deceive."

Dave Kleiman and Wright are said to have helped invent bitcoin and co-founded W&K Info Defense Research in Florida in 2011 in order to mine the cryptocurrency, but Wright allegedly

schemed to seize Kleiman's bitcoins following his death in 2013, according to the suit.

Ira Kleiman, on behalf of his brother's estate, filed the suit against Wright in February 2018 alleging in a $10.2 billion lawsuit that Wright attempted to steal hundreds of thousands of bitcoins and related intellectual property from his now-deceased business partner.

Wright, who called the suit **a shakedown** (https://www.law360.com/articles/1034222), had argued that the complaint should be dismissed on the grounds that the court lacks jurisdiction to hear the claims.

The court highlighted that Wright had previously made varying claims about his ownership of W&K — in April 2013 saying that Kleiman held 100% of W&K, only to claim in August 2013 that he held a 50% stake in the company, before saying he had no idea who the owner was during his June 2019 deposition.

Wright had also argued in court filings that there were other W&K owners besides himself and Dave Kleiman, including Vietnamese national Uyen Nguyen and an Australian corporation, Coin-Exch Pt. Ltd., and said the court did not have jurisdiction over the claims because of the far-flung nature of those alleged owners. Judge Bloom said Thursday that all evidence pointed to those other supposed owners, such as Nguyen, being directors instead, meaning Wright's argument about jurisdiction was moot.

"The evidence the defendant attempts to utilize to support the additional membership of Nguyen and Coin-Exch in W&K is completely speculative in nature," Judge Bloom wrote.

The court said the evidence produced by Wright "is insufficient to meet his burden of production. If the evidence proffered is representative of anything, it does nothing more than represent that other people/entities held officer positions within the company. It does not evidence that W&K had other members."

The ruling also rejected Wright's argument that his ex-wife may also be a member of W&K, noting that the email chains submitted to the court were under dispute because the names of sender, recipient and courtesy copy lines make it unclear if Lynn or Craig Wright were the targeted recipients of Kleiman's request to list "you as mgr or mgrm with a foreign address."

The court also notes that when Wright submitted his affidavit identifying potential witnesses, he did

not mention his ex-wife's name.

"We think the order speaks for itself," Kleiman's counsel Devin "Velvel" Freedman told Law360 Thursday by email.

Representatives for Wright did not return requests for comment Thursday.

Ira Kleiman is represented by Devin "Velvel" Freedman and Kyle W. Roche of Roche Freedman LLP.

Wright is represented by Andrés Rivero, Amanda McGovern, Zaharah Markoe, Alan H. Rolnick, Bryan Lee Paschal and Schneur Zalman Kass of [Rivero Mestre LLP (https://www.law360.com/firms/rivero-mestre)](https://www.law360.com/firms/rivero-mestre).

The case is Kleiman et al. v. Wright, case number [9:18-cv-80176 (https://www.law360.com/dockets/5d5589db498a7e092de09467)](https://www.law360.com/dockets/5d5589db498a7e092de09467), in the [U.S. District Court for the Southern District of Florida (https://www.law360.com/agencies/u-s-district-court-for-the-southern-district-of-florida)](https://www.law360.com/agencies/u-s-district-court-for-the-southern-district-of-florida).

-- Additional reporting by Reenat Sinay, Carolina Bolado and Christopher Crosby. Editing by Gemma Horowitz.

For a reprint of this article, please contact [reprints@law360.com (mailto:reprints@law360.com?subject=Court%20Nixes%20Bitcoin%20Founder%27s%20Escape%20Bid%20Amid%20%27Tangled%20Web%27)](mailto:reprints@law360.com?subject=Court%20Nixes%20Bitcoin%20Founder%27s%20Escape%20Bid%20Amid%20%27Tangled%20Web%27).

Source:[https://www.law360.com/articles/1189191 (https://www.law360.co…](https://www.law360.com/articles/1189191)

♥ 0 Likes     ◁ Share

Newer Post
[Judge Recommends Ruling in Favor of Kleiman in Craig Wright Case (/news-blog/judge-recommends-ruling-in-favor-of-kleiman-in-craig-wright-case)](/news-blog/judge-recommends-ruling-in-favor-of-kleiman-in-craig-wright-case)

Older Post
[Alleged Bitcoin Creator's Partner Can Subpoena UK Witnesses (/news-blog/alleged-bitcoin-creators-partner-can-subpoena-uk-witnesses)](/news-blog/alleged-bitcoin-creators-partner-can-subpoena-uk-witnesses)

HOME (/HOME)
ATTORNEYS (/ATTORNEYS)
OFFICES (/OFFICES)
NEWS (/NEWS)
CONTACT US (/CONTACT-US)

© Copyright 2019
Roche Freedman, LLP.
All Rights Reserved.
Prior results do not guarantee similar outcomes.