UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN<br><br>    Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | Case No. 1:19-cv-09236-KPF<br><br>Honorable Katherine Polk Failla |

**DECLARATION OF JASON H. KIM**

I, Jason H. Kim, declare as follows:

1. I am a partner at Schneider Wallace Cottrell Konecky ("SWCK"), counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein. I make this declaration in support of Plaintiffs' motion to seek appointment of their counsel, Roche Freedman LLP ("RF") and SWCK, as interim class counsel pursuant to Rule 23(g).

2. Attached hereto as Exhibit 1 is a true and correct copy of SWCK's firm

resume.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true.

Executed on January 3, 2020 at Los Angeles, California

By: _____*Jason H. Kim*_____
            Jason H. Kim