UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>              Plaintiffs,<br>      -v.-<br>IFINEX INC., *et al.*,<br><br>              Defendants. | 19 Civ. 9236 (KPF)<br><br><u>SCHEDULING ORDER</u> |
| ERIC YOUNG, *et al.*,<br><br>              Plaintiffs,<br>      -v.-<br>IFINEX INC., *et al.*,<br><br>              Defendants. | 20 Civ. 169 (KPF) |

KATHERINE POLK FAILLA, District Judge:

      The Court recently received *Young* v. *iFinex, Inc.*, No. 20 Civ. 169, as a case related to a previously assigned case, *Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236. The parties in both cases are hereby ORDERED to provide the Court with a letter brief, not to exceed five pages in length, stating their positions regarding whether the two cases should be consolidated. These letter briefs shall be filed on or before January 24, 2020.

      SO ORDERED.

Dated:    January 13, 2020
             New York, New York

                                                            KATHERINE POLK FAILLA
                                                            United States District Judge