UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>      Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>      Defendants. | CASE NO. 1:19-cv-09236 |

## NOTICE OF APPEARANCE

Please take notice that Constantine P. Economides of ROCHE CYRULNIK FREEDMAN LLP hereby enters his appearance as counsel in the above-captioned action for Plaintiffs DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN, and is hereby designated as counsel in this proceeding.

Dated: January 15, 2020
    Miami, Florida

Respectfully submitted,
*/s/ Constantine P. Economides*
Constantine P. Economides, Esq.
NY Bar. No. 4970133
ROCHE CYRULNIK FREEDMAN LLP
200 S. Biscayne Blvd.
Suite 5500
Miami, FL 33131
Email: ceconomides@rcfllp.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2020 a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

<u>*/s/Constantine P. Economides*</u><br>
Constantine P. Economides