UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | 19 Civ. 9236 (KPF)<br><br>[PROPOSED] SCHEDULING ORDER |

The Court hereby orders the following:

1. The following actions are hereby consolidated:
    a. *Leibowitz v. iFinex Inc.*, 19-cv-09236-KPF (S.D.N.Y.)
    b. *Young v. iFinex Inc.*, 20-cv-00169-KPF (S.D.N.Y.)
    c. *Faubus v. v. iFinex Inc.*, 20-cv-00211-KPF (S.D.N.Y.)

2. The Plaintiffs shall oppose or otherwise respond to the motions to appoint interim lead counsel by no later than January 27, 2020.

3. No later than seven days following the appointment of interim lead counsel, counsel for defendants and interim lead counsel shall submit a proposed scheduling order setting for deadlines on the filing of a consolidated amended complaint and motion(s) to dismiss.

4. The current February 3, 2020 deadline for Defendants to file motions to dismiss is adjourned.

SO ORDERED.

Dated: January 16, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge