UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> IFINEX INC., *et al.*, <br><br> Defendants. | 19 Civ. 9236; 20 Civ. 169; 20 Civ. 211 (KPF) <br><br> <u>SCHEDULING ORDER</u> |
| ERIC YOUNG, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> IFINEX INC., *et al.*, <br><br> Defendants. | |
| BRYAN FAUBUS, <br><br> Plaintiff, <br><br> -v.- <br><br> IFINEX INC., *et al.*, <br><br> Defendants. | |

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the parties' joint motion in the above-captioned cases, seeking to consolidate the matters, set a briefing schedule for motions to appoint interim lead counsel, and adjourn the current deadline for Defendants in *Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236 to file a motion to dismiss.

    The Court will address the parties' motion to consolidate after it receives Plaintiff's letter in *Ebanks* v. *iFinex, Inc.*, 20 Civ. 453, letter regarding the same.

All counsel seeking to be heard regarding the pending motions to appoint lead interim counsel shall file their papers on or before January 27, 2020. No later than seven days after the appointment of interim lead counsel, counsel for Defendants and interim lead counsel for Plaintiffs shall submit a proposed scheduling order setting forth deadlines for the filing of a consolidated amended complaint and any anticipated motion to dismiss.

The briefing schedule concerning an anticipated motion to dismiss in *Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236 is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: January 17, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge