UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 19 Civ. 9236 (KPF) |
| ERIC YOUNG, *et al.*,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 169 (KPF) |
| BRYAN FAUBUS,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 211 (KPF) |
| JOSEPH EBANKS,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 453 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

   The Court is in receipt of the parties' January 16, 2020 joint motion in

*Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236, *Young* v. *iFinex, Inc.*, No. 20 Civ. 169,

*Faubus* v. *iFinex, Inc.*, No. 20 Civ. 211, seeking to consolidate the matters. The Court is also in receipt of a letter dated January 24, 2020, filed in *Ebanks* v. *iFinex, Inc.*, No. 20 Civ. 453, requesting that the Court consolidate that matter with *Leibowitz, Young,* and *Faubus* as well. The parties' motions are GRANTED. The following actions are hereby consolidated:

    a.    *Leibowitz* v. *iFinex, Inc.*, No. 19 Civ. 9236
    b.    *Young* v. *iFinex, Inc.*, No. 20 Civ. 169
    c.    *Faubus* v. *iFinex, Inc.*, No. 20 Civ. 211
    d.    *Ebanks* v. *iFinex, Inc.*, No. 20 Civ. 453

SO ORDERED.

Dated:    January 24, 2020
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                       United States District Judge