UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, et al, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>IFINEX INC., et al,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-09236-KPF<br>(Consolidated with Case Nos. 1:20-cv-00169-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF)<br><br>NOTICE OF MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL |

Cases\4849-1463-2883.v1-1/27/20

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that plaintiff Joseph Ebanks will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order appointing Robbins Geller Rudman & Dowd LLP as Interim Class Counsel for the putative class pursuant to Federal Rule of Civil Procedure 23(g)(3). In support of this Motion, Mr. Ebanks submits the accompanying Memorandum of Law, the Declaration of Samuel H. Rudman and a [Proposed] Order.

| | |
|---|---|
| DATED: January 27, 2020 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN |

s/ SAMUEL H. RUDMAN<br>
SAMUEL H. RUDMAN

58 South Service Road, Suite 200<br>
Melville, NY  11747<br>
Telephone:  631/367-7100<br>
631/367-1173 (fax)<br>
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN<br>
  & DOWD LLP<br>
BRIAN E. COCHRAN<br>
200 South Wacker Drive, 31st Floor<br>
Telephone:  312/674-4674<br>
312/674-4676 (fax)

LAW OFFICE OF GEORGE W COCHRAN<br>
GEORGE W COCHRAN<br>
1385 Russell Drive, Suite B<br>
Streetsboro, OH  44241-8369<br>
Telephone:  330/607-2187

Attorneys for Plaintiff Joseph Ebanks

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 27, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ SAMUEL H. RUDMAN
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  SRudman@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-09236-KPF Leibowitz et al v. iFinex Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sunjina Kaur Ahuja**
  sahuja@dmalaw.com

- **Kyle G. Bates**
  kbates@schneiderwallace.com,efilings@schneiderwallace.com,3005202420@filings.docketbird.com

- **Christopher Beal**
  cbeal@dmalaw.com,dchaves@dmalaw.com

- **Daniel Arthur Cohen**
  dcohen@wmhlaw.com,VWayner@wmhlaw.com,docketclerk@wmhlaw.com

- **Jason Colin Cyrulnik**
  jcyrulnik@rcfllp.com,wtracy@rcfllp.com,akaradjas@rcfllp.com

- **Joseph Michael Delich**
  jdelich@rcfllp.com,akaradjas@rcfllp.com,nbermond@rochefreedman.com

- **Constantine Philip Economides**
  ceconomides@rcfllp.com

- **Thomas W. Elrod**
  telrod@kmllp.com,ecf@kmllp.com

- **Devin Freedman**
  vel@rochefreedman.com,nbermond@rochefreedman.com

- **Amos Emory Friedland**
  afriedland@rcfllp.com

- **Michael C. Hefter**
  michael.hefter@hoganlovells.com,michael-hefter-6956@ecf.pacerpro.com,nymanagingclerk@hoganlovells.com

- **Jason H Kim**
  jkim@schneiderwallace.com,6554119420@filings.docketbird.com

- **David E Kovel**
  dkovel@kmllp.com,ecf@kmllp.com

- **Michael Jason Lee**
  michael@mjllaw.com

- **Karen M. Lerner**
  klerner@kmllp.com

- **Stephanie Tsay Levick**
  slevick@wmhlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Anthony Epifanio Maneiro**
  amaneiro@kmllp.com

- **Brian Philip Murray**
  bmurray@glancylaw.com,brian-murray-4237@ecf.pacerpro.com

- **Edward John Normand**
  tnormand@rcfllp.com,wtracy@rcfllp.com,akaradjas@rcfllp.com

- **Kyle William Roche**
  kyle@rochefreedman.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Todd Michael Schneider**
  tschneider@schneiderwallace.com,efilings@schneiderwallace.com,2733686420@filings.docketbird.com

- **James Walden**
  jwalden@wmhlaw.com,docketclerk@wmhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph Ebanks
,
```