UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID LEIBOWITZ, et al, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:19-cv-09236-KPF (Consolidated with Case Nos. 1:20-cv-00169-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF) |
| Plaintiff, | : : | |
| vs. | : : : : : | DECLARATION OF SAMUEL H. RUDMAN IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL |
| IFINEX INC., et al, | | |
| Defendants. | : : | |

I, SAMUEL H. RUDMAN, declare as follows:

1.     I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for plaintiff Joseph Ebanks in the above-captioned class action.  I make this declaration in support of Mr. Ebanks Motion for Appointment of Interim Class Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached is a true and correct copy of the following exhibit:

Exhibit A:     Robbins Geller Rudman & Dowd LLP Firm Resume.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th day of January, 2020, at Melville, New York.

s/ SAMUEL H. RUDMAN<br>SAMUEL H. RUDMAN

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 27, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ SAMUEL H. RUDMAN
SAMUEL H. RUDMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: SRudman@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-09236-KPF Leibowitz et al v. iFinex Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sunjina Kaur Ahuja**
  sahuja@dmalaw.com

- **Kyle G. Bates**
  kbates@schneiderwallace.com,efilings@schneiderwallace.com,3005202420@filings.docketbird.com

- **Christopher Beal**
  cbeal@dmalaw.com,dchaves@dmalaw.com

- **Daniel Arthur Cohen**
  dcohen@wmhlaw.com,VWayner@wmhlaw.com,docketclerk@wmhlaw.com

- **Jason Colin Cyrulnik**
  jcyrulnik@rcfllp.com,wtracy@rcfllp.com,akaradjas@rcfllp.com

- **Joseph Michael Delich**
  jdelich@rcfllp.com,akaradjas@rcfllp.com,nbermond@rochefreedman.com

- **Constantine Philip Economides**
  ceconomides@rcfllp.com

- **Thomas W. Elrod**
  telrod@kmllp.com,ecf@kmllp.com

- **Devin Freedman**
  vel@rochefreedman.com,nbermond@rochefreedman.com

- **Amos Emory Friedland**
  afriedland@rcfllp.com

- **Michael C. Hefter**
  michael.hefter@hoganlovells.com,michael-hefter-6956@ecf.pacerpro.com,nymanagingclerk@hoganlovells.com

- **Jason H Kim**
  jkim@schneiderwallace.com,6554119420@filings.docketbird.com

- **David E Kovel**
  dkovel@kmllp.com,ecf@kmllp.com

- **Michael Jason Lee**
  michael@mjllaw.com

- **Karen M. Lerner**
  klerner@kmllp.com

- **Stephanie Tsay Levick**
  slevick@wmhlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Anthony Epifanio Maneiro**
  amaneiro@kmllp.com

- **Brian Philip Murray**
  bmurray@glancylaw.com,brian-murray-4237@ecf.pacerpro.com

- **Edward John Normand**
  tnormand@rcfllp.com,wtracy@rcfllp.com,akaradjas@rcfllp.com

- **Kyle William Roche**
  kyle@rochefreedman.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Todd Michael Schneider**
  tschneider@schneiderwallace.com,efilings@schneiderwallace.com,2733686420@filings.docketbird.com

- **James Walden**
  jwalden@wmhlaw.com,docketclerk@wmhlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joseph Ebanks
,
```