UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN<br><br>    Plaintiffs,<br>v.<br><br>IFINWX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | Case No. 19-cv-09236 (KPF)<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Maria Ginzburg of Selendy & Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th floor, New York, New York, hereby appears as counsel on behalf of Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

i

| | |
|---|---|
| Date: January 27, 2020<br>New York, New York | Respectfully submitted,<br><br>*/s/ Maria Ginzburg*<br><br>SELENDY & GAY PLLC<br><br>Maria Ginzburg<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Tel: (212) 390-9000<br>Email: mginzburg@selendy-gay.com<br><br>*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein* |

ii