UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN<br><br>    Plaintiffs,<br>v.<br><br>IFINWX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | Case No. 19-cv-09236 (KPF)<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Caitlin Halligan of Selendy & Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th floor, New York, New York, hereby appears as counsel on behalf of Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Date: January 27, 2020
      New York, New York

Respectfully submitted,

*/s/ Caitlin Halligan*

SELENDY & GAY PLLC

Caitlin Halligan
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 390-9000
Email: challigan@selendygay.com

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*