UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
DAVID LEIBOWITZ, et al, Individually and : Civil Action No. 1:19-cv-09236-KPF
on Behalf of All Others Similarly Situated, : (Consolidated with Case Nos. 1:20-cv-00169-
: KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-
Plaintiff, : KPF)
:
vs. : DECLARATION OF BRIAN E. COCHRAN
: IN SUPPORT OF MOTION FOR
IFINEX INC., et al, : ADMISSION *PRO HAC VICE*
:
Defendants. :
:
———————————————————— x

I, BRIAN E. COCHRAN, a partner at Robbins Geller Rudman & Dowd LLP, located at 55 S. Main Street, Suite 390, Naperville, IL 60540, duly admitted to practice before the Courts of the State of Illinois and the State of California, declare as follows:

1. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this Declaration to the Court in support of my motion for admission *pro hac vice* to the United States District Court of the Southern District of New York for the purposes of the above pending action before this Court.

2. I am a member in good standing of the State of Illinois, as well as the State of California. Current Certificates of Good Standing issued by the States of Illinois and California are attached hereto as Exhibit A.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February, 2020 at Chicago, Illinois.

                                                  */s/ Brian E. Cochran*
                                                  BRIAN E. COCHRAN

## CERTIFICATE OF SERVICE

I, Brian E. Cochran, hereby certify that on February 5, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Brian E. Cochran*
BRIAN E. COCHRAN