UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
DAVID LEIBOWITZ, et al, Individually and : Civil Action No. 1:19-cv-09236-KPF
on Behalf of All Others Similarly Situated, : (Consolidated with Case Nos. 1:20-cv-00169-
: KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-
                Plaintiff, : KPF)
:
   vs. : ORDER FOR ADMISSION *PRO HAC VICE*
: OF BRIAN E. COCHRAN
IFINEX INC., et al, :
:
                Defendants. :
:
———————————————————— x

The motion of Brian E. Cochran ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois (Bar No. 6329016) and the State of California (Bar No. 286202), and that his contact information is as follows:

> Applicant Name: Brian E. Cochran
>
> Firm Name: Robbins Geller Rudman & Dowd LLP
>
> Address: 200 South Wacker Drive, 31st Floor
>
> City/State/Zip: Chicago, IL 60606
>
> Telephone: 312/674-4674
>
> Fax: 312/674-4676
>
> E-mail: Bcochran@rgrdlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Joseph Ebanks in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　THE HONORABLE KATHERINE FAILLA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE