UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID LEIBOWITZ, et al, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : : : : | Civil Action No. 1:19-cv-09236-KPF (Consolidated with Case Nos. 1:20-cv-00169-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF) |
| Plaintiff, | | |
| vs. | | MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN E. COCHRAN |
| IFINEX INC., et al, | | |
| Defendants. | | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brian E. Cochran, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Joseph Ebanks in the above-captioned action.

I am in good standing of the bar of the State of Illinois, as well as the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

DATED: February 7, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN

  */s/ Brian E. Cochran*
BRIAN E. COCHRAN

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

LAW OFFICE OF GEORGE W COCHRAN
GEORGE W COCHRAN
1385 Russell Drive, Suite B
Streetsboro, OH 44241-8369
Telephone: 330/607-2187

*Attorneys for Plaintiff Joseph Ebanks*