UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID LEIBOWITZ, et al, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : : : : : | Civil Action No. 1:19-cv-09236-KPF (Consolidated with Case Nos. 1:20-cv-00169-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF) |
| Plaintiff, | | |
| vs. | | DECLARATION OF BRIAN E. COCHRAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |
| IFINEX INC., et al, | | |
| Defendants. | | |

I, BRIAN E. COCHRAN, a partner at Robbins Geller Rudman & Dowd LLP, located at 200 South Wacker Drive, 31st Floor, Chicago, IL 60606 duly admitted to practice before the Courts of the State of Illinois and the State of California, declare as follows:

1. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this Declaration to the Court in support of my motion for admission *pro hac vice* to the United States District Court of the Southern District of New York for the purposes of the above pending action before this Court.

2. I am a member in good standing of the State of Illinois, as well as the State of California. Current Certificates of Good Standing issued by the States of Illinois and California are attached hereto as Exhibit A.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of February, 2020 at Naperville, Illinois.

                                                */s/ Brian E. Cochran*
                                                BRIAN E. COCHRAN