UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, et al, Individually and on Behalf of All Others Similarly Situated,  Plaintiff, vs. IFINEX INC., et al, Defendants. | Civil Action No. 1:19-cv-09236-KPF (Consolidated with Case Nos. 1:20-cv-00169-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF)  ORDER FOR ADMISSION *PRO HAC VICE* OF BRIAN E. COCHRAN |

The motion of Brian E. Cochran ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois (Bar No. 6329016) and the State of California (Bar No. 286202), and that his contact information is as follows:

    Applicant Name: Brian E. Cochran

    Firm Name: Robbins Geller Rudman & Dowd LLP

    Address: 200 South Wacker Drive, 31st Floor

    City/State/Zip: Chicago, IL 60606

    Telephone: 312/674-4674

    Fax: 312/674-4676

    E-mail: Bcochran@rgrdlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Joseph Ebanks in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

IT IS SO ORDERED.

DATED: _____

                                        THE HONORABLE KATHERINE FAILLA
                                        UNITED STATES DISTRICT JUDGE