UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH EBANKS, *et al.*,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 20 Civ. 453 (KPF)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

KATHERINE POLK FAILLA, District Judge:

The motion of BRIAN E. COCHRAN, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the States of Illinois and California; and that his contact information is a follows:

Brian E. Cochran
Robbins Geller Rudman & Dowd LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676
E-Mail: bcochran@rgdlaw.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Joseph Ebanks in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 82 of *Leibowitz* v. *iFinex, Inc.*, 19 Civ. 9236 (KPF) .

SO ORDERED.

Dated:    February 11, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge