UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID LEIBOWITZ, et al, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:19-cv-09236-KPF (Consolidated with Case Nos. 1:20-cv-00169-KPF, 1:20-cv-00211-KPF, 1:20-cv-00453-KPF) |
| Plaintiff, | : : | |
| vs. | : : | NOTICE OF APPEARANCE |
| IFINEX INC., et al, | : : : | |
| Defendants. | : : : | |

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of Plaintiff Joseph Ebanks in this action and requests that all parties serve upon the undersigned copies of all papers filed in or affecting this action.

DATED: February 12, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIN W. BOARDMAN

*/s/ Erin W. Boardman*
ERIN W. BOARDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
eboardman@rgrdlaw.com