**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>     Plaintiffs,<br>     v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>     Defendants. | 19 Civ. 9236 (KPF)<br><br>**AFFIDAVIT OF MATTHEW S. WEILER IN SUPPORT OF MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

I Matthew S. Weiler, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice to the bar of the State of California. I am an attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.

2. I am submitting this affidavit in suppor of my motion for admission *pro hac vice*.

3. I have never been conviced of a felony.

4. Attached hereto is a "Certificate of the Clerk of the Supereme Court of the State of California" dated February 14, 2020.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

-2-

administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

WHEREFORE, I, Matthew S. Weiler, hereby respectfully request this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

Dated: February 18, 2020.   /s/ *Matthew S. Weiler*
　　　　　　　　　　　　　　　Matthew S. Weiler
　　　　　　　　　　　　　　　SCHNEIDER WALLACE
　　　　　　　　　　　　　　　COTTRELL KONECKY LLP
　　　　　　　　　　　　　　　2000 Powell Street, Suite 1400
　　　　　　　　　　　　　　　Emeryville, CA 94608
　　　　　　　　　　　　　　　Telephone: (415) 421-7100
　　　　　　　　　　　　　　　Fax: (415) 421-7105
　　　　　　　　　　　　　　　mweiler@schneiderwallace.com

　　　　　　　　　　　　　　　*Attorney for Plaintiffs David Leibowitz,*
　　　　　　　　　　　　　　　*Benjamin Leibowitz, Jason Leibowitz, Aaron*
　　　　　　　　　　　　　　　*Leibowitz, and Pinchas Goldshtein*