UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>                 Plaintiffs,<br><br>                   -v.-<br><br>IFINEX INC., *et al.*,<br><br>                 Defendants. | 19 Civ. 9236 (KPF)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

KATHERINE POLK FAILLA, District Judge:

The motion of M ATTHEW S. WEILER, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is a follows:

Matthew S. Weiler
Schneider Wallace Cottrell Konecky Wotkyns LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
E-Mail: mweiler@schneiderwallace.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are

subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 90.

SO ORDERED.

Dated:   February 19, 2020
         New York, New York

                               KATHERINE POLK FAILLA
                               United States District Judge