# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br>  v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | Case No. 19-cv-09236 (KPF)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the firm name of **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** has changed.  The firm's new name is **SCHNEIDER WALLACE COTTRELL KONECKY LLP**. The firm's contact information is unchanged.

Dated: February 19, 2020.

/s/ *Jason H. Kim*

Todd M. Schneider
Jason H. Kim
Kyle G. Bates
Matthew S. Weiler
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com

                                                      kbates@schneiderwallace.com
                                                      mweiler@schneiderwallace.com

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing document with the Clerk of the Court by using the Court's CM/ECF system on February 19, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.


*/s/ Jason H. Kim*
Jason H. Kim