UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>                    Plaintiffs,<br><br>       v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>                    Defendants. | Case No. 1:19-cv-09236<br><br>**NOTICE OF APPEARANCE** |

TO:  The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: New York, New York  WALDEN MACHT & HARAN LLP
February 24, 2020

By:  /s/ Veronica M. Wayner
Veronica M. Wayner
One Battery Park Plaza 34th Floor
New York, New York 10004
Tel: (212) 335-2384
slevick@wmhlaw.com

*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*

2