UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br><br>-against-<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>Defendants. | Case No. 1:19-cv-09236-KPF |

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Samuel Rackear of the law firm Hogan Lovells US LLP, who is admitted to practice before this Court, hereby requests that the Court enter his appearance as counsel for Defendant Reginald Fowler in the above captioned case and respectfully requests that all further pleadings and papers in this action be served upon, and correspondence directed to, the undersigned at the address provided below.

Dated:  New York, New York
        February 27, 2020

                                                Respectfully submitted,

                                                By:  <u>/s/ Samuel Rackear</u>

                                                Samuel Rackear
                                                HOGAN LOVELLS US LLP
                                                390 Madison Avenue
                                                New York, NY 10017
                                                Tel.: (212) 918-3000
                                                Fax: (212) 918-3100
                                                samuel.rackear@hoganlovells.com

                                                *Attorneys for Defendant Reginald Fowler*