March 5, 2020

<u>**By ECF**</u>

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

Re:   *Leibowitz et al. v. iFinex Inc., et al.*, 19-CV-09236-KPF

Dear Judge Failla,

The parties have met and conferred pursuant to the Court's guidance provided during the conference of February 27, 2020 and have agreed to a proposed schedule for the filing of a consolidated amended complaint and the briefing of any subsequent motion to dismiss. A Proposed Order containing that schedule is attached to this letter as Exhibit 1.

Respectfully submitted,

<u>/s/ Caitlin Halligan</u>
Caitlin Halligan
Philippe Z. Selendy
Maria Ginzburg
Andrew R. Dunlap
SELENDY & GAY PLLC
1290 Sixth Avenue
New York, NY 10104
challigan@selendygay.com
pselendy@selendygay.com
mginzburg@selendygay.com
adunlap@selendygay.com

<u>/s/ Todd M. Schneider</u>
Todd M. Schneider (*pro hac vice*)
Jason H. Kim (*pro hac vice*)
Matthew S. Weiler (*pro hac vice* forthcoming)
Kyle G. Bates (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608

<u>/s/ Jim Walden</u>
Jim Walden
Daniel J. Chirlin
Walden Macht & Haran
One Battery Park Plaza 34th Floor
New York, New York 10004
jwalden@wmhlaw.com
dchirlin@wmhlaw.com

<u>/s/ Michael Jason Lee</u>
Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
michael@mjllaw.com

<u>/s/ Sunjina K. Ahuja</u>
Sunjina K. Ahuja, Esq.
Dillon Miller & Ahuja, LLP
5872 Owens Ave., Suite 200
sahuja@dmalaw.com

tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com
kbates@schneiderwallace.com

s/ Kyle W. Roche
Kyle W. Roche
Joseph M. Delich
Edward Normand
Jason Cyrulnik
Amos Friedland
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com
tnormand@rcfllp.com
jcyrulnik@rcfllp.com
afriedland@rcfllp.com

*Attorneys for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*

*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*

/s/ Samuel Rackear
Samuel Rackear
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
samuel.rackear@hoganlovells.com

*Attorneys for Defendant Reginald Fowler*

Encl:  Exhibit 1