# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-v.-<br><br>IFINEX INC, *et al.*,<br><br>　　　　　　　Defendants. | 19 Civ. 9236 (KPF)<br><br>[PROPOSED] SCHEDULING ORDER |

**[PROPOSED] SCHEDULING ORDER**

　　IT IS HERE BY STIPULATED AND AGREED among the parties that:

1.　The parties agree to the following schedule:

　　a.　Plaintiffs have requested up to 60 days to file their Consolidated Amended Complaint. Defendants do not object. As such, within 60 days after the issuance of this order, Plaintiffs will file their Consolidated Amended Complaint.

　　b.　Defendants will file any Motion to Dismiss within 60 days after the filing of Plaintiffs' Consolidated Amended Complaint.

　　c.　Plaintiffs will file any opposition papers within 60 days after the filing of Defendants' Motion to Dismiss.

　　d.　Defendants will file any reply papers within 30 days after the filing of Plaintiffs' opposition papers.

　　SO ORDERED

Dated:　　　＿＿＿, 2020
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge