UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IFINEX INC, *et al.*, <br><br> Defendants. | 19 Civ. 9236 (KPF) |

**REVISED SCHEDULING ORDER**

WHEREAS, on March 5, 2020, the Court entered a Scheduling Order directing Plaintiffs to file their Consolidated Amended Complaint by May 4, 2020 (ECF No. 99);

WHEREAS, Plaintiffs have requested an additional 30 days to file their Consolidated Amended Complaint, and Defendants do not object;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, and SO ORDERED by the Court, that:

1. Plaintiffs shall file their Consolidated Amended Complaint by June 3, 2020;

2. Defendants will file any Motion to Dismiss within 60 days after the filing of Plaintiffs' Consolidated Amended Complaint;

3. Plaintiffs will file any opposition papers within 60 days after the filing of Defendants' Motion to Dismiss; and

4. Defendants will file any reply papers within 30 days after the filing of Plaintiffs' opposition papers.

SO ORDERED

Dated: April 8, 2020
New York, New York

_____
HON. KATHERINE POLK FAILLA
United States District Judge