# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 7, 2015
```

Daniel Gordon, Allan Rotman, Eileen Rotman, Robert Binz V, John Cosier, Sherry Cosier, Joe Solo, Douglas Weil, Tim Gregory, Michael Binz, Ellen Ullman, Andrew Margolick, Leslie Clemenson, Gary Boren, Paul Nelson, Rae Dillon, Moira Kerrigan, Robert Shumaker, Loraine Van Horn, Joel Ranck, Kim Coughlin, Samuel Garvin, Winter Birdsong, Diana Carmel, Robert Cohen, Sandra Gustafson, Bruce Kolman, Lisa Moreno, Sophie Mosgrove, Nili Sinai-Nathan, Lincoln Wheeler, Matthew White, Steven Abraham, Robert DeVault, Jaqueline Molina, Jeanne N. Rice, Barbara Zimmerman, Brian R. Huffman, Eric Halvorson, Doug Johnson, Karen Carlet, Wendi Lee Voss, Peter Lepari, Teresa Heffernan, Anthony Norton, Kevin Sullivan, Michele Dunham, George Fakoury, Janis Fakoury, Diana Shead, Terri Kruback, Aja Patterson, Michael Hicks, Thomas Martin, Aleksandr Pischanskiy, Michael Sabran, Brian DeBruyn, Gregory Melita, Kelly Melita, Stephen P. Moore, Stephanie Eide, Scott Divona, Tiffany Brown, Michelle Green, Patrick Haag, Justin McClinton, Brian McCrudden, Regina Point, Daniel Stone, Keegan Stock, Kathleen Davis, George Knudsen, Tom Clynes, Nina Bartoshevich, Paul Bartoshevich, and Linda Ewert on behalf of themselves and all others similarly situated,

                Plaintiffs,

                v.

Amadeus IT Group, S.A., Amadeus North America, Inc., Amadeus Americas, Inc., Sabre Corporation f/k/a Sabre Holdings Corporation, Sabre Holdings Corporation, Sabre GLBL Inc., Sabre Travel International Limited, Travelport Worldwide Limited, and Travelport LP d/b/a Travelport,

                Defendants.

No. 15 Civ. 5457 (KPF)

**ORDER APPOINTING INTERIM CO-LEAD COUNSEL**

KATHERINE POLK FAILLA, District Judge:

1.  Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates Heins Mills & Olson, P.L.C., Lite DePalma Greenberg, LLC, Freed Kanner London & Millen, LLC, Grant & Eisenhofer, PA, and Joseph Saveri Law Firm, Inc. to act on behalf of Plaintiffs and all members of the Class as Plaintiffs' Interim Co-Lead Counsel with responsibilities hereinafter described.

2.  Plaintiffs' Interim Co-Lead Counsel shall have the following responsibilities:

    a.    To organize and supervise the efforts of Plaintiffs' counsel in a manner to assure that the pretrial and trial preparation for Plaintiffs is conducted effectively, efficiently, expeditiously, and economically;

    b.    To delegate work responsibilities and monitor the activities of Plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and expense are avoided;

    c.    To speak on behalf of Plaintiffs at all Court conferences;

    d.    To initiate and conduct discussions and negotiations with counsel for Defendants on all matters, including settlement;

    e.    To determine the position of Plaintiffs on all matters arising during the litigation (after such consultations with other co-counsel as appropriate) and present such position orally and/or in writing to the Court and opposing parties;

    f.    To consult with and employ experts, as necessary, for Plaintiffs;

    g.    To coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories and requests for production of documents, the organization and review of documents produced by defendants and non-parties, and the examination of witnesses via deposition;

    h.    To maintain and make available to all counsel and the Court an up-to-date service list;

    i.    To receive and to initiate communications with the Court and the Clerk of Court, including receiving orders, notices, correspondence and telephone calls;

    j.    To be the primary contact for all communications between Plaintiffs and Defendants;

    k.    To perform such other duties as are necessary in connection with the prosecution of this litigation;

    l.    To coordinate the preparation and presentation of all of Plaintiffs' claims and coordinate all proceedings;

    m.    To apportion any attorneys' fees awarded by the Court among Plaintiffs' counsel;

    n.    To encourage full cooperation and efficiency among all Plaintiffs' counsel;

    o.    To maintain a common cost fund to pay for common expenses in the litigation and to assess Plaintiffs' counsel for the costs of the litigation; and

    p.    To keep contemporaneous records of all Plaintiffs' counsel time and expenses devoted to this matter reflecting the date of the legal service rendered, the nature of the service, and the number of hours billed.

3.    All work performed by Plaintiffs' counsel in this action must be authorized by Plaintiffs' Interim Co-Lead Counsel.

4.    No motion shall be initiated or filed on behalf of any Plaintiff or the Class except through Plaintiffs' Interim Co-Lead Counsel.

5.    No Plaintiffs' counsel, other than Interim Co-Lead Counsel, may compromise or settle any claims made on behalf of Plaintiffs or the Class in this case. Defendants' counsel may rely on all agreements made with Plaintiffs'

Interim Co-Lead Counsel, and such agreements shall be binding on all other class plaintiffs in their respective cases.

6. Pursuant to the November 12, 2015 letter to the Court, Robert G. Eisler, Esq., of the Grant & Eisenhofer firm will act as liaison counsel on behalf of all Plaintiff's counsel for purposes of providing a single point of contact for the Court and for defense counsel.

SO ORDERED.

Dated: New York, New York
December 7, 2015

_____
KATHERINE POLK FAILLA
United States District Judge