# Exhibit 6



**Grant & Eisenhofer P.A.**

485 Lexington Avenue   New York, NY 10017   Tel: 646-722-8500   Fax: 646-722-8501

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

1747 Pennsylvania Avenue, N.W., Suite 875
Washington, DC 20006
Tel: 202-386-9500
Fax: 202-386-9505

30 N. LaSalle Street, Suite 1200
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

WRITER'S DIRECT DIAL NUMBER

646-722-8500
Email: reisler@gelaw.com

November 12, 2015

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court for the Southern
  District of New York
40 Foley Square
New York, NY 10007

    Re: <u>Gordon, et al. v. Amadeus IT Group, S.A. et al., No. 1:15-cv-05457 (KPF)</u>

Dear Judge Failla:

  This letter responds to Your Honor's request at the hearing held November 5, 2015, that co-lead counsel outline their plan to distribute labor among the firms representing plaintiffs in this matter. As I indicated at the hearing, I will act as liaison counsel on behalf of all plaintiffs' counsel for purposes of providing a single point of contact for the Court and for defense counsel.

  Consistent with the practice in other complex antitrust class actions, we intend to divide responsibilities among the lawyers in a manner that avoids duplicative or unnecessary expenditure of time or other resources. In addition, we have already implemented a rule by which all firms representing plaintiffs in this matter have agreed to be bound: Only assignments directly authorized by lead counsel will be compensable. This rule will prevent any superfluous or inefficient use of resources that may occur from impacting the management of the case or the interests of the Class.

  To date, the work of plaintiffs' counsel has proceeded efficiently and expeditiously, without duplication of effort. Lead counsel have worked collaboratively, taking responsibility for discrete projects and tasks, including case investigation, the drafting of pleadings, discovery planning (including issues relating to the preservation and production of ESI), and negotiating the protective order. This work has been strategically delegated among the five lead firms so as

The Honorable Katherine Polk Failla
November 12, 2015
Page 2

to avoid duplication and take advantage of the complementary set of skills and experience that each firm brings to bear on complex antitrust cases of this nature. This will continue to be our approach as the litigation proceeds.

Lead counsel agree that the formation of internal committees with defined responsibilities is an efficient method of litigating this case while avoiding duplication of effort. Such responsibilities include, but are not limited to, the development and implementation of a discovery strategy, researching and drafting briefs, and managing what promises to be a significant document review. Moreover, because the class certification process is so critical in complex antitrust litigation, a committee will be tasked with ensuring that this endeavor is handled in an expeditious fashion, including the necessity of dealing with all the economic aspects of class certification. Further, due to the economic complexity of this industry, it will be necessary for a committee to be responsible for handling expert-related matters that will arise in connection with both liability and damages. In addition, each of the five lead firms are expected to advance and bear the large out-of-pocket expenses associated with significant antitrust litigation of this type, including costs associated with the retention of qualified expert consultants.

All committees will be subject to the ultimate control of lead counsel but will also have broad authority to fulfill their assigned responsibilities. And, having at least one attorney from a lead counsel firm as a member of each committee ensures the appropriate oversight and protects against inefficiency and inconsistent strategies. These committees will also draw as needed on resources made available by non-lead counsel firms representing plaintiffs. Taken together, the elements of the foregoing committee structure guarantee that each firm can play to its strengths for the benefit of the Class without duplicating efforts.

Further, lead counsel have already developed and are prepared to distribute to all firms representing plaintiffs in this matter a Time and Expense Reporting Protocol (the "T&E Protocol") to which all firms seeking compensation are bound. The T&E Protocol requires each firm to submit its time and expense reporting, in both summary and detailed form, to lead counsel on a monthly basis. Any reports not submitted in a timely fashion will not be included in any future petition for fees or reimbursement of expenses. The T&E Protocol specifically requires that reports identify the lead counsel firm that authorized the work described, in addition to several other discrete items. All reports are subject to review and approval by lead counsel, and duplicative, excessive, or unauthorized work, or unreasonable expenses will not be included in any future request for fees or reimbursement of expenses following any judgment or settlement obtained in this case.

Plaintiffs' counsel's proposal represents an organized, reasonable, and efficient structure for the prosecution of this complex case, which involves dozens of plaintiffs asserting federal and myriad state law claims. It is designed to produce the highest quality representation for plaintiffs and the Class with economy and efficiency, consistent with sound principles of judicial case management and administration.

Case 1:19-cv-09236-KPF Document 103-6 Filed 04/29/20 Page 4 of 4
Case 1:15-cv-05457-KPF Document 134 Filed 11/12/15 Page 3 of 3

The Honorable Katherine Polk Failla
November 12, 2015
Page 3

If this letter does not answer all of Your Honor's questions concerning the proposed workings of the lead counsel structure, I will be happy to provide further information at Your Honor's request.

Respectfully,

/s/ *Robert G. Eisler*
Robert G. Eisler
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York
Tel: (646) 722-8500
Fax: (646) 722-8501

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692

Doug A. Millen
FREED KANNER LONDON &
 MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
Tel: (415) 500-6800
Fax: (415) 395-9540

Steven J. Greenfogel
LITE DePALMA GREENBERG
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

RGE/rm
cc:    All Counsel of Record (via ECF)