

One Battery Park Plaza
34th Floor
New York, NY 10004

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

April 30, 2020

**VIA ECF**
Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.,
40 Foley Square, Room 2103
New York, NY 10007

     Re:    *Leibowitz et al. v. iFinex Inc., et al.*, 19-CV-09236-KPF

Dear Judge Failla:

     We write in connection with Plaintiffs' proposed Case Management Order and corresponding letter to the Court (Docket No. 103). Defendants Tether Holdings Limited, Tether Operations Limited, and Tether International Limited, iFinex Inc., BFXNA Inc., BFXWW Inc., and DigFinex Inc. object to Plaintiffs' proposed Case Management Order, and respectfully request the opportunity to file a response explaining their objections by **Wednesday, May 6, 2020**.

     Respectfully submitted,

     **Walden Macht & Haran LLP**

     /s/ Jim Walden

     By: Jim Walden

cc:    All counsel (via ECF)