

One Battery Park Plaza  
34th Floor  
New York, NY 10004  

wmhlaw.com  
T: 212-335-2030  
F: 212-335-2040  

April 30, 2020

<u>**VIA ECF**</u>  
Hon. Katherine Polk Failla  
U.S. District Court, S.D.N.Y.,  
40 Foley Square, Room 2103  
New York, NY 10007



Re: *Leibowitz et al. v. iFinex Inc., et al.*, 19-CV-09236-KPF

Dear Judge Failla:

We write in connection with Plaintiffs' proposed Case Management Order and corresponding letter to the Court (Docket No. 103). Defendants Tether Holdings Limited, Tether Operations Limited, and Tether International Limited, iFinex Inc., BFXNA Inc., BFXWW Inc., and DigFinex Inc. object to Plaintiffs' proposed Case Management Order, and respectfully request the opportunity to file a response explaining their objections by **Wednesday, May 6, 2020**.

Respectfully submitted,

**Walden Macht & Haran LLP**

<u>/s/ Jim Walden            </u>

By: Jim Walden

cc: All counsel (via ECF)

```
Application GRANTED.

Dated:    April 30, 2020            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE