# EXHIBIT 1








