**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No. 19 Civ. 9236 (KPF)  |

**PLAINTIFF'S MOTION FOR LEAVE TO RE-FILE**
**AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs hereby move for leave to re-file their Amended Consolidated Class Action Complaint. In support of his Motion, Plaintiffs state as follows.

1. On May 14, 2020, the Court issued an order designating this action as the lead action for all the consolidated actions, and provided a new caption.

2. On June 2, 2020, Plaintiffs filed a new complaint titled "Consolidated Class Action Complaint," ECF No. [110], reflecting that it was the first the Complaint filed since interim lead counsel was appointed and various class actions were consolidated.

3. On June 3, 2020, the Clerk's office published a notice on the docket stating that the filing was deficient because the newly filed complaint was not identified as an "amended" complaint on the PDF, and because newly named defendants were not selected as parties in ECF. The notice also indicated that the Court's leave must be granted to re-file.

4. Plaintiffs have revised the title to reflect that it is an "Amended Consolidated Class Action Complaint."

5. Plaintiffs ask this Court to grant leave to re-file the Amended Consolidated Class Action Complaint and accompanying exhibit.

6. Plaintiffs do not bring this motion for unnecessary delay or to burden the Court or the parties.

WHEREFORE, Plaintiffs respectfully ask this Court for leave to re-file Plaintiffs' Amended Consolidated Class Action Complaint.

Dated: June 4, 2020

/s/ Caitlin Halligan
Philippe Z. Selendy
Caitlin Halligan
Andrew R. Dunlap
SELENDY & GAY PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com
challigan@selendygay.com
mginzburg@selendygay.com
adunlap@selendygay.com

/s/ Kyle W. Roche
Kyle W. Roche
Edward Normand
Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com
tnormand@rcfllp.com

/s/ Todd M. Schneider
Todd M. Schneider (*pro hac vice*)
Jason H. Kim (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
Kyle G. Bates (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
    KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com
kbates@schneiderwallace.com

*Interim Lead Counsel and Attorneys for the Plaintiffs and the Proposed Class*

```
Application GRANTED.

Dated:    June 5, 2020                       SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE