**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re Tether and Bitfinex Crypto Asset Litigation                 :   Case No. 19-CV-09236 (KPF)
                                                                  :
                                                                  :   **NOTICE OF APPEARANCE**
                                                                  :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Charles Cording of Willkie Farr & Gallagher LLP, with offices located at 787 Seventh Avenue, New York, New York, hereby appears as counsel for Defendant Philip G. Potter in the above captioned matter, and further requests that copies of all papers in this action be served upon the undersigned.

Dated: June 11, 2020
New York, New York

      **WILLKIE FARR & GALLAGHER LLP**

      / s / *Charles D. Cording*
      Charles D. Cording
      Willkie Farr & Gallagher LLP
      787 Seventh Avenue
      New York, NY 10019-6099
      Tel.: (212) 728-8154
      Email: CCording@willkie.com

      *Attorney for Defendant Philip G. Potter*