UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Tether and Bitfnex Crypto Asset Litigation

CIVIL ACTION NO.: 1:19-CV-09236-KPF

# AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **06/15/2020** at **2:45 PM** at **1209 Orange Street, Wilmington, DE 19801**

deponent served a(n) **Summons in a Civil Action, Amended Consolidated Class Action Complaint with Exhibit 1**

on **Poloniex, LLC, c/o The Corporation Trust Center, Corporation Trust Center**, Registered Agent,

by delivering thereat a true copy to **Amy McLaren** personally, authorized to accept service thereof.

<u>Description of Person Served:</u>
Gender: Female
Skin: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other:

Sworn to before me this
16th day of June, 2020

------------------------------------
NOTARY PUBLIC

------------------------------------
Denorris Britt

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2021

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160