UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236 (KPF) (SN)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF BITTREX, INC.** |

TO:     THE CLERK OF THE COURT;

AND TO:     ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD.

PLEASE TAKE NOTICE that Bittrex, Inc., by and through its attorneys of record, Charles Wittmann-Todd and McNaul Ebel Nawrot & Helgren PLLC, hereby appears in the above-entitled cause, and reserving all rights and without waiving any defenses, including defenses relating to lack of personal jurisdiction and improper service of process, hereby requests that all further papers and pleadings herein be served upon them at the address below stated.

DATED this 17th day of June, 2020.
Seattle, Washington

McNAUL EBEL NAWROT & HELGREN PLLC

By: /s/ Charles Wittmann-Todd
    Charles Wittmann-Todd
    600 University Street, Suite 2700
    Seattle, WA 98101
    Telephone: (206) 467-1816
    Email:     cwittmanntodd@mcnaul.com

*Attorneys for Bittrex, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 17th day of June, 2020.

By: /s/ Charles Wittmann-Todd
Charles Wittmann-Todd