# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Civil Action No. 1:19 Civ. 9236 (KPF)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Abby F. Rudzin of O'Melveny & Myers LLP as counsel for Defendant Bittrex, Inc. in the above-captioned case.

Date:  June 17, 2020

Respectfully submitted,

s/ Abby F. Rudzin
Abby F. Rudzin
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
arudzin@omm.com

*Counsel for Defendant Bittrex, Inc.*