**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236-KPF<br><br>**AFFIDAVIT OF GREGORY J. HOLLON IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

I, Gregory J. Hollon, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice to the bar of the State of Washington. I am an attorney for Defendant Bittrex, Inc.

2. I am submitting this affidavit in support of my motion for admission *pro hac vice*.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

WHEREFORE, I, Gregory J. Hollon, hereby respectfully request this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Bittrex, Inc., in the above-captioned matter.

DATED this 23rd day of June, 2020.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon
Gregory J. Hollon
600 University Street, Suite 2700
Seattle, Washington 98101
Phone:  (206) 467-1816
Fax:     (206) 624-5128
Email:   ghollon@mcnaul.com