**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236-KPF <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Gregory J. Hollon for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Washington; and that his contact information is as follows:

> Gregory J. Hollon
> McNAUL EBEL NAWROT & HELGREN PLLC
> 600 University Street, Suite 2700
> Seattle, Washington 98101
> Phone: (206) 467-1816
> Fax:    (206) 624-5128
> ghollon@mcnaul.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Bittrex, Inc., in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED this _____ day of _____, 2020.

By: _____
    Honorable Katherine Polk Failla
    United States District Judge