**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236-KPF<br><br>*CORRECTED*<br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Gregory J. Hollon hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Bittrex, Inc., in the above-captioned action.

I am in good standing of the bar of the State of Washington and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required pursuant to Local Rule 1.3.

DATED this 24th day of June, 2020.

                                  McNAUL EBEL NAWROT & HELGREN PLLC

                                  By: s/ Gregory J. Hollon
                                          Gregory J. Hollon
                                          600 University Street, Suite 2700
                                          Seattle, Washington 98101
                                          Phone:   (206) 467-1816
                                          Fax:        (206) 624-5128
                                          Email:    ghollon@mcnaul.com
                                          *Attorneys for Defendant Bittrex, Inc.*