UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236-KPF<br><br>**AFFIDAVIT OF GREGORY J. HOLLON IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

I, Gregory J. Hollon, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice to the bar of the State of Washington. I am an attorney for Defendant Bittrex, Inc.

2. I am submitting this affidavit in support of my motion for admission *pro hac vice*.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

WHEREFORE, I, Gregory J. Hollon, hereby respectfully request this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Bittrex, Inc., in the above-captioned matter.

DATED this 24th day of June, 2020.

_____
Gregory J. Hollon

SUBSCRIBED AND SWORN TO before me this 24th day of JUNE, 2020.

LISA L NELSON
Notary Public
State of Washington
Commission # 24059
My Comm. Expires May 18, 2023

Print Name: LISA L NELSON
NOTARY PUBLIC in and for the State of Washington, residing at Mercer Island, WA.
My appointment expires: 5/18/23.