UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*, <br><br>                    Plaintiffs, <br><br>          -v.- <br><br> IFINEX INC., *et al.*, <br><br>                    Defendants. | 19 Civ. 9236 (KPF) <br><br> <u>ORDER FOR ADMISSION</u> <br> <u>PRO HAC VICE</u> |

KATHERINE POLK FAILLA, District Judge:

The motion of GREGORY J. HOLLON, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Washington; and that his contact information is a follows:

Gregory J. Hollon
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, Washington 98101
Tel: (206) 467-1816
Fax: (206) 624-5128
E-Mail: ghollon@mcnaul.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Bittrex, Inc. in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 125.

SO ORDERED.

Dated:   June 25, 2020
         New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge