**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236-KPF<br><br>**DEFENDANTS BITTREX, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bittrex, Inc., a Delaware corporation, discloses that it is a wholly-owned subsidiary of Aquila Holdings, Inc., which is not publicly traded.

DATED this 6th day of July, 2020.

McNAUL EBEL NAWROT & HELGREN PLLC

By:  s/  Gregory J. Hollon
Gregory J. Hollon
Timothy B. Fitzgerald
Claire Martirosian
Charles Wittmann-Todd
600 University Street, Suite 2700
Seattle, Washington 98101
Phone:  (206) 467-1816
Fax:     (206) 624-5128
Email:  ghollon@mcnaul.com
tfitzgerald@mcnaul.com
cmartirosian@mcnaul.com
cwittmanntodd@mcnaul.com
*Attorneys for Defendant Bittrex, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with

CM/ECF, which caused a copy to be served on all counsel of record.

DATED this 6th day of July, 2020.

By: _s/ Gregory J. Hollon_
        Gregory J. Hollon