

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

File Number:  
081460-043

July 6, 2020

**Abby F. Rudzin**  
D: +1 212 326 2033  
arudzin@omm.com

<u>**VIA ECF AND E-MAIL**</u>

Hon. Katherine Polk Failla  
United States District Court for the Southern District of New York  
40 Foley Square, Courtroom 618  
New York, NY 10007

Re:   <u>*In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF*</u>

Dear Judge Failla:

We represent Bittrex, Inc., which has recently been served with a complaint naming it as a defendant in this action.  We write with the permission of all parties.  We have met and conferred with plaintiffs and the other defendants, and all parties have agreed to a proposed schedule for defendants' responses to the amended complaint.  A proposed order containing that schedule is attached to this letter as Exhibit 1.

Respectfully submitted,

*/s/ Abby F. Rudzin*

Abby F. Rudzin  
*of* O'MELVENY & MYERS LLP

Attachment

cc: All Counsel of Record