# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 1:19-cv-09236-KPF |

## [PROPOSED] ORDER

WHEREAS, Plaintiffs filed their Consolidated Amended Complaint on June 5, 2020;

WHEREAS, the Consolidated Amended Complaint added two new Defendants, Poloniex, LLC and Bittrex, LLC, both of whom were served with the Amended Complaint on June 15, 2020;

WHEREAS, the Court previously entered a Scheduling Order on March 5, 2020 (ECF No. 99) requiring that any Motions to Dismiss be filed 60 days after the filing of the Consolidated Amended Complaint; and

WHEREAS, given the addition of two new Defendants, the Parties agree that the time for filing Motions to Dismiss or otherwise responding to the Consolidated Amended Complaint should be extended to provide the new Defendants sufficient time to prepare their filings;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, and SO ORDERED by the Court, that:

1. The current deadline of July 6, 2020, for Defendants Poloniex Inc. and Bittrex Inc. to answer or otherwise respond to the Consolidated Amended Complaint is extended as set forth herein.

2. Any pre-motion letter for an initial response to the Consolidated Amended Complaint required by Rule 4.A of the Court's Individual Rules of Practice shall be filed on or before August 7, 2020, and any responsive correspondence from Plaintiffs shall be filed within three business days thereafter.

3. All motions or other responses to the Consolidated Amended Complaint shall be filed on or before September 3, 2020, or by such other date as ordered by the Court after consideration of Defendants' pre-motion letters.

4. Plaintiffs will file any opposition papers to any motion on or before November 5, 2020; and

5. Defendants will file any reply papers on or before December 3, 2020.

SO ORDERED

By: _____
Honorable Katherine Polk Failla, U.S.D.J.