**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                  :

In re Tether and Bitfinex Crypto Asset Litigation      Case No. 19-CV-09236(KPF)
                                                  :
                                                          **NOTICE OF APPEARANCE**
                                                  :

---------------------------------------------------------------x

      PLEASE TAKE NOTICE that ROBERT L. LINDHOLM, of the law firm of Nelson Mullins Riley & Scarborough LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Poloniex, LLC, as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned.

Date: July 7, 2020
New York, New York

                                                      NELSON MULLINS RILEY & SCARBOROUGH LLP

                                                      By:
                                                            <u>/s/ Robert L. Lindholm</u>
                                                            Robert L. Lindholm
                                                            280 Park Avenue
                                                            15th Floor, West
                                                            New York, New York 10017
                                                           (704) 417-3231
                                                           robert.lindholm@nelsonmullins.com

                                                           *Attorney for Poloniex, LLC*