**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re Tether and Bitfinex Crypto Asset Litigation   :   Case No. 1:9-CV-09236-KPF
                                                    :
                                                    :
------------------------------------------------------------------x

### MOTION FOR ADMISSION *PRO HAC VICE* FOR MATTHEW G. LINDENBAUM, ESQ.

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Matthew G. Lindenbaum, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Poloniex, LLC in the above-captioned action.

I am admitted to practice law and a member in good standing of the bars of the Commonwealth of Massachusetts, the State of Maryland, the State of Vermont, and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have paid the fee required under Local Rule 1.3. In addition, I have attached the affidavit required pursuant to Local Rule 1.3.

[*Remainder of page intentionally left blank*]

Date: July 14, 2020

                                NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  /s/ Matthew G. Lindenbaum
       Matthew G. Lindenbaum
       One Post Office Square, 30th Floor
       Boston, MA 02109
       P: 617-218-4700
       F: 617-217-4710
       matthew.lindenbaum@nelsonmullins.com

*Attorney for Poloniex, LLC*