**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re Tether and Bitfinex Crypto Asset Litigation         Case No. 1:9-CV-09236-KPF
                                                                 :

                                                                 :
-----------------------------------------------------------------x

### AFFIDAVIT OF MATTHEW G. LINDENBAUM IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew G. Lindenbaum, being duly sworn, depose and state:

1. I am an attorney duly admitted to practice law and a member in good standing of the bars of the Commonwealth of Massachusetts, the State of Maryland, the State of Vermont, and the District of Columbia.

2. I am an attorney for Defendant Poloniex, LLC.

3. I am submitting this affidavit in support of my motion for admission *pro hac vice*.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. I have paid the fee required under Local Rule 1.3.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, I, Matthew G. Lindenbaum, hereby respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Poloniex, LLC in the above-captioned matter.

Dated this 14th day of July, 2020

_____
Matthew G. Lindenbaum, Esq.

SUBSCRIBED AND SWORN TO before me this _____ day of _____, July, 2020.

[Notary Seal: JUDITH B. ERCOLINI, Notary Public, COMMONWEALTH OF MASSACHUSETTS, My Commission Expires September 14, 2023]

Print Name: JUDITH B. ERCOLINI
NOTARY PUBLIC in and for the
Commonwealth of Massachusetts,
Residing at STONEHAM, MA
My appointment expires: 9-14-2023

2