**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                        :

In re Tether and Bitfinex Crypto Asset Litigation     Case No. 1:9-CV-09236-KPF
                                                      :

                                                      :
---------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Matthew G. Lindenbaum, Esq. ("Applicant") for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is admitted to practice law and a member in good standing of the bars of the Commonwealth of Massachusetts, the State of Maryland, the State of Vermont, and the District of Columbia. Applicant's contact information is as follows:

> Matthew G. Lindenbaum
> NELSON MULLINS RILEY & SCARBOROUGH LLP
> One Post Office Square, 30th Floor
> Boston, MA 02109
> P: 617-218-4700
> F: 617-217-4710
> matthew.lindenbaum@nelsonmullins.com

Applicant having requested admission *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York;

**IT IS HEREBY ORDERED** that Applicant's motion is granted and that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this _____ of _____, 2020.

                                                     By: _____
                                                          Honorable Katherine Polk Failla
                                                          United States District Judge