# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 2004,

### Matthew Glenn Lindenbaum

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-third day of June, 2020.

_Suzanne_

Clerk of the Court of Appeals of Maryland

# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

———

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **November** A.D. **2007**, said Court being the highest Court of Record in said Commonwealth:

## Matthew Lindenbaum

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fifth** day of **June** in the year of our Lord **two thousand and twenty.**

*(signature)*

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116



## VERMONT SUPREME COURT

### CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Matthew Lindenbaum, #5786** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 15th day of May 2018.

This is to **FURTHER CERTIFY** that the said **Matthew Lindenbaum, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 24th day of June 2020.

Emily Wetherell
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Matthew G Lindenbaum*

was duly qualified and admitted on November 14, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 19, 2020.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.