UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> IFINEX INC., *et al.*, <br><br> Defendants. | 19 Civ. 9236 (KPF) <br><br> <u>ORDER FOR ADMISSION</u> <br> <u>PRO HAC VICE</u> |

KATHERINE POLK FAILLA, District Judge:

The motion of MATTHEW G. LINDENBAUM, for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts, the State of Maryland, the State of Vermont, and the District of Columbia; and that his contact information is a follows:

Matthew G. Lindenbaum
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Phone: 617-218-4700
E-Mail: matthew.lindenbaum@nelsonmullins.com

The applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Poloniex, LLC in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

   The Clerk of Court is directed to terminate the motion at docket entry 131.

   SO ORDERED.

Dated:  July 16, 2020
     New York, New York

                 KATHERINE POLK FAILLA
                 United States District Judge