# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Civil Action No. 1:19 Civ. 9236 (KPF) <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern District of New York, I, William K. Pao, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Bittrex, Inc. in the above-captioned case.

I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated:  July 31, 2020
         Los Angeles, CA

Respectfully submitted,

*/s/* William K. Pao
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: wpao@omm.com

*Counsel for Defendant Bittrex, Inc.*