UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Civil Action No. 1:19 Civ. 9236 (KPF)<br><br>**DECLARATION OF WILLIAM K. PAO IN SUPPORT OF ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*** |

I, William K. Pao, hereby state and declare as follows:

1. I am a partner of O'Melveny & Myers LLP, counsel of record for Defendant Bittrex, Inc. in this matter. I submit this declaration in support of my motion for admission *pro hac vice*. I have personal knowledge of the facts set forth below, and, if called upon, I could and would testify to the truth of the following.

2. I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2020
Los Angeles, California

*/s/* William K. Pao
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: (213) 430-6000
Fax: (213) 430-6407
wpao@omm.com

*Counsel for Defendant Bittrex, Inc.*