

# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### WILLIAM K. PAO

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **WILLIAM K. PAO, #252637,** was on the **5th day of DECEMBER, 2007,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **29th day of JULY, 2020.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Margarita Arroyo, Assistant Deputy Clerk