UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Civil Action No. 1:19 Civ. 9236 (KPF)<br><br>**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of William K. Pao for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the State Bar of California, and that his contact information is as follows:

William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel:  (213) 430-6000
Fax:  (213) 430-6407
wpao@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Bittrex, Inc. in the above-captioned matter:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2020

_____
Hon. Katherine Polk Failla
United States District Judge