UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEIBOWITZ, *et al.*,

                Plaintiffs,

-v.-

IFINEX INC., *et al.*,

                Defendants.

19 Civ. 9236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Defendants' letter motions for a pre-motion conference (Dkt. #135-136), as well as Plaintiffs' letters in response (Dkt. #137-138). Defendants' application for a pre-motion conference is DENIED. The Court also denies Defendants Bittrex and Poloniex's request to file a motion for summary judgment because the Court does not believe summary judgment is appropriate at this early stage of litigation. The parties shall adhere to the briefing schedule for Defendants' anticipated motions to dismiss established by the July 7, 2020 Stipulation and Order (Dkt. #130): Defendants shall file their motions to dismiss and supporting papers on or before September 3, 2020; Plaintiffs shall their opposition papers on or before November 5, 2020; and Defendants shall file any reply papers on or before December 3, 2020.

    SO ORDERED.

Dated:    August 14, 2020
                New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge