**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No.: 1:19-cv-09236 (KPF) (SN) |

**NOTICE OF MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANTS IFINEX INC., DIGFINEX INC., BFXNA INC., BFXWW INC., TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, TETHER HOLDINGS LIMITED, TETHER LIMITED, LUDOVICUS JAN VAN DER VELDE, AND GIANCARLO DEVASINI**

PLEASE TAKE NOTICE that, pursuant to this Court's Scheduling Order, dated and filed July 7, 2020 (ECF No. 130), and upon the accompanying Memorandum of Law, and all prior pleadings and proceedings in this case, Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Limited, DigFinex Inc., Tether Operations Limited, Tether International Limited, Ludovicus Jan van der Velde, and Giancarlo Devasini, by and through their undersigned counsel, respectfully move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York, 10007, for an order: (1) granting the motion, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all claims with prejudice in the Amended Consolidated Class Action Complaint, filed on June 3, 2020 and refiled on June 5, 2020; and (2) granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to this Court's Scheduling Order (ECF No. 130), opposition papers, if any, shall be served and filed on or before November 5, 2020 and reply papers, if any, shall be served and filed on or before December 3, 2020.

Dated: September 3, 2020
       New York, New York

Respectfully Submitted,

| | |
|---|---|
| LAW OFFICES OF MICHAEL JASON LEE, APLC | WALDEN MACHT & HARAN LLP |
| */s/ Michael Jason Lee*_____ | */s/ Jim Walden*_____ |
| Michael Jason Lee (admitted pro hac vice) | Jim Walden |
| 4660 La Jolla Village Drive, Suite 100 | Stephanie T. Levick |
| San Diego, CA 92122 | Daniel A. Cohen |
| Tel : (858) 550-9984 | One Battery Park Plaza, 34th Floor |
| Fax : (858) 550-9985 | New York, NY 10004 |
| | Tel: (212) 335-2030 |
| | Fax: (212) 335-2040 |

DILLON MILLER & AHUJA LLP

*/s/ Sunjina K. Ahuja*_____
Sunjina K. Ahuja (admitted *pro hac vice*)
Christopher J. Beal (admitted *pro hac vice*)
5872 Owens Ave, Suite 200
Carlsbad, CA 920008
Tel.: (858) 587-1800
Fax: (858) 587-2587

*Counsel for Defendants, iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Ludovicus Jan van der Velde, and Giancarlo Devasini*