UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Index No. 1:19-cv-09236-KPF |

**THE EXCHANGE DEFENDANTS' NOTICE OF**
**MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE**

PLEASE TAKE NOTICE that, upon (i) the accompanying Memorandum of Law in Support of the Exchange Defendants' Motion to Dismiss and (ii) the memoranda of law in support of dismissal filed by the other defendants, the undersigned will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 618, New York, New York 10007, on a date and time to be set by the Court, to dismiss the Amended Consolidated Class Action Complaint against Bittrex, Inc. and Poloniex, LLC (the "Exchange Defendants") with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and for failure to plead fraud with particularity under Federal Rule of Civil Procedure 9(b). Under the Court's So-Ordered Stipulation, dated July 7, 2020 (ECF No. 130), Plaintiff's opposition papers, if any, are due on November 5, 2020, and the Exchange Defendants' reply papers, if any, are due on December 3, 2020.

Dated: September 3, 2020
New York, New York

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |

*/s/* Abby F. Rudzin
Abby F. Rudzin
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
arudzin@omm.com

William K. Pao
(*admitted pro hac vice*)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
wpao@omm.com

**MCNAUL EBEL NAWROT & HELGREN PLLC**

Greg J. Hollon
(*admitted pro hac vice*)
Timothy B. Fitzgerald
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Bittrex, Inc.*

Matthew G. Lindenbaum
(*admitted pro hac vice*)
One Post Office Square 30th Floor
Boston, MA 02109
Telephone: (617) 217-4700
matthew.lindenbaum@nelsonmullins.com

Robert L. Lindholm
280 Park Avenue
15th Floor, West
New York, New York 10017
Telephone: (646) 428-2600
robert.lindholm@nelsonmullins.com

*Attorneys for Poloniex, LLC*