

One Battery Park Plaza
34th Floor
New York, NY 10004

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

November 18, 2020

**VIA ECF and E-Mail**

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.,
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236-KPF (S.D.N.Y.)

Dear Judge Failla:

    We represent Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether International Limited, Tether Limited, DigFinex Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini (collectively, the "Tether Defendants").

    We respectfully submit this joint letter on behalf of the Tether Defendants, Bittrex, Inc., Poloniex, LLC, and Philip Potter to request a two-week extension of time to file the Defendants' Replies in Further Support of Their Motions to Dismiss the Amended Consolidated Class Action Complaint until Thursday, December 17, 2020. The Defendants' Replies are currently due on Thursday, December 3, 2020. Plaintiffs do not oppose this request, which is the Defendants' first request for an extension of time. We request this short extension of time so that the Defendants may properly address the arguments set forth in their Motion to Dismiss and the Plaintiffs' Opposition and to accommodate counsels' schedules over the Thanksgiving holiday.

    We thank the Court for its consideration.

                                    Respectfully submitted,

/s/ Abby Rudzin
Abby Rudzin
**O'Melveny & Myers LLP**
*Counsel for Bittrex, Inc.*

/s/ Jim Walden
Jim Walden
**Walden Macht & Haran LLP**
*Counsel for the Tether Defendants*

| /s/ Robert Lindholm | /s/ Charles Cording |
|---|---|
| Robert Lindholm | Charles Cording |
| **Nelson Mullins Riley & Scarborough LLP** | **Willkie Farr & Gallagher LLP** |
| *Counsel for Poloniex, LLC* | *Counsel for Philip Potter* |

cc:     All counsel (via ECF)