

One Battery Park Plaza
34th Floor
New York, NY 10004



wmhlaw.com
T: 212-335-2030
F: 212-335-2040

**MEMO ENDORSED**

November 18, 2020

<u>**VIA ECF and E-Mail**</u>

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.,
40 Foley Square, Room 2103
New York, NY 10007

  Re: *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236-KPF (S.D.N.Y.)

Dear Judge Failla:

  We represent Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether International Limited, Tether Limited, DigFinex Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini (collectively, the "Tether Defendants").

  We respectfully submit this joint letter on behalf of the Tether Defendants, Bittrex, Inc., Poloniex, LLC, and Philip Potter to request a two-week extension of time to file the Defendants' Replies in Further Support of Their Motions to Dismiss the Amended Consolidated Class Action Complaint until Thursday, December 17, 2020. The Defendants' Replies are currently due on Thursday, December 3, 2020. Plaintiffs do not oppose this request, which is the Defendants' first request for an extension of time. We request this short extension of time so that the Defendants may properly address the arguments set forth in their Motion to Dismiss and the Plaintiffs' Opposition and to accommodate counsels' schedules over the Thanksgiving holiday.

  We thank the Court for its consideration.

       Respectfully submitted,


/s/ Abby Rudzin         /s/ Jim Walden
Abby Rudzin          Jim Walden
**O'Melveny & Myers LLP**     **Walden Macht & Haran LLP**
*Counsel for Bittrex, Inc.*      *Counsel for the Tether Defendants*

/s/ Robert Lindholm

Robert Lindholm
**Nelson Mullins Riley &
Scarborough LLP**
*Counsel for Poloniex, LLC*

/s/ Charles Cording

Charles Cording
**Willkie Farr & Gallagher LLP**
*Counsel for Philip Potter*

cc:     All counsel (via ECF)

Application GRANTED.

Dated:      November 19, 2020                    SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Page 2