UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, *et al.*,<br><br>                    Plaintiffs,<br><br>                  -v.-<br><br>IFINEX INC., *et al.*,<br><br>                    Defendants. | 19 Civ. 9236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the motion to withdraw filed by counsel for Defendant Reginald Fowler on December 11, 2020. (Dkt. #159). The parties are hereby ORDERED to appear for a videoconference to address this matter on **December 17, 2020**, at **2:00 p.m.** Information for accessing the conference will be distributed in advance of the conference.

SO ORDERED.

Dated:    December 14, 2020
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge