UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation. | Case No. 1:19-cv-09236-KPF<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Mitchell Nobel of Selendy & Gay PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York, hereby appears on behalf of Plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  New York, NY
December 15, 2020

SELENDY & GAY PLLC

By:   /s/ *Mitchell Nobel*
Mitchell Nobel
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
mnobel@selendygay.com

*Attorney for Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.*