

One Battery Park Plaza
34th Floor
New York, NY 10004

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

December 17, 2020

<u>VIA ECF and E-Mail</u>

Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236-KPF (S.D.N.Y.)

Dear Judge Failla:

We represent Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Operations Limited, Tether International Limited, Tether Limited, DigFinex Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini (collectively, the "Tether Defendants").

We respectfully submit this joint letter on behalf of the Tether Defendants, Bittrex, Inc., Poloniex, LLC, and Philip Potter to request oral argument in connection with the Defendants' Motions to Dismiss the Consolidated Class Action Complaint (Dkt. Nos. 142-147, 154, and 164-166), which will be fully briefed as of today, December 17, 2020. We thank the Court for its consideration.

Respectfully submitted,

/s/ Abby F. Rudzin
Abby F. Rudzin
**O'Melveny & Myers LLP**
*Counsel for Bittrex, Inc.*

/s/ Jim Walden
Jim Walden
**Walden Macht & Haran LLP**
*Counsel for the Tether Defendants*

/s/ Matthew Lindenbaum
Matthew Lindenbaum
**Nelson Mullins Riley & Scarborough LLP**
*Counsel for Poloniex, LLC*

/s/ Charles Cording
Charles Cording
**Willkie Farr & Gallagher LLP**
*Counsel for Philip Potter*

cc:   All counsel of record (via ECF)