UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEIBOWITZ, *et al.*,

               Plaintiffs,

-v.-

IFINEX INC., *et al.*,

               Defendants.

19 Civ. 9236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the motion to withdraw filed by counsel for Defendant Reginald Fowler on December 11, 2020 (Dkt. #159), and counsel's supplemental *ex parte* letter submitted to the Court on December 23, 2020. The Court has carefully reviewed the submissions and has heard from the parties regarding the pending motion to withdraw at a December 22, 2020 conference. Given: (i) counsel's work in this case to date with the contemporaneous knowledge they had when performing that work, and (ii) the timing of the motion to withdraw in the midst of the briefing schedule for Mr. Fowler's motion to dismiss, the Court provisionally grants the motion to withdraw, contingent on counsel's submission of Mr. Fowler's outstanding reply brief in further support of his motion to dismiss. Mr. Fowler's reply brief shall be due on or by **January 19, 2021**.

    SO ORDERED.

Dated:    December 28, 2020
                New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge