UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Index No. 1:19-cv-09236-KPF |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the address of the Boston office of Nelson Mullins Riley & Scarborough has changed as follows:

>   NELSON MULLINS RILEY & SCARBOROUGH LLP
>   One Financial Center, 35th Floor
>   Boston, Massachusetts 02111

PLEASE TAKE FURTHER NOTICE that the email address, telephone number, and facsimile number affiliated with Matthew Lindenbaum remains the same.

>   Respectfully submitted
>
>   /s/ Matthew G. Lindenbaum
>   Matthew G. Lindenbaum
>   NELSON MULLINS RILEY &
>   SCARBOROUGH LLP
>   One Financial Center, 35th Floor
>   Boston, Massachusetts 02111
>   Telephone: (617) 217-4700
>   matthew.lindenbaum@nelsonmullins.com
>
>   Robert L. Lindholm
>   NELSON MULLINS RILEY &
>   SCARBOROUGH LLP
>   280 Park Avenue
>   15th Floor, West
>   New York, New York 10017
>   Telephone: (646) 428-2600
>   robert.lindholm@nelsonmullins.com

Dated: January 11, 2021                    *Attorneys for Poloniex, LLC*