UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEIBOWITZ, *et al.*,

                          Plaintiffs,

                    -v.-

IFINEX INC., *et al.*,

                          Defendants.

19 Civ. 9236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By Order dated December 28, 2020, the Court provisionally granted the motion to withdraw filed by counsel for Defendant Reginald Fowler, contingent on counsels' submission of Mr. Fowler's outstanding reply brief in further support of his motion to dismiss.  (Dkt. #169).  Mr. Fowler's reply brief in further support of his motion to dismiss was filed on January 19, 2021.  Accordingly, this Order confirms that the condition required to fully grant the motion to withdraw has been met and the motion is fully granted.

SO ORDERED.

Dated:      January 20, 2021
            New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge