UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Index No. 1:19-cv-09236-KPF |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of the New York office of Walden Macht & Haran LLP has changed as follows:

> WALDEN MACHT & HARAN LLP
> 250 Vesey Street, 27th Floor
> New York, New York 10281

PLEASE TAKE FURTHER NOTICE that the email addresses, telephone numbers, and facsimile numbers affiliated with Jim Walden, Daniel A. Cohen, Daniel J. Chirlin, Stephanie T. Levick, and Veronica M. Wayner remain the same.

Respectfully Submitted,

WALDEN MACHT & HARAN LLP

*/s/ Jim Walden*
Jim Walden
Stephanie T. Levick
Daniel A. Cohen
Daniel J. Chirlin
Veronica M. Wayner
250 Vesey Street, 27th Floor
New York, New York 10281
Tel.: (212) 335-2030
Fax: (212) 335-2040

Dated: January 20, 2021

*Counsel for Defendants, iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Ludovicus Jan van der Velde, and Giancarlo Devasini*