**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | Case No. 19-cv-09236 (KPF)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Kyle G. Bates is no longer associated with Schneider Wallace Cottrell Konecky LLP and accordingly, no long serves as counsel for Plaintiffs. Further, Plaintiffs respectfully request that the e-mail address of kbates@schneiderwallace.com be removed from the CM/ECF e-filing list.

Todd M. Schneider, Jason H. Kim, and Matthew S. Weiler of Schneider Wallace Cottrell Konecky LLP will continue to represent Plaintiffs in the above-captioned matter, and all other counsel for Plaintiffs will remain the same.

| | |
|---|---|
| Dated: June 23, 2021. | /s/ *Jason H. Kim* |
| | Todd M. Schneider<br>Jason H. Kim<br>Matthew S. Weiler<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400 |

Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing document with the Clerk of the Court by using the Court's CM/ECF system on June 23, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Jason H. Kim*
Jason H. Kim
