**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | Case No. 19-cv-09236 (KPF)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Kyle G. Bates is no longer associated with Schneider Wallace Cottrell Konecky LLP and accordingly, no long serves as counsel for Plaintiffs. Further, Plaintiffs respectfully request that the e-mail address of kbates@schneiderwallace.com be removed from the CM/ECF e-filing list.

Todd M. Schneider, Jason H. Kim, and Matthew S. Weiler of Schneider Wallace Cottrell Konecky LLP will continue to represent Plaintiffs in the above-captioned matter, and all other counsel for Plaintiffs will remain the same.

Dated: June 23, 2021.

/s/ *Jason H. Kim*

Todd M. Schneider
Jason H. Kim
Matthew S. Weiler
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400

Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*

Application GRANTED.

Dated:   June 24, 2021
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE