**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>              Plaintiffs,<br><br>    v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | Case No. 19-cv-09236 (KPF)<br><br><br>**NOTICE OF WITHDRAWAL OF STEPHANIE T. LEVICK** |

NOTICE IS HEREBY GIVEN that Stephanie T. Levick herby withdraws her appearance as counsel of record for Defendants BFXNA Inc., BFXWW Inc., DigFinex Inc., Tether Holdings Limited, Tether International Limited, Tether Operations Limited, and iFinex Inc.  Further, Defendants respectfully request that the e-mail address slevick@wmhlaw.com be removed from the CM/ECF e-filing list.

Jim Walden, Daniel J. Chirlin, Daniel A. Cohen, and Veronica M. Wayner of Walden Macht & Haran LLP will continue to represent Defendants BFXNA Inc., BFXWW Inc., DigFinex Inc., Tether Holdings Limited, Tether International Limited, Tether Operations Limited, iFinex Inc. in the above-captioned matter.

Dated: July 16, 2021

/s/ *Stephanie T. Levick*

Stephanie T. Levick
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281
Tel: (212) 335-2384
slevick@wmhlaw.com

*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing document with the Clerk of the Court by using the Court's CM/ECF system on July 16, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/ Stephanie T. Levick*
Stephanie T. Levick