

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>          Plaintiffs,<br>     v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | Case No. 19-cv-09236 (KPF)<br><br>**NOTICE OF WITHDRAWAL OF STEPHANIE T. LEVICK** |

NOTICE IS HEREBY GIVEN that Stephanie T. Levick herby withdraws her appearance as counsel of record for Defendants BFXNA Inc., BFXWW Inc., DigFinex Inc., Tether Holdings Limited, Tether International Limited, Tether Operations Limited, and iFinex Inc. Further, Defendants respectfully request that the e-mail address slevick@wmhlaw.com be removed from the CM/ECF e-filing list.

Jim Walden, Daniel J. Chirlin, Daniel A. Cohen, and Veronica M. Wayner of Walden Macht & Haran LLP will continue to represent Defendants BFXNA Inc., BFXWW Inc., DigFinex Inc., Tether Holdings Limited, Tether International Limited, Tether Operations Limited, iFinex Inc. in the above-captioned matter.

Dated: July 16, 2021

/s/ *Stephanie T. Levick*
Stephanie T. Levick
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, New York 10281
Tel: (212) 335-2384
slevick@wmhlaw.com

-2-

*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, and Tether Holdings Limited*

Application GRANTED.  The Clerk of Court is ordered to terminate the motion at docket entry 180.

Dated:    July 19, 2021         SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE