## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Index No. 1:19-cv-09236-KPF |

## DEFENDANT BITTREX, INC.'S ANSWER TO
## AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Defendant Bittrex, Inc. ("Bittrex") answers the Amended Consolidated Class Action

Complaint as follows and states the following affirmative defenses:

### ANSWER

1.      To the extent the allegations in Paragraph 1 are directed at Bittrex, Bittrex denies

them.  To the extent the allegations in Paragraph 1 are directed at Defendants other than Bittrex,

Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the

allegations and therefore denies them.

2.      To the extent the allegations in Paragraph 2 are directed at Bittrex, Bittrex admits

that the market for crypto assets (which includes, among other things, cryptocommodities) is

relatively new and complex and denies all remaining allegations.  To the extent the allegations in

Paragraph 2 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or

information sufficient to form a belief as to the truth of the allegations and therefore denies them.

3.      To the extent the allegations in Paragraph 3 are directed at Bittrex, Bittrex denies

them.  To the extent the allegations in Paragraph 3 are directed at Defendants other than Bittrex,

Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the

allegations and therefore denies them.

4.      To the extent the allegations in Paragraph 4 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 4 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

5.      To the extent the allegations in Paragraph 5 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 5 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

6.      To the extent the allegations in Paragraph 6 are directed at Bittrex, Bittrex denies it.  To the extent the allegation in Paragraph 6 is directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the matter alleged and therefore denies them.

7.      Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and therefore denies them.

8.      Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies them.

9.      Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies them.

10.     Bittrex denies the allegations in Paragraph 10.

11.     To the extent the allegations in Paragraph 11 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 11 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

12.     To the extent the allegations in Paragraph 12 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 12 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

13.     Bittrex denies the allegations in Paragraph 13.

14.     In response to the allegations in Paragraph 14, Bittrex states that historical prices of the referenced crypto assets are publicly available.  Bittrex denies the remaining allegations in Paragraph 14.

15.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies them.

16.     To the extent the allegations in Paragraph 16 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 16 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

17.     To the extent the allegations in Paragraph 17 are directed at Bittrex, Bittrex admits that Plaintiffs have filed a lawsuit seeking "redress," but denies that Plaintiffs are entitled to any relief from Bittrex.

18.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies them.

19.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies them.

20.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies them.

21.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies them.

22.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies them.

23.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies them.

24.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies them.

25.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies them.

26.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies them.

27.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies them.

28.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies them.

29.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies them.

30.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies them.

31.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies them.

32.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies them.

33.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies them.

34.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies them.

35.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies them.

36.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies them.

37.     Bittrex denies the allegations in Paragraph 37.

38.     Bittrex admits the allegations in Paragraph 38.

39.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies them.

40.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies them.

41.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies them.

42.     Bittrex admits the allegations in Paragraph 42.

43.     Bittrex admits the allegations in Paragraph 43.

44.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies them.

45.     To the extent the allegations in Paragraph 45 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 45 are directed at other Defendants, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

46.     To the extent the allegations in Paragraph 46 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 46 are directed at other Defendants, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

47.     Bittrex admits the allegations in Paragraph 47.

48.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies them, except Bittrex admits that Bitcoin was the world's first major crypto-asset.

49.     Bittrex admits the allegations in the first two sentences of Paragraph 49.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 49 and therefore denies them.

50.     Bittrex admits the allegations in Paragraph 50.

51.     Bittrex admits the allegations in the first two sentences of Paragraph 51.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 51allegations and therefore denies them.

52.     Bittrex admits the allegations in Paragraph 52.

53.     Bittrex admits the allegations in the first four sentences of Paragraph 53.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the fifth and sixth sentences of Paragraph 53.

54.     Bittrex admits the allegations in the first two sentences of Paragraph 54.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 54 and therefore denies them.

55.     Bittrex admits the allegations in Paragraph 55.

56.     Bittrex admits the allegations in the first sentence of Paragraph 56.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second, third, and fourth sentences of Paragraph 56 and therefore denies them.

57.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies them, except that Bittrex admits that decentralization is one factor that distinguishes bitcoin from the other assets referenced in Paragraph 57.

58.     Bittrex admits the allegations in the first sentence of Paragraph 58.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of Paragraph 58 and therefore denies them.

59.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 and therefore denies them.

60.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies them.

61.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies them, except Bittrex admits that some crypto-assets do not have a controlled supply and are distributed through initial coin offerings.

62.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies them, except Bittrex admits that some crypto-assets are not decentralized and that others can only be used on one platform.

63.     Bittrex admits the allegations in Paragraph 63.

64.     Bittrex admits the allegations in the first and second sentences of Paragraph 64. Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 64 and therefore denies them.

65.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and therefore denies them.

66.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies them.

67.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and therefore denies them.

68.     Bittrex admits the allegations in the last sentence of Paragraph 68.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68 and therefore denies them.

69.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies them.

70.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies them.

71.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and therefore denies them.

72.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and therefore denies them.

73.     Bittrex admits the allegations in Paragraph 73.

74.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and therefore denies them.

75.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and therefore denies them.

76.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and therefore denies them.

77.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies them.

78.     Bittrex admits the allegations in the first and second sentences of Paragraph 78. Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the third and fourth sentences of Paragraph 78 and therefore denies them.

79.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies them, except Bittrex admits that the cryptocommodity mark is volatile.

80.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies them.

81.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and therefore denies them.

82.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and therefore denies them.

83.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and therefore denies them.

84.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and therefore denies them.

85.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies them.

86.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and therefore denies them.

87.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and therefore denies them.

88.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and therefore denies them.

89.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and therefore denies them.

90.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and therefore denies them.

91.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 and therefore denies them.

92.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and therefore denies them.

93.     Bittrex admits the allegations in Paragraph 93.

94.     Bittrex admits the allegations in the first sentence of Paragraph 94, but notes that $20,000 was a record high price for bitcoin as of December 17, 2017, and since then it has gone

as high as $64,863.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 94 and therefore denies them.

95.     Bittrex denies the allegations in Paragraph 95, except Bittrex admits that the price of bitcoin temporarily declined after December 17, 2017, and has fluctuated over the years.

96.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies them.

97.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and therefore denies them.

98.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies them.

99.     Bittrex admits the allegations in Paragraph 99.

100.    Bittrex admits the allegations in Paragraph 100.

101.    Bittrex admits the allegations in Paragraph 101.

102.    Bittrex admits the allegations in Paragraph 102.

103.    Bittrex admits the allegations in Paragraph 103.

104.    Bittrex admits the allegations in Paragraph 104.

105.    Bittrex admits the allegations in Paragraph 105.

106.    To the extent the allegations in Paragraph 106 are directed at Bittrex, Bittrex admits them. To the extent the allegations are directed at other Defendants, Bittrex lacks knowledge or information sufficient to form a belief as to their truth and therefore denies them.

107.    Bittrex denies the allegations in Paragraph 107.

108.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 and therefore denies them.

109.     To the extent the allegations in Paragraph 109 are directed at Bittrex, Bittrex admits them. To the extent the allegations are directed at other Defendants, Bittrex lacks knowledge or information sufficient to form a belief as to their truth and therefore denies them.  .

110.     To the extent the allegations in Paragraph 110 are directed at Bittrex, Bittrex admits them. To the extent the allegations are directed at other Defendants, Bittrex lacks knowledge or information sufficient to form a belief as to their truth and therefore denies them. .

111.     Bittrex denies the allegations in Paragraph 111.

112.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies them.

113.     Bittrex admits the allegations in Paragraph 113.

114.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 and therefore denies them.

115.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 and therefore denies them.

116.     Bittrex admits that Tether has made certain representations regarding the backing of USDT. Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 116 and therefore denies them.

117.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 and therefore denies them.

118.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 and therefore denies them, except Bittrex admits that USDT issuances and burns, like bitcoin transactions, are visible on the blockchain to persons with internet access.

119.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 and therefore denies them.

120.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 and therefore denies them.

121.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies them.

122.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies them, except Bittrex admits that Tether is listed under the ticker USDT on crypto-exchanges around the world.

123.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and therefore denies them.

124.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 and therefore denies them.

125.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 and therefore denies them.

126.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and therefore denies them.

127.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 and therefore denies them.

128.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 and therefore denies them.

129.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 and therefore denies them.

130.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 and therefore denies them.

131.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 and therefore denies them.

132.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and therefore denies them.

133.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and therefore denies them.

134.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 and therefore denies them.

135.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and therefore denies them.

136.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and therefore denies them.

137.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and therefore denies them.

138.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and therefore denies them.

139.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 and therefore denies them.

140.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 and therefore denies them.

141.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 and therefore denies them.

142.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies them.

143.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and therefore denies them.

144.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 and therefore denies them.

145.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 and therefore denies them.

146.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 and therefore denies them.

147.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 and therefore denies them.

148.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 and therefore denies them.

149.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 and therefore denies them.

150.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 and therefore denies them.

151.    To the extent the allegations in Paragraph 151 are directed at Bittrex, Bittrex denies them.  To the extent they are directed at other Defendants, Bittrex lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 151allegations and therefore denies them.

152.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 and therefore denies them.

153.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 and therefore denies them.

154.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and therefore denies them.

155.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and therefore denies them.

156.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 and therefore denies them.

157.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and therefore denies them.

158.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158 and therefore denies them.

159.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 and therefore denies them.

160.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and therefore denies them.

161.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and therefore denies them.

162.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 and therefore denies them.

163.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 and therefore denies them.

164.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164 and therefore denies them.

165.    Bittrex admits the allegations in the second sentence of Paragraph 165.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first and third sentence of Paragraph 165 and therefore denies them.

166.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166 and therefore denies them.

167.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167 and therefore denies them.

168.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168 and therefore denies them.

169.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 and therefore denies them.

170.    Bittrex admits the allegations in the first sentence of Paragraph 170.  Bittrex denies the allegations in the second sentence of Paragraph 170.

171.    To the extent the allegations in Paragraph 171 are directed at Bittrex, Bittrex admits them. To the extent the allegations in Paragraph 171 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

172.    To the extent the allegations in Paragraph 172 are directed at Bittrex,  Bittrex admits them.  To the extent the allegations in Paragraph 172 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

173.    Bittrex denies the allegations in the first and third sentences of Paragraph 173, and admits the allegation in the second sentence of Paragraph 173 as of the date of the Amended Complaint (June 3, 2020).

174.    Bittrex admits the allegations in Paragraph 174.

175.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175 and therefore denies them.

176.    Bittrex admits the allegations contained in Paragraph 176.

177.    Bittrex admits that on April 10, 2019, NYSDFS rejected Bittrex's application but denies the remaining allegations in Paragraph 177.

178.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 and therefore denies them.

179.    To the extent the allegations in Paragraph 179 are directed at Bittrex, Bittrex admits that it is registered as a money services business with the Department of the Treasury's Financial Crime Enforcement Network.  Bittrex further admits that it complies with applicable Know-Your-Customer and anti-money laundering regulations, as referenced on its website.  To the extent the allegations in Paragraph 179 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

180.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 and therefore denies them.

181.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 and therefore denies them.

182.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 and therefore denies them.

183.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 and therefore denies them.

184.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and therefore denies them.

185.     To the extent the allegations in the third sentence of Paragraph 185 are directed at Bittrex, Bittrex admits them.  Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in of Paragraph 185 and therefore denies them.

186.     Bittrex denies the allegations in Paragraph 186.

187.     To the extent the allegations in Paragraph 187 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 187 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

188.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188 and therefore denies them.

189.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189 and therefore denies them.

190.     To the extent the allegations in Paragraph 190 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 190 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

191.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191 and therefore denies them.

192.     Bittrex denies the allegations in Paragraph 192.

193.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193 and therefore denies them.

194.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 and therefore denies them.

195.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195 and therefore denies them.

196.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196 and therefore denies them.

197.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197 and therefore denies them.

198.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198 and therefore denies them.

199.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 and therefore denies them.

200.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 and therefore denies them, except Bittrex admits that, as of a certain point in time, customers could trade USDT on its exchange.

201.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201 and therefore denies them.

202.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 and therefore denies them.

203.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203 and therefore denies them.

204.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204 and therefore denies them.

205.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205 and therefore denies them.

206.    Bittrex denies the allegations in Paragraph 206.

207.    Bittrex denies the allegations in Paragraph 207.

208.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208 and therefore denies them.

209.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209 and therefore denies them.

210.    Bittrex denies the allegations in Paragraph 210.

211.    Bittrex denies the allegations in Paragraph 211.

212.    Bittrex denies the allegations in Paragraph 212.

213.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 and therefore denies them.

214.    Bittrex denies the allegations in Paragraph 214.

215.    Bittrex denies the allegations in Paragraph 215.

216.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216 and therefore denies them.

217.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 and therefore denies them.

218.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218 and therefore denies them.

219.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219 and therefore denies them.

220.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 and therefore denies them.

221.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221 and therefore denies them, except Bittrex denies that the 1AA6 account belongs to Bitfinex.

222.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222 and therefore denies them.

223.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223 and therefore denies them.

224.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 and therefore denies them.

225.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225 and therefore denies them.

226.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226 and therefore denies them.

227.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227 and therefore denies them.

228.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228 and therefore denies them.

229.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229 and therefore denies them.

230.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230 and therefore denies them.

231.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231 and therefore denies them.

232.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232 and therefore denies them.

233.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233 and therefore denies them.

234.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234 and therefore denies them.

235.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and therefore denies them.

236.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 236 and therefore denies them.

237.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 237 and therefore denies them.

238.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and therefore denies them.

239.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and therefore denies them.

240.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240 and therefore denies them.

241.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 and therefore denies them.

242.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 242 and therefore denies them.

243.     To the extent the allegations in Paragraph 243 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 243 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

244.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 244 and therefore denies them.

245.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 245 and therefore denies them.

246.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 and therefore denies them.

247.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 and therefore denies them.

248.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 and therefore denies them.

249.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249 and therefore denies them.

250.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 250 and therefore denies them.

251.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251 and therefore denies them.

252.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252 and therefore denies them.

253.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253 and therefore denies them.

254.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 254 and therefore denies them.

255.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 255 and therefore denies them.

256.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 256 and therefore denies them.

257.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257 and therefore denies them.

258.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 258 and therefore denies them.

259.     To the extent the allegations in Paragraph 259 are directed at Bittrex, Bittrex denies them. To the extent the allegations in Paragraph 259 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

260.     Bittrex denies the allegations in Paragraph 260.

261.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 261 and therefore denies them.

262.     To the extent the allegations in Paragraph 262 are directed at Bittrex, Bittrex admits that USDT was deposited in the 1AA6 deposit address at Bittrex. Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies them.

263.     Bittrex denies the allegations in Paragraph 263.

264.     Bittrex denies the allegations in Paragraph 264.

265.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 265 and therefore denies them.

266.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 266 and therefore denies them.

267.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 267 and therefore denies them.

268.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268 and therefore denies them.

269.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 269 and therefore denies them.

270.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 270 and therefore denies them.

271.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 271 and therefore denies them.

272.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 272 and therefore denies them.

273.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273 and therefore denies them.

274.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274 and therefore denies them.

275.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275 and therefore denies them.

276.     To the extent the allegations in Paragraph 276 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 276 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

277.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277 and therefore denies them.

278.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278 and therefore denies them.

279.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279 and therefore denies them.

280.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280 and therefore denies them.

281.     Bittrex admits the allegations of Paragraph 281.

282.     Bittrex denies the allegations of Paragraph 282.

283.     Bittrex admits the allegations of Paragraph 283.

284.     Bittrex admits the allegations of Paragraph 284.

285.     Bittrex admits the allegations of Paragraph 285.

286.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 286 and therefore denies them.

287.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 287 and therefore denies them.

288.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 289 and therefore denies them.

289.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 280 and therefore denies them.

290.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 290 and therefore denies them.

291.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 291 and therefore denies them.

292.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 292 and therefore denies them.

293.     Bittrex admits the allegations in Paragraph 293.

294.     Bittrex denies the allegations in Paragraph 294.

295.     Bittrex denies the allegations in Paragraph 295.

296.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296 and therefore denies them.

297.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 297 and therefore denies them.

298.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 298 and therefore denies them.

299.     Bittrex denies the allegations in Paragraph 299.

300.     Bittrex denies the allegations of Paragraph 300.

301.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 301 and therefore denies them.

302.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302 and therefore denies them.

303.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 303 and therefore denies them.

304.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304 and therefore denies them.

305.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 305 and therefore denies them.

306.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 306 and therefore denies them.

307.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 307 and therefore denies them.

308.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 358 and therefore denies them.

309.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 309 and therefore denies them.

310.     Bittrex denies the allegations in Paragraph 310.

311.     Bittrex denies the allegations in Paragraph 311.

312.     Bittrex denies the allegations in Paragraph 312.

313.     Bittrex denies the allegations in Paragraph 313.

314.     Bittrex denies the allegations in Paragraph 314.

315.     Bittrex denies the allegations in Paragraph 315.

316.     Bittrex denies the allegations in Paragraph 316.

317.     To the extent the allegations in Paragraph 317 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 317 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

318.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 318 and therefore denies them, except Bittrex admits that technical coordination is often required between an issuer and an exchange to enable trading, that

such cooperation occurred between Bittrex and Tether for the listing of USDT on Bittrex, and that the Paragraph 318 accurately quotes a Bittrex statement.

319.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 319 and therefore denies them, except Bittrex admits that it coordinated with Tether employees on the listing of USDT on Bittrex and that such coordination was required before customers could trade USDT on Bittrex.

320.    Bittrex denies the allegations in Paragraph 320.

321.    To the extent the allegations in Paragraph 321 are directed at Bittrex, Bittrex admits them.  To the extent Paragraph 321 is directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

322.    To the extent the allegations in Paragraph 322 are directed at Bittrex, Bittrex admits that it has visibility into trading activity of accounts on its exchange, but denies the remaining allegations.  To the extent Paragraph 322 is directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

323.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first three sentences of Paragraph 323 and therefore denies them.  Bittrex denies the allegations in the fourth sentence of Paragraph 321.

324.    Bittrex denies the allegations in Paragraph 324.

325.    Bittrex denies the allegations in Paragraph 325.

326.    Bittrex denies the allegations in Paragraph 326.

327.    To the extent the allegations in Paragraph 327 are directed at Bittrex, Bittrex denies them. To the extent the allegations in Paragraph 327 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

328.    Bittrex denies the allegations in Paragraph 328.

329.    Bittrex denies the allegations in Paragraph 329.

330.    Bittrex denies the allegations in Paragraph 330.

331.    Bittrex denies the allegations in Paragraph 331.

332.    Bittrex denies the allegations in Paragraph 332.

333.    Bittrex denies the allegations in Paragraph 333.

334.    To the extent the allegations in Paragraph 328 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 334 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

335.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 335 and therefore denies them.

336.    To the extent the allegations in Paragraph 336 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 336 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

337.    Bittrex denies the allegations in Paragraph 337.

338.    To the extent the allegations in Paragraph 338 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 338 are directed at Defendants other than

Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

339.    Bittrex admits that it receives commissions on trading activity but denies the remaining allegations of Paragraph 339.

340.    To the extent the allegations in Paragraph 340 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 340 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

341.    To the extent the allegations in Paragraph 341 are directed at Bittrex, Bittrex denies them, except Bittrex admits that it maintains cryptocommodity assets and that the value of those cryptocommodity assets is tied to the prevailing market price for each cryptocommodity. To the extent the allegations in Paragraph 341 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

342.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 342 and therefore denies them.

343.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 343 and therefore denies them.

344.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 344 and therefore denies them.

345.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 345 and therefore denies them.

346.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 346 and therefore denies them.

347.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 347 and therefore denies them.

348.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 348 and therefore denies them.

349.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349 and therefore denies them.

350.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 350 and therefore denies them.

351.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351 and therefore denies them.

352.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 352 and therefore denies them.

353.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 353 and therefore denies them.

354.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 354 and therefore denies them.

355.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 355 and therefore denies them.

356.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 356 and therefore denies them.

357.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 357 and therefore denies them.

358.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 358 and therefore denies them.

359.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 359 and therefore denies them.

360.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 360 and therefore denies them.

361.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 361 and therefore denies them.

362.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362 and therefore denies them.

363.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 363 and therefore denies them.

364.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 364 and therefore denies them.

365.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 365 and therefore denies them.

366.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366 and therefore denies them.

367.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 367 and therefore denies them.

368.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 368 and therefore denies them.

369.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 369 and therefore denies them.

370.     To the extent the allegations in Paragraph 370 are directed at Bittrex, Bittrex denies them.  To the extent the allegations are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

371.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 371 and therefore denies them.

372.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 372 and therefore denies them.

373.     To the extent the allegations in Paragraph 373 are directed at Bittrex, Bittrex denies them.  To the extent the allegations are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

374.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 374 and therefore denies them.

375.     To the extent the allegations in Paragraph 340 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 340 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

376.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 376 and therefore denies them.

377.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 377 and therefore denies them.

378.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 378 and therefore denies them.

379.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 379 and therefore denies them.

380.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 380 and therefore denies them.

381.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381 and therefore denies them.

382.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 382 and therefore denies them.

383.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 383 and therefore denies them.

384.     Bittrex denies the allegations in Paragraph 384.

385.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 385 and therefore denies them.

386.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 386 and therefore denies them.

387.     Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 378 and therefore denies them.

388.    Bittrex denies that Plaintiffs are entitled to the relief requested in Paragraph 388.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

**Monopolization**
**Sherman Antitrust Act Section 2**
**(By the Class Against DigFinex, the Bitfinex Defendants, the Tether Defendants, and the Individual Defendants)**

This cause of action is not asserted against Bittrex, and thus no response by Bittrex is required.

## SECOND CAUSE OF ACTION

**Attempted Monopolization**
**Sherman Antitrust Act Section 2**
**(By the Class Against DigFinex, the Bitfinex Defendants, the Tether Defendants, and the Individual Defendants)**

This cause of action is not asserted against Bittrex, and thus no response by Bittrex is required.

## THIRD CAUSE OF ACTION

**Conspiracy to Monopolize**
**Sherman Act Antitrust Action Section 2**
**(By the Class Against All Defendants)**

This cause of action was dismissed as to Bittrex by the Court in the Order, and thus no response by Bittrex is required.

## FOURTH CAUSE OF ACTION

**Agreement in Restraint of Trade**
**Sherman Antitrust Act Sections 1 and 3**
**(By the Class Against All Defendants)**

417.    Bittrex incorporates the preceding responses

418.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 418 and therefore denies them.

419.    Bittrex denies the allegations in Paragraph 419.

420.    Bittrex denies the allegations in Paragraph 420.

421.    Bittrex denies the allegations in Paragraph 421.

422.    Bittrex denies the allegations in Paragraph 422.

423.    Bittrex denies the allegations in Paragraph 423.

424.    Bittrex denies the allegations in Paragraph 424.

425.    Bittrex denies the allegations in Paragraph 425.

426.    Bittrex denies the allegations in Paragraph 426.

427.    Bittrex lacks knowledge or information sufficient to form a belief as to the truth

of the allegations in Paragraph 427 and therefore denies them.

428.    Bittrex denies the allegations in Paragraph 428.

429.    Bittrex denies the allegations in Paragraph 429.

430.    Bittrex denies that Plaintiffs are entitled to the relief requested in Paragraph 430.

### FIFTH CAUSE OF ACTION

**Market Manipulation**
**Commodities Exchange Act**
**(By the Cryptocommodity Futures Subclass Against All Defendants)**

431.    Bittrex incorporates the preceding responses

432.    Bittrex admits the allegations in Paragraph 432.

433.    Bittrex denies the allegations in Paragraph 433.

434.    To the extent the allegations in Paragraph 434 are directed at Bittrex, Bittrex

denies them.

435.    Bittrex admits the allegations in Paragraph 435.

436.    Bittrex admits the allegations in Paragraph 436.

437.    To the extent the allegations in Paragraph 437 are directed at Bittrex, Bittrex

denies them.  To the extent the allegations in Paragraph 437 are directed at Defendants other than

Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

438.    To the extent the allegations in Paragraph 438 are directed at Bittrex, Bittrex denies them.  To the extent the allegations in Paragraph 438 are directed at Defendants other than Bittrex, Bittrex lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.

439.    Bittrex denies that Plaintiffs are entitled to the relief requested in Paragraph 439.

## SIXTH CAUSE OF ACTION

**Principal Agent Liability**
**Commodities Exchange Act**
**(By the Cryptocommodity Futures Subclass Against All Defendants)**

This cause of action was dismissed by the Court in the Order, and thus no response is required.

## SEVENTH CAUSE OF ACTION

**Aiding and Abetting**
**Commodities Exchange Act**
**(By the Cryptocommodity Futures Subclass Against All Defendants)**

445.    Bittrex incorporates the preceding responses.

446.    Bittrex admits the allegations in Paragraph 440.

447.    Bittrex denies the allegations in Paragraph 442.

448.    Bittrex denies the allegations in Paragraph 443.

449.    Bittrex denies that Plaintiffs are entitled to the relief requested in Paragraph 444.

## EIGHTH CAUSE OF ACTION

**RICO 18 U.S.C. § 1962(c)**
**Commodities Exchange Act**
**(By the Class Against the Count Eight Defendants)**

This cause of action was dismissed by the Court in the Order, and thus no response is required.

## NINTH CAUSE OF ACTION

**RICO § 1962(a)**
**(In the Alternative, by the Class Against the Count Nine Defendants)**

This cause of action was dismissed by the Court in the Order, and thus no response is required.

## TENTH CAUSE OF ACTION

**RICO § 1962(d)**
**(By the Class Against all Defendants)**

This cause of action was dismissed by the Court in the Order, and thus no response is required.

## ELEVENTH CAUSE OF ACTION

**Fraud**
**(By the Class Against the Bitfinex Defendants,**
**Tether Defendants, and Individual Defendants)**

This cause of action is not asserted against Bittrex, and thus no response by Bittrex is required.

## TWELFTH CAUSE OF ACTION

**New York Deceptive Trade Practices Law**
**NY GBL § 349**
**(By the Class Against the Bitfinex Defendants,**
**Tether Defendants, and Individual Defendants)**

This cause of action was dismissed by the Court in the Order, and thus no response is required.

## COSTS, INTERESTS, AND ATTORNEYS' FEES

592.    Bittrex denies that Plaintiffs are entitled to any of the relief requested in Paragraph 592.

## JURY TRIAL

593.    Bittrex admits that Plaintiff has demanded a trial by jury.

## AFFIRMATIVE DEFENSES

Bittrex asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of contributory negligence/comparative fault or unclean hands.

## SECOND AFFIRMATIVE DEFENSE

By engaging in the cryptocurrency market and attendant technology, including certain untested, immature, or novel technologies, Plaintiffs assumed the risk of their alleged injuries or damages.

## BITTREX'S REQUEST FOR RELIEF

Bittrex requests the following relief:

A.      For dismissal of Plaintiffs' claims in their entirety;

B.      For attorneys' fees and costs to the extent allowed by law; and

C.      For such further relief as the Court deems just and equitable.


DATED this 28th day of October, 2021.          **O'MELVENY & MYERS LLP**

*/s/* Abby F. Rudzin
Abby F. Rudzin
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
arudzin@omm.com

William K. Pao
(*admitted pro hac vice*)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
wpao@omm.com

**MCNAUL EBEL NAWROT &
HELGREN PLLC**

Greg J. Hollon
(*admitted pro hac vice*)
Timothy B. Fitzgerald
600 University Street, Suite 2700
Seattle, WA 98101
Telephone: (206) 467-1816
ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Bittrex, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the Court's CM/ECF system on October 28, 2021.

I certify that parties in the case that are registered CM/ECF users will receive service through the Court's CM/ECF system.  Any party not registered with CM/ECF will receive a hard copy by first-class U.S. mail mailed October 29, 2021.

*/s/* Abby F. Rudzin

Abby F. Rudzin
