UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>Defendants. | Case No.: 19-cv-09236(KPF)(SN)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO:   The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that the firm name of DILLON MILLER & AHUJA, LLP has changed. The firm's new name is DILLON MILLER AHUJA & BOSS, LLP. The firm's contact information is unchanged.

Dated: November 10, 2021

/s/ Sunjina K. Ahuja
Sunjina K. Ahuja, Esq.
Christopher J. Beal, Esq.
DILLON MILLER AHUJA & BOSS, LLP
5872 Owens Ave., Suite 200
Carlsbad, CA 92008
Tel: (858) 587-1800
Fax: (442) 325-1637
sahuja@dmablaw.com
cbeal@dmablaw.com

*Attorney for Defendants,
iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc.,
Tether International Limited, Tether Operations Limited,
Tether Holdings Limited, Tether Limited, Giancarlo
Devasini, and Ludovicus Jan van der Velde*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing document with the Clerk of the Court by using the Court's CM/ECF system on November 10, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/ Sunjina K. Ahuja
Sunjina K. Ahuja, Esq.