UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

## **STIPULATION FOR THE SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE, by and between the undersigned, that the law firm of Debevoise & Plimpton LLP shall be substituted as attorneys of record for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter, in place and stead of Walden Macht & Haran LLP, and that all papers and communications in this action shall be served upon the undersigned incoming counsel at the address set forth below.

Dated: February 11, 2022

| WALDEN MACHT & HARAN LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: /s/ Jim Walden<br>    Jim Walden | By: /s/ Elliot Greenfield<br>    Elliot Greenfield |
| One Battery Park Plaza, 34th Floor<br>New York, New York 10004<br>Tel: (212) 335-2030<br>jwalden@wmhlaw.com | 919 Third Avenue<br>New York, New York 10022<br>Tel: (212) 909-6000<br>egreenfield@debevoise.com |
| *Outgoing Counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini* | *Incoming Counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini* |
| By: /s/ Ludovicus Jan van der Velde<br>    Ludovicus Jan van der Velde | By: /s/ Giancarlo Devasini<br>    Giancarlo Devasini |
| *On behalf of himself and Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., and BFXWW Inc.* | |

SO ORDERED this _____ day of _____, 2022.

_____

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE