UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melanie Burke of Debevoise & Plimpton LLP hereby appears on behalf of Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
February 18, 2022

                                  DEBEVOISE & PLIMPTON LLP

                                  <u>/s/ *Melanie Burke*</u>
                                  Melanie Burke
                                  mburke@debevoise.com
                                  919 Third Avenue
                                  New York, New York 10022
                                  Tel: (212) 909-6000

*Attorney for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini.*