UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stephan Schlegelmilch, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter.

I am a member in good standing of the bars of the State of Ohio and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: February 18, 2022                    Respectfully submitted

                                                           /s/ *Stephan J. Schlegelmilch*
Stephan J. Schlegelmilch
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
sjschlegelmilch@debevoise.com
Tel: (202) 383-8000