UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

**DECLARATION OF STEPHAN J. SCHLEGELMILCH
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

STEPHAN J. SCHLEGELMILCH declares pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this Declaration pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in the above-captioned case.

2. I am an attorney with the law firm of Debevoise & Plimpton LLP.

3. My contact information is:

   Stephan J. Schlegelmilch
   Debevoise & Plimpton LLP
   801 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
   sjschlegelmilch@debevoise.com
   Tel: (202) 383-8000

4. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the District of Columbia and the State of Ohio.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no pending disciplinary complaints against me and I have never been the subject of any disciplinary matter.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2022

/s/ *Stephan J. Schlegelmilch*
Stephan J. Schlegelmilch
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
sjschlegelmilch@debevoise.com
Tel: (202) 383-8000
