# Exhibit B

| | |
|---|---|
| **From:** | Cording, Charles Dean |
| **To:** | Mitchell Nobel; Rudzin, Abby F.; Pao, William K.; Greg Hollon; Timothy B. Fitzgerald; Charles Wittmann-Todd; Lisa Nelson; Campbell, Eamonn W.; Jim Walden; dchirlin@wmhlaw.com; Stephanie T. Levick; dcohen@wmhlaw.com; Michael J. Lee; Sunjina Ahuja; Matthew G. Lindenbaum; Robert L. Lindholm |
| **Cc:** | Philippe Selendy; Caitlin Halligan; Andrew Dunlap; Kyle Roche; Ted Normand; Velvel Freedman; Joseph Delich; Todd M. Schneider; Jason H. Kim; Matthew S. Weiler; Kyle G. Bates; Oscar Shine |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol |
| **Date:** | Thursday, January 27, 2022 4:46:40 PM |

Thanks, Mitchell. Given the nature of the interests implicated here, Mr. Potter takes no position.

Regards,
Charles


**Charles Cording**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8154 | Fax: +1 212 728 9154
ccording@willkie.com | vCard | www.willkie.com bio


**From:** Mitchell Nobel <mnobel@selendygay.com>
**Sent:** Thursday, January 27, 2022 4:16 PM
**To:** Rudzin, Abby F. <arudzin@omm.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; Cording, Charles Dean <CCording@willkie.com>; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim <jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol

**\*\*\* EXTERNAL EMAIL \*\*\***

Abby,

Thank you.  Can counsel for Poloniex, Bitfinex and Tether, and Mr. Potter please provide their clients' respective positions?

Best regards,

Mitchell

[Mitchell Nobel](Mitchell Nobel)
Associate

**Selendy & Gay PLLC**
1290 Avenue of the Americas, New York, NY 10104
**T** +1 212 390 9089  **M** +1 860 4660647  **F** +1 212 390 9399

mnobel@selendygay.com   www.selendygay.com

Pronouns: he, him, his

---

**From:** Rudzin, Abby F. <arudzin@omm.com>
**Sent:** Wednesday, January 26, 2022 12:46 PM
**To:** Mitchell Nobel <mnobel@selendygay.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; ccording@willkie.com; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim <jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol

Thanks for explaining. Bittrex's position is that our customer's request for confidentiality should be respected. So Bittrex will not agree that non-attorneys can see his personal information, unless he first agrees.

Abby

---

**From:** Mitchell Nobel <mnobel@selendygay.com>
**Sent:** Monday, January 24, 2022 11:12 AM
**To:** Rudzin, Abby F. <arudzin@omm.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie

T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; ccording@willkie.com; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim <jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol

[EXTERNAL MESSAGE]

Abby,

The Court's November 22 Order acknowledged "the hinderance that a strict AEO designation of materials concerning this individual would pose to Plaintiffs," and therefore imposed the relevant confidentiality obligations only "in the first instance." Dkt. 195. The Court expressly contemplated that the confidentiality obligations could eventually be relaxed, including by "encourag[ing]" the parties "to propose additional protocols to resolve future requests for the sharing of such sensitive information with non-attorneys." Id. Obviously, if the parties can reach agreement in a stipulation, they would then submit it to the Court to be so-ordered, just as they did with the existing protective order.

In your November 12, 2021 letter, you said you were requesting confidential treatment of the information at the behest of the individual. Dkt. 188 at 3. We are asking now for your client's position, as distinct from what the individual has requested. Does Bittrex take the position that it would not consent to any modification to the November 22 Order that would, for example, enable Plaintiffs to share information relating to the anonymous trader with non-attorneys, such as paralegals, experts, or investigators?

If your position is that some modification might be appropriate, what restrictions beyond those set forth in the existing Protective Order (Dkt. 151) do you think would be needed?

Best regards,

Mitchell


Mitchell Nobel
Associate
---------------------------------------------------
**Selendy & Gay PLLC**
1290 Avenue of the Americas, New York, NY 10104
**T** +1 212 390 9089  **M** +1 860 4660647  **F** +1 212 390 9399

mnobel@selendygay.com   www.selendygay.com

Pronouns: he, him, his

---

**From:** Rudzin, Abby F. <arudzin@omm.com>
**Sent:** Thursday, January 20, 2022 5:54 PM
**To:** Mitchell Nobel <mnobel@selendygay.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; ccording@willkie.com; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim <jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol

Thanks. I thought that's what you were suggesting but didn't think that could possibly be correct. The Court ordered extra confidentiality for the trader's identity because he requested it. The parties cannot decide among themselves to not honor the request he made to the Court.

Abby

---

**From:** Mitchell Nobel <mnobel@selendygay.com>
**Sent:** Thursday, January 20, 2022 5:51 PM
**To:** Rudzin, Abby F. <arudzin@omm.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; ccording@willkie.com; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim

<jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol

**[EXTERNAL MESSAGE]**

Abby,

The stipulation would say that documents Defendants produce regarding the identity of the anonymous trader, including the documents referenced in the Court's November 22 Order (Dkt. 195), will be treated as Attorneys Eyes Only, as that designation is defined in Paragraph 2(b) of the Protective Order (Dkt. 151), and could thus be shared pursuant to Paragraphs 4(d)-(e) therein.

Best regards,

Mitchell


Mitchell Nobel
Associate
─────────────────────────────
**Selendy & Gay PLLC**
1290 Avenue of the Americas, New York, NY 10104
**T** +1 212 390 9089  **M** +1 860 4660647  **F** +1 212 390 9399
─────────────────────────────
mnobel@selendygay.com   www.selendygay.com
─────────────────────────────
Pronouns: he, him, his

---

**From:** Rudzin, Abby F. <arudzin@omm.com>
**Sent:** Thursday, January 20, 2022 1:16 PM
**To:** Mitchell Nobel <mnobel@selendygay.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; ccording@willkie.com; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>; michael.hefter@hoganlovells.com; Rackear, Samuel <Samuel.Rackear@HoganLovells.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim <jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous

Trader Protocol

Hi Mitchell.  Perhaps I'm the only one, but I don't understand what you're asking.  What do you propose the stipulation would say?

Abby

---

**From:** Mitchell Nobel <mnobel@selendygay.com>
**Sent:** Wednesday, January 19, 2022 1:06 PM
**To:** Rudzin, Abby F. <arudzin@omm.com>; Pao, William K. <wpao@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Campbell, Eamonn W. <ecampbell@omm.com>; Jim Walden <jwalden@wmhlaw.com>; dchirlin@wmhlaw.com; Stephanie T. Levick <slevick@wmhlaw.com>; dcohen@wmhlaw.com; Michael J. Lee <Michael@mjllaw.com>; Sunjina Ahuja <Sahuja@dmalaw.com>; ccording@willkie.com; Matthew G. Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Robert L. Lindholm <robert.lindholm@nelsonmullins.com>; michael.hefter@hoganlovells.com; Rackear, Samuel <Samuel.Rackear@HoganLovells.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Kyle Roche <kyle@rcfllp.com>; Ted Normand <tnormand@rcfllp.com>; Velvel Freedman <vel@rcfllp.com>; Joseph Delich <jdelich@rcfllp.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Jason H. Kim <jkim@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Kyle G. Bates <kbates@schneiderwallace.com>; Oscar Shine <oshine@selendygay.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, No. 1:19-cv-09236-KPF - Anonymous Trader Protocol

[EXTERNAL MESSAGE]

Counsel,

Under the Court's November 22 Order, materials related to the anonymous trader are currently restricted to Plaintiffs' counsel, and the parties are "encouraged to propose additional protocols to resolve future requests for the sharing of such sensitive information with non-attorneys."  Dkt. 195.  We are writing today in the hope of agreeing to a protocol under which these materials are treated as Attorneys' Eyes Only under Paragraphs 4(d)-(e) of the existing Protective Order, to which the parties have already stipulated.  Dkt. 151.

If you agree, we will draft a stipulation to that effect.  If you feel that the existing Protective Order is not sufficient, please explain why and let us know what additional protections you believe are required for this information to be shared with non-attorneys.

Best regards,

Mitchell

[Mitchell Nobel](#)
Associate

---

**Selendy & Gay PLLC**
1290 Avenue of the Americas, New York, NY 10104
**T** +1 212 390 9089  **M** +1 860 4660647  **F** +1 212 390 9399

---

mnobel@selendygay.com   www.selendygay.com

---

Pronouns: he, him, his

---

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.