# Exhibit C

| | |
|---|---|
| **From:** | Matt Monkress |
| **To:** | Mitchell Nobel; bmurray@glancylaw.com; klerner@kmllp.com; tnormand@rochefreedman.com; Caitlin Halligan; aceresney@debevoise.com; srudman@rgrdlaw.com; Andrew Dunlap; Maria Ginzburg; glinkh@glancylaw.com; dkovel@kmllp.com; Philippe Selendy; mschaper@debevoise.com; moconnor@debevoise.com; egreenfield@debevoise.com; arudzin@omm.com; jcyrulnik@cf-llp.com; eboardman@rgrdlaw.com; tschneider@schneiderwallace.com; robert.lindholm@nelsonmullins.com; ceconomides@rochefreedman.com; matthew.lindenbaum@nelsonmullins.com; jkim@schneiderwallace.com; sjschlegelmilch@debevoise.com; bcochran@rgrdlaw.com; telrod@kmllp.com; afriedland@rochefreedman.com; mweiler@schneiderwallace.com; ccording@willkie.com; mburke@debevoise.com; jdelich@rochefreedman.com; amaneiro@kmllp.com; wpao@omm.com; kyle@rochefreedman.com; vel@rcfllp.com; michael@mjllaw.com; cbeal@dmalaw.com; sahuja@dmalaw.com |
| **Cc:** | akaradjas@rochefreedman.com; Paralegals; Managing Clerks Office; mblasy@rgrdlaw.com; info@glancylaw.com; ndotson@cf-llp.com; Maxine.Irving@nelsonmullins.com; elizabeth.doud@nelsonmullins.com; gerri.robillard@nelsonmullins.com; maosdny@willkie.com; apayne@willkie.com; bforbes@willkie.com; jyancey@willkie.com; wstellmach@willkie.com; rhtebben@debevoise.com; akaradjas@rcfllp.com; nbermond@rochefreedman.com; akaradjas@rochefreedman.com; nbermond@rcfllp.com; dchaves@dmalaw.com; Greg Hollon; Timothy B. Fitzgerald; Charles Wittmann-Todd; Lisa Nelson; Jennifer Hickman; Marissa Lock |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236 | Bittrex Production |
| **Date:** | Friday, April 1, 2022 4:07:26 PM |
| **Attachments:** | image001.png |

Mitchell

All of the production records in Bittrex_Prod001 contain documents referencing the anonymous trader and therefor Bittrex applied a custom AEO Confidentiality designation in accordance with the Court's order limiting review access.

Please let us know if you have further questions.

Thank you,

Matt Monkress | Litigation Paralegal
McNaul Ebel Nawrot & Helgren PLLC
D: 206-389-9385

**From:** Mitchell Nobel <mnobel@selendygay.com>
**Sent:** Friday, April 1, 2022 12:55 PM
**To:** Matt Monkress <mmonkress@mcnaul.com>; bmurray@glancylaw.com; klerner@kmllp.com; tnormand@rochefreedman.com; Caitlin Halligan <challigan@selendygay.com>; aceresney@debevoise.com; srudman@rgrdlaw.com; Andrew Dunlap <adunlap@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; glinkh@glancylaw.com; dkovel@kmllp.com; Philippe Selendy <pselendy@selendygay.com>; mschaper@debevoise.com; moconnor@debevoise.com; egreenfield@debevoise.com; arudzin@omm.com; jcyrulnik@cf-llp.com; eboardman@rgrdlaw.com; tschneider@schneiderwallace.com; robert.lindholm@nelsonmullins.com; ceconomides@rochefreedman.com; matthew.lindenbaum@nelsonmullins.com; jkim@schneiderwallace.com; sjschlegelmilch@debevoise.com; bcochran@rgrdlaw.com; telrod@kmllp.com; afriedland@rochefreedman.com; mweiler@schneiderwallace.com; ccording@willkie.com; mburke@debevoise.com; jdelich@rochefreedman.com; amaneiro@kmllp.com; wpao@omm.com; kyle@rochefreedman.com; vel@rcfllp.com; michael@mjllaw.com; cbeal@dmalaw.com; sahuja@dmalaw.com
**Cc:** akaradjas@rochefreedman.com; Paralegals <Paralegals@selendygay.com>; Managing Clerks

Office <MCO@selendygay.com>; mblasy@rgrdlaw.com; info@glancylaw.com; ndotson@cf-llp.com; Maxine.Irving@nelsonmullins.com; elizabeth.doud@nelsonmullins.com; gerri.robillard@nelsonmullins.com; maosdny@willkie.com; apayne@willkie.com; bforbes@willkie.com; jyancey@willkie.com; wstellmach@willkie.com; rhtebben@debevoise.com; akaradjas@rcfllp.com; nbermond@rochefreedman.com; akaradjas@rochefreedman.com; nbermond@rcfllp.com; dchaves@dmalaw.com; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <TFitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Jennifer Hickman <JHickman@mcnaul.com>; Marissa Lock <mlock@mcnaul.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236 | Bittrex Production

Matt,

Thank you for this production. Can Bittrex please let us know whether this production contains any materials referencing the anonymous trader, as referenced in the Court's November 22, 2021 order? Uploading these documents to a review platform will require us to share them with non-attorneys, so we need to know whether anything in here implicates the confidentiality limitations described in that order.

Best regards,

Mitchell

**Mitchell Nobel**
Associate [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: he, him, his

---

+1 212.390.9089  [O]
+1 860.466.0647  [M]

---

**From:** Matt Monkress <mmonkress@mcnaul.com>
**Sent:** Friday, April 1, 2022 11:13 AM
**To:** bmurray@glancylaw.com; klerner@kmllp.com; tnormand@rochefreedman.com; Caitlin Halligan <challigan@selendygay.com>; aceresney@debevoise.com; srudman@rgrdlaw.com; Andrew Dunlap <adunlap@selendygay.com>; Maria Ginzburg <mginzburg@selendygay.com>; glinkh@glancylaw.com; dkovel@kmllp.com; Philippe Selendy <pselendy@selendygay.com>; mschaper@debevoise.com; moconnor@debevoise.com; egreenfield@debevoise.com; arudzin@omm.com; jcyrulnik@cf-llp.com; eboardman@rgrdlaw.com; tschneider@schneiderwallace.com; robert.lindholm@nelsonmullins.com; ceconomides@rochefreedman.com; matthew.lindenbaum@nelsonmullins.com; jkim@schneiderwallace.com; sjschlegelmilch@debevoise.com; bcochran@rgrdlaw.com; telrod@kmllp.com; afriedland@rochefreedman.com; mweiler@schneiderwallace.com; ccording@willkie.com; mburke@debevoise.com; jdelich@rochefreedman.com;

amaneiro@kmllp.com; wpao@omm.com; Mitchell Nobel <mnobel@selendygay.com>; kyle@rochefreedman.com; vel@rcfllp.com; michael@mjllaw.com; cbeal@dmalaw.com; sahuja@dmalaw.com
**Cc:** akaradjas@rochefreedman.com; Paralegals <Paralegals@selendygay.com>; Managing Clerks Office <MCO@selendygay.com>; mblasy@rgrdlaw.com; info@glancylaw.com; ndotson@cf-llp.com; Maxine.Irving@nelsonmullins.com; elizabeth.doud@nelsonmullins.com; gerri.robillard@nelsonmullins.com; maosdny@willkie.com; apayne@willkie.com; bforbes@willkie.com; jyancey@willkie.com; wstellmach@willkie.com; rhtebben@debevoise.com; akaradjas@rcfllp.com; nbermond@rochefreedman.com; akaradjas@rochefreedman.com; nbermond@rcfllp.com; dchaves@dmalaw.com; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <TFitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Lisa Nelson <LNelson@mcnaul.com>; Jennifer Hickman <JHickman@mcnaul.com>; Marissa Lock <mlock@mcnaul.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236 | Bittrex Production

Counsel

Please find Bittrex's production, bates numbered Bittrex0000001-0000173, at the ShareFile link below;

https://mcnaul.sharefile.com/d-sf0715e5867ef44b3aa5f17fb8cb23d46

The password will be transmitted under separate cover.

Thank you,

**Matt Monkress**
**Litigation Paralegal**



600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128
www.mcnaul.com | mmonkress@mcnaul.com

**Please consider the environment before printing this email.**

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.