

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

**Abby F. Rudzin**
D: +1 212 326 2033
arudzin@omm.com

April 15, 2022

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



Re: *In re Tether and Bitfinex Crypto Asset Litigation*, No. 1:19-cv-09236-KPF
**Letter-Motion to File Attachment to Letter Response Under Seal**

Dear Judge Failla:

      Defendant Bittrex, Inc., writes to seek leave to file a sensitive document under seal. Simultaneously with this letter-motion, Bittrex has filed with the Court a letter responding to Plaintiffs' letter motion for conference (Dkt. No. 208) (the "Letter Response"). Exhibit A to the Letter Response is a letter from the Anonymous Trader responding to Plaintiffs' letter motion (the "Anonymous Trader Letter"). The Anonymous Trader has requested that Bittrex file his letter under seal.

      Under Federal Rule of Civil Procedure 5.2 and this Court's Individual Rules, Bittrex respectfully seeks leave to file the Anonymous Trader Letter under seal. As this Court has recognized, the Anonymous Trader has legitimate security concerns that justify keeping his information confidential. (*See* Dkt. No. 195.)

      Bittrex therefore respectfully requests that the Anonymous Trader Letter be filed under seal.

Respectfully submitted,

*/s/ Abby F. Rudzin*

Abby F. Rudzin
*of* O'Melveny & Myers LLP

*Counsel for Defendant Bittrex, Inc.*

cc: All Counsel of Record via ECF

Application GRANTED. The above-specified letter may be filed under seal, viewable only to the parties and the Court. The Clerk of Court is directed to terminate the pending motion at docket entry 210.

Dated:   April 18, 2022   SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE