UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Civil Action No. 1:19 Civ. 9236 (KPF)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Eamonn W. Campbell of O'Melveny & Myers LLP as counsel for Defendant Bittrex, Inc., in the above-captioned case.

Date:  New York, New York
      May 12, 2022

Respectfully submitted,

*/s/ Eamonn W. Campbell*
Eamonn W. Campbell
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
E-mail:  ecampbell@omm.com

*Counsel for Defendant Bittrex, Inc.*