**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE TETHER AND BITFINEX CRYPTO
ASSET LITIGATION

Index No. 1:19-cv-09236-KPF

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

PLEASE TAKE NOTICE that the address of the New York office of Nelson Mullins

Riley & Scarborough LLP has changed as follows:

> NELSON MULLINS RILEY & SCARBOROUGH LLP
> 330 Madison Avenue, 27th Floor
> New York, NY 10017
> Tel: 212-413-9000
> Fax: 646-428-2610

PLEASE TAKE FURTHER NOTICE that the telephone number affiliated with Robert L.

Lindholm has been changed to (212) 413-9006 whereas his email address remains the same.

Respectfully submitted

/s/ *Robert L. Lindholm*
Robert L. Lindholm
NELSON MULLINS RILEY &
SCARBOROUGH LLP
330 Madison Avenue, 27th Floor
New York, NY 10017
Tel: (212) 413-9006
robert.lindholm@nelsonmullins.com

Matthew G. Lindenbaum
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4700
matthew.lindenbaum@nelsonmullins.com

Dated: June 27, 2022                    *Attorneys for Poloniex, LLC*