

July 28, 2022

**Via ECF and E-mail**

The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
Letter Motion to File Redacted Letter Motion and Exhibit Under Seal

Dear Judge Failla:

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Plaintiffs' July 28, 2022, Letter Motion to the Court ("Plaintiffs' Letter Motion") in redacted form and Exhibit 8 to Plaintiffs' Letter Motion under seal.

    Exhibit 8 and the related redacted information have been designated as confidential by Defendants under this Court's Protective Order, ECF No. 151. Plaintiffs do not object to the characterization of this exhibit and related redacted information as confidential for the limited purposes of this filing.

    Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Letter Motion in redacted form and Exhibit 8 under seal to avoid any improper disclosure of information Defendants have designated as confidential.

                                   Respectfully submitted,

                                     /s/ Kyle W. Roche
                                   Kyle W. Roche
                                   Edward Normand
                                   Velvel Freedman (*pro hac vice*)
                                   Joseph M. Delich
                                   ROCHE FREEDMAN LLP
                                   99 Park Avenue, 19th Floor
                                   New York, NY 10016
                                   kyle@rochefreedman.com
                                   tnormand@rochefreedman.com
                                   vel@rochefreedman.com
                                   jdelich@rochefreedman.com

                                   /s/ Caitlin Halligan
                                   Philippe Z. Selendy

Caitlin Halligan
Andrew R. Dunlap
SELENDY GAY ELSBERG PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com
challigan@selendygay.com
adunlap@selendygay.com

/s/ Todd M. Schneider
Todd M. Schneider (*pro hac vice*)
Jason H. Kim (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
Kyle G. Bates (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com
kbates@schneiderwallace.com

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*