# Exhibit 7



Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

July 14, 2022

BY EMAIL

Kyle W. Roche
ROCHE FREEDMAN LLP
99 Park Avenue
New York, NY 10016
kyle@rochefreedman.com

Philippe Z. Selendy
SELENDY GAY ELSBERG PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com

Todd M. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street
Emeryville, CA 94608
tschneider@schneiderwallace.com

*Re:* ***In re Tether and Bitfinex Crypto Asset Litig.*,**
**No. 19 Civ. 9236 (KPF) (S.D.N.Y.)**

Dear Kyle:

We write on behalf of Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Limited, DigFinex Inc., Tether Operations Limited, Tether International Limited, Ludovicus Jan van der Velde and Giancarlo Devasini (the "B/T Defendants") in response to your July 7, 2022 letter and to follow up on our July 8, 2022 discussion regarding search terms.

I.   Plaintiffs' Proposed Search Terms

We appreciate that, in Plaintiffs' July 1, 2022 email, you identified the specific RFP(s) to which each of your proposed search terms is purportedly tied. As we

Kyle W. Roche                                2                                July 14, 2022

discussed on July 8 and in prior telephone calls, the B/T Defendants do not agree with Plaintiffs' approach to search terms.

The sole purpose of search terms is to identify documents that will be reviewed in order to produce documents in response to specific RFPs.  Contrary to Plaintiffs' suggestions, search terms do not represent an alternative to serving RFPs and negotiating the scope of production in response.  Accordingly, the B/T Defendants do not agree to use search terms that (*i*) have no significant connection to the identified RFP, (*ii*) are purportedly tied to RFPs in response to which the B/T Defendants objected and did not agree to produce documents or (*iii*) are purportedly tied to RFPs that do not require the use of search terms, such as requests for which the B/T Defendants agreed to produce "documents sufficient to show."

Merely as a few examples:

- Plaintiffs rely heavily on RFP 63, pursuant to which the parties agreed that the B/T Defendants will produce non-privileged documents, to the extent such documents exist and can be located after a reasonable search, that relate to any business strategy, plan, or directive of the B/T Defendants relating to the timing of issuance or transfer of USDT to any U.S. Exchange Defendant for the purchase of cryptocommodities.  But a number of the search terms that Plaintiffs claim are tied to RFP 63 have no discernable connection to that request – *e.g.*, "private address*"; "Ethereum* AND USDT"; "Crash* w/10 (Tether* OR USDT)"; "Declin* w/10 (Tether* OR USDT)"; "Drop* w/10 (Tether* OR USDT)"; "Suspicious* w/10 (Tether* OR USDT)".[1]

- "Call w/3 (me OR you)" is a common expression unconnected to the identified RFPs.  The same is true of other proposed terms such as: "'end of month' or EOM"; "EURT"; "Transfer* w/10 (USDT OR Tether OR token)".  Plaintiffs' unsupported speculation that an individual involved in misconduct might say "call me" in order to avoid a written record of communications is insufficient to justify the use of such a search term.

- Plaintiffs also tie numerous search terms to RFPs for which the B/T Defendants agreed to produce "documents sufficient to show," including but not limited to RFPs 4-7, 12-15, 21, 66-68, 77.  Responding to such RFPs does not require the use of search terms.  Similarly, we do not intend to use search terms in responding to RFPs 8-10.

---

[1]   These terms – like many of Plaintiffs' proposed search terms – are also problematic for the obvious reason that "Tether" appears in the name of Tether Holdings Limited, Tether Limited, Tether Operations Limited and Tether International Limited.

Kyle W. Roche                                    3                              July 14, 2022

- Plaintiffs tie numerous search terms to RFPs for which no agreement to produce documents has been reached, including but not limited to RFPs 1, 22-25, 31, 36, 43-44, 46, 51-52, 69-71. With respect to RFP 31, the purported basis for more than sixty search terms, Defendants objected to, among other things, the enormous scope of the request for "[a]ll Documents relating to Your funds or Reserves at any bank or any other financial institution." Plaintiffs have refused to limit the scope of RFP 31 in any way, and the B/T Defendants have agreed, in connection with other RFPs, to provide documents sufficient to establish USDT reserves.

Attached to this letter is a line-by-line response to Plaintiffs' proposed search terms. In order to move this process forward, we have endeavored to be as flexible as possible and have accepted numerous search terms that are deeply problematic. To be clear, agreement to any search terms at this stage is purely for the purpose of providing an initial hit report. It is not an agreement to use any search terms for purposes of document review or production, and we continue to believe that many of Plaintiffs' proposed search terms are extremely broad and/or have only an attenuated (at best) connection to the identified RFP(s).

If you have any questions about particular search terms, please let us know.

## II.     Time Period

Plaintiffs' "best and final offer" set forth in your July 7 letter is not significantly different from Plaintiffs' prior position and remains unsupported and unacceptable. The B/T Defendants proposal is already very generous: the production documents created from February 17, 2015 through October 6, 2019, the date on which this action was commenced. That time period already extends well beyond the last allegation of wrongdoing in the CAC.

Plaintiffs' July 7 letter – like previous letters – fails to identify any facts alleged in the CAC indicating any continuing misconduct. Paragraph 76 of the CAC merely presents a chart purportedly illustrating the "close relationship between prices of bitcoin and bitcoin futures on the CME from December 2017 until February 2020." And paragraphs 372-74 allege only that Tether continues to issue USDT, that Tether stated that the growth of USDT was in response to an "opportunity for big institutions and funds to make money," and that Tether surpassed a market capitalization of $5 billion. Those allegations do not suggest any misconduct and do not justify continuing discovery beyond the filing of this lawsuit. Nor does the cited statement by the Court suggest any ongoing misconduct: "Cryptocommodities make up a distinct market – which has grown exponentially since its establishment – and had a total market capitalization of over $176 billion in June 2020." *In re Tether & Bitfinex Crypto Asset Litig.*, 2021 WL 4452181, at *6 (S.D.N.Y. Sept. 28, 2021) (citing CAC ¶ 64).

Kyle W. Roche                                            4                                            July 14, 2022

### III.  Custodians

In the spirit of compromise, and in an attempt to make progress in our discussions, we agreed to include Stuart Hoegner, the General Counsel of Bitfinex and Tether, as a custodian to the extent that he communicated with an external third party. And, as previously noted, we will also review other documents that include Mr. Hoegner through our review of documents collected from the fourteen other custodians. This is an eminently reasonable approach that avoids unnecessarily imposing on the B/T Defendants the substantial burden of reviewing and logging large numbers of privileged documents.

Your July 7 letter asks that we "identify the process by which you would determine which documents you would exclude from review." We have already done so: we will review Mr. Hoegner's documents that were communicated to an external third party as described in our May 17 and June 30 letters. We will also be reviewing communications to and from Mr. Hoegner to the extent they are included in the review of documents from the 14 other document custodians.

If your review of Mr. Hoegner's documents indicate that you are missing important, non-privileged documents, we can discuss further at that time.

### IV.  Plaintiffs' Requests for Production

#### RFPs 8-10

Our June 30 letter memorialized the parties' agreement that the B/T Defendants will produce non-privileged communications, to the extent such documents exist and can be located after a reasonable search, with Crypto Capital, the U.S. Exchange Defendants, Phil Potter and/or Reginald Fowler on the same topics the parties agreed to for RFP 2. We explained that, with respect to Mr. Potter, this production would be for the period after he left Bitfinex/Tether. Mr. Potter's communications from the period while he was at Bitfinex/Tether are excluded for the same reason that the parties agreed to exclude Ludovicus Jan van der Velde and Giancarlo Devasini from RFPs 8-10:  he is already an agreed custodian.

#### RFP 37

Plaintiffs' July 7 letter inquires whether the B/T Defendants will provide documents relating to all loans of USDT to any "Defendant, Specified Individual/Entity, and Anonymous Trader." The B/T Defendants have agreed to produce documents sufficient to show loans of USDT, including the amount of USDT loaned, the identity of the recipient of the loan, and the amount and type of collateral received in exchange for the loan, either (*i*) between Bitfinex and Tether or (*ii*) by the B/T Defendants to any U.S. Exchange Defendant or the Anonymous Trader.

Kyle W. Roche                                   5                                   July 14, 2022

The B/T Defendants do not agree to provide documents relating to all loans of USDT (if any) to the Specified Individuals/Entities, which were defined in Plaintiffs' May 6 letter as the individuals and entities identified in RFPs 27, 36 and 38-51. Plaintiffs have not provided any basis for such a request.

**RFP 41**

Our June 30 letter accurately states that Plaintiffs had agreed not to pursue RFP 41, which seeks documents relating to Paycase Financial, while reserving all rights. Plaintiffs stated that position during the parties' March 31 telephone call, which we memorialized in our April 4 letter. In any event, the B/T Defendants do not agree to produce documents in response to this RFP.

**RFPs 52 & 56**

During our April 8 meet and confer, we stated that we would consider running search terms in connection with RFPs 52 and 56, but we did not commit to doing so. With respect to the Paradise Papers, Plaintiffs allege in the CAC that they revealed that Bitfinex and Tether have overlapping officers and directors. (CAC ¶ 156.) The identity of the officers and directors of Bitfinex and Tether is not in dispute and does not require or justify discovery of all documents relating to the Paradise Papers.

As to "Mt. Gox," Plaintiffs allege fraudulent trading activity by individual not involved in this lawsuit in 2013, which predates the time period relevant to this lawsuit. (CAC ¶ 84-88.) That Mr. Devasini is alleged to have once referenced Mt. Gox on a message board does not justify discovery of all documents relating to Mt. Gox. Nonetheless, as a compromise, the B/T Defendants will agree to run "Mt. Gox," "Willybot" and "Willy Bot" as search terms for purposes of an initial hit report.

Best regards,

/s/ Elliot Greenfield

| Search Term | Responsive RFPs (Plaintiffs) |
|---|---|
| audit w/10 Tether | RFP No. 11 |
| Tether w/10 transparency | RFP No. 26 |
| "conflict of interest" or "conflicts of interest" | RFP No. 34 |
| (2016 w/15 hack* OR theft* OR unauthorize* OR transfer* OR stolen) and (reserve* OR redem* or redeem*) | RFP No. 35 |
| "ABT & Trust" | RFP No. 31 |
| 260011499 | RFP No. 31 |
| "Bank of America" OR BofA | RFP No. 31 |
| 898100395306 | RFP No. 31 |
| "Bank of Colorado" | RFP No. 31 |
| 5701063413 | RFP No. 31 |
| "Bank of Montreal" | RFP No. 31 |
| "Bank of New York Mellon" OR "BNY Mellon" | RFP No. 31 |
| BnkToTheFuture OR "Bnk to the Future" | RFP No. 31 |
| "Bank of Communications" | RFP No. 31 |
| "Banco Portuges de Investimento" | RFP No. 31 |
| "Bank of the Philippine Islands" | RFP No. 31 |
| 2-5486163.306.001 | RFP No. 31 |
| Spoldzielczy | RFP No. 31 |
| Kaohsiung | RFP No. 31 |
| 230510006385 OR 230509006380 | RFP No. 31 |
| Bankinter | RFP No. 31 |
| Caixa | RFP No. 31 |
| 0216076478170 OR 0216076477370 OR 0216076476570 OR 0786071416230 OR 0786071414070 OR 0216076111170 OR 0216075956230 OR 0216076490070 | RFP No. 31 |
| "Canadian Imperial Bank of Commerce" OR CIBC | RFP No. 31 |
| "CC001006882 5108411" OR "CC001006882 0374016" OR "CC001099702 4464710" OR "CC001099702 4113411" OR "CC001099702 4097513" OR "CC001099702 4210719" | RFP No. 31 |
| Cathay | RFP No. 31 |
| 33087700408 | RFP No. 31 |
| Citibank OR Citi | RFP No. 31 |

| Search Term | Responsive RFPs  (Plaintiffs) |
|---|---|
| 207112962 OR 207129503 OR 207132333 OR 206618910 OR 207139809 OR 207139817 OR 207134933 OR 207132325 OR 207134958 OR 42024768923 OR 42001787749 OR 42024769061 OR 57457749 OR 9945530933 OR 207108689 | RFP No. 31 |
| Deltec | RFP No. 31 |
| "Deutsche Bank" | RFP No. 31 |
| DE78660700240057016801 OR DE51660700240057016802 OR 192057016802 | RFP No. 31 |
| "Enterprise Bank" | RFP No. 31 |
| 1127548 OR 1241367 OR 1127564 OR 1127177 OR 1127193 OR 1128700 OR 1128727 OR 1127599 OR 1235784 OR 1127652 OR 1127644 | RFP No. 31 |
| "First Commercial Bank" | RFP No. 31 |
| 20386001075 | RFP No. 31 |
| Hwatai | RFP No. 31 |
| 3.366E+12 | RFP No. 31 |
| "HSBC Bank" OR "HSBC Securities" OR Pershing | RFP No. 31 |
| 861668 OR 141000147 | RFP No. 31 |
| ING | RFP No. 31 |
| "JP Morgan Chase" OR JPMC OR Chase | RFP No. 31 |
| 296219550 OR 779558365 | RFP No. 31 |
| KGI | RFP No. 31 |
| 18580071208 | RFP No. 31 |
| "Metropolitan Bank" | RFP No. 31 |
| "Noble Bank" | RFP No. 31 |
| "Pekao Bank" | RFP No. 31 |
| "Sackville Bank and Trust" | RFP No. 31 |
| Santander | RFP No. 31 |
| 00080753 OR 10379431 OR 10446319 OR 10446322 | RFP No. 31 |
| "Shanghai Pudong Development" | RFP No. 31 |
| "Signature Bank" | RFP No. 31 |
| "Stearns Bank" | RFP No. 31 |
| "Sun Trust" | RFP No. 31 |
| 810455498 OR 209364251 OR 1000211769301 | RFP No. 31 |
| "Shin Kong" | RFP No. 31 |

| Search Term | Responsive RFPs  (Plaintiffs) |
|---|---|
| 4.99128E+11 | RFP No. 31 |
| Taishin | RFP No. 31 |
| 68760022865 | RFP No. 31 |
| TCA Investment Bancorp & Trust Company | RFP No. 31 |
| "TD Bank" | RFP No. 31 |
| 4350649188 | RFP No. 31 |
| "US Bank" | RFP No. 31 |
| "Wells Fargo" OR WF | RFP No. 31 |
| 2514680467 | RFP No. 31 |
| "@bitfinexed" | RFP No. 35, 48 |
| "Authorized Tokens" | RFP No. 7 |
| "bank account" w/5 (Tether or USDT) | RFP No. 31 |
| "Bitcoin Management Solutions" | RFP No. 47 |
| "Celsius Network" or Celsius w/5 (invest* or investment*) | RFP No. 69 |
| "Crypto Capital" OR "Crypto SP. Z.O.O." or "Crypto SP ZOO" OR "Global Trading Solutions" | RFP Nos. 10, 27, 30 |
| "don't have enough" w/5 (Tether OR USDT) | RFP No. 15 |
| "End of month" or EOM | RFP Nos. 11, 12, 13, 14, 15 |
| "Flash Crash" | RFP Nos. 11, 12, 18, 19, 56, 63 |
| "Friedman LLP" | RFP No. 48 |
| "Galaxy Benchmark" | RFP No. 36 |
| "Galaxy Digital" | RFP No. 36 |
| "Global trading" | RFP No. 27 |
| "Jump Trading" | RFP No. 51 |
| "Master Fund LP" | RFP No. 36 |
| "Mega International" | RFP Nos. 3, 14, 31, 32 |
| "Mt. Gox" | RFP No. 56 |
| "Noble Markets" | RFP No. 40 |
| "not 1:1" | RFP Nos. 7, 14, 15 |
| "not enough" w/5 (tether or USDT) | RFP Nos. 7, 14, 15 |
| "not tethered" OR un-tethered | RFP No. 54 |
| "Paradise Papers" | RFP No. 52 |
| "Potter Ventures" | RFP No. 47 |
| "Quantifying the Effect of Tether" | RFP No. 53 |

3

| Search Term | Responsive RFPs  (Plaintiffs) |
|---|---|
| "Shyft Network" | RFP No. 43 |
| "Smart Property Solutions" | RFP No. 46 |
| ("Tether Authorizer" OR Tether) w/5 authorization | RFP Nos. 5, 7, 13 |
| "Tether Report" | RFP No. 53 |
| ("USDT" w/5 (equal* OR equat*)) w/15 (USD OR dollar*) | RFP Nos. 7, 14, 15 |
| "USDT/USD" w/5 "trading pair" | RFP Nos. 11, 12, 13,16, 17, 18, 19 |
| ("White paper" w/15 ("USDT" OR Tether OR token*)) w/15 (equat* OR back* OR equal* OR hold OR dollar* OR bank* OR account* OR fiat OR currenc* OR reserve* OR cash) | RFP Nos. 3, 5, 14, 31, 32 |
| "Willy Report" OR "WillyBot" | RFP No. 56 |
| "Bitcoin Really Un-Tethered" | RFP No. 54 |
| "cat and mouse" | RFP 10, 12, 31, 47, 66, |
| "Crypto Capital" | RFP Nos. 10, 27, 30 |
| "fully back*" and "fully-back*" | RFP Nos. 7, 14, 15 |
| "Global Trade Solutions" or GTS* | RFP Nos. 27, 60 |
| "not backed" | RFP Nos. 7, 14, 15 |
| "price floor" | RFP Nos. 18, 19, 56 |
| "private address*" | RFP Nos. 37, 63 |
| "Smart Property Solutions" or SPS* | RFP No. 46 |
| ("Off exchange" OR "off-exchange" OR private OR "over-the-counter" or "over the counter" or "OTC") w/5 (transaction* OR arrangement* OR platform* OR exchange*) | RFP No. 24 |
| ("Treasury wallet*" OR "Tether treasury" ) w/15 Bitfinex w/15 (Tether OR "USDT") | RFP Nos. 72, 74 |
| ("1:1" OR "one to one") w/15 (Stablecoin OR "Stable coin" OR token OR "USDT" OR Tether) | RFP Nos. 7, 14, 15 |
| ("Know Your Customer" OR "know-your-customer" OR KYC OR "anti-money laundering" OR AML) w/15 (polic* OR procedur* OR complian* OR train OR Manual OR Notice) | RFP No. 66 |
| ((Account*  OR maintain*) w/15 ("USDT" OR Tether)) w/15 (dollar* OR bank* OR account* OR fiat OR currenc* OR valu* ORreserve* OR balance OR "commercial paper*") | RFP Nos. 12, 14, 15 |

| Search Term | Responsive RFPs (Plaintiffs) |
|---|---|
| (Account* OR Track* OR monitor* OR maintain*) w/15 ("USDT" OR Tether) w/15 (issu* OR redeem* OR redemption*) | RFP Nos. 12, 14, 15 |
| (Agreement* OR contract*) w/25 (Bittrex OR Polo!) | RFP No. 60 |
| Urriola OR (Ana w/2 Pan) | RFP No. 39 |
| ((Bolivar w/2 Jose) w/2 Gonzalez) OR (Bolivar w/2 Gonzalez) | RFP No. 39 |
| (Bump* OR Crash* OR Drop* OR Jump* OR Spike* OR Floor) w/15 (price OR value OR Bitcoin OR BTC) | RFP No. 18, 19, 56, 63 |
| (Burn* OR giv* OR destroy*) w/15 ("USDT" OR Tether OR token) | RFP Nos. 6, 11 |
| (Data OR email) w/5 host* w/15 (polic* OR procedur* OR complian* OR train* OR Manual OR Notice) | RFP No. 68 |
| (Document OR email) w/5 (retain or retention) w/15 (polic* OR procedur* OR complian* OR train* OR Manual) | RFP No. 77 |
| (Investigat* OR inquir* OR Finding* OR report* OR case* OR audit*) w/15 ("New York AG" OR "New York Attorney General" OR "NY Attorney General" OR NYAG OR "NY AG"  OR "Commodities Futures Trading Commission" OR CFTC OR (Dep* w/2 Justice) OR DOJ or "Exchange Commission" OR SEC | RFP Nos. 1, 2 |
| (Guarant* OR promis* OR assur*) w/15 ("1:1" OR "one to one" OR "1-1" OR tethered OR redeem* OR exchang*) | RFP Nos. 7, 14, 15 |
| (Hamid w/2 Reza) OR (Hamid w/2 Khoyi) | RFP No. 46 |
| (Inflat* OR spik* OR manipulat* OR stabiliz* OR floor OR return* OR Solven* OR use*) w/15 (bitcoin OR demand OR market* OR customer* OR price* OR valu*) | RFP No. 18 |
| (Ivan w/2 (Manuel OR Molina OR Lee) | RFP No. 39 |
| (mov* OR manipulat*) w/10 (price OR Market) | RFP No. 18 |
| (Print* OR issu* OR creat*) w/15 ("USDT" OR Tether OR token) | RFP Nos. 4, 5, 59, 61, 62 |
| (Raise* OR request*) w/5 (prospectus* OR "private placement" OR PPM OR solicit* OR invest*) | RFP Nos. 70, 71 |
| (Redeem* OR redempt*) w/10 ("USDT" or Tether OR token) | RFP No. 6 |
| (Stablecoin OR "Stable coin" OR token OR "USDT" OR Tether) w/15 (equat* OR back* OR equal* OR hold*) w/25 (dollar* OR bank* OR account* OR fiat OR currenc* OR valu* OR reserve*) | RFP Nos. 16, 17, 18 |

| Search Term | Responsive RFPs  (Plaintiffs) |
|---|---|
| (support w/3 price) w/3 (bitcoin OR BTC) | RFP No. 63 |
| ((Tether OR Bitfinex OR Digfinex) w/15 ("Crypto Capital" OR "Global Trade Solutions")) w/25 reserve* OR operat* OR manag*) | RFP No. 27 |
| (time OR Coordinat*) w/10 (mint* OR issu* OR Poloniex OR Bittrex OR Reggie OR Fowler) | RFP No. 63 |
| ((Track* OR monitor* OR maintain*) w/15 (polic* OR procedur* OR process* OR "manual process")) w/15 ("USDT" OR Tether OR reserv* OR account* OR issu* OR redeem* OR mint*) | RFP Nos. 12, 14, 15 |
| (USDT OR Tether) w/5 address* w/15 (Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP No. 21 |
| "@bitfinex_" | RFP No. 20, 35, 48 |
| @brockpierce | RFP No. 50 |
| 1-to-1* | RFP Nos. 7, 14, 15 |
| 12cgpFdJViXbwHbhrA3TuW1EGnL25Zqc3P | RFP No. 28 |
| 13vHWR3iLsHeYwT42RnuKYNBoVPrKKZgRv | RFP No. 28 |
| 15ovrfyRTbhqeUkgAqAwtscXDASmietmcJ | RFP No. 28 |
| 16tg2RJuEPtZooy18Wxn2me2RhUdC94N7r | RFP No. 28 |
| 17A16QmavnUfCW11DAApiJxp7ARnxN5pGX | RFP No. 28 |
| 17sHnqeQcwvfPneJkmaTBAQEnQN82yi7ye | RFP No. 28 |
| 19-cv-09236* | RFP Nos. 16, 17, 18, 19 |
| 19-mc-00022* | RFP No. 3 |
| 1A6yDZj1241qtGzEeQWRaptxVEhzz5owLP | RFP No. 28 |
| 1A9AUhKv6aLrKGAdwMM9aHXECZM9uQivZK | RFP No. 28 |
| 1AA6 | RFP No. 28 |
| 1AA6iP6hrZfYiacfzb3VS5JoyKeZZBEYRW | RFP No. 28 |
| 1AanEM2PU6GS7krwxaysKP3scwb3fdioyE | RFP No. 28 |
| 1CEZ4sjk7MUt3LSJi7bRvvbMZvGLWKCa1G | RFP No. 28 |
| 1Co1dhYDeF76DQyEyj4B5JdXF9J7TtfWWE | RFP No. 28 |
| 1DEcTtkrbdXxS1wbrMvzub5X4VpByYmAwo | RFP No. 28 |
| 1DUb2YYbQA1jjaNYzVXLZ7ZioEhLXtbUru | RFP No. 28 |
| 1F6nNgCTLcR4abWuMs1CHUWYNcnJ47tvbc | RFP No. 28 |
| 1Fdz3iQDDA6mJVoAV4ZcqgVFe1MX97EZoD | RFP No. 28 |
| 1G6jMfQotd6rV8VkMFNx4hPXYHioeBdquf | RFP No. 28 |
| 1GjgKbj69hDB7YPQF9KwPEy274jLzBKVLh | RFP No. 28 |

6

| Search Term | Responsive RFPs  (Plaintiffs) |
|---|---|
| 1H48Bp7EGELgnGSVYKdiCuSo6n822mVmHg | RFP No. 28 |
| 1Hi1hyJpUeETGBTQ8aPZ69GBL8xBVV53XP | RFP No. 28 |
| 1J1d | RFP No. 28 |
| 1J1dCYzS5EerUuJCJ6iJYVPytCMVLXrgM9 | RFP No. 28 |
| 1J8fgfPwn4dsxLiA5BnUkzHoubPJ6q5q8g | RFP No. 28 |
| 1KBXtTQnEgU34xXchwvmAoX7o5qZAp3xF | RFP No. 28 |
| 1Kr6QSydW9bFQG1mXiPNNu6WpJGmUa9i1g | RFP No. 28 |
| 1KYiKJEfdJtap9QX2v9BXJMpz2SfU4pgZw | RFP No. 28 |
| 1LJjvsEN9ZzeBVPB4XbhS7mxg99gBAPoMB | RFP No. 28 |
| 1LSgEKji3ZoGdvzBgkcJMej74iBd38fySb | RFP No. 28 |
| 1MZAayfFJ9Kki2csoYjFVRKHFFSkdoMLtX | RFP No. 28 |
| 1N52wHoVR79PMDishab2XmRHsbekCdGquK | RFP No. 28 |
| 1NTMakcgVwQpMdGxRQnFKyb3G1FAJysSfz | RFP No. 28 |
| 1NUyryQe1cQYmqg5bjwWNFXA8T1M6htSQ | RFP No. 28 |
| 1PCwER7f57fkPq2kuR9rYV7Wpr1LYvFWsA | RFP No. 28 |
| 1Po1oWkD2LmodfkBYiAktwh76vkF93LKnh | RFP No. 28 |
| 3BbDtxBSjgfTRxaBUgR2JACWRukLKtZdiQ | RFP No. 28 |
| 3D2oetdNuZUqQHPJmcMDDHYoqkyNVsFk9r | RFP No. 28 |
| 3MbYQMMmSkC3AgWkj9FMo5LsPTW1zBTwXL | RFP No. 28 |
| agree w/15 (flow OR USDT OR Tether OR mint* OR issu* OR Poloniex OR Bittrex OR Reggie OR Fowler) | RFP Nos. 7, 11, 14, 15 |
| Arbitrage | RFP No. 28 |
| Artific* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) | RFP Nos. 4, 5, 21, 59, 61, 62 |
| Back w/5 (tether or USDT) | RFP Nos. 7, 11, 14, 15 |
| [Name of "Anonymous Trader] | RFP No. 28 |
| Betts | RFP Nos. 31, 40 |
| (Bitfinex w/5 print*) w/5 Tether | RFP Nos. 4, 61, 62, 64 |
| Bittrex | RFP Nos. 9, 61, 62, 63, 64, 65 |
| Brock w/2 Pierce | RFP No. 50 |
| Bubble w/15 (bitcoin OR market OR price) | RFP No. 63 |
| call w/3 (me OR you) | RFP 18, 60 |

| Search Term | Responsive RFPs  (Plaintiffs) |
|---|---|
| Catastroph* w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether* OR USDT OR drop* OR crash*) | RFP No. 21 |
| (Chris w/2 Ellis) AND (Tweet or twitter OR warrant OR subpoena) | RFP No. 49 |
| Conspir* w/10 (Tether* OR USDT) | RFP No. 60 |
| Conspir* and (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP No. 21 |
| Control* w/15 (pric* OR BTC OR bitcoin OR flow OR Demand OR Market) | RFP Nos. 21, 22, 23, 24, 25, 72, 74 |
| Crash* w/10 (Tether* OR USDT) | RFP No. 63 |
| Crash* /15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP No. 63 |
| Crypto* w/15 future* | RFP Nos. 12, 17 |
| CryptoCapital | RFP Nos. 10, 27, 30 |
| D'Amico | RFP No. 31 |
| Daniel w/2 Barrs | RFP No. 44 |
| Debas* w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP Nos. 21, 63 |
| Debas* w/10 (Tether* OR USDT) | RFP Nos. 21, 63 |
| Deceit* w/15 (executive* OR CEO OR director* OR CFO OR Velde OR Ardoino OR Devasini OR Warrack OR Bitfinex* OR Potter) | RFP No. 8 |
| Declin* w/10 (Tether* OR USDT) | RFP Nos. 21, 63 |
| Declin* w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP Nos. 21, 63 |
| Demand* w/10 (Tether* OR USDT) | RFP Nos. 21, 63 |
| Demand* w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR artificial or appearance) | RFP Nos. 21, 63 |
| Disconnect* w/15 (Supply OR Demand) | RFP No. 18, 19, 56, 63 |
| disrupt* w/10 (Tether* OR USDT) | RFP No. 18, 19, 56, 63 |
| disrupt* w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP Nos. 21, 63 |
| Downturn* w/10 (Tether* OR USDT) | RFP Nos. 21, 63 |
| Downturn* w/15 (Price OR Demand OR Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* ) | RFP Nos. 21, 63 |

| Search Term | Responsive RFPs  (Plaintiffs) |
| --- | --- |
| Drop* w/10 (Tether* OR USDT) | RFP Nos. 21, 63 |
| Drop* /15 (Price OR Demand OR Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) | RFP Nos. 21, 63 |
| Epay* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) | RFP Nos. 21, 63 |
| Ethereum* AND USDT | RFP Nos. 21, 63 |
| EURT* | RFP Nos. 21, 22, 23 |
| Fals* w/15 (supply OR demand OR signal) | RFP No. 18, 19, 56, 63 |
| Fangorn | RFP No. 47 |
| Fowler* | RFP No. 10 |
| Fraud* AND USDT | RFP Nos. 7, 11, 14, 15 |
| Freeh w/2 Sporkin | RFP No. 57 |
| Griffin | RFP No. 54 |
| https://tether.to/en/tether-update | RFP Nos. 66, 67, 68 |
| https://tether.to/en/transparency | RFP Nos. 66, 67, 68 |
| https://tether.to/faqs/ | RFP Nos. 66, 67, 68 |
| Illegal* AND (trad* OR manipul* OR inflat*) | RFP Nos. 18, 63 |
| Indict* AND (Tether* OR USDT) | RFP No. 1 |
| Inflat* AND (Bitcoin OR ether OR crypto*) | RFP Nos. 7, 11, 14, 15 |
| Insufficient w/5 (Tether OR USDT) | RFP Nos. 7, 11, 14, 15 |
| Investigat! | RFP No. 1 |
| IOU | RFP No. 7, 51 |
| Loan AND USDT | RFP Nos. 37, 71 |
| Loan* w/10 (token OR "USDT" OR Tether) | RFP Nos. 37, 71 |
| Manipulat* AND (bitcoin OR ether*) AND USDT | RFP Nos. 18, 63 |
| Mint* w/15 ("USDT" OR Tether OR token) | RFP Nos. 4, 5, 59, 61, 62 |
| Misrepresent* /15 (asset* OR backing OR reserve OR liquid*) | RFP Nos. 11, 12, 14, 15, 32, 65 |
| Monopol* | RFP No. 67 |
| New w/5 (Tether OR USDT) | RFP Nos. 7, 11, 14, 15 |
| One-for-one | RFP Nos. 7, 11, 14, 15 |
| Org* w/5 (chart OR structure) | RFP No. 33 |
| Oz w/2 Yosef | RFP No. 45 |

| Search Term | Responsive RFPs  (Plaintiffs) |
| --- | --- |
| Peg* w/5 (Tether OR USDT) | RFP Nos. 4, 5, 59, 61, 62 |
| Pinchas w/2 (Goldshtein OR Goldstein) | No specific RFP |
| Poloniex | RFP Nos. 9, 61, 62, 63, 64, 65 |
| Print w/3 money | RFP Nos. 4, 5, 59, 61, 62 |
| print* w/5 (Tether or USDT) | RFP Nos. 4, 5, 59, 61, 62 |
| prop* w/3 up* | RFP No. 63 |
| Purchas* w/5 (Tether OR USDT) | RFP Nos. 4, 5, 59, 61, 62 |
| Realcoin w/15 (equat* OR back* OR equal*) w/25 (dollar* OR bank* OR account* OR fiat OR currenc* OR reserve* OR cash) | RFP No. 7, 14, 31 |
| Reggie OR Reginald OR Fowler | RFP No. 10 |
| Releas* w/5 (Tether OR USDT) | RFP Nos. 4, 5, 59, 61, 62 |
| Reserv* w/15 (cash or liquid or currency or sufficient or insufficient or paper or illiquid) | RFP Nos. 7, 11, 14, 15 |
| Reserv* w/5 (Tether or USDT) | RFP Nos. 7, 11, 14, 15 |
| (Spike* w/15 (demand or trad* OR price)) w/10 (Tether* OR USDT) | RFP No. 63 |
| (Spike* w/15 (demand or trad* OR price)) w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Drop* OR Crash*) | RFP No. 63 |
| Suspicious* w/10 (Tether* OR USDT) | RFP No. 63 |
| Suspicious* w/15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR spike or increase) | RFP No. 63 |
| Tetherreport.com* | RFP No. 53 |
| Trade* w/5 (Strategy OR Pattern) | RFP Nos. 4, 5, 59, 61, 62 |
| Transfer* w/10 ("USDT" OR Tether OR token) | RFP Nos. 59, 63 |
| Un-tether* | RFP No. 54 |
| Unback* | RFP Nos. 7, 11, 14, 15 |
| Undisclos* /15 (relationship or connection or tie* or arrangement) | RFP No. 60 |
| Unfund* | RFP Nos. 7, 11, 14, 15 |
| Untether* | RFP No. 54 |