# Exhibit 8

| Search Term |
| --- |
| audit w/20 Tether |
| Tether w/20 transparency |
| Conflict* w/5 interest |
| 2016 w/15 hack* OR theft* OR unauthorize* OR transfer* OR stolen |
| "ABT & Trust" |
| 260011499 |
| "Bank of America" OR BofA |
| 898100395306 |
| "Bank of Colorado" |
| 5701063413 |
| "Bank of Montreal" |
| "Bank of New York Mellon" OR "BNY Mellon" |
| BnkToTheFuture OR "Bnk to the Future" |
| "Bank of Communications" |
| "Banco Portuges de Investimento" |
| "Bank of the Philippine Islands" |
| 2-5486163.306.001 |
| Spoldzielczy |
| Kaohsiung |
| 230510006385 OR 230509006380 |
| Bankinter |
| Caixa |
| 0216076478170 OR 0216076477370 OR 0216076476570 OR 0786071416230 OR 0786071414070 OR 0216076111170 OR 0216075956230 OR 0216076490070 |
| "Canadian Imperial Bank of Commerce" OR CIBC |
| "CC001006882 5108411" OR "CC001006882 0374016" OR "CC001099702 4464710" OR "CC001099702 4113411" OR "CC001099702 4097513" OR "CC001099702 4210719" |
| Cathay |
| 33087700408 |
| Citibank OR Citi |
| 207112962 OR 207129503 OR 207132333 OR 206618910 OR 207139809 OR 207139817 OR 207134933 OR 207132325 OR 207134958 OR 42024768923 OR 42001787749 OR 42024769061 OR 57457749 OR 9945530933 OR 207108689 |
| Deltec |
| "Deutsche Bank" |
| DE78660700240057016801 OR DE51660700240057016802 OR 192057016802 |
| "Enterprise Bank" |
| 1127599 OR 1235784 OR 1127652 OR 1127644 |
| "First Commercial Bank" |
| 20386001075 |
| Hwatai |

| |
|---|
| 3366000005573 |
| "HSBC Bank" OR "HSBC Securities" OR Pershing |
| 861668 OR 141000147 |
| ING |
| "JP Morgan Chase" OR JPMC OR Chase |
| 296219550 OR 779558365 |
| KGI |
| 018580071208 |
| "Metropolitan Bank" |
| "Noble Bank" |
| "Pekao Bank" |
| "Sackville Bank and Trust" |
| Santander |
| 00080753 OR 10379431 OR 10446319 OR 10446322 |
| "Shanghai Pudong Development" |
| "Signature Bank" |
| "Stearns Bank" |
| "Sun Trust" |
| 810455498 OR 209364251 OR 1000211769301 |
| "Shin Kong" |
| 0499128110518 |
| Taishin |
| 068760022865 |
| TCA Investment Bancorp & Trust Company |
| "TD Bank" |
| 4350649188 |
| "US Bank" |
| "Wells Fargo" OR WF |
| 2514680467 |
| "@bitfinexed" |
| "Authorized Tokens" |
| "bank account" w/5 (Tether or USDT) |
| "Bitcoin Management Solutions" |
| "Capital International" |
| "Capital Treasury" |
| "Celsius Network" or Celsius w/5 (invest* or investment*) |
| "Ching Shan" |
| "Crypto Capital" OR "Crypto SP. Z.O.O." or "Crypto SP ZOO" OR "Global Trading Solutions" |
| "Data Nest" |
| "don't have enough" w/5 (Tether OR USDT) |
| "El Salvador" OR Salvadoran |
| "Eligible Contract" |

Plaintiffs' Proposed Search Terms   5/10/22

| |
|---|
| "End of month" or EOM |
| "Flash Crash" |
| "Friedman LLP" |
| "Galaxy Benchmark" |
| "Galaxy Digital" |
| "Global trading" |
| "Global Transaction Services" |
| "Hong Kong" |
| "Julius Baer" |
| "Jump Trading" |
| "Master Fund LP" |
| "Mega International" |
| "Mt. Gox" |
| "new Tether" |
| "Noble Markets" |
| "not 1:1" |
| "not enough" w/5 (tether or USDT) |
| "not tethered" OR un-tethered |
| "Paradise Papers" |
| "Paycase Financial" |
| "Potter Ventures" |
| "Price differential") |
| "price wall" |
| "Prosperity Revenue Merchandising" |
| "Quantifying the Effect of Tether" |
| "Schneider Wallace" |
| "Selendy" OR SG OR SGE |
| "Shyft Network" |
| "Smart Property Solutions" |
| "Tether Authroizer" OR Tether w/5 authorization |
| "Tether Report" |
| "USDT" w/5 (equal* OR equat*) w/15 (USD OR dollar*) |
| "USDT/USD" w/5 "trading pair" |
| "Virgin Islands" |
| "White paper" w/15 ("USDT" OR Tether OR token*) w/15 (equat* OR back* OR equal* OR hold w/25 dollar* OR bank* OR account* OR fiat OR currenc* OR reserve* OR cash) |
| "Willy Report" OR "WillyBot" |
| "Article 78" |
| "Bitcoin Really Un-Tethered" |
| "bitcoin" |
| "cat and mouse" |
| "company fund*" |

| |
|---|
| "Crypto Capital" |
| "fully back*" and "fully-back*" |
| "Global Trade Solutions" or GTS* |
| "investor relation*" |
| "not backed" |
| "price floor" |
| "private address*" |
| "realcoin*" |
| "Smart Property Solutions" or SPS* |
| ("Class action" OR lawsuit) w/5 (Leibowitz OR Goldshtein OR Tether) |
| ("Off exchange" OR "off-exchange" OR private OR "over-the-counter" or "over the counter" or "OTC") w/5 (transaction* OR arrangement* OR platform* OR exchange*) |
| ("Treasury wallet*" OR "Tether treasury" ) w/15 Bitfinex w/15 (Tether OR "USDT") |
| ("1:1" OR "one to one") w/15 (Stablecoin OR Stable coin OR token OR "USDT" OR Tether) |
| ("Know Your Customer" OR "know-your-customer" OR KYC OR "anti-money laundering" OR AML) w/15 (polic* OR procedur* OR complian* OR train OR Manual OR Notice) |
| (Account* OR Track* OR monitor* OR maintain*) w/15 ("USDT" OR Tether) w/15 (dollar* OR bank* OR account* OR fiat OR currenc* OR valu* OR reserve* OR balance OR "commercial paper*") |
| (Account* OR Track* OR monitor* OR maintain*) w/15 ("USDT" OR Tether) w/15 (issu* OR redeem* OR redemption*) |
| (Agreement* OR contract*) w/25 (Bittrex OR Polo! OR Bitfinex OR Digfinex OR Tether) |
| (Ana w/2 Andrea w/2 Urriola w/2 Pan) OR (Ana w/2 Urriola) OR (Ana w/2 Pan) |
| (Bolivar w/2 Jose w/2 Gonzalez) OR (Bolivar w/2 Gonzalez) |
| (Bump* OR Crash* OR Drop* OR Jump* OR Spike* OR Floor) w/15 (price OR value OR Bitcoin OR BTC) |
| (Burn* OR giv* OR destroy*) w/15 ("USDT" OR Tether OR token) |
| (Data OR email) w/5 host* w/15 (polic* OR procedur* OR complian* OR train* OR Manual OR Notice) |
| (Document OR email) w/5 (retain or retention) w/15 (polic* OR procedur* OR complian* OR train* OR Manual OR Notice) |
| (Finding* OR report* OR case* OR audit*) w/15 ("New York Attorney General" OR "NY Attorney General" OR "NY Atty General" OR "NY Att* Gen*" OR NYAG OR "NY AG") or ("Commodities Futures Trading Commission" OR "CFTC") or ("US Dep* of Justice" OR "U.S. Dep* of Justice" OR "Dep* of Justice" OR DOJ) or ("US Securities Exchange Comm*" OR "U.S. Securities Exchange Comm*" OR "SEC") or ("Securities Commission of the Bahamas" OR "Securities Comm*") OR ("British Virgin Islands Financial Services Comm*" OR "BVI Financial Services Comm*" OR BVIFSC) OR ("Ontario Securities Comm*") OR ("Superintendencia del Mercado de Valores de Panama") OR ("Comissão do Mercado de Valores Mobiliários") OR ("Seychelles Financial Services Authority") |

| |
|---|
| (Guarant* OR promis* OR assur*) w/15 ("1:1" OR "one to one" OR "1-1" OR tethered OR redeem* OR exchang* w/25 dollar* OR bank* OR account* OR fiat OR currenc* OR reserve* OR cash) |
| (Hamid w/2 Reza) OR (Hamid w/2 Khoyi) |
| (Inflat* OR capitaliz* OR spik* OR manipulat* OR stabiliz* OR floor OR return* OR Solven* OR use*) w/15 (demand OR market* OR customer* OR price* OR valu*) |
| (Investigat* OR inquir*) w/15 ("New York Attorney General" OR "NY Attorney General" OR "NY Atty General" OR "NY Att* Gen*" OR NYAG OR "NY AG") or ("Commodities Futures Trading Commission" OR "CFTC") or ("US Dep* of Justice" OR "U.S. Dep* of Justice" OR "Dep* of Justice" OR DOJ) or ("US Securities Exchange Comm*" OR "U.S. Securities Exchange Comm*" OR "SEC") or ("Securities Commission of the Bahamas" OR "Securities Comm*") OR ("British Virgin Islands Financial Services Comm*" OR "BVI Financial Services Comm*" OR BVIFSC) OR ("Ontario Securities Comm*") OR ("Superintendencia del Mercado de Valores de Panama") OR ("Comissão do Mercado de Valores Mobiliários") OR ("Seychelles Financial Services Authority") |
| (Ivan w/2 Manuel w/2 Molina w/2 Lee) OR (Ivan w/2 Molina) OR (Ivan w/2 Lee) |
| (mov* OR manipulat*) w/10 (price OR Market) |
| (Print* OR issu* OR creat*) w/15 ("USDT" OR Tether OR token) |
| (Raise* OR request*) w/5 (prospectus* OR "private placement" OR PPM OR solicit* OR invest*) |
| (Redeem* OR redempt*) w/15 ("USDT" or Tether OR token) |
| (Stablecoin OR "Stable coin" OR token OR "USDT" OR Tether) w/15 (equat* OR back* OR equal* OR hold*) w/25 (dollar* OR bank* OR account* OR fiat OR currenc* OR valu* OR reserve*) |
| (support w/3 price) w/3 (bitcoin OR BTC) |
| (Tether OR Bitfinex OR Digfinex) w/15 ("Crypto Capital" OR "Global Trade Solutions") w/25 process* OR operat* OR manag* OR transact* OR fiat OR currenc* |
| (time OR Coordinat*) w/10 (mint* OR issu* OR Poloniex OR Bittrex OR Reggie OR Fowler) |
| (Track* OR monitor* OR maintain* w/15 polic* OR procedur* OR process* OR "manual process") w/15 ("USDT" OR Tether OR reserv* OR account* OR issu* OR redeem* OR mint*) |
| (USDT OR Tether) w/5 address* w/15 (Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol*) |
| @bitfinex |
| @brockpierce |
| 1-to-1* |
| 12cgpFdJViXbwHbhrA3TuW1EGnL25Zqc3P |
| 13vHWR3iLsHeYwT42RnuKYNBoVPrKKZgRv |
| 15ovrfyRTbhqeUkgAqAwtscXDASmietmcJ |
| 16tg2RJuEPtZooy18Wxn2me2RhUdC94N7r |
| 17A16QmavnUfCW11DAApiJxp7ARnxN5pGX |
| 17sHnqeQcwvfPneJkmaTBAQEnQN82yi7ye |
| 19-cv-09236* |
| 19-mc-00022* |
| 1A6yDZj1241qtGzEeQWRaptxVEhzz5owLP |

Plaintiffs' Proposed Search Terms

| |
|---|
| 1A9AUhKv6aLrKGAdwMM9aHXECZM9uQivZK |
| 1AA6 |
| 1AA6iP6hrZfYiacfzb3VS5JoyKeZZBEYRW |
| 1AanEM2PU6GS7krwxaysKP3scwb3fdioyE |
| 1CEZ4sjk7MUt3LSJi7bRvvbMZvGLWKCa1G |
| 1Co1dhYDeF76DQyEyj4B5JdXF9J7TtfWWE |
| 1DEcTtkrbdXxS1wbrMvzub5X4VpByYmAwo |
| 1DUb2YYbQA1jjaNYzVXLZ7ZioEhLXtbUru |
| 1F6nNgCTLcR4abWuMs1CHUWYNcnJ47tvbc |
| 1Fdz3iQDDA6mJVoAV4ZcqgVFe1MX97EZoD |
| 1G6jMfQotd6rV8VkMFNx4hPXYHioeBdquf |
| 1GjgKbj69hDB7YPQF9KwPEy274jLzBKVLh |
| 1H48Bp7EGELgnGSVYKdiCuSo6n822mVmHg |
| 1Hi1hyJpUeETGBTQ8aPZ69GBL8xBVV53XP |
| 1J1d |
| 1J1dCYzS5EerUuJCJ6iJYVPytCMVLXrgM9 |
| 1J8fgfPwn4dsxLiA5BnUkzHoubPJ6q5q8g |
| 1KBXtTQnEgU34xXchwvmAoX7o5qZAp3xF |
| 1Kr6QSydW9bFQG1mXiPNNu6WpJGmUa9i1g |
| 1KYiKJEfdJtap9QX2v9BXJMpz2SfU4pgZw |
| 1LJjvsEN9ZzeBVPB4XbhS7mxg99gBAPoMB |
| 1LSgEKji3ZoGdvzBgkcJMej74iBd38fySb |
| 1MZAayfFJ9Kki2csoYjFVRKHFFSkdoMLtX |
| 1N52wHoVR79PMDishab2XmRHsbekCdGquK |
| 1NTMakcgVwQpMdGxRQnFKyb3G1FAJysSfz |
| 1NUyryQe1cQYmqg5bjwWNFXA8T1M6htSQ |
| 1PCwER7f57fkPq2kuR9rYV7Wpr1LYvFWsA |
| 1Po1oWkD2LmodfkBYiAktwh76vkF93LKnh |
| 20-mc-00063* |
| 20-mc-00446* |
| 20-mi-00042* |
| 20-ms-00033* |
| 3BbDtxBSjgfTRxaBUgR2JACWRukLKtZdiQ |
| 3D2oetdNuZUqQHPJmcMDDHYoqkyNVsFk9r |
| 3MbYQMMmSkC3AgWkj9FMo5LsPTW1zBTwXL |
| Adam w/2 Chamely |
| agree w/15 (flow OR USDT OR Tether OR mint* OR issu* OR Poloniex OR Bittrex OR Reggie OR Fowler) |
| AML |
| Amy w/2 Churchill |
| Anti-money |
| Arbitrage |

| |
|---|
| Aron w/2 Camponovo |
| Artific* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| Audit* |
| Back w/5 (tether or USDT) |
| Backfill* |
| Berda |
| Betts |
| Binance |
| Binance |
| Bitcointalk* |
| Bitfinex w/5 print* w/5 Tether |
| Bitfinex'ed |
| Bitlicense |
| Bittrex |
| Bjorn w/3 Wolf |
| Bloat* |
| Blockchain.com |
| Blockchain.info* |
| Brock |
| Brock w/2 Pierce |
| Bubble |
| Bybit |
| call w/3 (me OR you) |
| Catastroph* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| CC |
| CCC |
| CEA |
| CFTC |
| Chris w/2 Ellis |
| CoinAPI |
| Coinbase |
| Coindesk |
| CoinDesk* |
| Coinmarketcap.com* |
| Commingl* |
| Commission* |
| Conspir* and (Bitcoin OR Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether*) |
| Control* w/15 (pric* OR BTC or bitcoin OR flow OR Demand OR Market) |
| Control* w/15 Bitfinex w/15 (Tether OR "USDT") |

| |
|---|
| Crash* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| Crypto.com |
| Crypto* w/15 future* |
| CryptoCapital |
| D'Amico |
| Daniel w/2 Barrs |
| Dash* |
| Debas* |
| Deceit* /15 (executive! OR CEO OR director! OR CFO OR Velde OR Ardoino OR Devasini OR Warrack OR Bitfinex! OR Potter) |
| Declin* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| Defraud* |
| Delist* |
| Demand* /15 (Bitcoin OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR  Tether! OR USDT OR artificial or appearance) |
| Destroy* OR Destruct* |
| DFS |
| Disconnect* w/15 (Supply or Demand) |
| disrupt* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| DOJ |
| Downturn* /15 (Price OR Demand OR Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT ) |
| Drop* /15 (Price OR Demand OR Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| Epay* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| Ethereum* AND USDT |
| EURT* |
| Fals* /15 (supply or demand or signal) |
| Fangorn |
| Fines /15 (regulat* or FTC or "Attorney General" or CFTC) |
| Fowler* |
| Fraud* AND USDT |
| Freeh w/2 Sporkin |
| FTX |
| Gemini |
| Gerald w/2 Martinez |
| Giancarlo OR Devasini |
| Griffin |

| |
|---|
| Hack* |
| Heisenberg |
| https://tether.to/en/tether-update |
| https://tether.to/en/transparency |
| https://tether.to/faqs/ |
| Huobi |
| Huobi |
| Hwatai |
| Illegal* AND (trad* OR manipul* OR inflat*) |
| Indict* AND (crypto* OR USDT) |
| Inflat* AND (Bitcoin ether crypto*) |
| Insufficient w/5 (Tether OR USDT) |
| Investigat! |
| IOU |
| Jail |
| Kraken |
| Kraken |
| KuCoin |
| Launder* |
| Leibowitz |
| Liquid* and Illiquid* OK TO ELIMINATE |
| Litecoin* |
| Loan |
| Loan AND USDT |
| Loan* w/15 (token OR "USDT" OR Tether) |
| LOC |
| Ludovicus OR Velde |
| Manipulat* AND (bitcoin OR ether!) AND USDT |
| MC-20-00018* |
| Merlin* |
| MEXC |
| Michael w/2 Novogratz |
| Mint* w/15 ("USDT" OR Tether OR token) |
| Misrepresent* /15 (asset* or backing or reserve or liquid*) |
| Monero* |
| Monopol* |
| New w/5 (Tether OR USDT) |
| Nocoin* |
| OKEx |
| Oliver w/2 Camponovo |
| Omniexplorer.info* |
| One-for-one |

| |
|---|
| Org* w/5 (chart OR structure) |
| Oz w/2 Yosef |
| Peg* w/5 (Tether OR USDT) |
| Pinchas w/2 (Goldshtein OR Goldstein) |
| Poloniex |
| Ponzi |
| Potter* |
| Print w/3 money |
| print* w/5 (Tether or USDT) |
| prop* w/3 up* |
| Pump* |
| Purchas* w/5 (Tether OR USDT) |
| Realcoin w/15 (equat* OR back* OR equal*) w/25 (dollar* OR bank* OR account* OR fiat OR currenc* OR reserve* OR cash) |
| Reggie OR Reginald OR Fowler |
| Releas* w/5 (Tether OR USDT) |
| Reserv* /15 (cash or liquid or currency or sufficient or insufficient or paper or illiquid) |
| Reserv* w/5 (Tether or USDT) |
| Roche OR RCF OR RF |
| Scam* /15 (USDT or Tether) |
| SEC |
| Skyrocket* |
| Spike* /15 (demand or trad* OR price or Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR drop! OR crash!) |
| Spoldzielczy |
| Suspicious* /15 (Bitcoin OR Bitcoin Cash OR BTC OR Omni OR Eth* OR Tron OR EOS OR Liquid* OR Algo* OR SLP OR Sol* OR Tether! OR USDT OR spike or increase) |
| Tether w/2 (Pull* OR Push*) |
| Tether* w/3 ("Bank Account") |
| tetherreport.com* |
| Tokenised or tokenized |
| TOPSUN |
| Trade* w/5 (Strategy OR Pattern) |
| Transfer* w/15 ("USDT" OR Tether OR token) |
| Transparen* |
| Un-tether* |
| Unauthorize* |
| Unback* |
| Undisclos* /15 (relationship or connection or tie* or arrangement) |
| Unfund* |
| Unilateral* |
| Unpredictabl* |

| |
|---|
| Untether* |
| UpBit |
| Wash |
| Whalepool* |
| XT.com |
| Zcash* |