# Exhibit 9



# Tether_ECA

## Search Terms Report

**Report Name:** 20220405_Master (RF Edits + Additional Defens Search + MN Addition Term  V3

**Searchable Set:** 01. dtSearch (Extracted Text)



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 514,330 | 38,554 | 52,470 | 475,776 |





"Article 78"
4
"Crypto Capital"
179
"Global Trade Solutions" or GTS*
197
"not backed"
5,040
"one-for-one" w/ 20 (tether OR USDT)
22
"price floor"
37
"private address*"
4
"realcoin*"
19
"Smart Property Solutions" or SPS*
275
("New York Attorney General" or "NY AG" OR "Commodity Future Trading Commiss...
78
("USDT" OR tether OR bitcoin OR ether OR "bitcoin cash") w/15 (move* w/2 price)
124
((Poloniex OR Bittrex) w/15 ("USDT" OR tether OR Bitfinex)) AND (misrepresent* O...
73
((Poloniex OR Bittrex) w/15 ("USDT" OR tether OR Bitfinex)) AND (unback* OR bac...
77
(Assess* OR analyz*) w/15 (invest* OR purchas* OR buy OR sell* OR sale...
275
(Bitfinex OR Bittrex OR Poloniex) w/15 (allow* OR use*
79

| Term | Count |
|---|---|
| OR manipulat* O... (Bitfinex OR Tether OR Potter OR Bittrex OR Poloniex) w/15 (transaction* O... | 864 |
| (Lawsuit OR plaintiff* OR "Tether lawsuit" OR "19-cv-09236" OR "class action"... | 246 |
| '@bitfinex | 822 |
| '@bitfinexed | 17 |
| '@brockpierce | 12 |
| "BTC" w/15 (move* w/2 price) | 24 |
| "know your customer" OR "KYC" | 825 |
| 1 1 | 8,382 |
| 1AA6iP6hrZfYiacfzb3VS5JoyKeZZBEYRW | 0 |
| 1J1dCYzS5EerUuJCJ6iJYVPytCMVLXrgM91J1d | 0 |
| 1-to-1 w/20 (tether OR USDT) | 33 |
| BFXNA* | 98 |
| BFXWW* | 91 |
| bitcoin w/15 (Trad* OR Buy* OR Sell* OR Sale OR confirm) | 6,309 |
| Coindesk | 4,062 |







## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "Article 78" | 4 | 6 | 2 |
| "Crypto Capital" | 179 | 375 | 0 |
| "Global Trade Solutions" or GTS* | 197 | 297 | 0 |
| "not backed" | 5,040 | 6,548 | 2,440 |
| "one-for-one" w/20 (tether OR USDT) | 22 | 96 | 0 |
| "price floor" | 37 | 196 | 3 |
| "private address*" | 4 | 6 | 2 |
| "realcoin*" | 19 | 92 | 1 |
| "Smart Property Solutions" or SPS* | 275 | 530 | 0 |
| ("New York Attorney General" or "NY AG" OR "Commodity Future Trading Commission" OR "CFTC" OR "United States Department of Justice" OR DOJ OR "CEA") w/15 ("USDT" OR tether OR Bitfinex OR Bittrex OR Potter OR Poloniex) | 78 | 265 | 0 |
| ("USDT" OR tether OR bitcoin OR ether OR "bitcoin cash") w/15 (move* w/2 price) | 124 | 230 | 5 |

| Term | | | |
|---|---|---|---|
| ((Poloniex OR Bittrex) w/15 ("USDT" OR tether OR Bitfinex)) AND (misrepresent* OR unauthorize* OR mislead* OR misled OR loophole OR strateg* OR "price floor" OR profit OR evad* or delud* OR delusion* OR abet* OR aid* OR assist* OR partner* OR conspir* OR loan OR undisclos* OR invest* OR relation*) | 73 | 240 | 0 |
| ((Poloniex OR Bittrex) w/15 ("USDT" OR tether OR Bitfinex)) AND (unback* OR back* OR reserve* OR "1:1" OR "one to one" OR "1/1" OR "did not exist" OR discredit* OR uncontrol* OR unstable OR suspect* OR suspicious OR false*) | 77 | 259 | 0 |
| (Assess* OR analyz*) w/15 (invest* OR purchas* OR buy OR sell* OR sale* OR hold* OR tender* OR risk* OR inflat* OR schem* OR harm* OR loss* OR damage* OR crash* OR drop* OR downturn* OR fail* OR price floor OR floor* OR volatil* OR spike*) w/15 ("USDT" OR tether OR Bitfinex OR Bittrex OR Poloniex OR Potter OR stablecoin* OR future* OR bitcoin OR Ethereum* OR ether OR "bitcoin w/2 classic" OR Litecoin* OR Monero* OR Dash OR Zcash*) | 275 | 651 | 18 |
| (Bitfinex OR Bittrex OR Poloniex) w/15 (allow* OR use* OR manipulat* OR misconduct* OR inflat* OR delist*) w/15 ("USDT" OR tether) | 79 | 193 | 0 |
| (Bitfinex OR Tether OR Potter OR Bittrex OR Poloniex) w/15 (transaction* OR account* OR exchange* OR address*) | 864 | 1,297 | 241 |
| (Lawsuit OR plaintiff* OR "Tether lawsuit" OR "19-cv-09236" OR "class action" OR complaint OR fine* OR demand*) w/15 ("USDT" OR tether OR Bitfinex OR Bittrex OR Potter OR Poloniex) | 246 | 446 | 0 |
| '@bitfinex | 822 | 1,494 | 40 |
| '@bitfinexed | 17 | 72 | 3 |
| '@brockpierce | 12 | 14 | 0 |
| "BTC" w/15 (move* w/2 price) | 24 | 28 | 6 |
| "know your customer" OR "KYC" | 825 | 1,653 | 242 |
| 1 1 | 8,382 | 16,964 | 6,802 |
| 1AA6iP6hrZfYiacfzb3VS5JoyKeZZBEYRW | 0 | 0 | 0 |
| 1J1dCYzS5EerUuJCJ6iJYVPytCMVLXrgM91J1d | 0 | 0 | 0 |
| 1-to-1 w/20 (tether OR USDT) | 33 | 131 | 0 |
| BFXNA* | 98 | 210 | 1 |

| | | | |
|---|---|---|---|
| BFXWW* | 91 | 206 | 0 |
| bitcoin w/15 (Trad* OR Buy* OR Sell* OR Sale OR confirm) | 6,309 | 9,463 | 2,243 |
| Coindesk | 4,062 | 6,318 | 1,490 |
| Commission* | 6,733 | 9,428 | 4,418 |
| Crypto Capital | 179 | 375 | 0 |
| Dash* | 6,626 | 7,984 | 5,285 |
| Debas* | 372 | 832 | 57 |
| Delist* | 212 | 292 | 69 |
| Digfinex* | 91 | 204 | 0 |
| Discredit* | 153 | 218 | 85 |
| Ethereum* | 5,582 | 7,728 | 1,318 |
| EURT* | 18 | 104 | 1 |
| Global Trade Solutions or GTS* | 197 | 297 | 0 |
| Griffin | 478 | 929 | 260 |
| iFinex* | 135 | 297 | 1 |
| Jump Trading | 27 | 30 | 1 |
| Litecoin* | 1,076 | 1,655 | 68 |
| Merlin* | 1,338 | 1,453 | 966 |
| Monero* | 302 | 605 | 13 |
| Mt. Gox | 354 | 656 | 55 |
| Nocoin* | 36 | 36 | 7 |
| Potter* | 1,633 | 2,083 | 1,308 |
| Purchase* w/5 ("USDT" OR tether) | 41 | 120 | 0 |
| Roche Freedman OR Roche | 1,219 | 1,786 | 686 |
| Schneider Wallace OR Schneider | 512 | 963 | 320 |
| Selendy & Gay OR Selendy OR Selendy Gay Elsberg | 78 | 109 | 0 |
| Smart Property Solutions or SPS* | 275 | 530 | 0 |
| Spoldzielczy | 13 | 86 | 0 |
| Tether | 1,298 | 2,295 | 122 |
| Tether Report | 17 | 95 | 0 |
| Tokenised or tokenized | 462 | 785 | 47 |
| Unback* | 26 | 110 | 1 |
| Untether* | 73 | 158 | 23 |
| Un-tether* | 50 | 294 | 0 |
| USDT | 604 | 1,076 | 155 |

| Willy Bot    | 14  | 95  | 0  |
|--------------|-----|-----|----|
| Willy Report | 14  | 86  | 0  |
| Zcash*       | 587 | 885 | 31 |

**Report Generated:**   04/08/22 7:44:18 PM                                                Page 9 of 9