# Exhibit 10

# Tether_ECA

## Search Terms Report

**Report Name:** 02A - 02220511 - 2.17.2015 to 10.6.2019

**Searchable Set:** 02 - 02220511 - 2.17.2015 to 10.6.2019 (1)



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---:|---:|---:|---:|
| 194,566 | 126,409 | 134,579 | 68,157 |





| Term | Count |
|---|---|
| CFTC OR "Commodities Future Trading Commission" | 73 |
| Crypto* | 2,306 |
| Dash | 0 |
| DigFinex* | 0 |
| Ether OR ETC | 5,651 |
| Fowler | 103 |
| Gandal | 0 |
| Giancarlo OR Devasini | 15 |
| Griffin* | 4 |
| Haan | 104 |
| iFinex* | 0 |
| Leising | 0 |
| Litecoin OR LTC | 59 |
| Litig* AND fund* OR lend* OR loan* | 39 |
| Manipul* | 323 |



| Term | Count |
|---|---|
| Martinez | 166 |
| Mining | 313 |
| Monero OR XMR | 5 |
| Oz | 720 |
| Phil* AND Potter | 0 |
| Poloniex* | 3 |
| Popper | 53 |
| Realcoin* | 0 |
| Redeem* | 5,348 |
| Reginald OR Fowler | 136 |
| Reserve* | 43,864 |
| Shams* | 6 |
| Stablecoin* | 20 |
| Tether* OR USDT* | 22 |
| Token* | 1,093 |



## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---:|---:|---:|
| "1:1" OR "one to one" OR "one-to-one" | 105,501 | 113,525 | 67,944 |
| "Department of Justice" OR DOJ | 79 | 83 | 11 |
| "New York Attorney General" OR "New York Office of Attorney General" OR "NYAG" OR "NYOAG" | 10 | 10 | 0 |
| "white paper" | 69 | 79 | 3 |
| 1AA6* | 14 | 14 | 7 |
| 1J1d* | 0 | 0 | 0 |
| Backed OR peg* OR unbacked | 277 | 305 | 49 |
| BFX* | 32 | 33 | 8 |
| Binance | 117 | 138 | 4 |
| Bitcoin* OR BTC OR BTG OR BCH | 3,564 | 4,296 | 693 |
| Bitfinex* | 0 | 0 | 0 |
| Bittrex* | 36 | 47 | 0 |

| | | | |
|---|---:|---:|---:|
| blockchain | 2,479 | 2,987 | 418 |
| Bubble | 524 | 575 | 102 |
| Cardano OR ADA | 55 | 62 | 9 |
| CFTC OR "Commodities Future Trading Commission" | 73 | 82 | 9 |
| Crypto* | 2,306 | 2,928 | 267 |
| Dash | 0 | 0 | 0 |
| DigFinex* | 0 | 0 | 0 |
| Ether OR ETC | 5,651 | 7,101 | 1,394 |
| Fowler | 103 | 132 | 0 |
| Gandal | 0 | 0 | 0 |
| Giancarlo OR Devasini | 15 | 15 | 1 |
| Griffin* | 4 | 14 | 1 |
| Haan | 104 | 104 | 24 |
| iFinex* | 0 | 0 | 0 |
| Leising | 0 | 0 | 0 |
| Litecoin OR LTC | 59 | 59 | 7 |
| Litig* AND fund* OR lend* OR loan* | 39 | 54 | 4 |
| Manipul* | 323 | 375 | 29 |
| Martinez | 166 | 169 | 21 |
| Mining | 313 | 329 | 39 |
| Monero OR XMR | 5 | 5 | 0 |
| Oz | 720 | 804 | 169 |
| Phil* AND Potter | 0 | 0 | 0 |
| Poloniex* | 3 | 3 | 0 |
| Popper | 53 | 53 | 2 |
| Realcoin* | 0 | 0 | 0 |
| Redeem* | 5,348 | 5,425 | 870 |
| Reginald OR Fowler | 136 | 180 | 1 |
| Reserve* | 43,864 | 45,407 | 14,326 |
| Shams* | 6 | 10 | 2 |
| Stablecoin* | 20 | 20 | 1 |
| Tether* OR USDT* | 22 | 22 | 3 |
| Token* | 1,093 | 1,161 | 255 |
| Untether* | 0 | 0 | 0 |
| Velde | 7 | 39 | 1 |

| | | | |
|---|---:|---:|---:|
| Vigna | 41 | 51 | 12 |
| WhalePool | 0 | 0 | 0 |
| Whitehurst | 1 | 1 | 0 |
| Yosef | 35 | 36 | 14 |
| zcash OR ZEC | 8 | 24 | 0 |

**Report Generated:**   05/12/22 11:58:35 AM                                                                                    Page 7 of 7