# Exhibit 17

# Mitchell Nobel

| | |
|---|---|
| **From:** | Greenfield, Elliot <egreenfield@debevoise.com> |
| **Sent:** | Monday, August 15, 2022 6:03 PM |
| **To:** | Maya Jumper |
| **Cc:** | Niraj Thakker; Tether Litigation; Ceresney, Andrew J.; O'Connor, Maeve; Schaper, Michael; Schlegelmilch, Stephan J; Rosh, Samuel; Hahn, Ashley V.; Sunjina Ahuja; Christopher Beal; MJL; Kraus, William J.; Burke, Melanie |
| **Subject:** | Re: Tether -- discovery deadlines |
| **Attachments:** | image001.gif; image001.gif; image001.gif; 2022-08-08 - Letter to BT Defendants.pdf |

**[EXTERNAL SENDER]**

Maya,

As requested, we will provide a hit report on Plaintiffs' revised search terms no later than tomorrow.

Thanks,

Elliot

Sent from my iPhone

> On Aug 8, 2022, at 4:07 PM, Maya Jumper <mjumper@rochefreedman.com> wrote:
>
> Counsel:
>
> Please see attached.
>
> **Maya S. Jumper**
> Associate
>
> Roche Freedman LLP
> 99 Park Avenue, Suite 1910
> New York, New York 10016
> (t) (646) 970-7524
> (@) mjumper@rochefreedman.com
>
> ---
>
> **From:** Greenfield, Elliot <egreenfield@debevoise.com>
> **Date:** Thursday, August 4, 2022 at 1:26 PM
> **To:** Maya Jumper <mjumper@rochefreedman.com>, Niraj Thakker <nthakker@rochefreedman.com>, Tether Litigation <Tether_Litigation@rochefreedman.com>
> **Cc:** Ceresney, Andrew J. <aceresney@debevoise.com>, O'Connor, Maeve <mloconnor@debevoise.com>, Schaper, Michael <mschaper@debevoise.com>, Schlegelmilch,

1

Stephan J <sjschlegelmilch@debevoise.com>, Rosh, Samuel <sjrosh@debevoise.com>, Hahn, Ashley V. <avhahn@debevoise.com>, 'Sunjina Ahuja' <sahuja@dmablaw.com>, 'Christopher Beal' <cbeal@dmablaw.com>, 'MJL' <michael@mjllaw.com>, 'Kraus, William J.' <krausw@butzel.com>
**Subject:** RE: Tether -- discovery deadlines

**[EXTERNAL SENDER]**

Maya,

We'll need wait on the data privacy discussion a bit while we nail down a few items on our end.

In the meantime, please let us know your response on the extension.

Thanks,
Elliot

**Elliot Greenfield**
Partner
egreenfield@debevoise.com
+1 212 909 6772 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

**From:** Maya Jumper [mailto:mjumper@rochefreedman.com]
**Sent:** Wednesday, August 03, 2022 13:33
**To:** Greenfield, Elliot; Niraj Thakker; Tether Litigation
**Cc:** Ceresney, Andrew J.; O'Connor, Maeve; Schaper, Michael; Schlegelmilch, Stephan J; Rosh, Samuel; Hahn, Ashley V.; 'Sunjina Ahuja'; 'Christopher Beal'; 'MJL'; 'Kraus, William J.'
**Subject:** Re: Tether -- discovery deadlines

Elliot,

We ask that you provide citations to the specific "European data privacy laws" referenced in your August 2, 2022 email and a summary of the B/T Defendants' concerns regarding document production; because the B/T Defendants have not raised this concern before, we need more information to productively meet and confer on this issue.

We will revert back with a response regarding your extension request shortly.

**Maya S. Jumper**
Associate

Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(t) (646) 970-7524
(@) mjumper@rochefreedman.com

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Date:** Wednesday, August 3, 2022 at 11:48 AM
**To:** Maya Jumper <mjumper@rochefreedman.com>, Niraj Thakker <nthakker@rochefreedman.com>, Tether Litigation <Tether_Litigation@rochefreedman.com>
**Cc:** Ceresney, Andrew J. <aceresney@debevoise.com>, O'Connor, Maeve <mloconnor@debevoise.com>, Schaper, Michael <mschaper@debevoise.com>, Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>, Rosh, Samuel <sjrosh@debevoise.com>, Hahn, Ashley V. <avhahn@debevoise.com>, 'Sunjina Ahuja' <sahuja@dmablaw.com>, 'Christopher Beal' <cbeal@dmablaw.com>, 'MJL' <michael@mjllaw.com>, 'Kraus, William J.' <krausw@butzel.com>
**Subject:** RE: Tether -- discovery deadlines

**[EXTERNAL SENDER]**

Hi – just following up on this. Please let us know if you agree on the extension and whether you are available to discuss data privacy issues.

Thanks,
Elliot

**Elliot Greenfield**
Partner

egreenfield@debevoise.com
+1 212 909 6772 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

**From:** Greenfield, Elliot
**Sent:** Tuesday, August 02, 2022 16:43
**To:** 'Maya Jumper'; Niraj Thakker; Tether Litigation
**Cc:** Ceresney, Andrew J.; O'Connor, Maeve; Schaper, Michael; Schlegelmilch, Stephan J; Rosh, Samuel; Hahn, Ashley V.; Sunjina Ahuja; Christopher Beal; 'MJL'; 'Kraus, William J.'
**Subject:** Tether -- discovery deadlines

Counsel,

As you know, the deadline for substantial completion of document production is August 22. As we have not yet reached agreement on custodians, relevant time period, or search terms, an extension to that deadline will be necessary. We propose a two month extension of the deadlines set forth in Sections 6(e) and 6(g) of the Court's Scheduling Order, which should allow all other deadlines to remain in place. Please let us know as soon as possible if you agree to this extension request. A draft stipulation is attached for your review.

Separately, we would like to schedule a call to discuss certain European data privacy laws that may impact productions by the B/T Defendants. Please let us know if you are available tomorrow at 4pm ET or Thursday after 2pm ET.

Thanks,
Elliot

**Elliot Greenfield**
Partner

egreenfield@debevoise.com
+1 212 909 6772 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.