UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br><br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | 19 Civ. 9236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' various letters discussing Roche Freedman LLP's continued participation in this case. (Dkt. #230-236). Accordingly, the parties are hereby **ORDERED** to attend an in-person hearing on **October 3, 2022, at 3:30 p.m**. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The parties shall come prepared to discuss the substance of the recently-submitted letters regarding Roche Freedman LLP, and any other relevant matters.

To the extent feasible, the Court will consider providing a hybrid option for participation for parties with conflicts on this date. Further, if a party wishes to be heard but cannot attend the October 3, 2022 hearing, it should submit a letter on the docket ahead of the hearing, not to exceed three pages in length.

SO ORDERED.

Dated: September 8, 2022
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge