# Exhibit 3
# Filed Under Seal

**SEALED**