**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8154
Fax: 212 728 9154
ccording@willkie.com

September 19, 2022

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, No. 1:19-cv-09236-KPF

Dear Judge Failla:

I write on behalf of Defendant Philip G. Potter ("Mr. Potter") to respond briefly to the Plaintiffs' September 14, 2022 Letter Motion to the Court (the "Letter Motion") [ECF No. 239]. Mr. Potter takes no position in the discovery dispute between Plaintiffs and the Bitfinex/Tether Defendants discussed in the Letter Motion. However, in order to correct the record, Mr. Potter addresses certain matters in the Letter Motion directed at him and documents he has produced in the above-captioned action.



Mr. Potter appreciates the Court's attention and remains available to answer any questions.

Respectfully submitted,

*/s/ Charles D. Cording*
Charles D. Cording
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
ccording@willkie.com
*Attorney for Defendant Philip G. Potter*