**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8154
Fax: 212 728 9154
ccording@willkie.com

September 19, 2022

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, No. 1:19-cv-09236-KPF –
      Letter Motion to File Reply to Plaintiffs' September 14, 2022 Letter Motion In Redacted Form
      And Under Seal

Dear Judge Failla:

I represent Defendant Philip G. Potter ("Mr. Potter") in the above-captioned action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, I write to request permission to file Mr. Potter's Reply to Plaintiffs' September 14, 2022 Letter Motion to the Court ("Mr. Potter's Reply Letter") in redacted form and under seal.

Mr. Potter's Reply Letter quotes and discusses information that has been designated as confidential by the Defendants under this Court's Protective Order, ECF No. 151, namely Exhibit 3 to Plaintiffs' September 14, 2022 Letter Motion to the Court. [ECF No. 239-3]. As Plaintiffs stated in their September 14, 2022 Letter Motion to Seal, Plaintiffs did not object to the characterization of such information as confidential for the limited purposes of their filing. [ECF No. 238].

Accordingly, Mr. Potter respectfully requests leave to file Mr. Potter's Reply Letter in redacted form and under seal to avoid any improper disclosure of information Defendants have designated as confidential.

Respectfully submitted,

*/s/ Charles D. Cording*
Charles D. Cording
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
ccording@willkie.com

*Attorney for Defendant Philip G. Potter*

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 242.

Dated:     September 19, 2022          SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE