

October 7, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***In re Tether and Bitfinex Crypto Asset Litigation*, 19 Civ. 9236 (S.D.N.Y.)**

Dear Judge Failla:

At Monday's hearing the Court indicated it would schedule a call with counsel to address the issues discussed. October 10-11 and 17-18 constitute the Jewish holidays of *Sukkot*, *Shemini Atzeret*, and *Simchat Torah* (days where religious Jews cannot work). Consequently, I would not be able attend a hearing on those dates.

I'm submitting this letter to explain my absence if the Court proceeds on one of those dates, but Mr. Normand will be available to attend for Roche Freedman if the Court holds the teleconference on October 10-11 or 17-18.

Respectfully submitted,

*/s/ Velvel (Devin) Freedman*
Devin "Vel" Freedman