UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | 19 Civ. 9236 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 3, 2022, the Court held a hearing related to Roche Freedman LLP's continued participation in this case. The parties are hereby ORDERED to attend a telephonic hearing on **October 13, 2022, at 2:00 p.m.** At the designated time, the parties shall call (888) 363-4749, and use access code 5123533.

SO ORDERED.

Dated:  October 11, 2022
        New York, New York

*[Signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge