UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>  Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>  Defendants. | CASE NO. 1:19-cv-09236 |

## NOTICE OF APPEARANCE

Please take notice that Peter B. Schneider of ROCHE FREEDMAN LLP hereby enters his appearance as counsel in the above-captioned action for Plaintiffs DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN, and is hereby designated as counsel in this proceeding.

| | |
|---|---|
| Dated: October 25, 2022<br>    Houston, Texas | Respectfully submitted,<br>*/s/ Peter B. Schneider*<br>Peter B. Schneider<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP<br>3700 Buffalo Speedway, Suite 960<br>Houston, Texas 77098<br>Phone: (713) 338-2560<br>Fax: (415) 421-7105<br>pschneider@schneiderwallace.com<br><br>*Attorneys for Plaintiffs* |