**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>    Defendants. | CASE NO. 1:19-cv-09236 |

## NOTICE OF APPEARANCE

Please take notice that Peter B. Schneider of SCHNEIDER WALLACE COTTRELL KONECKY LLP hereby enters his appearance as counsel in the above-captioned action for Plaintiffs DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN and is hereby designated as counsel in this proceeding.

Dated: October 25, 2022

Respectfully submitted,
*/s/ Peter B. Schneider*
Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Phone: (713) 338-2560
Fax: (415) 421-7105
pschneider@schneiderwallace.com

*Attorneys for Plaintiffs*