**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation. | Case No. 1:19-cv-09236-KPF <br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Oscar Shine of Selendy Gay Elsberg PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York 10104 hereby appears on behalf of Plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

     I hereby certify that I am admitted to practice before this Court.

Dated:  New York, NY
           November 8, 2022

SELENDY GAY ELSBERG PLLC

By:   /s/ *Oscar Shine*
       Oscar Shine
       SELENDY GAY ELSBERG PLLC
       1290 Avenue of the Americas
       New York, NY 10104
       Tel: 212-390-9000
       oshine@selendygay.com

       *Attorney for Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.*