UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>Defendants. | 1:19-cv-09236 (KPF)<br><br>AFFIDAVIT OF SRUJANA SHIVJI IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u> |

I Srujana Shivji, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice to the bar of the State of Texas. I am an attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.

2. I am submitting this affidavit in support of my motion for admission *pro hac vice*.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

-2-

WHEREFORE, I, Srujana Shivji, hereby respectfully request this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

Dated: November 10, 2022.

_____
Srujana Shivji
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Phone: (713) 338-2560
Fax: (415) 421-7105
sshivji@schneiderwallace.com

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*

THE STATE OF __Texas__ §
COUNTY OF __Harris__ §  AFFIDAVIT
§

BEFORE ME, the undersigned authority, on this day personally came and appeared: __Srujana Shivji__, known to me to be the person whose name is subscribed to the foregoing and who acknowledged to me that they have executed the same for the purposes and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this __10th__ day of __November__, 2022.

ELIZABETH ASHLEY HARRIS
Notary Public, State of Texas
Comm. Expires 02-13-2024
Notary ID 128138558

_____
NOTARY PUBLIC IN AND FOR __Harris__ COUNTY, __Texas__
MY COMMISSION EXPIRES: __02/13/2024__

-2-