UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Tether and Bitfinex Crypto Asset Litigation.

CASE NO. 1:19-cv-09236-KPF

## NOTICE OF CERTIFICATION REGARDING CONFIDENTIAL INFORMATION

On behalf of Freedman Normand Freidland LLP and Kyle Roche individually, we hereby certify that we have confirmed, in writing, that we have withdrawn from the protective order and have returned or destroyed any material produced by the Defendants and has returned or destroyed any documents that summarize, describe, or characterize material designated as confidential or attorneys' eyes only under the protective order. We have communicated, in writing, the steps that we have taken to ensure that all such confidential information has been returned or destroyed. This Notice confirms that we have complied with the Court's November 9, 2022, Order.

Dated: November 14, 2022

Respectfully Submitted,

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
(T): (646) 350-0537
vel@fnf.com

*/s/ Kyle W. Roche*
Kyle W. Roche
260 Madison Ave., Fl. 8
New York, NY 10016
(T): (716) 348-6003
kyle@kyleroche.law

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 14, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman