UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Tether and Bitfinex
Crypto Asset Litigation.

Case No. 1:19-cv-09236-KPF

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Laura King of Selendy Gay Elsberg PLLC, with offices located at 1290 Avenue of the Americas, New York, New York, hereby appears on behalf of Plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  New York, NY
        December 1, 2022

SELENDY GAY ELSBERG PLLC

By:   */s/ Laura King*
      Laura King
      SELENDY GAY ELSBERG PLLC
      1290 Avenue of the Americas
      New York, NY  10104
      Tel: 212-390-9000
      lking@selendygay.com

      *Attorney for Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.*