UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | ) ) ) ) ) Case No. 19 Civ. 9236 (KPF) ) ) |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

> Debevoise & Plimpton LLP
> 66 Hudson Boulevard
> New York, New York 10001
> (212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
January 12, 2023

DEBEVOISE & PLIMPTON LLP

By: _____*s/Elliot Greenfield*_____

Andrew J. Ceresney (*aceresney@debevoise.com*)
Maeve L. O'Connor (*moconnor@debevoise.com*)
Michael Schaper (*mschaper@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
Melanie Burke (*mburke@debevoise.com*)

66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde.*