UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 19 Civ. 9236 (KPF) |

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 1.4, I respectfully move to withdraw as counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter because as of January 24, 2023, I will no longer be associated with Debevoise & Plimpton LLP.  I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Attorneys from Debevoise & Plimpton LLP, the Law Offices of Michael Jason Lee, APLC, and Dillon Miller & Ahuja, LLP will continue to serve as counsel of record for Defendants and therefore, my withdrawal will not adversely affect the interests of Defendants.  I am not asserting a retaining or charging lien.

Dated: New York, New York
January 20, 2023

                              Respectfully submitted,

                              */s/Melanie Burke*

                              Melanie Burke (*mburke@debevoise.com*)
                              Debevoise & Plimpton LLP
                              66 Hudson Boulevard
                              New York, New York 10001
                              (212) 909-6000