UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION

Case No. 19 Civ. 9236 (KPF)

**MEMO ENDORSED**

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 1.4, I respectfully move to withdraw as counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter because as of January 24, 2023, I will no longer be associated with Debevoise & Plimpton LLP. I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Attorneys from Debevoise & Plimpton LLP, the Law Offices of Michael Jason Lee, APLC, and Dillon Miller & Ahuja, LLP will continue to serve as counsel of record for Defendants and therefore, my withdrawal will not adversely affect the interests of Defendants. I am not asserting a retaining or charging lien.

Dated: New York, New York
January 20, 2023

Respectfully submitted,

*/s/Melanie Burke*

Melanie Burke (*mburke@debevoise.com*)
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

```
Application GRANTED.  Ms. Burke is permitted to withdraw as counsel of record
for the above-listed Defendants.  The Clerk of Court is directed to terminate
Ms. Burke from the docket in this case, and to terminate the pending motion
at docket entry 270.

The Court wishes Ms. Burke the best in her future endeavors.

Dated:     January 23, 2023              SO ORDERED.
           New York, New York


                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE
```