UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Tether and Bitfinex
Crypto Asset Litigation.

Case No. 1:19-cv-09236-KPF

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Anne Arcoleo of Selendy Gay Elsberg PLLC, with offices located at 1290 Avenue of the Americas, New York, New York, hereby appears on behalf of Plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  New York, NY
        January 23, 2023

SELENDY GAY ELSBERG PLLC

By:  */s/ Anne Arcoleo*
Anne Arcoleo
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
aarcoleo@selendygay.com

*Attorney for Matthew Script, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.*