# Exhibit D
# File Under Seal