

January 23, 2023

<u>Via ECF and E-mail</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    **Re:**     *In re Tether and Bitfinex Crypto Asset Litigation*, **19-CV-09236 (KPF)** –
            **Letter Motion to File Redacted Exhibit Under Seal**

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Exhibit B to Plaintiffs' January 23, 2023 Letter Motion for protective order relief (the "<u>Protective Order Motion</u>") under seal.

    Information contained in Exhibit B concerns the Anonymous Trader and is therefore to be treated as "strictly AEO in the first instance." Dkt. 195 at 2. The Trader has requested that Plaintiffs file Exhibit B under seal with his identifying information redacted. *See* Protective Order Motion, Exhibit B. Accordingly, Plaintiffs respectfully request leave to file Exhibit B to the Protective Order Motion under seal to avoid any improper disclosure of the Anonymous Trader's personal information.

Hon. Katherine Polk Failla
January 23, 2023

Respectfully submitted,

<div style="display: flex;">

*/s/ Caitlin Halligan*
Philippe Z. Selendy
Caitlin Halligan
Andrew R. Dunlap
Laura M. King
SELENDY GAY ELSBERG PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com
challigan@selendygay.com
adunlap@selendygay.com
lking@selendygay.com

*/s/ Todd M. Schneider*
Todd M. Schneider (*pro hac vice*)
Jason H. Kim (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com

</div>

cc: All Counsel of Record (via ECF)