# Exhibit A

# **EXHIBIT A**

1. Xinchen Li, Law Clerk (bar admission pending)

2. Rachel Slepoi, Law Clerk (bar admission pending)

3. Yury La Fontaine, Litigation Support, eDiscovery Project Manager

4. Christopher Bandes, Litigation Support, Analyst

5. Laura Whorlow, Paralegal

6. Kelle Winter, Litigation Support, Paralegal

7. Orin Hite, Litigation Support, Analyst