January 23, 2023

<u>Via ECF and E-mail</u>

The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
Letter Motion to File Redacted Letter Motion and Exhibits Under Seal

Dear Judge Failla:

We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Plaintiffs' January 23, 2023 Letter Motion to the Court ("<u>Plaintiffs' Letter Motion</u>") in redacted form, including Exhibits B, C, and D to Plaintiffs' Letter Motion under seal and in redacted form.

The redacted information in Plaintiffs' Letter Motion and Exhibit B, and the information contained in Exhibits C and D, have been designated as confidential by Defendants under this Court's Protective Order. ECF No. 151. Plaintiffs do not object to the characterization of this information as confidential for the limited purposes of this filing.

Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Letter Motion and Exhibit B in redacted form, and Exhibits C and D under seal, to avoid any improper disclosure of information Defendants have designated as confidential.

Respectfully submitted,


Caitlin Halligan
Partner

| | |
|---|---|
| /s/ Caitlin Halligan | /s/ Todd M. Schneider |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Caitlin Halligan | Jason H. Kim (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| challigan@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | jkim@schneiderwallace.com |
| | mweiler@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 273.

Dated:      January 24, 2023              SO ORDERED.
            New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE