

January 23, 2023

<u>Via ECF and E-mail</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**Re:** *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
**Letter Motion to File Redacted Exhibit Under Seal**

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Exhibit B to Plaintiffs' January 23, 2023 Letter Motion for protective order relief (the "<u>Protective Order Motion</u>") under seal.

    Information contained in Exhibit B concerns the Anonymous Trader and is therefore to be treated as "strictly AEO in the first instance." Dkt. 195 at 2. The Trader has requested that Plaintiffs file Exhibit B under seal with his identifying information redacted. *See* Protective Order Motion, Exhibit B. Accordingly, Plaintiffs respectfully request leave to file Exhibit B to the Protective Order Motion under seal to avoid any improper disclosure of the Anonymous Trader's personal information.

Respectfully submitted,

| | |
|---|---|
| */s/ Caitlin Halligan* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Caitlin Halligan | Jason H. Kim (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Laura M. King | SCHNEIDER WALLACE COTTRELL |
| SELENDY GAY ELSBERG PLLC | KONECKY LLP |
| 1290 Sixth Avenue | 2000 Powell Street, Suite 1400 |
| New York, NY 10104 | Emeryville, CA 94608 |
| pselendy@selendygay.com | tschneider@schneiderwallace.com |
| challigan@selendygay.com | jkim@schneiderwallace.com |
| adunlap@selendygay.com | mweiler@schneiderwallace.com |
| lking@selendygay.com | |

cc: All Counsel of Record (via ECF)

```
Application GRANTED.  The Clerk of Court is directed to terminate the
pending motion at docket entry 276.

Dated:      January 24, 2023              SO ORDERED.
            New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE