UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

TETHER AND BITFINEX CRYPTO ASSET LITIGATION

19 Civ. 9236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On January 26, 2023, the Anonymous Trader communicated with the Court, and wishes to submit a response to Plaintiffs' letter regarding the treatment of the Anonymous Trader's information. (Dkt. #277-78). The Anonymous Trader wishes to submit this letter under seal. The Court GRANTS the Anonymous Trader's request, and the letter response will be filed under seal, viewable only to the parties and to the Court. The Anonymous Trader is directed to submit this letter by **January 27, 2023**.

SO ORDERED.

Dated:  January 26, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge