UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No: 19 Civ. 9236 (KPF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Natascha Born of Debevoise & Plimpton LLP hereby appears on behalf of Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
January 26, 2023

                    DEBEVOISE & PLIMPTON LLP

                    <u>/s/ *Natascha Born*</u>
                    Natascha Born
                    nborn@debevoise.com
                    66 Hudson Boulevard
                    New York, New York 10001
                    Tel: (212) 909-6000

*Attorney for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini*