# Exhibit A[1]

| 11/15/2022 | 262 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/3/2022 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Andrew Walker, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/6/2022. Redacted Transcript Deadline set for 12/16/2022. Release of Transcript Restriction set for 2/13/2023..(Moya, Goretti) (Entered: 11/15/2022) |

---

[1] 10/03/2022 Hearing Transcript was served on all parties' counsel via e-mail. Transcript access will be available on 2/13/2023.