UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | 19 Civ. 9236 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiffs' letter motion for an extension of time to complete fact discovery (Dkt. #274-75), as well as Defendants' responses (Dkt. #283-85). Given the parties' disagreements over how to proceed through fact discovery in this case, as well as disputes over what has occasioned the delays in completing fact discovery, the parties are **ORDERED** to appear for a video conference on **February 8, 2023, at 11:00 a.m.** Instructions to video participants will be sent in advance of the conference. The parties are expected to be prepared to discuss the substance of the above-cited letters, as well as the Court's January 27, 2023 Order regarding treatment of the Anonymous Trader's information.

The Clerk of Court is directed to terminate the pending motions at docket entries 274 and 275.

SO ORDERED.

Dated:  January 27, 2023
        New York, New York

                                        *Katherine Polk Failla*
                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge