UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG,<br><br>Defendants. | 19 Civ. 9236 (KPF)<br><br>**AFFIDAVIT OF SUNNY S. SARKIS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I Sunny S. Sarkis, being duly sworn, depose and say:

1. I am an attorney duly admitted to practice to the bar of the State of California. I am an attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein.

2. I am submitting this affidavit in support of my motion for admission *pro hac vice*.

3. Attached hereto is a "Certificate of the Clerk of the Supreme Court of the State of California" dated January 17, 2023.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

WHEREFORE, I, Sunny S. Sarkis, hereby respectfully request this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above-captioned matter.

Dated: 2.1.2023

Sunny S. Sarkis
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
ssarkis@schneiderwallace.com

*Attorney for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and Subscribed before me this
1st day of February, 2023

Notary Public
My Commission Expires: 03/25/2026

HIVAYAT ALI
COMM. # 2398524
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES MAR. 25, 2026

-2-