**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID LEIBOWITZ, BENJAMIN LEIBOWITZ, JASON LEIBOWITZ, AARON LEIBOWITZ, and PINCHAS GOLDSHTEIN,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>IFINEX INC., BFXNA INC., BFXWW INC., TETHER HOLDINGS LIMITED, TETHER OPERATIONS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, DIGFINEX INC., PHILIP G. POTTER, GIANCARLO DEVASINI, LUDOVICUS JAN VAN DER VELDE, REGINALD FOWLER, CRYPTO CAPITAL CORP., and GLOBAL TRADE SOLUTIONS AG, | 19 Civ. 9236 (KPF)<br><br>**ORDER FOR ADMISSION**<br>**<u>PRO HAC VICE</u>** |

　　　　The motion of Sunny S. Sarkis, for admission to practice *pro hac vice* in the above captioned action is granted.

　　　　Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

> Sunny S. Sarkis
> Schneider Wallace Cottrell Konecky LLP
> 2000 Powell Street, Suite 1400
> Emeryville, CA 94608
> Telephone: (415) 421-7100; Fax: (415) 421-7105
> ssarkis@schneiderwallace.com

　　　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs David Leibowitz, Benjamin Leibowitz, Jason Leibowitz, Aaron Leibowitz, and Pinchas Goldshtein in the above entitled action;

　　　　IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 3, 2023

     _____
     Honorable Katherine Polk Failla
     United States District Judge