# Exhibit E




February 22, 2023

**Via E-mail**

Ms. Abby F. Rudzin
Mr. Eamonn W. Campbell
Mr. William K. Pao
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10026
arudzin@omm.com
ecampbell@omm.com
wpao@omm.com

Mr. Greg J. Hollon
Mr. Timothy B. Fitzgerald
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101
ghollon@mcnaul.com
tfitzgerald@mcnaul.com

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, **19-CV-09236 (KPF)**

Counsel:

We write to respond in part to your letter dated February 21, 2023 regarding Interrogatory No. 12. We will respond to other issues raised in your letter under separate cover.

Plaintiffs first provided Bittrex with Plaintiffs' Second Interrogatories and RFPs directed to Bittrex, which included Interrogatory No. 12, on December 7, 2022. Since then, we have negotiated the service of Interrogatory No. 12 for over two months. In our most recent letter dated February 12, 2023, we offered the following compromise:

> Plaintiffs are prepared to forgo, and not re-serve, Interrogatory Nos. 11, 13, and 14 and RFP Nos. 71, 73, and 74, if Bittrex will agree to not oppose the service of, and will agree to respond to, Interrogatory No. 12, and its associated RFP No. 72. This offer is contingent upon the parties

> reaching agreement as to the individuals and entities whose records will be searched in response to Interrogatory No. 12 and RFP No. 72.

Feb. 12, 2023 Ltr. at 5.

In a letter that we received on the evening of February 21, 2023, you said that you "appreciate" our proposal but did not say whether or not you accept it. We thus understand that you have declined our offer and that the parties are at impasse.

In your February 21 letter, you also stated that "(i) there is no Bittrex account in any of the entity names on plaintiffs' list and (ii) to the extent there is an account in any of the individual's names on the list, Bittrex's KYC information does not indicate that the account holder has any connection to Bitfinex or Tether." Feb. 21, 2023 Ltr. at 2. For the individuals whose names generated hits (you did not inform us who) you requested more information, "such as an email address or birthdate," that would allow you to "consider" searching that individual's records. *Id*. We are glad to keep meeting and conferring about Bittrex's response to our proposed Interrogatory, but we intend to move the Court for leave to serve it in the first instance.

*/s/ Andrew R. Dunlap*