Case 1:19-cv-09236-KPF   Document 304-1   Filed 02/28/23   Page 1 of 2

# Exhibit A

| | |
|---|---|
| **From:** | Anne Arcoleo <aarcoleo@selendygay.com> |
| **Sent:** | Wednesday, December 7, 2022 5:10 PM |
| **To:** | ghollon@mcnaul.com; Rudzin, Abby F.; Campbell, Eamonn W. |
| **Cc:** | Campbell, Eamonn W.; tfitzgerald@mcnaul.com; cwittmanntodd@mcnaul.com; cmartirosian@mcnaul.com; matthew.lindenbaum@nelsonmullins.com; robert.lindholm@nelsonmullins.com; Srujana Shivji; Philippe Selendy; Caitlin Halligan; Andrew Dunlap; Oscar Shine; Mitchell Nobel; Bret Matera; Laura King; Xinchen Li; Matthew S. Weiler; Sunny S. Sarkis; Todd M. Schneider; Mahzad K. Hite; Ryan A. Bonner; ccording@willkie.com; Rachel Slepoi |
| **Subject:** | In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second RFPs and Interrogatories to Bittrex |
| **Attachments:** | Second RFPs to Bittrex.pdf; Second Interrogatories to Bittrex.pdf |

[EXTERNAL MESSAGE]

Counsel,

Please see attached for Plaintiffs' second set of interrogatories and requests for production directed to Bittrex.

Regards,
Anne

**Anne Arcoleo**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
_____
+1 212.390.9091 [O]
+1 646.830.5673  [M]

1