# Exhibit B

| | |
|---|---|
| **From:** | Greg Hollon <GHollon@mcnaul.com> |
| **Sent:** | Friday, December 23, 2022 8:23 AM |
| **To:** | Rob Lindholm; Charles Cording; 'Greenfield, Elliot'; 'Anne Arcoleo'; Ceresney, Andrew J.; O'Connor, Maeve; Burke, Melanie; Schaper, Michael; Schlegelmilch, Stephan J; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com |
| **Cc:** | Rudzin, Abby F.; Pao, William K.; Campbell, Eamonn W.; Timothy B. Fitzgerald; Charles Wittmann-Todd; Claire Martirosian; Matthew Lindenbaum; Srujana Shivji; Philippe Selendy; challigan@selendygay.com; Andrew Dunlap; Oscar Shine; mnobel@selendygay.com; Bret Matera; Laura King; Xinchen Li; Matthew S. Weiler; Sunny S. Sarkis; Todd M. Schneider; Mahzad K. Hite; Ryan A. Bonner |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants |

[EXTERNAL MESSAGE]

Defendant Bittrex takes the same position as well.

Best, Greg

**Gregory J. Hollon | Attorney**
**McNAUL EBEL NAWROT & HELGREN PLLC**
T (206) 467-1816 | D (206) 389-9348
www.mcnaul.com | ghollon@mcnaul.com

---

**From:** Rob Lindholm <robert.lindholm@nelsonmullins.com>
**Sent:** Friday, December 23, 2022 7:58 AM
**To:** Charles Cording <CCording@willkie.com>; 'Greenfield, Elliot' <egreenfield@debevoise.com>; 'Anne Arcoleo' <aarcoleo@selendygay.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Burke, Melanie <mburke@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com
**Cc:** arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W. <ecampbell@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <TFitzgerald@mcnaul.com>; Charles Wittmann-Todd <cwittmanntodd@mcnaul.com>; Claire Martirosian <CMartirosian@mcnaul.com>; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Philippe Selendy <pselendy@selendygay.com>; challigan@selendygay.com; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; mnobel@selendygay.com; Bret Matera <bmatera@selendygay.com>; Laura King <lking@selendygay.com>; Xinchen Li <xli@selendygay.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Sunny S. Sarkis <ssarkis@schneiderwallace.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Mahzad K. Hite <mhite@schneiderwallace.com>; Ryan A. Bonner <rbonner@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants

Anne,

I write on behalf of Defendant Poloniex, LLC in response to the Second Set of Interrogatories Plaintiffs served on Poloniex on December 7, 2022. Poloniex also takes the position that the Second Set of Interrogatories violates the Court's November 22, 2021 scheduling order. As such, no answer or response from Poloniex is required.

1

Best,
Rob



**ROBERT L. LINDHOLM  PARTNER**
robert.lindholm@nelsonmullins.com
**ONE WELLS FARGO CENTER | 23RD FLOOR**
**301 SOUTH COLLEGE STREET | CHARLOTTE, NC 28202**
T 704.417.3231  M 518.221.8649  F 704.377.4814

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
T 212-413-9006  F 646.428.2610
NELSONMULLINS.COM    VCARD   VIEW BIO

---

**From:** Cording, Charles Dean <CCording@willkie.com>
**Sent:** Friday, December 23, 2022 10:00 AM
**To:** 'Greenfield, Elliot' <egreenfield@debevoise.com>; 'Anne Arcoleo' <aarcoleo@selendygay.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Burke, Melanie <mburke@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com
**Cc:** arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W. <ecampbell@omm.com>; ghollon@mcnaul.com; tfitzgerald@mcnaul.com; cwittmanntodd@mcnaul.com; cmartirosian@mcnaul.com; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Rob Lindholm <robert.lindholm@nelsonmullins.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Philippe Selendy <pselendy@selendygay.com>; challigan@selendygay.com; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; mnobel@selendygay.com; Bret Matera <bmatera@selendygay.com>; Laura King <lking@selendygay.com>; Xinchen Li <xli@selendygay.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Sunny S. Sarkis <ssarkis@schneiderwallace.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Mahzad K. Hite <mhite@schneiderwallace.com>; Ryan A. Bonner <rbonner@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants

◄**External Email**► - From: ccording@willkie.com

Anne,

I write on behalf of Defendant Phil Potter in response to the Second Set of Interrogatories Plaintiffs served on Mr. Potter on November 23, 2022.  Mr. Potter joins in the Bitfinex/Tether Defendants' position that the Second Set of Interrogatories violates the Court's November 22, 2021 scheduling order.  As such, no answer or response from Mr. Potter is required.

Best wishes,
Charles

**Charles Cording**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8154 | Fax: +1 212 728 9154
ccording@willkie.com | vCard | www.willkie.com bio

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Friday, December 23, 2022 8:47 AM
**To:** 'Anne Arcoleo' <aarcoleo@selendygay.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Burke, Melanie <mburke@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com
**Cc:** arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W. <ecampbell@omm.com>; ghollon@mcnaul.com; tfitzgerald@mcnaul.com; cwittmanntodd@mcnaul.com; cmartirosian@mcnaul.com; matthew.lindenbaum@nelsonmullins.com; robert.lindholm@nelsonmullins.com; Cording, Charles Dean <CCording@willkie.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Philippe Selendy <pselendy@selendygay.com>; challigan@selendygay.com; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; mnobel@selendygay.com; Bret Matera <bmatera@selendygay.com>; Laura King <lking@selendygay.com>; Xinchen Li <xli@selendygay.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Sunny S. Sarkis <ssarkis@schneiderwallace.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Mahzad K. Hite <mhite@schneiderwallace.com>; Ryan A. Bonner <rbonner@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants

**\*\*\* EXTERNAL EMAIL \*\*\***

Anne,

As we previously informed Plaintiffs back in June, under the Court's November 22, 2021 scheduling order, interrogatories pursuant to Local Rule 33.3(b) are not permitted without prior express permission of the Court. Plaintiffs' Second Set of Interrogatories therefore violate the scheduling order and do not require a response.

Thanks,
Elliot

**Debevoise & Plimpton**

**Elliot Greenfield**
Partner

egreenfield@debevoise.com
+1 212 909 6772 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

**From:** Anne Arcoleo [mailto:aarcoleo@selendygay.com]
**Sent:** Wednesday, November 23, 2022 15:00

**To:** Greenfield, Elliot; Ceresney, Andrew J.; O'Connor, Maeve; Burke, Melanie; Schaper, Michael; Schlegelmilch, Stephan J; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com
**Cc:** arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W.; ghollon@mcnaul.com; tfitzgerald@mcnaul.com; cwittmanntodd@mcnaul.com; cmartirosian@mcnaul.com; matthew.lindenbaum@nelsonmullins.com; robert.lindholm@nelsonmullins.com; ccording@willkie.com; Srujana Shivji; Philippe Selendy; challigan@selendygay.com; Andrew Dunlap; Oscar Shine; mnobel@selendygay.com; Bret Matera; Laura King; Xinchen Li; Matthew S. Weiler; Sunny S. Sarkis; Todd M. Schneider; Mahzad K. Hite; Ryan A. Bonner
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants

Counsel,

Please see attached for Plaintiffs' Second Set of Interrogatories directed to the B/T Defendants.

Regards,
Anne

**Anne Arcoleo**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

------------------------------------------

+1 212.390.9399  [O]
+1 646.830.5673  [M]

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.