# Exhibit C[1]

| 02/14/2023 | 295 | TRANSCRIPT of Proceedings re: VIDEOCONFERENCE held on 2/8/2022 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/7/2023. Redacted Transcript Deadline set for 3/17/2023. Release of Transcript Restriction set for 5/15/2023. (js) (Entered: 02/14/2023) |

---

[1] 2/8/2023 Hearing Transcript was served on all parties' counsel via e-mail. Transcript access will be available on 5/15/2023.