# Exhibit B

**Xinchen Li**

| | |
|---|---|
| **From:** | Greenfield, Elliot <egreenfield@debevoise.com> |
| **Sent:** | Friday, December 23, 2022 8:47 AM |
| **To:** | Anne Arcoleo; Ceresney, Andrew J.; O'Connor, Maeve; Burke, Melanie; Schaper, Michael; Schlegelmilch, Stephan J; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com |
| **Cc:** | arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W.; ghollon@mcnaul.com; tfitzgerald@mcnaul.com; cwittmanntodd@mcnaul.com; cmartirosian@mcnaul.com; matthew.lindenbaum@nelsonmullins.com; robert.lindholm@nelsonmullins.com; ccording@willkie.com; Srujana Shivji; Philippe Selendy; Caitlin Halligan; Andrew Dunlap; Oscar Shine; Mitchell Nobel; Bret Matera; Laura King; Xinchen Li; Matthew S. Weiler; Sunny S. Sarkis; Todd M. Schneider; Mahzad K. Hite; Ryan A. Bonner |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants |

Anne,

As we previously informed Plaintiffs back in June, under the Court's November 22, 2021 scheduling order, interrogatories pursuant to Local Rule 33.3(b) are not permitted without prior express permission of the Court.  Plaintiffs' Second Set of Interrogatories therefore violate the scheduling order and do not require a response.

Thanks,
Elliot

**Debevoise
&Plimpton**

**Elliot Greenfield**
Partner
egreenfield@debevoise.com
+1 212 909 6772 (Tel)

919 Third Avenue
New York, NY 10022
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

**From:** Anne Arcoleo [mailto:aarcoleo@selendygay.com]
**Sent:** Wednesday, November 23, 2022 15:00
**To:** Greenfield, Elliot; Ceresney, Andrew J.; O'Connor, Maeve; Burke, Melanie; Schaper, Michael; Schlegelmilch, Stephan J; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com
**Cc:** arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W.; ghollon@mcnaul.com; tfitzgerald@mcnaul.com; cwittmanntodd@mcnaul.com; cmartirosian@mcnaul.com; matthew.lindenbaum@nelsonmullins.com; robert.lindholm@nelsonmullins.com; ccording@willkie.com; Srujana Shivji; Philippe Selendy; challigan@selendygay.com; Andrew Dunlap; Oscar Shine; mnobel@selendygay.com; Bret Matera; Laura King; Xinchen Li; Matthew S. Weiler; Sunny S. Sarkis; Todd M. Schneider; Mahzad K. Hite; Ryan A. Bonner
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Plaintiffs' Second Interrogatories to B/T Defendants

Counsel,

Please see attached for Plaintiffs' Second Set of Interrogatories directed to the B/T Defendants.

Regards,
Anne

**Anne Arcoleo**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
_____
+1 212.390.9399  [O]
+1 646.830.5673  [M]