

March 6, 2023

<u>Via ECF and E-mail</u>
The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF)

Dear Judge Failla:

Pursuant to the Amended Civil Case Management Plan and Scheduling Order, ECF No. 298 at ¶ 6(c), and this Court's order of March 1, 2023, ECF No. 310 at 4, Plaintiffs respectfully request permission to serve revised interrogatories, attached as Exhibits A & B, on Poloniex, LLC and Bittrex, Inc. (the "<u>Exchange Defendants</u>"). Plaintiffs met and conferred with counsel for the Exchange Defendants and confirmed that the Exchange Defendants do not oppose service of the revised interrogatories.

Respectfully submitted,

| | |
|---|---|
| /s/ Caitlin Halligan | /s/ Todd M. Schneider |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Caitlin Halligan | Jason H. Kim (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| challigan@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | jkim@schneiderwallace.com |
| | mweiler@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*