


March 6, 2023

**Via ECF and E-mail**
The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF)

Dear Judge Failla:

Pursuant to the Amended Civil Case Management Plan and Scheduling Order, ECF No. 298 at ¶ 6(c), and this Court's order of March 1, 2023, ECF No. 310 at 4, Plaintiffs respectfully request permission to serve revised interrogatories, attached as Exhibits A & B, on Poloniex, LLC and Bittrex, Inc. (the "Exchange Defendants"). Plaintiffs met and conferred with counsel for the Exchange Defendants and confirmed that the Exchange Defendants do not oppose service of the revised interrogatories.

Respectfully submitted,

| /s/ Caitlin Halligan | /s/ Todd M. Schneider |
|---|---|
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Caitlin Halligan | Jason H. Kim (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| challigan@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | jkim@schneiderwallace.com |
| | mweiler@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

Application GRANTED.  Plaintiffs may serve the interrogatories discussed above and attached as Exhibits A & B on Poloniex and Bittrex.

The Clerk of Court is directed to terminate the pending motion at docket entry 314.

Dated:    March 7, 2023          SO ORDERED.
          New York, New York

                                 *[signature: Katherine Polk Failla]*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE