March 9, 2023

**Via ECF and E-mail**

The Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
Letter Motion to File Exhibits Under Seal

Dear Judge Failla:

We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Exhibits D through P to Plaintiffs' March 9, 2023 Pre-Motion Letter ("Plaintiffs' Pre-Motion Letter") under seal.

The information in Exhibits D through P have been designated as confidential by Defendants under this Court's Protective Order. ECF No. 151. Plaintiffs do not object to the characterization of this information as confidential for the limited purposes of this filing.

Accordingly, Plaintiffs respectfully request leave to file Exhibits D through P to Plaintiffs' Pre-Motion Letter under seal, to avoid any improper disclosure of information Defendants have designated as confidential.

Respectfully submitted,

| | |
|---|---|
| /s/ Caitlin Halligan | /s/ Todd M. Schneider |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Caitlin Halligan | Jason H. Kim (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| challigan@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | jkim@schneiderwallace.com |
| | mweiler@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*