# Exhibit 2

| | |
|---|---|
| **From:** | Matt Monkress <mmonkress@mcnaul.com> |
| **Sent:** | Friday, February 17, 2023 4:29 PM |
| **To:** | TetherLawyers@schneiderwallace.com; pschneider@schneiderwallace.com; tschneider@schneiderwallace.com; jkim@schneiderwallace.com; sshivji@schneiderwallace.com; mweiler@schneiderwallace.com; challigan@selendygay.com; adunlap@selendygay.com; mginzburg@selendygay.com; pselendy@selendygay.com; mnobel@selendygay.com; oshine@selendygay.com; lking@selendygay.com; aarcoleo@selendygay.com; klerner@kmllp.com; dkovel@kmllp.com; telrod@kmllp.com; amaneiro@kmllp.com; bmurray@glancylaw.com; glinkh@glancylaw.com; srudman@rgrdlaw.com; eboardman@rgrdlaw.com; bcochran@rgrdlaw.com; aceresney@debevoise.com; mschaper@debevoise.com; moconnor@debevoise.com; egreenfield@debevoise.com; sjschlegelmilch@debevoise.com; mburke@debevoise.com; michael@mjllaw.com; cbeal@dmalaw.com; sahuja@dmalaw.com; ccording@willkie.com; robert.lindholm@nelsonmullins.com; matthew.lindenbaum@nelsonmullins.com |
| **Cc:** | Rudzin, Abby F.; Campbell, Eamonn W.; Greg Hollon; Timothy B. Fitzgerald; Charles Wittmann-Todd; Lisa Nelson; Jennifer Hickman |
| **Subject:** | In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236 | Bittrex's Ninth Production |

[EXTERNAL MESSAGE]

Counsel

Below is a link to Bittrex's production, bates labeled Bittrex016057-16169.  This production includes responsive messages from Mr. Bill Shihara's Telegram account.  These documents have been marked as Confidential in accordance with the protective order in this matter.

https://mcnaul.sharefile.com/d-sed43e44ec01346d79d2c153670358c09

The password will be sent under separate cover.  Please advise of any technical issues.

Thank you,

**Matt Monkress**
**Litigation Paralegal**



600 University Street, Suite 2700 | Seattle, WA 98101-3134
T (206) 467-1816 | F (206) 624-5128
www.mcnaul.com | mmonkress@mcnaul.com

**Please consider the environment before printing this email.**

**Confidentiality Notice**
This email transmission (and/or documents accompanying it) may contain confidential or privileged information. The information is intended only for the use of the intended recipient(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited.

If you have received this transmission in error, please do not review the contents and/or attachments, and please notify us immediately so that appropriate actions may be taken.