# Exhibit 3

| | |
|---|---|
| **From:** | Campbell, Eamonn W. |
| **Sent:** | Monday, March 13, 2023 12:56 PM |
| **To:** | Laura King; Philippe Selendy; Caitlin Halligan; Andrew Dunlap; Todd M. Schneider; Matthew S. Weiler; Anne Arcoleo; TetherLawyers@schneiderwallace.com |
| **Cc:** | Rudzin, Abby F.; Greg Hollon; Timothy B. Fitzgerald; Xinchen Li; Rachel Slepoi |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236 |

Counsel,

Following on our March 3 letter, we have collected and reviewed the data retrieved from Mr. Lai's personal Skype account. There are no responsive Skype messages to produce.

Best,
Eamonn

Eamonn W. Campbell
O: +1-212-728-5878
ecampbell@omm.com

---

**From:** Campbell, Eamonn W.
**Sent:** Friday, March 3, 2023 3:33 PM
**To:** 'Laura King' <lking@selendygay.com>; 'Philippe Selendy' <pselendy@selendygay.com>; 'Caitlin Halligan' <challigan@selendygay.com>; 'Andrew Dunlap' <adunlap@selendygay.com>; 'Todd M. Schneider' <tschneider@schneiderwallace.com>; 'Matthew S. Weiler' <mweiler@schneiderwallace.com>; 'Anne Arcoleo' <aarcoleo@selendygay.com>; 'TetherLawyers@schneiderwallace.com' <TetherLawyers@schneiderwallace.com>
**Cc:** Rudzin, Abby F. <arudzin@omm.com>; 'Greg Hollon' <GHollon@mcnaul.com>; 'Timothy B. Fitzgerald' <TFitzgerald@mcnaul.com>; 'Xinchen Li' <xli@selendygay.com>; 'Rachel Slepoi' <rslepoi@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236

Counsel,

Attached is our response to your letter.

Best,
Eamonn

Eamonn W. Campbell
O: +1-212-728-5878
ecampbell@omm.com

---

**From:** Campbell, Eamonn W.
**Sent:** Thursday, March 2, 2023 4:57 PM
**To:** 'Laura King' <lking@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Anne Arcoleo <aarcoleo@selendygay.com>; TetherLawyers@schneiderwallace.com
**Cc:** Rudzin, Abby F. <arudzin@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald

<TFitzgerald@mcnaul.com>; Xinchen Li <xli@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236

Counsel,

We are aiming to respond to your letter tomorrow.

Best,
Eamonn

Eamonn W. Campbell
O: +1-212-728-5878
ecampbell@omm.com

---

**From:** Laura King <lking@selendygay.com>
**Sent:** Wednesday, March 1, 2023 5:35 PM
**To:** Campbell, Eamonn W. <ecampbell@omm.com>; Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Anne Arcoleo <aarcoleo@selendygay.com>; TetherLawyers@schneiderwallace.com
**Cc:** Rudzin, Abby F. <arudzin@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <TFitzgerald@mcnaul.com>; Xinchen Li <xli@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236


[EXTERNAL MESSAGE]

Counsel,

We sent you a letter last week requesting a response on February 28.  We have not received a response, nor have you told us when we can expect a response.  Please let us know when we can expect a response.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9352  [O]

---

**From:** Laura King
**Sent:** Friday, February 24, 2023 4:53 PM
**To:** Campbell, Eamonn W. <ecampbell@omm.com>; Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Anne Arcoleo <aarcoleo@selendygay.com>; TetherLawyers@schneiderwallace.com
**Cc:** Rudzin, Abby F. <arudzin@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <TFitzgerald@mcnaul.com>; Xinchen Li <xli@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236

Counsel:

Please see attached.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

_____

+1 212.390.9352  [O]

---

**From:** Campbell, Eamonn W. <ecampbell@omm.com>
**Sent:** Tuesday, February 21, 2023 7:01 PM
**To:** Philippe Selendy <pselendy@selendygay.com>; Caitlin Halligan <challigan@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Anne Arcoleo <aarcoleo@selendygay.com>; Laura King <lking@selendygay.com>; TetherLawyers@schneiderwallace.com
**Cc:** Rudzin, Abby F. <arudzin@omm.com>; Greg Hollon <GHollon@mcnaul.com>; Timothy B. Fitzgerald <TFitzgerald@mcnaul.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Lit., No. 19-CV-09236

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Counsel,

Please see the attached.

Best,
Eamonn

## O'Melveny

**Eamonn W. Campbell**
Counsel
ecampbell@omm.com
O: +1-212-728-5878

_____

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*