# Exhibit B

---------- Forwarded message ---------
From: **Michael OConnor** <michaelo@kraken.com>
Date: Fri, Apr 14, 2023, 11:30 p.m.
Subject: Tether Subpoena
To: <stu@bitfinex.com>

Mr. Hoegner –

We have received the attached subpoena for your account records. If you have any objection to us producing your account records, you need to lodge your objections with the Court no later than Friday, April 21, and provide us with notice. Otherwise, we will produce the records.

Best regards,

Michael O'Connor

Senior Counsel

Payward, Inc. d/b/a Kraken