UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 19 Civ. 9236 (KPF) |

### NOTICE OF WITHDRAWAL OF CAITLIN HALLIGAN AS ATTORNEY OF RECORD

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that Selendy Gay Elsberg PLLC, hereby withdraws Caitlin Halligan's appearance as Interim Lead Counsel and Attorney for Plaintiffs and the Proposed Class and requests that her email address challigan@selendygay.com be removed from all notices, including the Court's CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned matter. Ms. Halligan has recently been confirmed as an Associate Judge on the New York State Court of Appeals, is no longer a member of Selendy Gay Elsberg PLLC, and will no longer have any association with the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the remaining counsel of record for Selendy Gay Elsberg PLLC will continue to appear as Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class. The departure of Ms. Halligan will not result in any delays in this matter.

Dated: New York, NY  
April 24, 2023

SELENDY GAY ELSBERG PLLC

By: _/s/ Andrew Dunlap_  
Andrew Dunlap  
1290 Avenue of the Americas  
New York, NY 10104  
Tel: 212-390-9000  
adunlap@selendygay.com

*Interim Lead Counsel and Attorney for Plaintiffs and the Proposed Class*