UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TETHER AND BITFINEX CRYPTO ASSET
LITIGATION

Case No. 19 Civ. 9236 (KPF)

# MEMO ENDORSED

## NOTICE OF WITHDRAWAL OF CAITLIN HALLIGAN AS ATTORNEY OF RECORD

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that Selendy Gay Elsberg PLLC, hereby withdraws Caitlin

Halligan's appearance as Interim Lead Counsel and Attorney for Plaintiffs and the Proposed Class

and requests that her email address challigan@selendygay.com be removed from all notices,

including the Court's CM/ECF electronic notification service, official mailing matrix, and other

service lists in the above-captioned matter.  Ms. Halligan has recently been confirmed as an

Associate Judge on the New York State Court of Appeals, is no longer a member of Selendy Gay

Elsberg PLLC, and will no longer have any association with the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the remaining counsel of record for Selendy

Gay Elsberg PLLC will continue to appear as Interim Lead Counsel and Attorneys for Plaintiffs

and the Proposed Class. The departure of Ms. Halligan will not result in any delays in this matter.

Dated:   New York, NY             SELENDY GAY ELSBERG PLLC
         April 24, 2023


                           By:   */s/ Andrew Dunlap*
                                 _____
                                 Andrew Dunlap
                                 1290 Avenue of the Americas
                                 New York, NY 10104
                                 Tel: 212-390-9000
                                 adunlap@selendygay.com

                                 *Interim Lead Counsel and Attorney for Plaintiffs*
                                 *and the Proposed Class*


Application GRANTED.  The Clerk of Court is directed to terminate Caitlin
Halligan from the docket.

The Court wishes Judge Halligan the best in her tenure on the New York Court
of Appeals.

Dated:      April 25, 2023              SO ORDERED.
            New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE


2