# Revised Exhibit 2

# Filed Under Seal