

April 25, 2023

<u>Via ECF and E-mail</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF)

Dear Judge Failla:

    We represent Plaintiffs in the above-referenced action. Last night, Plaintiffs filed a letter seeking a pre-motion conference on B/T Defendants' failure to fully comply with the Court's September 20, 2022 order to produce trading records in response to Plaintiffs' Revised Document Request Nos. 23-25 ("<u>Plaintiffs' Letter Motion</u>"). *See* ECF No. 328. Plaintiffs inadvertently filed an incomplete version of Exhibit 2 to that motion and respectfully request that the Court consider the attached Revised Exhibit 2 when considering Plaintiffs' Letter Motion.

    Revised Exhibit 2 includes one additional page, which Plaintiffs have added to existing Exhibit 2, filed at ECF No. 328-2 (under-seal version). ███████████████████████████████████████████████████████████████████████████████████████████

    Plaintiffs respectfully request that the Court refer to Revised Exhibit 2 instead.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Dunlap* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| adunlap@selendygay.com | tschneider@schneiderwallace.com |
| oshine@selendygay.com | mweiler@schneiderwallace.com |
| | mhite@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

Application GRANTED.  The Court appreciates Plaintiffs' submission of the corrected exhibit, and will consider it in resolving Plaintiffs' motion.

Dated:     April 26, 2023          SO ORDERED.
           New York, New York

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE