IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 1:19-cv-09236-KPF |

## NOTICE OF BANKRUPTCY FILING

**PLEASE TAKE NOTICE**, that, on May 8, 2023, Defendant Bittrex, Inc. (along with its debtor affiliates, the "Debtors") filed a voluntary petition for relief (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "Bankruptcy Code"). The Debtors' Chapter 11 Case has been assigned Case Number 23-10598-BLS in the Bankruptcy Court. Copies of the Debtors' chapter 11 petition and related pleadings are available at www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 362(a) of the Bankruptcy Code (the "Automatic Stay"), the filing of the chapter 11 bankruptcy petition "operates as a stay, applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under the [Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

**PLEASE TAKE FURTHER NOTICE**, that any action against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay.  The Debtors reserve and retain their statutory rights to seek relief in the Bankruptcy Court from any action by Plaintiffs or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors.

Dated: May 9, 2023

        **O'MELVENY & MYERS LLP**

        */s/ Abby F. Rudzin*
        Abby F. Rudzin
        Seven Times Square
        New York, NY 10026
        Telephone: (212) 326-2000
        arudzin@omm.com

        **MCNAUL EBEL NAWROT & HELGREN PLLC**

        Greg J. Hollon
        (*admitted pro hac vice*)
        Timothy B. Fitzgerald
        600 University Street, Suite 2700
        Seattle, WA 98101
        Telephone: (206) 467-1816
        ghollon@mcnaul.com
        tfitzgerald@mcnaul.com

        *Attorneys for Bittrex, Inc.*