# Exhibit 10

**Bret Matera**

| | |
|---|---|
| **From:** | Rob Lindholm <robert.lindholm@nelsonmullins.com> |
| **Sent:** | Wednesday, May 10, 2023 11:33 AM |
| **To:** | Laura King; Rachel Slepoi; Matthew Lindenbaum; Soren Young |
| **Cc:** | Andrew Dunlap; Oscar Shine; Tether Team |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC |

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Laura,

The contact person at Augustech that we have is Jennifer Hanny, Director of Finance and Treasurer.  Her email address is:  jennifer.hanny@poloniex.com

Best,
Rob



**NELSON MULLINS**

---

**ROBERT L. LINDHOLM**  **PARTNER**
robert.lindholm@nelsonmullins.com
**ONE WELLS FARGO CENTER | 23RD FLOOR**
**301 SOUTH COLLEGE STREET | CHARLOTTE, NC 28202**
T 704.417.3231   M 518.221.8649   F 704.377.4814

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
T 212-413-9006   F 646.428.2610
**NELSONMULLINS.COM**     **VCARD**   **VIEW BIO**

---

**From:** Laura King <lking@selendygay.com>
**Sent:** Tuesday, May 2, 2023 1:04 PM

1

**To:** Rob Lindholm <robert.lindholm@nelsonmullins.com>; Rachel Slepoi <rslepoi@selendygay.com>; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Soren Young <soren.young@nelsonmullins.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC

Rob,

Following up on the below, please let us know when we can expect contact information for Circle's contact at Augustech.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9352  [O]

**From:** Rob Lindholm <robert.lindholm@nelsonmullins.com>
**Sent:** Sunday, April 23, 2023 9:29 AM
**To:** Laura King <lking@selendygay.com>; Rachel Slepoi <rslepoi@selendygay.com>; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Soren Young <soren.young@nelsonmullins.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC

Laura,

We are working on this and will get back to you soon.

Best,
Rob



ROBERT L. LINDHOLM   PARTNER
robert.lindholm@nelsonmullins.com

**ONE WELLS FARGO CENTER | 23RD FLOOR**
**301 SOUTH COLLEGE STREET | CHARLOTTE, NC 28202**
**T 704.417.3231  M 518.221.8649  F 704.377.4814**

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**
**T 212-413-9006   F 646.428.2610**
**NELSONMULLINS.COM**     **VCARD**   **VIEW BIO**

---

**From:** Laura King <lking@selendygay.com>
**Sent:** Monday, April 17, 2023 12:14 PM
**To:** Rob Lindholm <robert.lindholm@nelsonmullins.com>; Rachel Slepoi <rslepoi@selendygay.com>; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Soren Young <soren.young@nelsonmullins.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC

Rob,

Following up on this, would you please provide us with contact information for Circle's contact at Augustech?

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9352  [O]

**From:** Bret Matera <bmatera@selendygay.com>
**Sent:** Friday, April 7, 2023 9:23 AM
**To:** Rob Lindholm <robert.lindholm@nelsonmullins.com>; Rachel Slepoi <rslepoi@selendygay.com>; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Soren Young <soren.young@nelsonmullins.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC

Rob,

Thank you for your email and for confirming that Augustech subleases space from Poloniex, LLC's corporate affiliate: Circle Internet Financial. We understand that Poloniex does not know the name of Augustech's counsel. Given Poloniex's affiliation with Circle Internet Financial, and that Circle presumably has a contact at Augustech for purposes of the sublease and rent payment, would you please provide us with Circle's Augustech contact information?

Best,
Bret

**From:** Rob Lindholm <robert.lindholm@nelsonmullins.com>
**Sent:** Monday, March 27, 2023 8:46 PM
**To:** Rachel Slepoi <rslepoi@selendygay.com>; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Soren Young <soren.young@nelsonmullins.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Rachel,

Neither Poloniex, LLC, Circle Payments, LLC, nor any of their affiliates, parents, or subsidiaries owns, operates, controls, has any financial ownership interest in, or has any legal ownership interest in the Poloniex Exchange or Augustech in any way. Augustech sub-leases space at 99 High Street from Circle Internet Financial, Inc. n/k/a Circle Internet Financial, LLC, an indirect corporate affiliate of Poloniex, LLC. Poloniex, LLC does not know the name of Augustech's counsel, or whether Augustech has counsel.

Best,
Rob



**ROBERT L. LINDHOLM   PARTNER**
robert.lindholm@nelsonmullins.com

ONE WELLS FARGO CENTER | 23RD FLOOR

**301 SOUTH COLLEGE STREET | CHARLOTTE, NC 28202**

T 704.417.3231   M 518.221.8649   F 704.377.4814

**330 MADISON AVENUE | 27TH FLOOR**
**NEW YORK, NY 10017**

T 212-413-9006   F 646.428.2610

NELSONMULLINS.COM    VCARD    VIEW BIO

---

**From:** Rachel Slepoi <rslepoi@selendygay.com>
**Sent:** Thursday, March 23, 2023 1:49 PM
**To:** Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Rob Lindholm <robert.lindholm@nelsonmullins.com>; Soren Young <soren.young@nelsonmullins.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Tether Team <tetherteam@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litig., 19 Civ. 9236 (SDNY): Augustech, LLC

Matthew,

You previously represented to us that Poloniex, LLC lacks custody and control over any documents and communications created after the November 4, 2019 sale of the Poloniex Exchange to Polo Digital Assets, Ltd. (the "Sale" to "PDAL"). *See* Ltr. from M. Lindenbaum to L. King (Jan. 27, 2023); Jan. 19, 2023 meet and confer between Poloniex and Plaintiffs. You referred us to Michael Dicke of Fenwick & West LLP, who you represented was PDAL's counsel. *See* Jan. 10, 2023 meet and confer between Poloniex and Plaintiffs.

Mr. Dicke has confirmed that PDAL no longer operates the Poloniex exchange after it dissolved in January 2022. Public reporting indicates that Augustech, LLC is the successor entity to PDAL and thus the likely custodian of the documents and communications Plaintiffs seek. *See* Christopher Harland-Dunaway, *The Many Escapes of Justin Sun*, The Verge (Mar. 9, 2022), https://www.theverge.com/c/22947663/justin-sun-tron-cryptocurrency-poloniex.  We effected valid service of a Rule 45 subpoena on Augustech on February 3, 2023, but it has not responded, and we have not been able to identify Augustech's counsel for the subpoena.

We recently attempted to hand-deliver a letter to the principal place of business listed on Augustech's corporate registration, 99 High Street, 17th Floor, Boston, MA 02110, only to find that the address was occupied by Circle Payments, a subsidiary of Poloniex, LLC's corporate parent. This information calls into question the purportedly arms-length nature of the Sale and Poloniex LLC's purported lack of control over post-Sale documents.

Please clarify the relationship between Poloniex LLC, Circle Payments, and Augustech. Please explain why Circle Payments and Augustech list the same principal place of business on their corporate registrations. Please also either refer us to Augustech's counsel for the subpoena or explain why Poloniex LLC is unable to do so.

We are available to meet and confer.

5

Yours,

**Rachel Slepoi\***
Law Clerk  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

---

+1 212.390.9097  [O]
+1 908.590.9308  [M]

\* Not admitted to the Bar.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.