

May 19, 2023

<u>Via ECF and E-mail</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY  10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
      **Letter Motion to File Letter And Exhibits Under Seal**

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Plaintiffs' May 19, 2023 Letter Motion for Clarification or Modification of the Court's orders regarding the Anonymous Trader ("<u>Plaintiffs' Letter Motion</u>"), as well as its attached exhibits, under seal.

    Information contained in Plaintiffs' Letter Motion concerns the Anonymous Trader and is therefore to be treated as "strictly AEO in the first instance." ECF No. 195 at 2. Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Letter Motion, as well as the attached exhibits, under seal to comply with the Court's prior orders. *See* Dkts. 195, 215.

Respectfully submitted,

| /s/  *Andrew R. Dunlap* | /s/  *Todd M. Schneider* |
|---|---|
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Avenue of the Americas | KONECKY LLP |
| New York, NY  10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA  94608 |
| adunlap@selendygay.com | tschneider@schneiderwallace.com |
| oshine@selendygay.com | mweiler@schneiderwallace.com |
|  | mhite@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

2