UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | 19 Civ. 9236 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On May 19, 2023, Plaintiffs submitted a letter motion seeking clarification or modification of this Court's prior orders concerning the Anonymous Trader. (Dkt. #358). On May 22, 2022, the Anonymous Trader corresponded with the Court regarding Plaintiffs' letter request, and would like to submit a response via email to Chambers. The Court GRANTS the Anonymous Trader's request, and the Anonymous Trader is directed to submit a response by **May 25, 2023**. Once the Court receives the Anonymous Trader's response, the Court will docket the response under seal, viewable only to the parties to this case.

  If any other party to this action wishes to submit a response to Plaintiffs' letter motion, such response must likewise be filed by **May 25, 2023.**

  SO ORDERED.

Dated: May 23, 2023
    New York, New York

                */s/ Katherine Polk Failla*
                KATHERINE POLK FAILLA
                United States District Judge