Case 1:19-cv-09236-KPF   Document 375   Filed 06/02/23   Page 1 of 2

 

June 1, 2023

<u>**Via ECF and E-mail**</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    **Re:**    *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
            Letter Motion to File Exhibits Under Seal

**MEMO ENDORSED**

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Exhibits 1, 2, 3, 4, and 5 to Plaintiffs' June 1, 2023 Letter Motion to the Court ("<u>Plaintiffs' Letter Motion</u>") under seal.

    Exhibits 1–5 contain information that has been designated as Confidential or Attorneys' Eyes Only by Defendants pursuant to this Court's Protective Order. ECF No. 151, at ¶ 3. Plaintiffs do not object to the characterization of these exhibits and related redacted information as Confidential or Attorneys' Eyes Only for the limited purposes of this filing.

    Accordingly, Plaintiffs respectfully request leave to file Exhibits 1–5 to Plaintiffs' Letter Motion under seal to avoid any improper disclosure of information Defendants have designated as Confidential or Attorneys' Eyes Only. *See* ECF No. 151, at ¶ 4.b.

Hon. Katherine Polk Failla
June 1, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Andrew R. Dunlap | /s/ Todd M. Schneider |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| adunlap@selendygay.com | tschneider@schneiderwallace.com |
| oshine@selendygay.com | mweiler@schneiderwallace.com |
| | mhite@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry
372.

Dated:     June 2, 2023
           New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE