**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re Tether and Bitfinex Crypto Asset Litigation          Case No. 19-CV-09236 (KPF)

                                                     **NOTICE OF APPEARANCE**

-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Andrew Noor Shindi of Willkie Farr & Gallagher LLP, with offices located at 787 Seventh Avenue, New York, New York, hereby appears as counsel for Defendant Philip G. Potter in the above-captioned matter, and further requests that copies of all papers in this action be served upon the undersigned.

Dated: June 5, 2023
       New York, New York

                                                  **WILLKIE FARR & GALLAGHER LLP**

                                                  By:  /s/ *Andrew Noor Shindi*
                                                  Andrew Noor Shindi
                                                  Willkie Farr & Gallagher LLP
                                                  787 Seventh Avenue
                                                  New York, NY 10019-6099
                                                  Tel:  (212) 728-8944
                                                  Email: ashindi@willkie.com

                                                  *Attorney for Defendant Philip G. Potter*