

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 5, 2023


BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:  *In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.)**

Dear Judge Failla:

We represent the "B/T Defendants."  We respectfully request permission to file under seal Exhibit 1 to the B/T Defendants' opposition to Plaintiffs' motion for a three-month extension to the case schedule (Dkt. No. 373).

Exhibit 1 contains detailed, highly sensitive information regarding the personal crypto accounts and/or transactions of the B/T Defendants' officers, employees, and agents (who are not themselves parties to this case).  As courts have recognized in the analogous context of banking records, "the asserted interests in protecting non-party privacy, proprietary business information, and business records outweigh[] the public's right to access" those materials.  *SEC v. Telegram Grp., Inc.*, 2020 WL 3264264, at *6 (S.D.N.Y. June 17, 2020).  Thus, courts in this Circuit routinely permit such information to be filed under seal given the "strong privacy interests" at issue.  *SEC v. Ripple Labs, Inc.*, 2022 WL 17751466, at *4 (S.D.N.Y. Dec. 19, 2022).

The B/T Defendants therefore respectfully request leave to file Exhibit 1 under seal.

Respectfully submitted,

/s/ Elliot Greenfield