IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>Plaintiff(s) )<br>)<br>v.  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendant(s) )<br>)<br>) | Case No.: 19-cv-9236 (KPF) |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/ Elliot Greenfield
Attorney for Bitfinex/Tether Defendants
Address:
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001

Date: 06/16/2023