IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TETHER AND BITFINEX )
CRYPTO ASSET LITIGATION )
)
)
)
)
Plaintiff(s) )   **MEMO ENDORSED**
)
v. )   Case No.: 19-cv-9236 (KPF)
)
)
)
)
)
)
)
Defendant(s) )
)
)

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/ Elliot Greenfield

Attorney for Bitfinex/Tether Defendants
Address:
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001

Application GRANTED.  The B/T Defendants shall file any statement of redaction within 21 days from the filing of the transcript.

Dated:    June 20, 2023
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE