UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
::::::::::::
IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION

Case No. 19-cv-9236 (KPF)

NOTICE OF REDACTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that Defendant Tether Holdings has requested redactions to the transcript of the status conference held on June 6, 2023, ECF No. 384, by submitting the completed Redaction Request to the court reporter.

Dated: New York, New York
       June 28, 2023

                DEBEVOISE & PLIMPTON LLP

                By: */s/ Elliot Greenfield* _____
                    Elliot Greenfield
                    egreenfield@debevoise.com
                    66 Hudson Boulevard
                    New York, New York  10001
                    (212) 909-6000

                    *Attorney for Bitfinex/Tether Defendants*