# Exhibit C

| | |
|---|---|
| **From:** | Laura King <lking@selendygay.com> |
| **Sent:** | Friday, June 16, 2023 4:16 PM |
| **To:** | Greenfield, Elliot; Born, Natascha; Hahn, Ashley V.; Schlegelmilch, Stephan J; Schaper, Michael; O'Connor, Maeve; michael@mjllaw.com; 'William Kraus' |
| **Cc:** | Tether Team |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) |

**\*EXTERNAL\***

Thanks, Elliot.  We are available on 6/21 between 2-3pm.  We would like to discuss the deposition issues addressed in our letter dated June 8, 2023 and RFP 35.

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
---------------------------------------------
+1 212.390.9352  [O]

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Friday, June 16, 2023 12:19 PM
**To:** Laura King <lking@selendygay.com>; Born, Natascha <nborn@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; michael@mjllaw.com; 'William Kraus' <William.Kraus@fisherbroyles.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

Hi Laura.   I'm traveling this week, but we're available to meet and confer on 6/21 from 2-4pm ET or 6/22 from 11am-1pm ET.   Please let us know which particular issues you'd like to discuss.

On June 8, you said you would discuss the B/T Defendants' request for Plaintiffs' tax returns with your clients.   We have not heard back from you on that request and assume we remain at an impasse.   Please let us know right away if that is not the case.

Thanks,
Elliot

**Elliot Greenfield** | Debevoise & Plimpton LLP | egreenfield@debevoise.com | +1 212 909 6772 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King [mailto:lking@selendygay.com]
**Sent:** Friday, June 16, 2023 11:34
**To:** Greenfield, Elliot; Born, Natascha; Hahn, Ashley V.; Schlegelmilch, Stephan J; Schaper, Michael; O'Connor, Maeve; michael@mjllaw.com; 'William Kraus'
**Cc:** Tether Team
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

**\*EXTERNAL\***

Counsel:

Over a week ago, we requested a meet and confer, and we have not heard from you on your availability. We need to meet and confer promptly so that we can either resolve these issues or submit them for resolution promptly.

Please let us know your availability to meet and confer on Tuesday. If we do not receive a response by close of business on Tuesday, then we will understand the parties to be at impasse.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
---------------------------------------------
+1 212.390.9352  [O]

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Monday, June 12, 2023 10:35 AM
**To:** Laura King <lking@selendygay.com>; Born, Natascha <nborn@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; michael@mjllaw.com; 'William Kraus' <William.Kraus@fisherbroyles.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

Laura,

We're not available this afternoon. We'll get back to you shortly with proposed dates/times for a meet and confer.

Thanks,
Elliot

**Elliot Greenfield** | Debevoise & Plimpton LLP | egreenfield@debevoise.com | +1 212 909 6772 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by

return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at [www.debevoise.com](www.debevoise.com).

---

**From:** Laura King [mailto:lking@selendygay.com]
**Sent:** Thursday, June 08, 2023 18:23
**To:** Greenfield, Elliot; Born, Natascha; Hahn, Ashley V.; Schlegelmilch, Stephan J; Schaper, Michael; O'Connor, Maeve; michael@mjllaw.com; 'William Kraus'
**Cc:** Tether Team
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

**\*EXTERNAL\***

---

Counsel,

Please see attached. We would like to meet and confer regarding the attached letters and RFP 35 on Monday, at any point from 3 pm to 6 pm.

With respect to RFP 35, we understood you to represent at the discovery conference that you are now seeking only the schedules to Plaintiffs' tax returns covering Plaintiffs' cryptoasset transactions. We will discuss this new proposal with our clients and respond as promptly as we can, but likely not by your requested date of June 9.

Please let us know your availability to meet and confer between 3-6pm on Monday.

Thanks,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
---------------------------------------------
+1 212.390.9352  [O]