

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 28, 2023

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.)

Dear Judge Failla: 

We represent the "B/T Defendants." We respectfully request permission to file under seal Exhibits B, D-I, and K to the B/T Defendants' Letter Motion to Compel. The sealed exhibits contain information that has been designated as Confidential or Attorneys' Eyes Only by Plaintiffs pursuant to this Court's protective order. ECF No. 151. The B/T Defendants do not object to the characterization of these Exhibits as Confidential or Attorneys' Eyes Only for the limited purpose of this filing.

The B/T Defendants therefore respectfully request leave to file Exhibits B, D-I, and K under seal.

Respectfully submitted,

/s/ Elliot Greenfield

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket
entry 391.

Dated:    June 29, 2023                SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE