# Exhibit 13
# Filed Under Seal

## Excerpted From Document Bearing Bates Number BITFINEX_TETHER_1058727