

July 5, 2023

<u>**Via ECF and E-mail**</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
      Letter Motion to File Exhibits Under Seal

Dear Judge Failla,

      We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file the exhibits to Plaintiffs' July 5, 2023 letter in opposition to B/T Defendants' June 28, 2023 letter motion, ECF 393, ("<u>Plaintiffs' Opposition Letter</u>") under seal.

      The exhibits to Plaintiffs' Opposition Letter contain sensitive personal and financial information of the named Plaintiffs in this action, including wallet addresses, account information, and transaction information. Due to the risk of hacking or other improper use of Plaintiffs' information, public disclosure of these documents would put the named Plaintiffs' security at risk. *See Bunkers Int'l v. Orient Oil*, 2008 WL 5431166, at *1 (S.D.N.Y. Dec. 23, 2008) (holding that "bank account numbers and wire transfer information" should be filed under seal because "[t]here is very little need for public access to such information and the potential for harm through bank fraud or identity theft is great"). These documents have been designated as Confidential or Attorneys' Eyes Only pursuant to the Protective Order. ECF No. 151, at ¶ 3. Defendants have not challenged that designation.

      Accordingly, Plaintiffs respectfully request leave to file the exhibits to Plaintiffs' Opposition Letter under seal to avoid public disclosure of Plaintiffs' sensitive personal and financial information.

Hon. Katherine Polk Failla
July 5, 2023

    Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Dunlap* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| 1290 Sixth Avenue | 2000 Powell Street, Suite 1400 |
| New York, NY 10104 | Emeryville, CA 94608 |
| pselendy@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | mweiler@schneiderwallace.com |
| oshine@selendygay.com | mhite@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)