UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No: 19 Civ. 9236 (KPF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ashley V. Hahn of Debevoise & Plimpton LLP hereby appears on behalf of Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
July 7, 2023

                                DEBEVOISE & PLIMPTON LLP

                                <u>/s/ *Ashley V. Hahn*</u>
                                Ashley V. Hahn
                                avhahn@debevoise.com
                                66 Hudson Boulevard
                                New York, New York 10001
                                Tel: (212) 909-6000

*Attorney for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini*