UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 19 Civ. 9236 (KPF) |

**NOTICE OF PLAINTIFFS' MOTION FOR ISSUANCE OF A LETTER OF REQUEST**

      Plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, and Pinchas Goldshtein, by and through their undersigned counsel, hereby move, pursuant to the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Mar. 18, 1970, 23 U.S.T. 2555; 28 U.S.C. § 1781; Federal Rule of Civil Procedure 28; and this Court's inherent authority for an Order granting the relief requested in the attached memorandum of law; namely, that this Court (1) sign Plaintiffs' proposed Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Letter of Request"), attached as Exhibit 1 to the accompanying Declaration of Laura M. King, (2) instruct the Clerk of Court to affix the Court's seal thereto, (3) instruct the Clerk of Court to transmit the Letter to █████████████████████████, and (4) issue any other relief that may be just, necessary, and proper.

      The grounds for this Motion are set forth in the accompanying memorandum of law.

Dated: New York, NY
July 19, 2023

Respectfully submitted,

By: /s/  *Oscar Shine*

| | |
|---|---|
| Todd M. Schneider* | Philippe Z. Selendy |
| Matthew S. Weiler* | Andrew R. Dunlap |
| Mahzad K. Hite* | Oscar Shine |
| SCHNEIDER WALLACE | Laura M. King |
| COTTRELL KONECKY LLP | SELENDY GAY ELSBERG PLLC |
| 2000 Powell Street, Suite 1400 | 1290 Avenue of the Americas |
| Emeryville, CA  94608 | New York, NY  10104 |
| Tel: 415-421-7100 | Tel: 212-390-9000 |
| tschneider@schneiderwallace.com | pselendy@selendygay.com |
| mweiler@schneiderwallace.com | adunlap@selendygay.com |
| mhite@schneiderwallace.com | oshine@selendygay.com |
| | lking@selendygay.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

*(*pro hac vice*)