

July 31, 2023



**Via ECF and E-mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) – Motion to File Exhibits to Joint Letter Under Seal

Dear Judge Failla,

We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file the exhibits to the parties' Joint Letter in response to the Court's Order dated July 27, 2023 (ECF 415) (the "Joint Letter") under seal.

The exhibits to the Joint Letter contain information related to the Anonymous Trader and are therefore to be treated as "strictly AEO in the first instance." ECF 195 at 2. The exhibits to the Joint Letter contain the Anonymous Trader's identifying information, including his name and email address. Accordingly, Plaintiffs respectfully request leave to file the exhibits to the Joint Letter under seal to comply with the Court's prior orders. *See* ECF Nos. 195, 215.

Hon. Katherine Polk Failla
July 31, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Andrew R. Dunlap | /s/ Todd M. Schneider |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| Laura M. King | SCHNEIDER WALLACE COTTRELL |
| SELENDY GAY ELSBERG PLLC | KONECKY LLP |
| 1290 Sixth Avenue | 2000 Powell Street, Suite 1400 |
| New York, NY 10104 | Emeryville, CA 94608 |
| pselendy@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | mweiler@schneiderwallace.com |
| oshine@selendygay.com | mhite@schneiderwallace.com |
| lking@selendygay.com | |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

---

```
Application GRANTED.  The Clerk of Court is directed to maintain docket
entry 417 under seal, viewable only to the parties and the Court.  The
Clerk of Court is also directed to terminate the pending motion at
docket entry 416.
```

Dated:   August 1, 2023
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2