**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
In re Tether and Bitfinex Crypto Asset Litigation                  Case No. 1:9-CV-09236-KPF
                                                                 :

                                                                 :
-----------------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE* FOR SOREN K. YOUNG, ESQ.

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Soren K. Young, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Poloniex, LLC in the above-captioned action.

I am admitted to practice law and a member in good standing of the bars of the State of South Carolina and the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have paid the fee required under Local Rule 1.3. In addition, I have attached the affidavit required pursuant to Local Rule 1.3.

[*Remainder of page intentionally left blank*]

Date: August 15, 2023

                          NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Soren K. Young
     Soren K. Young
     1320 Main Street, 17th Floor
     Columbia, SC 29201
     P: 803-255-9729
     F: 803-256-7500
     soren.young@nelsonmullins.com

*Attorney for Poloniex, LLC*