**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                             :

In re Tether and Bitfinex Crypto Asset Litigation     Case No. 1:9-CV-09236-KPF
                                                             :

                                                             :
---------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Soren K. Young, Esq. ("Applicant") for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is admitted to practice law and a member in good standing of the bars of the State of South Carolina and the District of Columbia. Applicant's contact information is as follows:

>Soren K. Young
>NELSON MULLINS RILEY & SCARBOROUGH LLP
>1320 Main Street, 17th Floor
>Columbia, SC 29033
>P: 803-255-9729
>F: 803-256-7500
>soren.young@nelsonmullins.com

Applicant having requested admission *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York;

**IT IS HEREBY ORDERED** that Applicant's motion is granted and that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this ____ of _____, 2023.

                                                             By: _____
                                                                  Honorable Katherine Polk Failla
                                                                   United States District Judge