**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
                                                                   :
In re Tether and Bitfinex Crypto Asset Litigation                          Case No. 19-CV-09236 (KPF)
                                                                   :
                                                                           **NOTICE OF APPEARANCE**
                                                                   :
------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that Timothy Valliere of Valliere LLC, with offices

located at 43 West 43rd Street, Suite 115, New York, New York, hereby appears as co-

counsel for Defendant Philip G. Potter in the above captioned matter, and further requests that

copies of all papers in this action be served upon the undersigned.


Dated: August 23, 2023
New York, New York

                       **VALLIERE LLC**


                       */ s / Timothy A. Valliere*
                       Timothy A. Valliere
                       Valliere LLC
                       43 West 43rd Street, Suite 115
                       New York, NY 10036-7424
                       Tel.: (212) 755-5219
                       Email: TValliere@tavlaw.com

                       *Attorney for Defendant Philip G. Potter*