

August 31, 2023



**Via ECF and E-mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re:**   ***In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
Letter Motion to File Exhibits Under Seal**

Dear Judge Failla,

We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file the exhibits to Plaintiffs' August 31, 2023 Letter Motion to the Court ("<u>Plaintiffs' Letter Motion</u>") under seal, and Plaintiffs' Letter Motion in redacted form.

Plaintiffs' Letter Motion, and the exhibits thereto, contain information that has been designated as Confidential or Attorneys' Eyes Only by Defendants pursuant to this Court's Protective Order. ECF No. 151, at ¶ 3. Plaintiffs do not object to the characterization of these exhibits and related redacted information as Confidential or Attorneys' Eyes Only for the limited purposes of this filing.

Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Letter Motion in redacted form, and the exhibits thereto under seal, to avoid any improper disclosure of information Defendants have designated as Confidential or Attorneys' Eyes Only. *See* ECF No. 151, at ¶ 4.b.

Hon. Katherine Polk Failla
August 31, 2023

Respectfully submitted,

_/s/ Andrew R. Dunlap_                          _/s/ Todd M. Schneider_
Philippe Z. Selendy                        Todd M. Schneider (*pro hac vice*)
Andrew R. Dunlap                           Matthew S. Weiler (*pro hac vice*)
Oscar Shine                                Mahzad K. Hite (*pro hac vice*)
SELENDY GAY ELSBERG PLLC                    SCHNEIDER WALLACE COTTRELL
1290 Sixth Avenue                          KONECKY LLP
New York, NY 10104                         2000 Powell Street, Suite 1400
pselendy@selendygay.com                    Emeryville, CA 94608
adunlap@selendygay.com                     tschneider@schneiderwallace.com
oshine@selendygay.com                      mweiler@schneiderwallace.com
                                           mhite@schneiderwallace.com

                                           *Interim Lead Counsel and Attorneys for*
                                           *Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

Application GRANTED.  The Clerk of Court is directed to maintain docket
entry 425 under seal, viewable only to the parties and the Court.  The Clerk
of Court is also directed to terminate the pending motion at docket entry
424.

Dated:     August 31, 2023            SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE

2