**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 1:19-cv-09236-KPF |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR CAITLIN R. SULLIVAN, ESQ.**

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Caitlin R. Sullivan, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Poloniex, LLC in the above-captioned action.

I am admitted to practice law and a member in good standing of the bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have paid the fee required under Local Rule 1.3. In addition, I have attached the affidavit required pursuant to Local Rule 1.3.

[*Remainder of page intentionally left blank*]

Date: September 1, 2023

                                                                NELSON MULLINS RILEY & SCARBOROUGH LLP

By:
          /s/ Caitlin R. Sullivan
          Caitlin R. Sullivan, Esq.
          One Financial Center, Suite 3500
          Boston, MA 02111
          P: 617-217-4665
          F: 617-217-4710
          caitlin.sullivan@nelsonmullins.com

*Attorney for Poloniex, LLC*