IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 1:19-cv-09236-KPF |

**AFFIDAVIT OF CAITLIN R. SULLIVAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Caitlin R. Sullivan, being duly sworn, depose and state:

1. I am an attorney duly admitted to practice law and a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I am an attorney for Defendant Poloniex, LLC.

3. I am submitting this affidavit in support of my motion for admission *pro hac vice*.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There have been no disciplinary proceedings instituted against me or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. I have paid the fee required under Local Rule 1.3.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, I, Caitlin R. Sullivan, hereby respectfully move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Poloniex, LLC in the above-captioned matter.

Dated this 30th day of August, 2023

*/s/ Caitlin R. Sullivan*
Caitlin R. Sullivan, Esq.

SUBSCRIBED AND SWORN TO before me this 30th day of August, 2023.



*/s/ Elizabeth C. Doud*

Print Name: Elizabeth C. Doud

NOTARY PUBLIC in and for the Commonwealth of Massachusetts,

Residing at Boston

My appointment expires: 11/23/29