**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 1:19-cv-09236-KPF |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Caitlin R. Sullivan, Esq. ("Applicant") for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that she is admitted to practice law and a member in good standing of the bar of the Commonwealth of Massachusetts. Applicant's contact information is as follows:

> Caitlin R. Sullivan
> NELSON MULLINS RILEY & SCARBOROUGH LLP
> One Financial Center, Suite 3500
> Boston, MA 02111
> P: 617-217-4665
> F: 617-217-4710
> caitlin.sullivan@nelsonmullins.com

Applicant having requested admission *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York;

**IT IS HEREBY ORDERED** that Applicant's motion is granted and that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated this \_\_\_\_ of _____, 2023.

By: _____
Honorable Katherine Polk Failla
United States District Judge