# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 19 Civ. 9236 (KPF) |

### NOTICE OF DEPOSITION OF PAOLO ARDOINO

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action, by and through their undersigned counsel, will take the deposition upon oral examination, under oath, of Paolo Ardoino. The deposition will commence at 9:00 A.M. Eastern Standard Time on June 14, 2023, at the offices of Selendy Gay Elsberg PLLC, 1290 Avenue of the Americas, New York, N.Y. 10104, or at some other time or place agreed upon by the parties. The deposition will be taken for the purposes of discovery, for use as evidence at trial, and for all other purposes authorized by the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Southern District of New York. The deposition will be taken before an officer authorized to administer oaths under the laws of the United States, recorded by stenographic means, and videotaped. All counsel of record are invited to attend and participate.

Dated: New York, NY
May 19, 2023

SELENDY GAY ELSBERG PLLC

By:   /s/    *Andrew R. Dunlap*
Philippe Z. Selendy
Andrew R. Dunlap
Oscar Shine
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
pselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com

Todd M. Schneider (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
Mahzad K. Hite (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
mhite@schneiderwallace.com

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Laura King, hereby certify that on the 19th day of May, 2023, I caused to be served a copy of the foregoing document upon counsel for the B/T Defendants, Philip G. Potter, Bittrex, Inc., and Poloniex, LLC by electronic mail.

Dated: New York, New York
May 19, 2023

/s/   *Laura King*
Laura King