# Exhibit 7

| | |
|---|---|
| **From:** | Hahn, Ashley V. |
| **To:** | Laura King; Anne Arcoleo; Born, Natascha; Greenfield, Elliot; Schlegelmilch, Stephan J; "William Kraus"; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael; Tegrar, Steven |
| **Cc:** | Tether Team |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Deposition Scheduling |
| **Date:** | Wednesday, August 30, 2023 7:14:27 PM |

Counsel,

As we explained during the August 11, 2023 meet and confer, we are not able to designate witnesses for topics until we agree on the scope of the topics.

We understand the parties have reached agreement on topics 1-2, 5-9, 11-15, 19-21, and 24, and the B/T Defendants have proposed additional compromises on topics 3, 10, and 18.

Pending agreement on those topics, Stuart Hoegner will provide testimony on topics 1-3, 9, 15, and 21, and Paolo Ardoino will provide testimony on topics 5-8, 10-14, 18-20, and 24.

Thank you,
Ash Hahn

**Ashley V. Hahn** │ Associate │ Debevoise & Plimpton LLP │ avhahn@debevoise.com │ +1 212 909 6320 │ www.debevoise.com
Preferred Pronouns: she/her/hers

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King <lking@selendygay.com>
**Sent:** Tuesday, August 29, 2023 2:58 PM
**To:** Anne Arcoleo <aarcoleo@selendygay.com>; Born, Natascha <nborn@debevoise.com>; Greenfield, Elliot <egreenfield@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Deposition Scheduling

**\*EXTERNAL\***

Counsel,

On our meet and confer on August 11, 2023, we asked you to identify which topics would be

covered by Mr. Ardoino and Mr. Hoegner for the Bitfinex 30(b)(6) deposition.  Please let us know the appropriate designees for each topic no later than close of business on August 30, 2023.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

------------------------------------------

+1 212.390.9352  [O]

**From:** Anne Arcoleo <aarcoleo@selendygay.com>
**Sent:** Monday, August 28, 2023 5:08 PM
**To:** Born, Natascha <nborn@debevoise.com>; Laura King <lking@selendygay.com>; Greenfield, Elliot <egreenfield@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Deposition Scheduling

Counsel,

Please see the attached response.

Regards,
Anne

**Anne Arcoleo**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

------------------------------------------

+1 212.390.9091 [O]
+1 646.830.5673  [M]

**From:** Born, Natascha <nborn@debevoise.com>
**Sent:** Friday, August 18, 2023 6:05 PM
**To:** Laura King <lking@selendygay.com>; Greenfield, Elliot <egreenfield@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>

**Cc:** Tether Team <tetherteam@schneiderwallace.com>

**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Deposition Scheduling

> **Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Counsel:

Please see the attached correspondence.

Regards,

Natascha

**Natascha Born** | Associate | Debevoise & Plimpton LLP | nborn@debevoise.com | +1 212 909 6821 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King <lking@selendygay.com>
**Sent:** Tuesday, August 15, 2023 6:50 PM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; Born, Natascha <nborn@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Deposition Scheduling

**\*EXTERNAL\***

Counsel,

Please see attached.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]

Pronouns: she, her, hers
------------------------------------------
+1 212.390.9352  [O]