# Exhibit 8

## Anne Arcoleo

| | |
|---|---|
| **From:** | Laura King |
| **Sent:** | Thursday, September 7, 2023 3:04 PM |
| **To:** | Greenfield, Elliot; Born, Natascha; Anne Arcoleo; Schlegelmilch, Stephan J; Hahn, Ashley V.; 'William Kraus'; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael; Tegrar, Steven |
| **Cc:** | Tether Team |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Depositions |

Counsel,

That is not acceptable.

You informed us last night that B/T Defendants were unilaterally postponing Mr. Ardoino's depositions that were scheduled for next Tuesday and Wednesday. We told you that we did not consent and intended to move the Court to compel you to produce him next week if we could not promptly resolve the issue today. You now refuse to meet with us until after business hours today or tomorrow, which would delay our ability to seek timely relief.

As you have declined to timely meet and confer and have not agreed to produce Mr. Ardoino on the previously agreed dates, we understand the parties to be at impasse and will move the Court for relief.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers

───────────────────────────────

+1 212.390.9352  [O]

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Thursday, September 7, 2023 1:12 PM
**To:** Laura King <lking@selendygay.com>; Born, Natascha <nborn@debevoise.com>; Anne Arcoleo <aarcoleo@selendygay.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Depositions

Laura, we can be available today at 7pm or later.   We're also free tomorrow morning if that works better.

Thanks,
Elliot

**Elliot Greenfield**  |  Debevoise & Plimpton LLP  |  egreenfield@debevoise.com  |  +1 212 909 6772  |  66 Hudson Boulevard, New York, NY 10001  |
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-

mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King [mailto:lking@selendygay.com]
**Sent:** Thursday, September 07, 2023 11:39
**To:** Greenfield, Elliot; Born, Natascha; Anne Arcoleo; Schlegelmilch, Stephan J; Hahn, Ashley V.; 'William Kraus'; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael; Tegrar, Steven
**Cc:** Tether Team
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Depositions

**\*EXTERNAL\***

Counsel,

Please make every effort to meet and confer with us as promptly today as possible. If the parties cannot resolve this issue in short order, Plaintiffs intend to file a motion today asking that the Court compel B/T Defendants produce Mr. Andonio for his Rule 30(b)(6) testimony on agreed topics and his individual testimony on September 12 and 13, 2023, respectively, as the parties had agreed. B/T Defendants should be preparing Mr. Andonio to testify on those dates.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
---------------------------------------------
+1 212.390.9352  [O]

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Thursday, September 7, 2023 10:39 AM
**To:** Laura King <lking@selendygay.com>; Born, Natascha <nborn@debevoise.com>; Anne Arcoleo <aarcoleo@selendygay.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Depositions

Laura, we're not available at 11am this morning but will get back to you shortly with available times.  Thanks.

**Elliot Greenfield** │ Debevoise & Plimpton LLP │ egreenfield@debevoise.com │ +1 212 909 6772 │ 66 Hudson Boulevard, New York, NY 10001 │ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King [mailto:lking@selendygay.com]
**Sent:** Thursday, September 07, 2023 09:24
**To:** Born, Natascha; Anne Arcoleo; Greenfield, Elliot; Schlegelmilch, Stephan J; Hahn, Ashley V.; 'William Kraus'; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael; Tegrar, Steven

**Cc:** Tether Team
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Depositions

***EXTERNAL*so*

Counsel,

We do not agree to reschedule Mr. Ardonio's depositions.

Plaintiffs served a notice for his individual deposition on May 19, 2023. They served a Rule 30(b)(6) notice identifying the topics on which you have agreed that he will testify as a corporate representative on May 15, 2023, and revised notice with those topics on July 18, 2023.

Plaintiffs' motion to compel Bitfinex to offer corporate testimony on additional topics is not good cause to delay these depositions. You have had months to prepare Mr. Ardonio for his individual deposition and to provide corporate testimony on agreed Topics 5-8, 10-14, 18-20, and 24. If the Court grants Plaintiffs' motion, and B/T Defendants opt to designate Mr. Ardonio to present corporate testimony on additional topics, you can produce him for a supplemental deposition on those topics on a later date.

Please either (1) confirm that you will produce Mr. Ardonio for his scheduled depositions next week; or (2) be prepared to meet and confer at 11 am this morning.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
_____
+1 212.390.9352  [O]

**From:** Born, Natascha <nborn@debevoise.com>
**Sent:** Wednesday, September 6, 2023 6:57 PM
**To:** Laura King <lking@selendygay.com>; Anne Arcoleo <aarcoleo@selendygay.com>; Greenfield, Elliot <egreenfield@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'William Kraus' <William.Kraus@fisherbroyles.com>; michael@mjllaw.com; cbeal@dmablaw.com; sahuja@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Tegrar, Steven <sgtegrar@debevoise.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) Depositions

Counsel:

Given that we do not yet have a final list of topics for the Bitfinex Defendants' Rule 30(b)(6) deposition, we will have to postpone Mr. Ardoino's depositions, which are currently scheduled for next Tuesday and Wednesday.

Plaintiffs waited to serve their Rule 30(b)(6) notice directed towards the Bitfinex Defendants until July 18 and then dragged out negotiations over the topics for over six weeks.  And even though the B/T Defendants offered meaningful compromises for the vast majority of Plaintiffs' twenty-four topics, Plaintiffs moved to compel yet more testimony before the Labor Day weekend, further delaying matters.  We had planned to prepare Mr. Ardoino this week but will not be able to do so in light of Plaintiffs' pending motion.

Mr. Ardoino is available for his depositions on October 10 and 11.

If Plaintiffs still intend to serve a Rule 30(b)(6) notice to the Tether Defendants, we ask again that you do so without any further delay.

Regards,

Natascha

**Debevoise**
**&Plimpton**

**Natascha Born**
Associate

nborn@debevoise.com
+1 212 909 6821 (Tel)

66 Hudson Boulevard
New York, NY 10001
www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.