UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No.: 1:19-cv-09236-KPF<br><br>**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* OF COLLEEN BAL** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Colleen Bal hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Poloniex, LLC in the above-captioned action.

I am in good standing with the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 6, 2023       Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Colleen Bal
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (650) 320-4708
Facsimile: (866) 974-7329
Email: cbal@wsgr.com

*Counsel for Defendant Poloniex, LLC*