UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No.: 1:19-cv-09236-KPF<br><br>**AFFIDAVIT OF COLLEEN BAL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF COLLEEN BAL** |

Colleen Bal, hereby states:

1. I am an attorney with the firm of Wilson Sonsini Goodrich & Rosati, P.C.
2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing with the State Bar of California.
4. I have never been convicted of a felony.
5. There are no pending disciplinary proceedings against me in any state or federal court.
6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
7. My contact information is as follows:

    Colleen Bal
    Wilson Sonsini Goodrich & Rosati, P.C.
    One Market Plaza
    Spear Tower, Suite 3300
    San Francisco, California 94105
    Telephone: (650) 320-4708
    Facsimile: (866) 974-7329
    Email: cbal@wsgr.com

8. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Defendant Poloniex, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of September, 2023.

_____
Colleen Bal

1

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____        _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _San Francisco_

YOLANDA L. WAGEMANS
Notary Public - California
San Francisco County
Commission # 2394995
My Comm. Expires Mar 24, 2026

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 20____,
by      Date            Month         Year
(1) _____
(and 2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

Seal
Place Notary Seal Above

─────────────────── OPTIONAL ───────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit of Colleen Bal ISO Motion for admission PHV_   Document Date: _9/7/23_
Number of Pages: _2_   Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910