September 8, 2023

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:*   *In re Tether and Bitfinex Crypto Asset Litigation,* **19-CV-09236 (KPF)**

Dear Judge Failla,

      We write on behalf of all parties in response to the Court's August 2, 2023 order (ECF 420) that the parties agree on a protocol for limiting access to and use of any video recording of the deposition of the Anonymous Trader. Attached as Exhibit A is the parties' and the Anonymous Trader's agreed-upon protocol for limiting access and use of the video recording of the Anonymous Trader's deposition, scheduled for Sunday, September 10, 2023.

Respectfully submitted,

Counsel for the Parties:

_____           _____

/s/ Andrew R. Dunlap                                         /s/ Elliot Greenfield
Andrew R. Dunlap                                              Maeve L. O'Connor
Oscar Shine                                                         Michael Schaper
Laura M. King                                                    Elliot Greenfield
SELENDY GAY ELSBERG PLLC              Stephan J. Schlegelmilch
1290 Sixth Avenue                                            Natascha Born
New York, NY 10104                                        Ashley V. Hahn
adunlap@selendygay.com                            DEBEVOISE & PLIMPTON LLP
oshine@selendygay.com                              66 Hudson Boulevard New York, NY 10001
lking@selendygay.com                                 mloconnor@debevoise.com
                                                                              mschaper@debevoise.com
/s/ Todd M. Schneider                                   egreenfield@debevoise.com
Todd M. Schneider (*pro hac vice*)              sjschlegelmilch@debevoise.com
Matthew S. Weiler (*pro hac vice*)              nborn@debevoise.com
Mahzad K. Hite (*pro hac vice*)                   avhahn@debevoise.com
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400                    Michael Jason Lee, Esq.
Emeryville, CA 94608                                     Law Offices of Michael Jason Lee, APLC
tschneider@schneiderwallace.com          4660 La Jolla Village Drive, Suite 100
mweiler@schneiderwallace.com              San Diego, CA 92122
mhite@schneiderwallace.com                  michael@mjllaw.com

*Interim Lead Counsel and Attorneys for the*
*Plaintiffs and the Proposed Class*                Sunjina K. Ahuja, Esq.
                                                                             Christopher J. Beal
                                                                             Dillon Miller Ahuja & Boss, LLP
                                                                             5872 Owens Ave., Suite 200
                                                                             San Diego, CA 92008
                                                                             sahuja@dmalaw.com
                                                                             cbeal@dmalaw.com

*Attorneys for Defendants iFinex Inc., Dig-*
*Finex Inc., BFXNA Inc., BFXWW Inc., Tether*
*International Limited, Tether Operations*
*Limited, Tether Holdings Limited, Tether*
*Limited, Giancarlo Devasini, and Ludovicus*
*Jan van der Velde*

2

/s/ Charles D. Cording
Charles D. Cording
Andrew N. Shindi
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
ccording@willkie.com

Timothy A. Valliere
VALLIERE LLC
43 West 43rd Street, Suite 115
New York, NY 10036-7424
tvalliere@tavlaw.com

*Attorneys for Defendant Philip G. Potter*

/s/ Matthew G. Lindenbaum
Matthew G. Lindenbaum (*pro hac vice*)
Matthew E. Brown (*pro hac vice* application forthcoming)
Caitlin Sullivan (*pro hac vice*)
NELSON MULLINS RILEY & SCAR-BOROUGH LLP
One Financial Center, Suite 3500
Boston, MA 02111
Telephone
matthew.lindenbaum@nelsonmullins.com
matt.brown@nelsonmullins.com
caitlin.sullivan@nelsonmullins.com

Robert L. Lindholm
NELSON MULLINS RILEY & SCAR-BOROUGH LLP
330 Madison Avenue
27th Floor
New York, New York 10017
robert.lindholm@nelsonmullins.com

*Attorneys for Poloniex, LLC*