UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No.: 1:19-cv-09236-KPF<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF COLLEEN BAL** |

The motion of Colleen Bal for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing with the bar of the state of California; and that her contact information is as follows:

> Colleen Bal
> Wilson Sonsini Goodrich & Rosati, P.C.
> One Market Plaza
> Spear Tower, Suite 3300
> San Francisco, California 94105
> Telephone: (650) 320-4708
> Facsimile: (866) 974-7329
> Email: cbal@wsgr.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Poloniex, LLC, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket number 435.

Dated:   September 8, 2023         SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE