September 9, 2023

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:** *In re Tether and Bitfinex Crypto Asset Litigation,* **19-CV-09236 (KPF) – Letter Motion to Seal the Stipulation and [Proposed] Order Governing the Deposition of the Anonymous Trader Filed at Docket 439**

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Plaintiffs submit this letter in advance of the Anonymous Trader's deposition, which is scheduled for Sunday, September 10, 2023, and intend to docket this submission at the earliest opportunity. Yesterday, the parties filed two copies of a Stipulation and [Proposed] Order Governing the Deposition of the Anonymous Trader (the "Stipulation"), one under seal and one with redactions to protect the Trader's personally identifying information, *see* Dkts. 438-1, 439-1. The Court granted the motion to seal and redact the Stipulation. Dkt. 441.

    Yesterday, the Anonymous Trader requested that the redacted Stipulation filed at Docket 439-1 also be sealed in its entirety. *See* Dkt. 215. Plaintiffs do not oppose the Anonymous Trader's request. Yesterday, Plaintiffs' counsel asked counsel for all Defendants to inform Plaintiffs by 12 p.m. ET today if they objected to the Anonymous Trader's request, and none did so. Accordingly, Plaintiffs respectfully ask that the Court seal the redacted Stipulation at Docket 439-1.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Dunlap* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| Laura M. King | SCHNEIDER WALLACE COTTRELL |
| SELENDY GAY ELSBERG PLLC | KONECKY LLP |
| 1290 Sixth Avenue | 2000 Powell Street, Suite 1400 |
| New York, NY 10104 | Emeryville, CA 94608 |
| pselendy@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | mweiler@schneiderwallace.com |
| oshine@selendygay.com | mhite@schneiderwallace.com |
| lking@selendygay.com | |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)