**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No.: 1:19-cv-09236-KPF <br><br> **NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* OF JOSHUA A. BASKIN** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Joshua A. Baskin hereby moves this Court for an Order for admission to practice *Pro Hac Vice* and to appear as counsel for Defendant Poloniex, LLC in the above-captioned action.

I am in good standing with the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 13, 2023					Respectfully submitted,

							WILSON SONSINI GOODRICH & ROSATI
							Professional Corporation

							Joshua A. Baskin
							One Market Plaza
							Spear Tower, Suite 3300
							San Francisco, California 94105
							Telephone: (415) 947-2160
							Facsimile: (866) 974-7329
							Email: jbaskin@wsgr.com

							*Counsel for Defendant Poloniex, LLC*