**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No.: 1:19-cv-09236-KPF<br><br>**AFFIDAVIT OF JOSHUA A. BASKIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JOSHUA A. BASKIN** |

Joshua A. Baskin, hereby states:

1. I am an attorney with the firm of Wilson Sonsini Goodrich & Rosati, P.C.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing with the State Bar of California.

4. I have never been convicted of a felony.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My contact information is as follows:

   Joshua A. Baskin
   Wilson Sonsini Goodrich & Rosati, P.C.
   One Market Plaza
   Spear Tower, Suite 3300
   San Francisco, California 94105
   Telephone: (415) 947-2160
   Facsimile: (866) 974-7329
   Email: jbaskin@wsgr.com

8. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case for Defendant Poloniex, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of September, 2023.

*Joshua Alec Baskin*
Joshua A. Baskin

Commonwealth of Virginia

County of Chesterfield



The foregoing instrument was subscribed and sworn before me on 09/12/2023 by Joshua Alec Baskin.

Notarized online using audio-video communication

2