UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION

Case No.: 1:19-cv-09236-KPF

**ORDER FOR ADMISSION *PRO HAC VICE* OF JOSHUA A. BASKIN**

The motion of Joshua A. Baskin for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing with the bar of the state of California; and that his contact information is as follows:

Joshua A. Baskin
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2160
Facsimile: (866) 974-7329
Email: jbaskin@wsgr.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Poloniex, LLC, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 14, 2023
New York, New York

_____
The Honorable Katherine Polk Failla
UNITED STATES DISTRICT JUDGE