UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, William Kraus, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter.

I am a member in good standing of the bars of the State of Michigan and State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an Affidavit pursuant to Local Rule 1.3.

Dated: September 18, 2023                    Respectfully submitted,

/s/ *William J. Kraus*
William J. Kraus
FisherBroyles LLP
*Office*: 400 Renaissance Center
Suite 2600
Detroit, MI 48243
*Mailing Address*: 455 East Eisenhower
Parkway Suite 300 PMB1082
Ann Arbor, MI 48108
william.kraus@fisherbroyles.com
Tel: (773) 326-9789