UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

## AFFIDAVIT OF WILLIAM J. KRAUS IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

WILLIAM J. KRAUS declares pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this Affidavit pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in the above-captioned case.

2. I am an attorney with the law firm of FisherBroyles LLP.

3. My contact information is:

William J. Kraus
FisherBroyles LLP
*Office*: 400 Renaissance Center, Suite 2600
Detroit, MI 48243
*Mailing Address*: 455 East Eisenhower Parkway, Suite 300 PMB1082
Ann Arbor, MI 48108
william.kraus@fisherbroyles.com
Tel: (773) 326-9789

4. As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the State of Michigan and the State of Illinois.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. There are no pending disciplinary complaints against me and I have never been the subject of any disciplinary matter.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2023

William J. Kraus

SUBSCRIBED AND SWORN TO before me this 9th day of September, 2023

[NOTARY SEAL]

Print Name: D Bloomfield

NOTARY PUBLIC in and for the State of Michigan

My Appointment Expires: 3/11/27



