

# State Bar of Michigan

## Certificate of Good Standing

This certifies that William James Kraus, P84418 of Ann Arbor, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on August 25, 2020 in Washtenaw County and became a member of the State Bar of Michigan on September 23, 2020.

Peter W. Cunningham, Executive Director
September 08, 2023