UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No:<br><br>19 Civ. 9236 (KPF) |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The Motion of William J. Kraus for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Michigan and the State of Illinois, and that his contact information is as follows:

> William J. Kraus
> FisherBroyles LLP
> *Office*: 400 Renaissance Center, Suite 2600
> Detroit, MI 48243
> *Mailing Address*: 455 East Eisenhower Parkway, Suite 300 PMB1082
> Ann Arbor, MI 48108
> william.kraus@fisherbroyles.com
> Tel: (773) 326-9789

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Tether Holdings Limited, Tether Operations Limited, Tether Limited, Tether International Limited, DigFinex Inc., iFinex Inc., BFXNA Inc., BFXWW Inc., Ludovicus Jan van der Velde, and Giancarlo Devasini in the above-captioned matter;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Hon. Katherine Polk Failla
United States District Judge