# Letter Motion Filed Under Seal