# Exhibit 3
# Filed Under Seal

Document excerpted for length.