UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Tether and Bitfinex Crypto Asset Litigation | Case No. 19 Civ. 9236 (KPF) |

### STIPULATION AND [PROPOSED] ORDER FOR PERMISSION TO SERVE INTERROGATORIES ON POLONIEX, LLC

**WHEREAS**, on May 26, 2023, Plaintiffs Matthew Script, Jason Leibowitz, Benjamin Leibowitz, and Pinchas Goldshtein ("Plaintiffs") served a Notice of Rule 30(b)(6) Deposition on Defendant Poloniex, LLC ("Poloniex"), requesting a designee of Poloniex to testify on June 15, 2023;

**WHEREAS**, on October 4, 2023, Plaintiffs served a revised Notice of Rule 30(b)(6) Deposition on Poloniex, setting the deposition for October 10, 2023;

**WHEREAS**, on October 9, 2023, Plaintiffs cancelled the Poloniex Rule 30(b)(6) deposition without providing prior notice to the B/T Defendants;

**WHEREAS**, Defendants iFinex, Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Ludovicus Jan van der Velde, and Giancarlo Devasini (the "B/T Defendants") had intended to participate in Poloniex's Rule 30(b)(6) deposition, including posing questions to Poloniex's designee;

**WHEREAS**, the B/T Defendants believe that responses by Poloniex to three (3) interrogatories, attached hereto as Exhibit A, would avoid the need for the B/T Defendants to conduct a Rule 30(b)(6) deposition of Poloniex;

**WHEREAS**, Poloniex has agreed to respond to those interrogatories on or before October 23, 2023, the deadline for the close of fact discovery;

**WHEREAS**, the B/T Defendants and Poloniex agree that obtaining this discovery by means of interrogatories would be more efficient and less burdensome than preparing for and conducting a Rule 30(b)(6) deposition;

**WHEREAS**, the Court's June 15, 2023 Scheduling Order states that, aside from interrogatories under Local Rules 33.3(a) and 33.3(c), no other interrogatories are permitted except upon prior express permission of the Court (Dkt. No. 387 ¶ 6(c)); and

**WHEREAS**, the B/T Defendants and Poloniex request the Court's permission to allow the B/T Defendants to serve the interrogatories for the reasons discussed above;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the B/T Defendants and Poloniex, and **SO ORDERED** by the Court, as follows:

1. The B/T Defendants may serve the three (3) interrogatories attached hereto as Exhibit A on Poloniex within one business day of the date of entry of this Order.

2. Poloniex shall serve responses to those interrogatories on or before October 23, 2023.

Dated: New York, New York
October 13, 2023

| | |
|---|---|
| /s/ *John Paul Flynn* | /s/ *Elliot Greenfield* |
| John Paul Flynn | Maeve L. O'Connor |
| Colleen Bal | Michael Schaper |
| Joshua Alec Baskin | Elliot Greenfield |
| Wilson Sonsini Goodrich & Rosati, P.C. (SF) | Debevoise & Plimpton LLP |
| One Market Street, Spear Tower, Suite 3300 | 66 Hudson Boulevard |
| San Francisco, CA 94105 | New York, NY 10001 |
| cbal@wsgr.com | mloconnor@debevoise.com |
| jflynn@wsgr.com | mschaper@debevoise.com |
| jbaskin@wsgr.com | egreenfield@debevoise.com |
| | |
| Matthew G. Lindenbaum (*pro hac vice*) | Michael Jason Lee, Esq. |
| Nelson Mullins Riley & Scarborough LLP | Law Offices of Michael Jason Lee, APLC |
| One Financial Center, Suite 3500 | 4660 La Jolla Village Drive, Suite 100 |
| Boston, MA 02111 | San Diego, CA 92122 |
| matthew.lindenbaum@nelsonmullins.com | michael@mjllaw.com |
| | |
| Robert L. Lindholm | Sunjina K. Ahuja, Esq. |
| Nelson Mullins Riley & Scarborough LLP | Christopher J. Beal |
| One Wells Fargo Center | Dillon Miller Ahuja & Boss, LLP |
| 301 South College Street | 5872 Owens Ave., Suite 200 |
| 23rd Floor | San Diego, CA 92008 |
| Charlotte, NC 28202 | sahuja@dmalaw.com |
| robert.lindholm@nelsonmullins.com | cbeal@dmalaw.com |
| | |
| *Attorneys for Poloniex, LLC* | *Attorneys for iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde* |

SO ORDERED this _____ day of _____, 2023.

_____
HON. KATHERINE POLK FAILLA, U.S.D.J.