UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Tether and Bitfinex Crypto Asset Litigation | Case No. 19 Civ. 9236 (KPF) |

### STIPULATION AND ORDER FOR PERMISSION TO
### SERVE INTERROGATORIES ON POLONIEX, LLC

**WHEREAS**, on May 26, 2023, Plaintiffs Matthew Script, Jason Leibowitz, Benjamin Leibowitz, and Pinchas Goldshtein ("Plaintiffs") served a Notice of Rule 30(b)(6) Deposition on Defendant Poloniex, LLC ("Poloniex"), requesting a designee of Poloniex to testify on June 15, 2023;

**WHEREAS**, on October 4, 2023, Plaintiffs served a revised Notice of Rule 30(b)(6) Deposition on Poloniex, setting the deposition for October 10, 2023;

**WHEREAS**, on October 9, 2023, Plaintiffs cancelled the Poloniex Rule 30(b)(6) deposition without providing prior notice to the B/T Defendants;

**WHEREAS**, Defendants iFinex, Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Ludovicus Jan van der Velde, and Giancarlo Devasini (the "B/T Defendants") had intended to participate in Poloniex's Rule 30(b)(6) deposition, including posing questions to Poloniex's designee;

**WHEREAS**, the B/T Defendants believe that responses by Poloniex to three (3) interrogatories, attached hereto as Exhibit A, would avoid the need for the B/T Defendants to conduct a Rule 30(b)(6) deposition of Poloniex;

**WHEREAS**, Poloniex has agreed to respond to those interrogatories on or before October 23, 2023, the deadline for the close of fact discovery;

**WHEREAS**, the B/T Defendants and Poloniex agree that obtaining this discovery by means of interrogatories would be more efficient and less burdensome than preparing for and conducting a Rule 30(b)(6) deposition;

**WHEREAS**, the Court's June 15, 2023 Scheduling Order states that, aside from interrogatories under Local Rules 33.3(a) and 33.3(c), no other interrogatories are permitted except upon prior express permission of the Court (Dkt. No. 387 ¶ 6(c)); and

**WHEREAS**, the B/T Defendants and Poloniex request the Court's permission to allow the B/T Defendants to serve the interrogatories for the reasons discussed above;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the B/T Defendants and Poloniex, and **SO ORDERED** by the Court, as follows:

1.      The B/T Defendants may serve the three (3) interrogatories attached hereto as Exhibit A on Poloniex within one business day of the date of entry of this Order.

2.      Poloniex shall serve responses to those interrogatories on or before October 23, 2023.

Dated: New York, New York
         October 13, 2023

/s/ *John Paul Flynn*
John Paul Flynn
Colleen Bal
Joshua Alec Baskin
Wilson Sonsini Goodrich & Rosati, P.C. (SF)
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
cbal@wsgr.com
jflynn@wsgr.com
jbaskin@wsgr.com


Matthew G. Lindenbaum (*pro hac vice*)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
matthew.lindenbaum@nelsonmullins.com


Robert L. Lindholm
Nelson Mullins Riley & Scarborough LLP
One Wells Fargo Center
301 South College Street
23rd Floor
Charlotte, NC 28202
robert.lindholm@nelsonmullins.com

*Attorneys for Poloniex, LLC*

/s/ *Elliot Greenfield*
Maeve L. O'Connor
Michael Schaper
Elliot Greenfield
Debevoise & Plimpton LLP   66 Hudson Boulevard
New York, NY 10001  mloconnor@debevoise.com
mschaper@debevoise.com
egreenfield@debevoise.com


Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
michael@mjllaw.com


Sunjina K. Ahuja, Esq.
Christopher J. Beal
Dillon Miller Ahuja & Boss, LLP
5872 Owens Ave., Suite 200  San Diego, CA 92008
sahuja@dmalaw.com
cbeal@dmalaw.com
  *Attorneys for iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*


SO ORDERED this 16th day of   October   , 2023.



_____
      HON. KATHERINE POLK FAILLA
      UNITED STATES DISTRICT JUDGE