UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Index No. 1:19-cv-09236-KPF |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO POLONIEX, LLC**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties stipulate that all claims against Defendant Poloniex, LLC be dismissed with prejudice, with all parties to bear their own costs and fees with respect to claims against Poloniex, LLC.[1]

Stipulated to this 23rd day of October, 2023

/s/ Todd M. Schneider
Todd M. Schneider
Matthew S. Weiler
Mahazad K. Hite
SCHNEIDER WALLACE COTTRELL
KNOECK LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
mhite@schneiderwallace.com

Andrew R. Dunlap
Oscar Shine
Laura King
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
adunlap@selendygay.com
oshine@selendygay.com
lking@selendygay.com

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

---

[1] This dismissal is without prejudice as to any claims of unnamed members of the putative class.

1

| | |
|---|---|
| /s/ Matthew G. Lindenbaum<br>Matthew G. Lindenbaum<br>Nelson Mullins Riley & Scarborough LLP<br>One Financial Center, Suite 3500<br>Boston, MA  02111<br>matthew.lindenbaum@nelsonmullins.com | /s/ Maeve L. O'Connor<br>Maeve L. O'Connor<br>Michael Schaper<br>Elliot Greenfield<br>Debevoise & Plimpton LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com |
| Robert L. Lindholm<br>Nelson Mullins Riley & Scarborough LLP<br>330 Madison Avenue<br>27th Floor<br>New York, New York 10017<br>robert.lindholm@nelsonmullins.com | mschaper@debevoise.com<br>egreenfield@debevoise.com<br><br>Michael Jason Lee, Esq.<br>Law Offices of Michael Jason Lee, APLC<br>4660 La Jolla Village Drive, Suite 100<br>San Diego, CA 92122 |
| Soren K. Young<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street<br>Columbia, SC 29201<br>soren.young@nelsonmullins.com | michael@mjllaw.com<br><br>Sunjina K. Ahuja, Esq.<br>Christopher J. Beal<br>Dillon Miller Ahuja & Boss, LLP |
| John Paul Flynn<br>Colleen Bal<br>Joshua Alec Baskin<br>Wilson Sonsini Goodrich & Rosati, P.C. (SF)<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>cbal@wsgr.com<br>jflynn@wsgr.com<br>jbaskin@wsgr.com | 5872 Owens Ave., Suite 200<br>San Diego, CA 92008<br>sahuja@dmalaw.com<br>cbeal@dmalaw.com<br><br>*Attorneys for iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde* |
| *Attorneys for Poloniex, LLC* | |
| /s/ Abby F. Rudzin<br>Abby F. Rudzin<br>William K. Pao<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, NY  10026<br>arudzin@omm.com<br>wpao@omm.com | /s/ Charles D. Cording<br>Charles D. Cording<br>Andrew N. Shindi<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>ccording@willkie.com |
| Greg J. Hollon<br>Timothy B. Fitzgerald<br>600 University Street, Suite 2700 | Timothy Alfred Valliere<br>Valliere LLC<br>43 West 43rd Street Suite 70<br>New York, NY 10036 |

2

Seattle, WA  98101         tvalliere@tavlaw.com
ghollon@mcnaul.com
tfitzgerald@mcnaul.com        *Attorneys for Philip G. Potter*

*Attorneys for Bittrex, Inc.*