UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION

Index No. 1:19-cv-09236-KPF




**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO POLONIEX, LLC**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties stipulate that all claims against Defendant Poloniex, LLC be dismissed with prejudice, with all parties to bear their own costs and fees with respect to claims against Poloniex, LLC.[1]

Stipulated to this 23rd day of October, 2023

/s/ Todd M. Schneider
Todd M. Schneider
Matthew S. Weiler
Mahazad K. Hite
SCHNEIDER WALLACE COTTRELL KNOECK LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
mhite@schneiderwallace.com

Andrew R. Dunlap
Oscar Shine
Laura King
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
adunlap@selendygay.com
oshine@selendygay.com
lking@selendygay.com

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

[1] This dismissal is without prejudice as to any claims of unnamed members of the putative class.

/s/ Matthew G. Lindenbaum
Matthew G. Lindenbaum
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
matthew.lindenbaum@nelsonmullins.com

Robert L. Lindholm
Nelson Mullins Riley & Scarborough LLP
330 Madison Avenue
27th Floor
New York, New York 10017
robert.lindholm@nelsonmullins.com

Soren K. Young
Nelson Mullins Riley & Scarborough LLP
1320 Main Street
Columbia, SC 29201
soren.young@nelsonmullins.com

John Paul Flynn
Colleen Bal
Joshua Alec Baskin
Wilson Sonsini Goodrich & Rosati, P.C. (SF)
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
cbal@wsgr.com
jflynn@wsgr.com
jbaskin@wsgr.com

*Attorneys for Poloniex, LLC*

/s/ Maeve L. O'Connor
Maeve L. O'Connor
Michael Schaper
Elliot Greenfield
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
mloconnor@debevoise.com
mschaper@debevoise.com
egreenfield@debevoise.com

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
michael@mjllaw.com

Sunjina K. Ahuja, Esq.
Christopher J. Beal
Dillon Miller Ahuja & Boss, LLP
5872 Owens Ave., Suite 200
San Diego, CA 92008
sahuja@dmalaw.com
cbeal@dmalaw.com

*Attorneys for iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*

/s/ Abby F. Rudzin
Abby F. Rudzin
William K. Pao
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10026
arudzin@omm.com
wpao@omm.com

Greg J. Hollon
Timothy B. Fitzgerald
600 University Street, Suite 2700

/s/ Charles D. Cording
Charles D. Cording
Andrew N. Shindi
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
ccording@willkie.com

Timothy Alfred Valliere
Valliere LLC
43 West 43rd Street Suite 70
New York, NY 10036

Seattle, WA 98101
ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Bittrex, Inc.*

tvalliere@tavlaw.com

*Attorneys for Philip G. Potter*

Pursuant to the above joint stipulation, this case is hereby DISMISSED as to Defendant Poloniex, LLC only.

The Clerk of Court is directed to terminate Defendant Poloniex, LLC from the docket.

Dated: October 24, 2023
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE