

October 24, 2023

**Via ECF and E-mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re:**   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
Letter Motion to File Motion for Leave to Amend and Exhibit Thereto Under
Seal

Dear Judge Failla,

We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Plaintiffs' October 24, 2023 Motion for Leave to File a Second Amended Complaint ("Plaintiffs' Motion") and the exhibit thereto, Plaintiffs' proposed Second Amended Complaint (the "SAC"), under seal.

Plaintiffs' Motion and the SAC contain information that has been designated as Confidential or Attorneys' Eyes Only by Defendants pursuant to this Court's Protective Order. ECF No. 151, at ¶ 3. Plaintiffs' Motion and the SAC also contain information concerning the Anonymous Trader, such information is Attorney's Eyes Only subject to the Court's November 22, 2021 Order. Dkt. 195. With respect to information designated Confidential or Attorneys' Eyes Only by Defendants, Plaintiffs take no position as to Defendants' characterization of that information as Confidential or Attorneys' Eyes Only for the limited purposes of this filing.

Plaintiffs recognize that confidential business interests must be weighed against the strong presumption of public access to the Courts. *Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 26 (2d Cir. 1994) ("In this country, courts have recognized a strong presumption of public access to court records. This preference for public access is rooted in the public's first amendment right to know about the administration of justice.") (internal citation removed). Plaintiffs therefore respectfully request permission to file unsealed copies of Plaintiffs' Motion and the SAC on November 1, 2023, subject to redactions proposed by Defendants and redactions to comply with this Court's prior orders. *See* Dkts. 195, 215.

Hon. Katherine Polk Failla
October 24, 2023

Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Motion, and the SAC attached thereto, under seal in the first instance to avoid any improper disclosure of information Defendants have designated as Confidential or Attorneys' Eyes Only. *See* ECF No. 151, at ¶ 4.b. Plaintiffs further request permission to file unsealed, redacted versions of Plaintiffs' Motion, and the SAC, on November 1, 2023, subject to redactions proposed by Defendants and redactions to comply with the Court's prior orders. *See* Dkts. 195, 215.

Hon. Katherine Polk Failla
October 24, 2023

Respectfully submitted,

/s/ Andrew R. Dunlap                          /s/ Todd M. Schneider
Andrew R. Dunlap                              Todd M. Schneider (*pro hac vice*)
Oscar Shine                                   Matthew S. Weiler (*pro hac vice*)
SELENDY GAY ELSBERG PLLC                       Mahzad K. Hite (*pro hac vice*)
1290 Sixth Avenue                             SCHNEIDER WALLACE COTTRELL
New York, NY 10104                            KONECKY LLP
adunlap@selendygay.com                        2000 Powell Street, Suite 1400
oshine@selendygay.com                         Emeryville, CA 94608
                                              tschneider@schneiderwallace.com
                                              mweiler@schneiderwallace.com
                                              mhite@schneiderwallace.com

                                              *Interim Lead Counsel and Attorneys for
                                              Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)