# Motion for Leave to File a Second Amended Complaint

# Filed Under Seal