UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TETHER AND BITFINEX CRYPTO ASSET
LITIGATION

Case No. 19 Civ. 9236 (KPF)

## NOTICE OF WITHDRAWAL OF ANNE ARCOLEO AS ATTORNEY OF RECORD

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that Selendy Gay Elsberg PLLC, hereby withdraws Anne Arcoleo's appearance as Interim Lead Counsel and Attorney for Plaintiffs and the Proposed Class and requests that her email address aarcoleo@selendygay.com be removed from all notices, including the Court's CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned matter. Beginning on October 27, 2023, Anne Arcoleo will end her association with Selendy Gay Elsberg PLLC.

PLEASE TAKE FURTHER NOTICE that the remaining counsel of record for Selendy Gay Elsberg PLLC will continue to appear as Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class.

Dated:   New York, NY                    SELENDY GAY ELSBERG PLLC
         October 27, 2023


                              By:   /s/ Andrew Dunlap
                                    Andrew Dunlap
                                    1290 Avenue of the Americas
                                    New York, NY 10104
                                    Tel: 212-390-9000
                                    adunlap@selendygay.com

                                    *Interim Lead Counsel and Attorney for Plaintiffs
                                    and the Proposed Class*