

October 30, 2023

<u>**Via ECF and E-mail**</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re:**   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
**Letter Motion to File Redline Exhibit Under Seal**

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to the Court's Order dated October 27, 2023 (ECF No. 484), Plaintiffs submit a redline version of Plaintiffs' proposed Second Amended Consolidated Complaint filed at ECF No. 480-1 showing the differences between that document and Plaintiffs' Amended Consolidated Class Action Complaint (ECF No. 114).

Hon. Katherine Polk Failla
October 30, 2023

Respectfully submitted,

/s/ Andrew R. Dunlap                          /s/ Todd M. Schneider
Philippe Z. Selendy                          Todd M. Schneider (*pro hac vice*)
Andrew R. Dunlap                             Matthew S. Weiler (*pro hac vice*)
Oscar Shine                                  Mahzad K. Hite (*pro hac vice*)
SELENDY GAY ELSBERG PLLC                     SCHNEIDER WALLACE COTTRELL
1290 Sixth Avenue                            KONECKY LLP
New York, NY 10104                           2000 Powell Street, Suite 1400
pselendy@selendygay.com                      Emeryville, CA 94608
adunlap@selendygay.com                       tschneider@schneiderwallace.com
oshine@selendygay.com                        mweiler@schneiderwallace.com
                                             mhite@schneiderwallace.com

                                             *Interim Lead Counsel and Attorneys for
                                             Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

2