**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

November 10, 2023

MEMO ENDORSED

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.)

Dear Judge Failla:

We represent the B/T Defendants and write on behalf of all parties to jointly request that the deadline to serve requests for admission be extended from its current deadline of November 20, 2023 (Dkt. No. 387, ¶ 6(e)) to 60 days after the Court's decision on Plaintiffs' Motion for Leave to File a Second Amended Complaint (Dkt. No. 479).

As the Court is aware, Plaintiffs filed their motion for leave to amend on October 24, 2023, and Defendants intend to oppose Plaintiffs' motion. In light of that motion, the parties agree that there is good cause to extend the deadline to serve requests for admission until after the Court's ruling. The parties have not previously requested an extension of this deadline, and the requested extension would not impact any other deadlines.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Elliot Greenfield

```
Application GRANTED.  The parties' deadline to serve requests
for admission is hereby ADJOURNED sine die, pending the Court's
decision on Plaintiffs' Motion for Leave to File a Second Amended
Complaint, at which time the Court will reset the deadline.

The Clerk of Court is directed to terminate the pending motion at
docket number 491.

Dated:    November 13, 2023           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

www.debevoise.com