

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

December 4, 2023

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Re:  In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.)

Dear Judge Failla:

We write on behalf of the B/T Defendants to seek permission to file under seal a letter to the Court, attaching a letter from the Anonymous Trader regarding Plaintiffs' motion for leave to amend their complaint (Dkt. No. 480).

The Anonymous Trader has requested that both letters be filed under seal, and the B/T Defendants seek leave to do so consistent with the Court's prior orders that material related to the Anonymous Trader be treated as strictly Attorneys' Eyes Only.  (Dkt. Nos. 195, 215, 420, 439).

Respectfully submitted,

/s/ Elliot Greenfield