


December 7, 2023



**Via ECF and E-mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    **Re:**    *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
             Letter Motion to File Motion and Exhibits Under Seal

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file a redacted version of Plaintiffs' December 7, 2023 Motion (the "Motion") to File Public Versions of Plaintiffs' October 24, 2023 Motion for Leave to File a Second Amended Complaint ("Motion to Amend") and Plaintiffs' proposed Second Amended Complaint (the "SAC") and to file exhibits attached thereto under seal.

    The parties stipulated, and the Court ordered, to treat certain information related to the Anonymous Trader's deposition as strict Attorneys' Eyes-Only consistent with the Court's prior orders. *See* ECF No. 439-1, 451. Plaintiffs and the Anonymous Trader disagree regarding proposed redactions to the Motion to Amend and the SAC, and Plaintiffs seek to file a redacted version of the Motion and to file under seal the attached exhibits in the first instance for the limited purpose of resolving this dispute.

    Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Motion in redacted form and exhibits attached thereto under seal.

Hon. Katherine Polk Failla
December 7, 2023

    Respectfully submitted,

| | |
|---|---|
| /s/ Andrew R. Dunlap | /s/ Todd M. Schneider |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| SELENDY GAY ELSBERG PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendy@selendygay.com | Emeryville, CA 94608 |
| adunlap@selendygay.com | tschneider@schneiderwallace.com |
| oshine@selendygay.com | mweiler@schneiderwallace.com |
| | mhite@schneiderwallace.com |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

---

Application GRANTED.  The Clerk of Court is directed to maintain docket entry 499 under seal, viewable to the Court and the parties only.

The Clerk of Court is directed to terminate the pending motion at docket number 498.

Dated:    December 8, 2023    SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE