# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8154
Fax: 212 728 9154
ccording@willkie.com

December 8, 2023

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Tether and Bitfinex Crypto Asset Litigation*, No. 1:19-cv-09236-KPF – Letter Motion to File Defendant Phil Potter's Opposition to Plaintiffs' Motion for Leave to Amend under Seal

Dear Judge Failla:

I write on behalf of Defendant Philip G. Potter ("Mr. Potter") in the above-referenced action. Pursuant to Rule 9 of Your Honor's Individual Rules of Practice in Civil Cases, Mr. Potter requests permission to file his Opposition to Plaintiffs' Motion for Leave to Amend (the "Opposition Brief") under seal.

Mr. Potter's Opposition Brief contains information that has been designated as Confidential or Attorneys' Eyes Only pursuant to the Protective Order. ECF No. 151, at ¶ 3. For example, the Opposition Brief cites allegations from the proposed Second Amended Consolidated Complaint (the "SAC"), which has been filed under seal at ECF No. 480-1.[1] Moreover, the Opposition Brief references information concerning the Anonymous Trader. Such information is designated as Strictly Attorneys' Eyes Only subject to the Court's November 22, 2021 Order and subsequent orders. ECF Nos. 195, 215, 420, 439.

Accordingly, Mr. Potter respectfully requests leave to file his Opposition Brief under seal in the first instance to avoid any improper disclosure of information designated as Confidential or Attorneys' Eyes Only. *See* ECF No. 151, at ¶ 4b. Mr. Potter further requests permission to file an unsealed, redacted version of his Opposition Brief by December 22, 2023, subject to redactions proposed by Plaintiffs, the Bitfinex-Tether Defendants, and the Anonymous Trader, and redactions to comply with the Court's prior orders. *See* ECF Nos. 195, 215.

Respectfully submitted,

*/s/ Charles D. Cording*
Charles D. Cording
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
ccording@willkie.com
*Attorney for Defendant Philip G. Potter*

---

[1] A redacted version of the SAC has yet to be filed; as such, the Opposition Brief cites the sealed version.