UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TETHER AND BITFINEX CRYPTO ASSET
LITIGATION

Case No. 19 Civ. 9236 (KPF)

## NOTICE OF WITHDRAWAL OF MITCHELL NOBEL AS ATTORNEY OF RECORD

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that Selendy Gay Elsberg PLLC, hereby withdraws Mitchell Nobel's appearance as Interim Lead Counsel and Attorney for Plaintiffs and the Proposed Class and requests that his email address be removed from all notices, including the Court's CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned matter.  Mitchell Nobel is no longer associated with Selendy Gay Elsberg PLLC.

PLEASE TAKE FURTHER NOTICE that the remaining counsel of record for Selendy Gay Elsberg PLLC will continue to appear as Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class.

Dated:   New York, NY           SELENDY GAY ELSBERG PLLC
         January 3, 2024

                        By:   */s/ Andrew Dunlap*
                              Andrew Dunlap
                              1290 Avenue of the Americas
                              New York, NY 10104
                              Tel: 212-390-9000
                              adunlap@selendygay.com

                              *Interim Lead Counsel and Attorney for Plaintiffs*
                              *and the Proposed Class*