

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

January 23, 2024

<u>BY ECF AND EMAIL</u>

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re:  In re Tether and Bitfinex Crypto Asset Litigation**, No. 19 Civ. 9236 (S.D.N.Y.)*

Dear Judge Failla:

We write on behalf of the B/T Defendants to seek permission to file under seal the B/T Defendants' Letter Motion for Leave to File a Sur-Reply and the Proposed Sur-Reply Memorandum, attached as Exhibit A to the motion (collectively, the "Sur-Reply Materials").

The Sur-Reply Materials discuss the Anonymous Trader and his trading strategies and activities. The Sur-Reply Materials also reference and characterize the Anonymous Trader's deposition and his declaration dated September 5, 2020, which was previously filed under seal at Dkt. No. 190. Moreover, the Sur-Reply Materials cite extensively to Plaintiffs' Proposed Second Amended Complaint and the parties' briefing on Plaintiffs' Motion for Leave to Amend (Dkt. Nos. 480, 480-1, 505, 515), all of which have been filed under seal.  Consistent with the Court's prior Orders regarding the Anonymous Trader's confidentiality (Dkt. Nos. 195, 215, 420, 439), the B/T Defendants intend to confer with the Anonymous Trader regarding redactions to the Sur-Reply Materials and to file public versions promptly thereafter.

Respectfully submitted,

*/s/ Elliot Greenfield*