

January 26, 2024

<u>Via ECF and E-mail</u>

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF)

Dear Judge Failla,

    We represent Plaintiffs in the above-referenced action. Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, we write to request permission to file Plaintiffs' opposition to Defendants' Letter Motion for Leave to File a Sur-Reply (ECF No. 519) under seal.

    The opposition cites extensively the parties' briefings and accompanying exhibits related to Plaintiffs' Motion for Leave to File a Second Amended Complaint and Second Amended Complaint, all filed under seal (ECF Nos. 480, 505, 506, 515, 516, 519). Plaintiffs are meeting and conferring with the Anonymous Trader regarding redactions to Plaintiffs' Motion for Leave to File a Second Amended Complaint and the Second Amended Complaint pursuant to the Court's order, dated December 18, 2023, at ECF No. 511, and will file a public version after they reach agreement with the Anonymous Trader.

Hon. Katherine Polk Failla
January 26, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Dunlap* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| Laura M. King | SCHNEIDER WALLACE COTTRELL |
| SELENDY GAY ELSBERG PLLC | KONECKY LLP |
| 1290 Sixth Avenue | 2000 Powell Street, Suite 1400 |
| New York, NY 10104 | Emeryville, CA 94608 |
| pselendy@selendygay.com | tschneider@schneiderwallace.com |
| adunlap@selendygay.com | mweiler@schneiderwallace.com |
| oshine@selendygay.com | mhite@schneiderwallace.com |
| lking@selendygay.com | |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)