UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No. 19 Civ. 9236 (KPF) |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Selendy Gay Elsberg PLLC has changed its name to Selendy Gay PLLC, effective immediately. The office address, telephone and facsimile numbers, and e-mail addresses remain the same. Please update your records to reflect this change.

Executed on: February 7, 2024
New York, New York

By: */s/ Oscar Shine*
Philippe Z. Selendy
Andrew R. Dunlap
Oscar Shine
Laura M. King
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com
lking@selendygay.com