UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No.: 1:19-cv-09236 (KPF) |

## MOTION FOR LEAVE TO WITHDRAW ANDREW NOOR SHINDI AS COUNSEL

Pursuant to Local Civil Rule 1.4, Charles D. Cording, undersigned counsel, respectfully moves to withdraw Andrew Noor Shindi as counsel of record for Defendant Philip G. Potter ("Mr. Potter") in the above-captioned action, and to remove Mr. Shindi's email address from the CM/ECF service list for this action, as Mr. Shindi is no longer affiliated with Willkie Farr & Gallagher LLP.

Mr. Cording of Willkie Farr & Gallagher LLP and Timothy Alfred Valliere of Valliere LLC will continue to represent Mr. Potter in this matter. No party will be prejudiced if this Motion is granted, and there is thus good cause to permit Mr. Shindi to withdraw as counsel for Mr. Potter.

Respectfully submitted,

Dated: April 1, 2024

**WILLKIE FARR & GALLAGHER LLP**
/ s / *Charles D. Cording*
Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
ccording@willkie.com

**VALLIERE LLC**
Timothy Alfred Valliere
43 West 43rd Street, Suite 70
New York, NY 10036
tvalliere@tavlaw.com

*Attorneys for Defendant Philip G. Potter*