UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Tether and Bitfinex Crypto Asset Litigation

No.: 1:19-cv-09236 (KPF)

## ORDER ON MOTION FOR LEAVE TO WITHDRAW ANDREW NOOR SHINDI AS COUNSEL

The Court, having considered the Motion for Leave to Withdraw Andrew Noor Shindi as counsel of record for Defendant Philip G. Potter ("Mr. Potter"), and good cause being shown, GRANTS the Motion.

IT IS HEREBY ORDERED that Mr. Shindi is withdrawn as counsel of record for Mr. Potter, that his appearance is deemed withdrawn as of the date of this order, and that his e-mail address be removed from the Court's CM/ECF service list in the above-captioned action. All future pleadings, notices, and other documents are to be served on the remaining counsel for Mr. Potter.

```
The Court wishes Mr. Shindi the best in his future pursuits.

The Clerk of Court is directed to terminate the pending motion at
docket entry 536.
```

Dated:   April 2  , 2024
         New York, New York

_____
Honorable Katherine Polk Failla
United States District Judge