

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 12, 2024

<u>BY ECF AND EMAIL</u>

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re:  In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.)**

Dear Judge Failla:

We write on behalf of the B/T Defendants to seek permission to file under seal a letter to the Court, attaching a letter from the Anonymous Trader regarding Plaintiffs' Letter Motion for Leave to File Redacted Versions of their Motion for Leave to File a Second Amended Complaint and proposed Second Amended Complaint (*see* Dkt. No 539).

The Anonymous Trader has requested that both letters be filed under seal, and the B/T Defendants seek leave to do so consistent with the Court's prior orders that material related to the Anonymous Trader be treated as strictly Attorneys' Eyes Only.  (Dkt. Nos. 195, 215, 420, 439, 511).

Respectfully submitted,

<u>/s/ Elliot Greenfield</u>