UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br><br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | 19 Civ. 9236 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 24, 2023, Plaintiffs filed a motion for leave to file a second amended complaint and for leave to file redacted versions of certain of the motion papers on the docket. (Dkt. #479). For reasons set forth in the Court's Opinion and Order filed under seal on June 26, 2024, Plaintiffs' motions for leave to amend and for leave to file redacted versions of the papers are granted.

The parties are directed to file a joint letter suggesting proposed redactions to the June 26 Opinion by **July 19, 2024**, in accordance with *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Taking the parties' suggestions into consideration, the Court will then file a redacted version of the Opinion on the public docket.

SO ORDERED.

Dated:   June 26, 2024
         New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge