

July 12, 2024

**<u>Via ECF and E-mail</u>**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF)

Dear Judge Failla,

      Pursuant to this Court's Order, dated June 26, 2024, and Rule 9 of this Court's Individual Rules of Practice in Civil Cases, Plaintiffs respectfully seek permission to file the Second Amended Complaint under seal and with redactions that the Court approved in its June 26, 2024 Order. *See* ECF 544.

      Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Dunlap* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Mahzad K. Hite (*pro hac vice*) |
| SELENDY GAY PLLC | SCHNEIDER WALLACE COTTRELL |
| 1290 Sixth Avenue | KONECKY LLP |
| New York, NY 10104 | 2000 Powell Street, Suite 1400 |
| pselendygay@selendygay.com | Emeryville, CA 94608 |
| adunlap@selendygay.com | tschneider@schneiderwallace.com |
| oshine@selendygay.com | mweiler@schneiderwallace.com |
| | mhite@schneiderwallace.com |
| | |
| | *Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class* |

cc: All Counsel of Record (via ECF)