## Born, Natascha

| | |
|---|---|
| **From:** | Born, Natascha |
| **Sent:** | Tuesday, November 5, 2024 1:33 PM |
| **To:** | 'Laura King'; Greenfield, Elliot; O'Connor, Maeve; Schaper, Michael; Ceresney, Andrew J.; Schlegelmilch, Stephan J; Hahn, Ashley V.; michael@mjllaw.com; sahuja@dmablaw.com; jacabed@mjllaw.com; 'William Kraus'; ccording@willkie.com; 'Tim Valliere'; cbeal@dmablaw.com |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Oscar Shine; Todd M. Schneider; Matthew S. Weiler; Sunny S. Sarkis; Srujana Shivji; Xinchen Li; Tether-Team-SG; Tether Team |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Requests For Admission |

Counsel:

The B/T Defendants cannot agree in advance that they will not dispute Plaintiffs' characterization of the almost 4,000 documents that Plaintiffs have identified in their RFAs. Moreover, as we said below, many of the 413 additional RFAs that Plaintiffs served require us to conduct additional research, review documents, and consult with our clients.

Please let us know why Plaintiffs refuse to consent to an extension.

Regards,

Natascha

**Natascha Born** | Associate | Debevoise & Plimpton LLP | nborn@debevoise.com | +1 212 909 6821 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King <lking@selendygay.com>
**Sent:** Tuesday, November 5, 2024 12:05 PM
**To:** Born, Natascha <nborn@debevoise.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; jacabed@mjllaw.com; 'William Kraus' <william.kraus@pierferd.com>; ccording@willkie.com; 'Tim Valliere' <tvalliere@tavlaw.com>; cbeal@dmablaw.com
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Sunny S. Sarkis <ssarkis@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Requests For Admission

**\*EXTERNAL\***

Counsel:

We are willing to agree to your request for an extension until December 11 for RFA responses regarding authenticity if Defendants agree not to challenge the authenticity of any documents for class cert purposes. For non-authenticity RFAs, we believe it is more efficient for the parties to abide by the current schedule.

We are available to meet and confer.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
_____
+1 212.390.9352  [O]

---

**From:** Born, Natascha <nborn@debevoise.com>
**Sent:** Friday, November 1, 2024 5:52 PM
**To:** Laura King <lking@selendygay.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; jacabed@mjllaw.com; 'William Kraus' <william.kraus@pierferd.com>; ccording@willkie.com; 'Tim Valliere' <tvalliere@tavlaw.com>; cbeal@dmablaw.com
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Sunny S. Sarkis <ssarkis@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Requests For Admission

Counsel:

We write on behalf of the B/T Defendants and Mr. Potter. In light of the volume of RFAs and the need to review relevant documents and consult with our clients regarding the requested admissions, we anticipate that we will need additional time for our responses and objections. Please let us know if you agree to move the deadline back by three weeks, to December 11.

Thanks,

Natascha

**Natascha Born** | Associate | Debevoise & Plimpton LLP | nborn@debevoise.com | +1 212 909 6821 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

---

**From:** Laura King <lking@selendygay.com>
**Sent:** Friday, October 18, 2024 8:44 PM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Born, Natascha <nborn@debevoise.com>; Hahn, Ashley V.

<avhahn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; jacabed@mjllaw.com; 'William Kraus' <william.kraus@pierferd.com>; ccording@willkie.com; 'Tim Valliere' <tvalliere@tavlaw.com>; cbeal@dmablaw.com
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Sunny S. Sarkis <ssarkis@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Requests For Admission

***EXTERNAL***

Counsel,

Please see attached.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
━━━━━━━━━━━━━━━━━━━━━━━━━━
+1 212.390.9352  [O]