# Exhibit A

| | |
|---|---|
| **From:** | Greenfield, Elliot |
| **To:** | Laura King; Ceresney, Andrew J.; Schaper, Michael; Schlegelmilch, Stephan J; Born, Natascha; Hahn, Ashley V.; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Matthew Lindenbaum; Rob Lindholm |
| **Cc:** | Tether Team; arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W.; ghollon@mcnaul.com; Timothy B. Fitzgerald |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Authenticity Stipulation |
| **Date:** | Friday, September 1, 2023 3:07:08 PM |

Hi Laura. Defendants do not agree to the stipulation. Thanks, and have a great weekend.

**Elliot Greenfield** │ Debevoise & Plimpton LLP │ egreenfield@debevoise.com │ +1 212 909 6772 │ 66 Hudson Boulevard, New York, NY 10001 │ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King [mailto:lking@selendygay.com]
**Sent:** Thursday, August 31, 2023 15:22
**To:** Greenfield, Elliot; Ceresney, Andrew J.; Schaper, Michael; Schlegelmilch, Stephan J; Born, Natascha; Hahn, Ashley V.; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Matthew Lindenbaum; Rob Lindholm
**Cc:** Tether Team; arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W.; ghollon@mcnaul.com; Timothy B. Fitzgerald
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Authenticity Stipulation

**\*EXTERNAL\***

Counsel,

Following up, please let us know if you are amenable to signing the attached stipulation in advance of depositions.

Best,

Laura

**Laura King**
Associate [Email]
Selendy Gay Elsberg PLLC [Web]
Pronouns: she, her, hers

---

+1 212.390.9352 [O]

**From:** Laura King
**Sent:** Thursday, May 18, 2023 6:24 PM
**To:** egreenfield@debevoise.com; aceresney@debevoise.com; mschaper@debevoise.com; sjschlegelmilch@debevoise.com; Born, Natascha <nborn@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Matthew Lindenbaum <matthew.lindenbaum@nelsonmullins.com>; Rob Lindholm <robert.lindholm@nelsonmullins.com>
**Cc:** Tether Team <tetherteam@schneiderwallace.com>; arudzin@omm.com; wpao@omm.com; Campbell, Eamonn W. <ecampbell@omm.com>; ghollon@mcnaul.com; Timothy B. Fitzgerald <tfitzgerald@mcnaul.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.): Authenticity

Stipulation

Counsel,

In advance of depositions, we propose the parties enter a stipulation regarding the authenticity of documents produced in this Litigation to minimize unnecessary burden and promote efficiency. This would streamline discovery while preserving parties' rights to object to the admissibility of evidence on grounds other than authenticity. We have drafted a proposed stipulation.

Please let us know if you are amenable to signing the attached. We are available to meet and confer.

Best,

Laura

**Laura King**
Associate [Email]
Selendy Gay Elsberg PLLC [Web]
Pronouns: she, her, hers

---

+1 212.390.9352 [O]