# Exhibit B

| | |
|---|---|
| **From:** | Greenfield, Elliot |
| **To:** | Laura King; "AShindi@willkie.com"; Cording, Charles Dean; michael@mjllaw.com; Schlegelmilch, Stephan J; cbeal@dmablaw.com; Born, Natascha; Hahn, Ashley V.; Tegrar, Steven; jacabed@mjllaw.com; O"Connor, Maeve; Schaper, Michael; sahuja@dmablaw.com; "William Kraus" |
| **Cc:** | "Matthew S. Weiler"; Oscar Shine; Katie Buoymaster; "Todd M. Schneider"; Xinchen Li; "Mahzad K. Hite"; "Raymond S. Levine"; "Sunny S. Sarkis"; "Srujana Shivji"; Andrew Dunlap; Bret Matera |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) |
| **Date:** | Tuesday, November 7, 2023 1:01:53 PM |

Laura,

As discussed yesterday, we don't agree to a stipulation covering all documents produced in the case. At the appropriate time, as necessary, we can revisit stipulating to a small subset. Please let us know if Plaintiffs agree to postpone RFAs until 30 or 60 days after a decision on the motion for leave to amend. We don't think it makes sense to proceed with those given the pending motion.

Thanks,
Elliot

**Elliot Greenfield** | Debevoise & Plimpton LLP | egreenfield@debevoise.com | +1 212 909 6772 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King [mailto:lking@selendygay.com]
**Sent:** Friday, November 03, 2023 13:45
**To:** Greenfield, Elliot; 'AShindi@willkie.com'; Cording, Charles Dean; michael@mjllaw.com; Schlegelmilch, Stephan J; cbeal@dmablaw.com; Born, Natascha; Hahn, Ashley V.; Tegrar, Steven; jacabed@mjllaw.com; O'Connor, Maeve; Schaper, Michael; sahuja@dmablaw.com; 'William Kraus'
**Cc:** 'Matthew S. Weiler'; Oscar Shine; Katie Buoymaster; 'Todd M. Schneider'; Xinchen Li; 'Mahzad K. Hite'; 'Raymond S. Levine'; 'Sunny S. Sarkis'; 'Srujana Shivji'; Andrew Dunlap; Bret Matera
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

**\*EXTERNAL\***

Counsel,

As you know, we are approaching the deadline for serving RFAs. We think it would not be a good use of the parties' time to use individual RFAs to confirm the authenticity of the many documents at issue in this case, when there does not appear to be any genuine dispute about their authenticity.

We again propose that the parties stipulate to the authenticity of documents produced in this litigation, to minimize unnecessary burden and promote efficiency. To be clear, the parties would reserve their rights to dispute admissibility on grounds other than lack of authenticity, including relevance.

Please let us know if you are amenable to signing the attached.  We are available to meet and confer.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay Elsberg PLLC  [Web]
Pronouns: she, her, hers
――――――――――――――――――――――――
+1 212.390.9352  [O]