

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

November 14, 2024

<u>BY ECF AND EMAIL</u>

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re:  In re Tether and Bitfinex Crypto Asset Litigation***, No. 19 Civ. 9236 (S.D.N.Y.) (KPF)

Dear Judge Failla:

We write on behalf of the B/T Defendants and Philip Potter (collectively, "Defendants") to respectfully request that the Court enter the attached proposed Amended Civil Case Management Plan and Scheduling Order on the consent of all parties in the above-captioned matter.

Pursuant to the Court's November 13, 2024 Order (Dkt. No. 574), Defendants emailed Plaintiffs yesterday afternoon to resolve the parties' dispute without the Court's intervention.  Defendants stated that they understood that Plaintiffs believed a three-week extension to the deadline for responding to Requests for Admission would prejudice Plaintiffs absent a concomitant extension to the deadline for Plaintiffs' motion for class certification, and accordingly asked Plaintiffs whether they would agree to a three-week extension to the deadline for RFA responses and concomitant extensions to the deadlines for the parties' class certification briefing, expert reports, and depositions.  Plaintiffs responded this morning saying they do not oppose the request.

In light of both the sheer volume and the complexity of Plaintiffs' RFAs, as outlined in Defendants' initial letter motion seeking an extension last week (Dkt. No. 572), and the absence of any opposition by Plaintiffs, Defendants respectfully request that the Court grant this modest extension.  Defendants do not anticipate requesting any additional extensions to these deadlines.

Respectfully submitted,

<u>/s/ Elliot Greenfield</u>