**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 1:19-cv-09236 (KPF) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Plaintiffs Eric Young, Adam Kurtz, and David Crystal, through counsel, respectfully request the withdrawal of the appearance of Anthony E. Maneiro as counsel for Plaintiffs in this matter. After December 13, 2024, Mr. Maneiro will no longer be associated with the law firm Kirby McInerney LLP. Plaintiffs will continue to be represented by other attorneys of record at Kirby McInerney LLP. His withdrawal will not affect any deadlines or cause any delay in this matter.

Dated: December 12, 2024

Respectfully submitted,

**KIRBY McINERNEY LLP**

/s/ *Anthony E. Maneiro*
Anthony E. Maneiro
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
amaneiro@kmllp.com

David E. Kovel
Karen M. Lerner
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
dkovel@kmllp.com
klerner@kmllp.com

*Counsel for Plaintiffs Eric Young, Adam Kurtz, and David Crystal*