UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No. 19-cv-9236 (KPF) <br><br> ORAL ARGUMENT REQUESTED |

NOTICE OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

PLEASE TAKE NOTICE that, upon this motion dated January 10, 2025, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, the supporting Declaration of Andrew R. Dunlap, and supporting exhibits thereto, Plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, and Pinchas Goldshtein respectfully move this Court, before the Honorable Katherine P. Failla, United States District Judge, Southern District of New York, at the courthouse thereof, 40 Foley Square, New York, NY 10007, on a date and time to be set by the Court, for an Order certifying a Class and Sub-Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and appointing Selendy Gay PLLC and Schneider Wallace Cottrell Konecky LLP as Co-lead Class and Sub-Class Counsel.

DATED:   New York, New York
         January 10, 2025

| SELENDY GAY PLLC | SCHNEIDER WALLACE COTTRELL KONKECKY LLP |
|---|---|
| By: /s/ *Andrew R. Dunlap* | By: /s/ *Todd M. Schneider* |
| Philippe Z. Selendy<br>Andrew R. Dunlap<br>Oscar Shine<br>Laura M. King<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Tel: 212-390-9000<br>pselendy@selendygay.com<br>adunlap@selendygay.com<br>oshine@selendygay.com<br>lking@selendygay.com<br><br>*Co-Lead Interim Class Counsel* | Todd M. Schneider (*pro hac vice*)<br>Matthew S. Weiler (*pro hac vice*)<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>tschneider@schneiderwallace.com<br>mweiler@schneiderwalace.com<br><br>*Co-Lead Interim Class Counsel* |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system, on January 10, 2025.

/s/    *Andrew R. Dunlap*
Andrew R. Dunlap