# Exhibit 18
# Filed Under Seal

**In the Matter Of:**

*In Re - Tether and Bitfinex*

---

*LUDOVICUS VAN DER VELDE*

*September 29, 2023*

---



**Page 90**

1   Q. Let me restate.
2     Would the CFO, Mr. Devasini, inform you if
3 he was going to transfer hundreds of millions of
4 dollars from Tether's bank account to Bitfinex's
5 bank account?
6   MR. SCHAPER: Objection to form.
7 **A. I leave Mr. Devasini to his own territory.**
8 **And he does not necessarily need to inform me of**
9 **every movement.**
10   Q. Do you believe that you did not know at
11 the time that Mr. Devasini was transferring
12 hundreds of millions of dollars from Bitfinex's
13 Crypto Capital account to Tether's Crypto Capital
14 account?
15   MR. SCHAPER: Objection to form.
16 **A. I do not remember.**
17   Q. Do you remember whether an equal amount of
18 funds was transferred from Tether's Deltec account
19 to Bitfinex's Deltec account?
20 **A. I do not remember.**
21   Q. You testified that you were -- that you
22 knew there were loans made from Tether to
23 Bitfinex. Is that correct?
24 **A. I remember there was a loan. Yes.**
25   Q. What was the purpose of the loan?

**Page 91**

1 **A. The loan was to provide funds from Tether**
2 **to Bitfinex.**
3   Q. Was Bitfinex unable to face customer
4 redemptions at the time of the loan?
5   MR. SCHAPER: Objection to form.
6 **A. The loan was made in order to assist**
7 **Bitfinex.**
8   Q. That doesn't answer my question.
9     Was Bitfinex unable to face customer
10 redemptions at the time of the loans?
11   MR. SCHAPER: Same objection.
12 **A. The loan was made in order to assist**
13 **Bitfinex.**
14   Q. So the answer to my question is yes,
15 Bitfinex was unable to face customer redemptions
16 and so Tether loaned Bitfinex funds?
17   MR. SCHAPER: Objection to form.
18 **A. That is your sentence. Mine is, Tether**
19 **loaned funds to Bitfinex to assist Bitfinex.**
20   Q. Why did Bitfinex need assistance in the
21 form of Tether's funds?
22   MR. SCHAPER: Objection to form.
23 **A. Because we had no access at the time to**
24 **the funds that we required and we had to**
25 **anticipate.**

**Page 92**

1   Q. When you say that you had no access to the
2 funds you required, are you referring to the funds
3 that were held by Crypto Capital?
4 **A. When uncertainty arises, as it did**
5 **eventually, we had to anticipate and find a**
6 **solution, which we did.**
7   Q. And the solution to having no access to
8 funds you required was to take a loan of Tether's
9 funds?
10 **A. That is correct.**
11   Q. Did Bitfinex's funds that you could not
12 access include customer funds?
13   MR. SCHAPER: Objection to form.
14 **A. Of course.**
15   Q. And when Bitfinex took a loan from Tether,
16 it took a loan of Tether's reserves. Is that
17 correct?
18   MR. SCHAPER: Objection to form.
19 **A. That is correct.**
20   Q. And you knew at the time that you took a
21 loan from Tether that the accounts at Crypto
22 Capital were inaccessible. Correct?
23   MR. SCHAPER: Objection to form.
24 **A. We had to anticipate that this might have**
25 **been the case. So yes, we had to take action**

**Page 93**

1 **before it would cause problems in the market.**
2   Q. You knew the funds to the extent they
3 existed at Crypto Capital had been seized when you
4 took the loan. Correct?
5   MR. SCHAPER: Objection, asked and
6 answered.
7 **A. I said, as more information became**
8 **available, we took appropriate action.**
9   Q. And when you say "more information became
10 available," what information are you referring to?
11 **A. That we had no access to the funds for an**
12 **indeterminate period and we did not know for how**
13 **long. And therefore, we had to take action to**
14 **anticipate that. Our interest is to protect the**
15 **customers, and that's what we did.**
16   Q. When the funds were transferred --
17 actually, strike that.
18     Why was it in Tether's interest to extend
19 a loan of its reserves to Bitfinex?
20   MR. SCHAPER: Objection to form.
21 **A. Tether is intrinsically tied to the market**
22 **as well as Bitfinex.**
23   Q. Could you elaborate further on what you
24 mean by "Tether is intrinsically tied to the
25 market as well as Bitfinex," Mr. van der Velde?