# Exhibit 34
# Filed Under Seal

# In the Matter Of:

*In Re: Tether and Bitfinex Crypto Asset Litigation*

*STUART HOEGNER*

*October 12, 2023*



Page 70

```
 1  existing Tethers."
 2          Do you see that?
 3      A.  I do.
 4      Q.  What does that refer to?
 5      A.  That refers to the reserves.  So
 6  the assets backing the USDT issuances and
 7  liabilities, corresponding liabilities on
 8  Tether's balance sheet being higher than the
 9  one-to-one required by the liabilities.
10          So I don't know what the -- I
11  don't know what the issued USDT was on
12  April 22, 2017.  Let's just, for example, say
13  it was a million USDT.
14          What this sentence is saying is
15  that we put more than a million dollars worth
16  of assets in our reserves in order to -- in
17  order to support those token issuances.
18      Q.  As of April 22, 2017, what assets
19  were in Tether's reserves?
20          MR GREENFIELD:  Object to scope.
21      A.  I'm not exactly sure on that
22  specific date what was in Tether's reserves.
23  BY MR. DUNLAP:
24      Q.  Well, I believe you said that
25  prior to March or so of 2018, Tether held in
```

Page 71

```
 1  its reserves only ready cash and receivables;
 2  is that right?
 3      A.  That's correct.
 4      Q.  As of April of 2017, did Tether
 5  hold any receivables in its reserve?
 6      A.  I don't know.  I don't know what
 7  the makeup was on that particular date, and I
 8  don't know if there were any short-term
 9  receivables from Bitfinex, for example, at
10  that point.
11          Like I said before, I just don't
12  know what the makeup was of the reserves on
13  April 22, 2017.
14          MR GREENFIELD:  I just want to
15      note I had a scope objection on the
16      last question.  But maybe it didn't
17      get picked up on the audio.
18      A.  That was given in my personal
19  capacity.
20  BY MR. DUNLAP:
21      Q.  Does Tether have records of what
22  its reserve were throughout the relevant
23  period?
24          MR GREENFIELD:  Object to scope.
25      A.  Tether had assets throughout the
```

Page 72

```
 1  relevant period to data provided, for
 2  example, through the transparency page into
 3  the PowerBoard.  My colleague, Mr. Ardoino,
 4  may have spoken about this.
 5          But if by "record," you mean a
 6  document that's existing now or that can be
 7  generated from a particular historical period
 8  showing different things, I'm not aware of
 9  anything in particular.
10          MR. DUNLAP:  Let's put Tab 5
11      into the chat.  We are going to mark
12      this as Exhibit 504.
13      (Exhibit 504 was marked for
14      identification.)
15  BY MR. DUNLAP:
16      Q.  Please take a moment to review
17  this, sir, and let me know when you're done.
18      A.  All right.  I've -- I looked at
19  it.
20      Q.  Do you recognize this document?
21      A.  Yes.
22      Q.  What is it?
23      A.  It's an announcement on Tether's
24  website, styled "Transparency Update," dated
25  September 30th of 2017, concerning the
```

Page 73

```
 1  engagement of Friedman LLP to perform certain
 2  procedures for Tether Limited.
 3      Q.  Does this appear to be a fair and
 4  accurate copy of that announcement?
 5      A.  It does, yeah.
 6      Q.  Why did Tether make this
 7  announcement in September of 2017?
 8      A.  Tether made this announcement for
 9  a few reasons.  One, Tether had recently been
10  able to open a -- open an account with
11  NobleBank and wanted to get finance into that
12  account and -- and address its outstanding
13  receivable with Bitfinex as quickly as
14  possible and communicate that to the
15  marketplace.
16          So when I spoke of transparency
17  before, this is another attempt to further
18  that, to get good information into the market
19  and to be transparent.
20          We were also excited about the
21  engagement of Friedman LLP to work with us.
22  And we also wanted to be clear about what
23  this -- what this engagement was and was not.
24          So if you look at the last
25  sentence in the first paragraph, it says,
```

Page 74

```
1   "These consulting services do not constitute
2   an audit or attestation engagement, which
3   would include a significantly expanded scope
4   of procedures and take substantially more
5   time to complete."
6           So we wanted to -- we wanted to be
7   clear that these were not -- this was not an
8   audit or an attestation.  This was wasn't an
9   assurance engagement.  That part wasn't an
10  assurance engagement -- assurance engagement
11  undertaken by Friedman.
12      Q.   Who made the decision to issue
13  this announcement?
14           MR GREENFIELD: Object to scope.
15      A.   I don't recall who ultimately
16  decided to release the announcement.
17  BY MR. DUNLAP:
18      Q.   Do you recall anything about who
19  participated in the decision to make this
20  announcement?
21           MR GREENFIELD: Object to scope.
22      A.   Speaking in my personal capacity,
23  I believe I remember being involved in
24  drafting this, and I believe I remember Phil
25  Potter being involved in drafting this.
```

Page 75

```
1   BY MR. DUNLAP:
2       Q.   Anyone else?
3       A.   Off the top of my head looking
4   back, I can't recall.
5       Q.   Why was Tether excited about its
6   relationship with Friedman?
7       A.   Because we are committed to
8   transparency, and we were excited about
9   working with what we perceive to be a good
10  firm and trying to get more information in
11  the marketplace just validated.
12           Part of what Tether wanted to do,
13  which is, again, to create a useful and
14  trustworthy product.  And getting this kind
15  of information and working with auditors is,
16  in my view, part and parcel of that.
17           So that would be cause for
18  excitement.
19      Q.   You see there's a reference in the
20  second paragraph to an attached memorandum?
21      A.   I do.
22           MR. DUNLAP: Let's drop Tabs 6
23      and 7 into the chat, and we're going
24      to mark as Exhibits 505 and 506
25      respectively.
```

Page 76

```
1       (Exhibit 505 was marked for
2       identification.)
3       (Exhibit 506 was marked for
4       identification.)
5       A.   Okay.  I have them.
6            MR GREENFIELD: Can I ask that
7       when you guys drop exhibits in the
8       chat you put some kind of notice to
9       what exhibit number it is, as you have
10      been doing in past depositions?  It's
11      just that there's no way to keep track
12      of exhibit numbers.
13           MR. DUNLAP: Sure.
14  BY MR. DUNLAP:
15      Q.   So if you could start with
16  Exhibit 505.  Just take a moment to -- don't
17  read the whole thing.  Just take a moment to
18  review it.
19      A.   I'm sorry.  It's at Tab 6?
20      Q.   Yeah, Tab 6.  Exhibit 505.  Just
21  take a moment to quickly review that, and let
22  me know when you're done.
23      A.   Okay.  I haven't read every word,
24  but I do remember this document somewhat from
25  a few years ago.
```

Page 77

```
1       Q.   Do you recognize the document in
2   Exhibit 505?
3       A.   Yes.
4       Q.   What is it?
5       A.   It is a memorandum regarding
6   consulting services performed dated
7   September 28, 2017, by Friedman LLP to the
8   firm of independent -- independent accountant
9   in New Jersey.
10      Q.   Does this appear to be a fair and
11  accurate copy of that memorandum?
12      A.   It appears to be unredacted.  It
13  appears to be complete.
14      Q.   Now, was the version that Tether
15  posted or linked to on its website redacted?
16      A.   It was in part.
17      Q.   Can you take a look at
18  Exhibit 506, which is also marked as Tab 7?
19      A.   Okay.  Here again, I haven't
20  reviewed every line, but with --
21      Q.   If you flip through Exhibit 506,
22  you can see there are a few redactions?
23      A.   Correct.
24      Q.   Do you recognize Exhibit 506 as
25  the redacted version of the Friedman
```

Page 78

1  memorandum that Tether posted to its website?
2      A.   It appears to be.  I haven't
3  compared it line by line, but it appears to
4  be.
5      Q.   Do you have any reason to doubt
6  this is a fair and accurate copy?
7      A.   Not particularly, no.
8      Q.   If I can ask you to turn back to
9  the transparency update.  This is
10 Exhibit 504.
11     A.   Okay.  Yep.
12     Q.   You will see there's a reference
13 in the first paragraph, Tether says, "The
14 amount of Tethers in circulation has
15 increased substantially in recent months,"
16 correct?
17     A.   Yes, I can see that.
18     Q.   What does that refer to?
19     A.   That refers to the amount of
20 issued USDT having increased -- having
21 increased in recent months.
22     Q.   In the months leading up to
23 September of 2017, correct?
24     A.   Correct.
25     Q.   But if you turn back to

Page 79

1  Exhibit 503 -- let me know when you're there.
2      A.   This is the April 22nd
3  announcement?
4      Q.   Correct.
5      A.   Yes.
6      Q.   In the second paragraph, it says,
7  "We do not expect the supply of Tethers to
8  increase substantially" -- well, I'll read
9  the full paragraph.  Withdrawn.
10          The second full paragraph in
11 Exhibit 503 says, "Since April 18, 2017, all
12 incoming international wires to Tether have
13 been blocked and refused by our Taiwanese
14 banks.  As such, we do not expect the supply
15 of Tethers to increase substantially until
16 these constraints have been lifted."
17          Do you see that?
18     A.   I do, yes.
19     Q.   And what did that refer to?
20     A.   Well, at the time, with imperfect
21 information looking ahead, including because
22 of the facts that international wires to
23 Tether had been blockaded because of Wells
24 Fargo's actions, as we discussed earlier, we
25 did not expect the amount of Tethers to

Page 80

1  increase substantially.
2          That turned out to be wrong, but
3  that was our expectation in April of 2017.
4      Q.   Were the constraints on processing
5  international wires lifted between April and
6  September of 2017?
7      A.   The challenges in finding banking
8  relationships, not just for Tether but for
9  many participants and companies in the
10 cryptocurrency ecosystem, continued to be
11 difficult.  But Tether was working diligently
12 to try to open an account at NobleBank and
13 subsequently did so in September of 2017.
14     Q.   But the constraints on processing
15 international wires referred to in
16 Exhibit 503 were not lifted or resolved
17 before September of 2017, correct?
18     A.   The Wells Fargo blockade that I
19 think we spoke about earlier was not
20 resolved.  So if that's -- if that's what
21 you're referring to in terms of the
22 constraints, then, no, those remained in
23 place.
24     Q.   Was it the case that in the months
25 leading up to September 2017, Tether issued

Page 81

1  USDT to Bitfinex in exchange for receivables
2  from Bitfinex?
3      A.   In various -- at various times and
4  various stages from April 2017 through to
5  September of 2017, Tether issued USDT to
6  Bitfinex, and Bitfinex accumulated a payable
7  to Tether, and Tether accumulated accrued
8  corresponding receivable on its books.
9          And that receivable formed part of
10 the reserves that were gradually built up
11 until --
12          (Simultaneous unreportable crosstalk.)
13     A.   I'm sorry.
14     Q.   Please go ahead.
15     A.   -- until Tether opened its account
16 at Noble in September of 2017, I believe.
17     Q.   Once Tether opened its account at
18 Noble in September of 2017, did Bitfinex pay
19 off the receivable and payable in full?
20     A.   I believe it did pay off that
21 payable that had been accumulating on
22 Bitfinex's books and the corresponding
23 receivable on Tether's books.
24          To that point, there may have been
25 further short-term receivables accumulated

Page 82

```
 1  with Tether from time to time thereafter or a
 2  longer term ones as it turned out to be the
 3  case.  I think we spoke about those in one of
 4  the previous deposition sessions.
 5          But up to the point that it had
 6  accumulated that payable to Tether in
 7  September of 2017, yes, I believe that was
 8  fully -- I understand that was fully
 9  satisfied in September.
10      Q.   Did Tether ever disclose that it
11  had issued USDT in exchange for receivables
12  in 2017?
13          MR GREENFIELD:  Object to scope.
14      A.   I don't recall.
15  BY MR. DUNLAP:
16      Q.   Do you recall any such disclosure?
17          MR GREENFIELD:  Object to scope.
18      Object to form.
19      A.   I don't recall.
20  BY MR. DUNLAP:
21      Q.   If you turn back to Exhibit 505,
22  this is the Friedman memorandum.
23          Let me know when you're there.
24          MR GREENFIELD:  We are looking
25      at the redacted or unredacted?
```

Page 83

```
 1          MR. DUNLAP:  Exhibit 505 is the
 2      unredacted.
 3      A.   I'm there.
 4  BY MR. DUNLAP:
 5      Q.   Did Tether ask Friedman to look at
 6  the receivables that it held in its accounts
 7  prior to September of 2017?
 8      A.   This was a point in time snapshot
 9  similar in concept to balance sheet.  So it
10  doesn't show a flow over a period of time.
11  It shows a particular point in time.
12          That said, Friedman fully expects
13  part of this engagement would have wanted to
14  see material leading up to the place we found
15  ourselves on September 28, 2017 -- or sorry.
16  September 15, 2017, is the date.
17      Q.   The Friedman memorandum doesn't
18  discuss these receivables, does it?
19      A.   Well, I think there's mention of
20  the bank of Montreal account where I was
21  holding some money for the benefit of Tether.
22  I'm not sure if that's classed as a
23  receivable on Tether's books, but it's
24  definitely part of the reserves.
25          If that's a receivable, it's on
```

Page 84

```
 1  there.
 2      Q.   Did Tether consider the amounts
 3  that you held for the benefit of Tether at
 4  the Bank of Montreal to be a receivable?
 5      A.   No.  It would have -- it saw those
 6  as amounts in bank accounts, so that would
 7  not be classed as a receivable.
 8      Q.   But the Friedman memorandum from
 9  September 28, 2017, doesn't discuss
10  receivables from Bitfinex, correct?
11      A.   Again, I have not looked at every
12  line of this document.  It's been a few
13  years.  I don't -- I don't see anything off
14  the top of my head.
15          But if it doesn't discuss them,
16  then I think would have been appropriate
17  because this was, as I mentioned, a point in
18  time snapshot as of September 15th of 2017.
19      Q.   Could Tether have asked Friedman
20  to provide a snapshot during the period of
21  time when it did hold receivables from
22  Bitfinex in 2017?
23          MR GREENFIELD:  Object to form.
24      A.   Sorry.  Was your question:  Could
25  it have?
```

Page 85

```
 1  BY MR. DUNLAP:
 2      Q.   Yes.
 3      A.   I suppose it could have asked
 4  hypothetically.
 5      Q.   So why did Tether ask Friedman to
 6  provide this snapshot, as you put it, only
 7  shortly after the receivables from Bitfinex
 8  had been paid off?
 9      A.   Because Tether had a normal -- a
10  relatively normal banking relationship at
11  that point and wanted to communicate that to
12  the market.
13          I'm not sure -- I'm not sure that
14  Friedman would have even undertaken the
15  engagement if there had been -- if the point
16  in time had included the receivables prior to
17  the opening of the NobleBank account.
18          But I'm not sure.
19      Q.   Why are you unsure whether
20  Friedman would have undertaken its engagement
21  during a period of time where Tether held
22  receivables from Bitfinex?
23          MR GREENFIELD:  Object to form.
24      A.   Because I don't speak for Friedman
25  on this -- in that case.
```