# Exhibit 35
# Filed Under Seal

# In the Matter Of:

*In Re - Tether and Bitfinex Crypto*

*PAOLO ARDOINO*

*September 13, 2023*



**21**

1 tokens that were issued after the hack in
2 2016, and I'm a shareholder in Tether Holding
3 Limited.
4    Q.  Do you know the approximate
5 percentage of shares that you own in each of
6 those entities?
7    A.  Which period of time?
8    Q.  Currently.
9    A.  Yes, I know.
10    Q.  Can you tell us what those
11 percentages are, please?
12    A.  Approximately between --
13 approximately around 7 percent direct
14 ownership of Tether.  And around 11 percent
15 of ownership of DigFinex.  For iFinex, I --
16 it's almost irrelevant because it's super
17 small, and I don't know exactly the
18 percentage.
19    Q.  Do either Tether or DigFinex pay
20 dividends to their shareholders?
21    A.  iFinex paid dividends to the
22 shareholders -- to its shareholders and
23 DigFinex too.
24    Q.  What about Tether?
25    A.  To my knowledge, Tether didn't --

**22**

1 didn't issue dividends.
2    Q.  In what currencies or form did
3 iFinex and DigFinex pay dividends?
4    A.  To my knowledge, it would be in US
5 dollars, but it's best to ask other people.
6    Q.  Who else would we ask?
7    A.  Stuart Hoegner.
8        MR. GREENFIELD:  Erica, I just
9    want to mention, recently he's been
10    saying "DigFinex," and it's been
11    coming across as "Bitfinex."  Just to
12    note that going forward.
13        THE WITNESS:  Sorry.  Just to be
14    clear, I said Bitfinex.
15        MR. GREENFIELD:  I think you
16    said that you had shares of DigFinex,
17    but the court reporter may have heard
18    Bitfinex.
19        I just want to make sure we have
20    a clear record.
21        THE WITNESS:  Okay.  Yes.  I
22    have shares of DigFinex.
23 BY MR. DUNLAP:
24    Q.  Sir, you remember yesterday we
25 talked about how Bitfinex distinguished

**23**

1 between the concepts of authorizing and
2 issuing and buying and selling USDT.
3        Do you recall that?
4        MR. GREENFIELD:  Objection.
5    A.  That term is a term that Tether --
6 that Tether refers to.  It is a term that has
7 been provided and stated -- let me think of
8 the right term.
9        But it's a term that applies to
10 Tether as a company.  Bitfinex as one of the
11 customers would -- you know, we encourage at
12 Bitfinex anyone to use the proper terms when
13 dealing in -- you know, also with third
14 parties.
15 BY MR. DUNLAP:
16    Q.  To the best of your knowledge, did
17 Bitfinex and Tether use the term issuing USDT
18 the same during the relevant period?
19        MR. GREENFIELD:  Objection.
20    A.  I cannot speak for everyone in
21 Bitfinex or Tether.
22 BY MR. DUNLAP:
23    Q.  You worked for both Bitfinex and
24 Tether during the relevant period, correct?
25    A.  That's correct.

**24**

1    Q.  What is your understanding of what
2 it means to issue USDT?
3    A.  Issue USDT is a process that
4 requires a customer -- once a customer of
5 Tether registers on the platform and
6 performs and goes through a KYC AML process,
7 once the account is verified by the
8 compliance team, then the customer can
9 request for the issuance of USDT to Tether.
10 And the Tether -- then customer also provide
11 the --
12    (Technical interruption.)
13        MR. DUNLAP:  We are having
14    some -- at least on my end, we're
15    having some glitches.
16        Are other people hearing that
17    too?
18        MR. GREENFIELD:  For the last,
19    like, ten seconds, I think there's a
20    little bit of an audio glitch.
21        MR. DUNLAP:  He seems frozen
22    right now.  I think it's more -- more
23    time than that.
24        Sir, can you hear us?
25        THE WITNESS:  Yeah, I hear you