January 31, 2025

**MEMO ENDORSED**

<u>BY ECF AND EMAIL</u>

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re:  In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.) (KPF)**

Dear Judge Failla:

We write on behalf of the parties regarding redactions to the briefing on Plaintiffs' motion for class certification.  (Dkt. No. 585.)

Plaintiffs filed under seal their motion for class certification and supporting documents, as well as amended versions of certain supporting documents, on January 10 and January 22, 2025 and sought leave to file on January 31, 2025 unsealed copies subject to redactions proposed by Defendants and to comply with the Court's prior orders safeguarding the Anonymous Trader's confidentiality.  (Dkt. Nos. 584, 591.)

The parties have conferred and respectfully seek the Court's leave to maintain under seal Plaintiffs' motion and supporting documents (Dkt. Nos. 586-87, 592) as well as the remainder of the parties' briefs and supporting material that have yet to be filed until a reasonable time after briefing is completed.  Plaintiffs' motion and supporting documents are lengthy and contain information relating to the Anonymous Trader as well as certain information designated Attorneys' Eyes Only and Confidential by Defendants and Defendants anticipate that their opposition and expert reports will reference and cite Plaintiffs' filings as well as documents produced by Plaintiffs.  For the sake of efficiency, and to facilitate a streamlined review process for the Court, the parties respectfully request that they be permitted to confer regarding redactions to their briefs and supporting documents after the submission of all such materials and to file proposed redactions no later than three weeks following the submission of all such materials.

Respectfully submitted,

The Honorable Katherine Polk Failla        2        January 31, 2025

Counsel for the Parties:

| | |
|---|---|
| /s/ Andrew R. Dunlap<br>Andrew R. Dunlap<br>Oscar Shine<br>Laura M. King<br>SELENDY GAY PLLC<br>1290 Sixth Avenue<br>New York, NY 10104<br>adunlap@selendygay.com<br>oshine@selendygay.com<br>lking@selendygay.com<br><br>/s/ Todd M. Schneider<br>Todd M. Schneider (*pro hac vice*)<br>Matthew S. Weiler (*pro hac vice*)<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608<br>tschneider@schneiderwallace.com<br>mweiler@schneiderwallace.com<br><br>*Interim Lead Counsel and Attorneys for the Plaintiffs and the Proposed Class* | /s/ Elliot Greenfield<br>Maeve L. O'Connor<br>Michael Schaper<br>Elliot Greenfield<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>mloconnor@debevoise.com<br>mschaper@debevoise.com<br>egreenfield@debevoise.com<br><br>Michael Jason Lee, Esq.<br>Law Offices of Michael Jason Lee, APLC<br>4660 La Jolla Village Drive, Suite 100<br>San Diego, CA 92122<br>michael@mjllaw.com<br><br>Sunjina K. Ahuja, Esq.<br>Christopher J. Beal<br>Dillon Miller Ahuja & Boss, LLP<br>5872 Owens Ave., Suite 200<br>San Diego, CA 92008<br>sahuja@dmablaw.com<br>cbeal@dmablaw.com<br><br>*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, Tether Holdings Limited, Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*<br><br>/s/ Charles D. Cording<br>Charles D. Cording<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>ccording@willkie.com<br><br>*Attorneys for Defendant Philip G. Potter* |

Application GRANTED. The parties' briefing, including Plaintiffs' motion for class certification (Dkt. #586-87, 592), will remain under seal, viewable to the Court and the parties only. The parties are instructed to submit all proposed redactions on or before **July 8, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 594.

Dated:     February 3, 2025          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE