# EXHIBIT 1

**Corcoran, Patrick**

---

| | |
|---|---|
| **From:** | Laura King <lking@selendygay.com> |
| **Sent:** | Thursday, January 23, 2025 11:35 AM |
| **To:** | Greenfield, Elliot; Born, Natascha; O'Connor, Maeve; Schaper, Michael; Ceresney, Andrew J.; Schlegelmilch, Stephan J; Hahn, Ashley V.; 'michael@mjllaw.com'; 'sahuja@dmablaw.com'; 'jacabed@mjllaw.com'; 'William Kraus'; 'ccording@willkie.com'; 'Tim Valliere'; 'cbeal@dmablaw.com' |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Oscar Shine; 'Todd M. Schneider'; 'Matthew S. Weiler'; 'Srujana Shivji'; Xinchen Li; Stephen Federowicz; Tether-Team-SG; Tether Team |
| **Subject:** | In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) |

**\*EXTERNAL\***

Counsel,

Our understanding is that any rebuttal reports that Plaintiffs' expert(s) may submit in response to Defendants' expert(s) are due at the same time as Plaintiffs' reply in support of their motion for class certification. If you have a different understanding, please let us know so that the parties can meet and confer.

Thanks,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
----------------------------------------------
+1 212.390.9352  [O]