# EXHIBIT 2

**Corcoran, Patrick**

| | |
|---|---|
| **From:** | Laura King <lking@selendygay.com> |
| **Sent:** | Friday, January 31, 2025 5:53 PM |
| **To:** | Born, Natascha; Greenfield, Elliot; O'Connor, Maeve; Schaper, Michael; Hotelling, David J.; Schlegelmilch, Stephan J; Hahn, Ashley V.; 'michael@mjllaw.com'; 'sahuja@dmablaw.com'; 'jacabed@mjllaw.com'; 'William Kraus'; 'ccording@willkie.com'; 'Tim Valliere'; 'cbeal@dmablaw.com' |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Oscar Shine; 'Todd M. Schneider'; 'Matthew S. Weiler'; 'Srujana Shivji'; Xinchen Li; Stephen Federowicz; Tether-Team-SG; Tether Team |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.) |

**\*EXTERNAL\***

Counsel,

Assuming Defendants submit expert reports with their forthcoming opposition brief, and Defendants' experts criticize opinions offered by Plaintiffs' experts or offer their own opinions, then Plaintiffs intend to have their experts submit reports rebutting Defendants' experts.  If Defendants submit expert reports that do not respond to Plaintiffs' experts but offer unrelated opinions, Plaintiffs likewise reserve the right to submit reports from Plaintiffs' experts responding to those opinions, as well.  Please let us know if Defendants would object, in either scenario, to Plaintiffs' expert submissions.  If so, please explain why.

Plaintiffs reserve all rights.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
---------------------------------------------
+1 212.390.9352  [O]

**From:** Born, Natascha <nborn@debevoise.com>
**Sent:** Thursday, January 30, 2025 3:55 PM
**To:** Laura King <lking@selendygay.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'michael@mjllaw.com' <michael@mjllaw.com>; 'sahuja@dmablaw.com' <sahuja@dmablaw.com>; 'jacabed@mjllaw.com' <jacabed@mjllaw.com>; 'William Kraus' <william.kraus@pierferd.com>; 'ccording@willkie.com' <CCording@willkie.com>; 'Tim Valliere' <tvalliere@tavlaw.com>; 'cbeal@dmablaw.com' <cbeal@dmablaw.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; 'Todd M. Schneider' <tschneider@schneiderwallace.com>; 'Matthew S. Weiler' <mweiler@schneiderwallace.com>; 'Srujana Shivji' <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

Counsel,

We may be talking past each other. Is it your position that Plaintiffs are entitled to submit a rebuttal report insofar as Defendants submit an affirmative expert report, or is it your position that Plaintiffs are entitled to serve a reply to any rebuttal report that Defendants submit?

Best,

Natascha


**Natascha Born** | Associate | Debevoise & Plimpton LLP | nborn@debevoise.com | +1 212 909 6821 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King <lking@selendygay.com>
**Sent:** Wednesday, January 29, 2025 5:18 PM
**To:** Born, Natascha <nborn@debevoise.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'michael@mjllaw.com' <michael@mjllaw.com>; 'sahuja@dmablaw.com' <sahuja@dmablaw.com>; 'jacabed@mjllaw.com' <jacabed@mjllaw.com>; 'William Kraus' <william.kraus@pierferd.com>; 'ccording@willkie.com' <CCording@willkie.com>; 'Tim Valliere' <tvalliere@tavlaw.com>; 'cbeal@dmablaw.com' <cbeal@dmablaw.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; 'Todd M. Schneider' <tschneider@schneiderwallace.com>; 'Matthew S. Weiler' <mweiler@schneiderwallace.com>; 'Srujana Shivji' <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

**\*EXTERNAL\***

Counsel,

It is not necessary for the Scheduling Order to address rebuttal expert reports because Fed. R. Civ. P. 26(a)(2)(D)(ii) expressly allows for rebuttal reports, and nothing in the Scheduling Order limits Plaintiffs' rights under that rule.  See *S.E.C. v. Badian*, 2009 WL 5178537, at *4 (S.D.N.Y. Dec. 23, 2009) (rejecting the argument that the Scheduling Order's silence meant the SEC was not entitled to serve rebuttal reports).

To be clear, are Defendants taking the position that they will object to Plaintiffs serving rebuttal expert reports alongside their reply brief?  If so, please identify any and all bases for Defendants' objection, including—specifically—how Defendants would be prejudiced by the submission of expert rebuttal reports.

Plaintiffs reserve all rights and are available to meet and confer.

Best,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
---------------------------------------------
+1 212.390.9352  [O]

**From:** Born, Natascha <nborn@debevoise.com>
**Sent:** Tuesday, January 28, 2025 5:26 PM
**To:** Laura King <lking@selendygay.com>; Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'michael@mjllaw.com' <michael@mjllaw.com>; 'sahuja@dmablaw.com' <sahuja@dmablaw.com>; 'jacabed@mjllaw.com' <jacabed@mjllaw.com>; 'William Kraus' <william.kraus@pierferd.com>; 'ccording@willkie.com' <CCording@willkie.com>; 'Tim Valliere' <tvalliere@tavlaw.com>; 'cbeal@dmablaw.com' <cbeal@dmablaw.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; 'Todd M. Schneider' <tschneider@schneiderwallace.com>; 'Matthew S. Weiler' <mweiler@schneiderwallace.com>; 'Srujana Shivji' <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

Counsel:

The Amended Civil Case Management Plan and Scheduling Order (the "Scheduling Order") does not allow for any reply expert reports to be submitted in support of Plaintiffs' motion for class certification.  (Dkt. No. 578.)  Unlike paragraph 8 of the Scheduling Order, which provides for opening, rebuttal, and reply reports for any experts beyond class certification, paragraph 7 does not allow for the submission of any reply report.

With respect to your email on scheduling, we are reviewing the expert reports by Mr. Malek and Dr. DeRamus and coordinating calendars on our end and will get back to you with dates for their depositions.

Regards,

Natascha

**Natascha Born** | Associate | Debevoise & Plimpton LLP | nborn@debevoise.com | +1 212 909 6821 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King <lking@selendygay.com>
**Sent:** Thursday, January 23, 2025 11:35 AM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; Born, Natascha <nborn@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Ceresney, Andrew J. <aceresney@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Hahn, Ashley V. <avhahn@debevoise.com>; 'michael@mjllaw.com' <michael@mjllaw.com>; 'sahuja@dmablaw.com' <sahuja@dmablaw.com>; 'jacabed@mjllaw.com' <jacabed@mjllaw.com>; 'William Kraus' <william.kraus@pierferd.com>; 'ccording@willkie.com' <CCording@willkie.com>; 'Tim Valliere' <tvalliere@tavlaw.com>; 'cbeal@dmablaw.com' <cbeal@dmablaw.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; 'Todd M. Schneider' <tschneider@schneiderwallace.com>; 'Matthew S. Weiler' <mweiler@schneiderwallace.com>; 'Srujana Shivji' <sshivji@schneiderwallace.com>; Xinchen Li <xli@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Tether-Team-SG <Tether-Team-SG@selendygay.com>; Tether Team <TetherTeam@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 1:19-cv-09236 (S.D.N.Y.)

**\*EXTERNAL\***

Counsel,

Our understanding is that any rebuttal reports that Plaintiffs' expert(s) may submit in response to Defendants' expert(s) are due at the same time as Plaintiffs' reply in support of their motion for class certification. If you have a different understanding, please let us know so that the parties can meet and confer.

Thanks,
Laura

**Laura King**
Associate  [Email]
Selendy Gay PLLC  [Web]
---------------------------------------------
+1 212.390.9352  [O]