April 21, 2025

**Via ECF**
Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) (S.D.N.Y.)

Dear Judge Failla,

We write on behalf of Plaintiffs in response to the motion to unseal court records for purposes of investigative journalism, dated April 11, 2025, filed by nonparty Khadija Sharife (Dkt. 599) (the "Motion"), as well as to B/T Defendants' opposition thereto (Dkt. 600).

Plaintiffs take no position on the Motion as to any documents or records produced by Defendants. If the Court is inclined to grant the Motion, Plaintiffs request the opportunity to review, and if necessary propose redactions for, any documents produced by Plaintiffs, as necessary to protect Plaintiffs' personal information (including wallet addresses, account information, and transaction information).

Respectfully submitted,

/s/ Andrew R. Dunlap
Philippe Selendy
Andrew R. Dunlap
Oscar Shine
Laura M. King
SELENDY GAY PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com
lking@selendygay.com

/s/ Todd M. Schneider
Todd M. Schneider (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com