UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No.: 1:19-cv-09236 (KPF) |

**DEFENDANT PHILIP G. POTTER'S JOINDER
TO THE B/T DEFENDANTS'
MOTION TO EXCLUDE THE TESTIMONY OF DAVID W. DERAMUS**

WILLKIE FARR & GALLAGHER LLP
Charles D. Cording
787 Seventh Avenue
New York, NY  10019
ccording@willkie.com

VALLIERE LLC
Timothy Alfred Valliere
43 West 43rd Street, Suite 70
New York, NY 10036
tvalliere@tavlaw.com

*Attorneys for Defendant Philip G. Potter*

Defendant Philip G. Potter ("Mr. Potter"), by and through his undersigned counsel, respectfully submits this joinder to the B/T Defendants' Motion to Exclude the Testimony of David W. DeRamus (the "B/T Defendants' Motion"), which was filed in response to DeRamus's Expert Report (Dkt. No. 592-1). Mr. Potter hereby joins in, adopts, and supports all of the arguments contained in the B/T Defendants' Memorandum of Law in Support of the B/T Defendants' Motion to Exclude the Testimony of David W. DeRamus (the "B/T Defendants' Memorandum"). For the reasons set forth in the B/T Defendants' Memorandum, Mr. Potter respectfully requests that the Court grant the B/T Defendants' Motion.

Dated: May 2, 2025
New York, New York

**WILLKIE FARR & GALLAGHER LLP**

/ s / *Charles D. Cording*
Charles D. Cording
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
ccording@willkie.com

**VALLIERE LLC**
Timothy Alfred Valliere
VALLIERE LLC
43 West 43rd Street, Suite 70
New York, NY 10036
tvalliere@tavlaw.com

*Attorneys for Defendant Philip G. Potter*