# EXHIBIT 7
# FILED UNDER SEAL

```
                                                              1
 1              HIGHLY CONFIDENTIAL - AEO

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   CASE NO. 19 Civ. 9236 (KPF)

 5   -------------------------------------

 6   IN RE:

 7   TETHER AND BITFINEX

 8   CRYPTO ASSET LITIGATION,

 9   -------------------------------------

10

11           ** HIGHLY CONFIDENTIAL **
             ** ATTORNEYS' EYES ONLY **
12

13

14      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF

15                     TETHER

16                BY PAOLO ARDOINO

17

18

19            Monday, October 9, 2023

20                 7:35 a.m. (EDT)

21

22

23   Reported By:

24   Joan Ferrara, RMR, FCRR

25   Job No. 2023-914867
```

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 3 of 12
In Re - Tether and Bitfinex                               Paolo Ardoino
                    Attorneys Eyes Only                October 09, 2023

2

1       HIGHLY CONFIDENTIAL - AEO

2

3

4             October 9, 2023

5              7:35 a.m. (EDT)

6

7

8

9

10      Highly Confidential Videotaped

11   30(b)(6) Deposition of TETHER, BY PAOLO

12   ARDOINO, held remotely via Zoom, before

13   Joan Ferrara, a Registered Merit Reporter,

14   Federal Certified Realtime Reporter and

15   Notary Public.

16

17

18

19

20

21

22

23

24

25

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 4 of 12
In Re - Tether and Bitfinex                                  Paolo Ardoino
                    Attorneys Eyes Only                  October 09, 2023

3

```
 1          HIGHLY CONFIDENTIAL - AEO
 2   REMOTE APPEARANCES:
 3
 4   ON BEHALF OF PLAINTIFFS:
 5   SELENDY GAY ELSBERG
 6           1290 Avenue of the Americas
 7           New York, New York 10104
 8   BY:     ANDREW DUNLAP, ESQ.
 9           LAURA KING, ESQ.
10           ANNE ARCOLEO, ESQ.
11
12
13   ON BEHALF OF PLAINTIFFS:
14   SCHNEIDER WALLACE COTTRELL KONECKY LLP
15           3700 Buffalo Speedway
16           Suite 960
17           Houston, Texas 77098
18   BY:     SRUJANA SHIVJI, ESQ.
19
20
21
22
23
24
25
```

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 5 of 12
In Re - Tether and Bitfinex                                  Paolo Ardoino
                      Attorneys Eyes Only                October 09, 2023

4

```
 1           HIGHLY CONFIDENTIAL - AEO
 2   REMOTE APPEARANCES:  (Continued)
 3
 4   ON BEHALF OF B/T DEFENDANTS:
 5   DEBEVOISE & PLIMPTON
 6           919 Third Avenue
 7           New York, New York 10022
 8   BY:     ELLIOT GREENFIELD, ESQ.
 9           NATASCHA BORN, ESQ.
10           ASHLEY HAHN, ESQ.
11
12
13   ON BEHALF OF PHILIP G. POTTER:
14   WILLKIE FARR & GALLAGHER
15           787 Seventh Avenue
16           New York, New York 10019
17   BY:     ANDREW SHINDI, ESQ.
18
19
20   DILLON MILLER AHUJA BOSS
21           5872 Owens Avenue
22           Suite 200
23           Carlsbad, California 92008
24   BY:     SUNJINA K. AHUJA, ESQ.
25           CHRISTOPHER BEAL, ESQ.
```

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 6 of 12
In Re - Tether and Bitfinex                                  Paolo Ardoino
                        Attorneys Eyes Only                 October 09, 2023

5

```
 1          HIGHLY CONFIDENTIAL - AEO

 2   REMOTE APPEARANCES: (Continued)

 3

 4   ON BEHALF OF DEFENDANTS BFXNA INC., BFXWW

 5   Inc., GIANCARLO DEVASINI, DIGFINEX INC.,

 6   TETHER HOLDINGS LIMITED, TETHER

 7   INTERNATIONAL LIMITED, TETHER LIMITED,

 8   TETHER OPERATIONS LIMITED, iFINEX INC.,

 9   LUDOVICUS JAN VAN DER VELDE:

10   FISHER BROYLES

11          400 Renaissance Center

12          Suite 2600

13          Detroit, Michigan 48243

14   BY:    WILLIAM KRAUS, ESQ.

15

16

17   ON BEHALF OF BITFINEX/TETHER DEFENDANTS:

18   (Representing the Law Office of Michael Lee)

19   DLA PIPER

20          500 Eighth Street, NW

21          Washington, DC 20004

22   BY:    JACABED RODRIGUEZ-COSS, ESQ.

23

24

25
```

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 7 of 12
In Re - Tether and Bitfinex
Attorneys Eyes Only
Paolo Ardoino
October 09, 2023

6

```
 1           HIGHLY CONFIDENTIAL - AEO

 2   REMOTE APPEARANCES:   (Continued)

 3


 4   ALSO PRESENT:

 5           Caylob Suarez, Videographer

 6           Michael Lee

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 8 of 12
In Re - Tether and Bitfinex                                  Paolo Ardoino
                         Attorneys Eyes Only                 October 09, 2023

7

```
 1      P. ARDOINO - HIGHLY CONFIDENTIAL - AEO
 2             THE VIDEOGRAPHER:  We are on the
 3        record on October 9, 2023 at
 4        approximately 7:35 a.m. Eastern Time.
 5             This is a 30(b)(6) deposition
 6        for Paolo Ardoino in the matter of In
 7        Re:  Tether and Bitfinex Crypto Asset
 8        Litigation.
 9             My name is Jacob Figueroa.  I am
10        the videographer on behalf of Lexitas.
11             All appearances will be noted on
12        the stenographic record.
13             Would the court reporter please
14        swear in the witness.
15   PAOLO ARDOINO,
16         called as a witness, having been
17         duly sworn by a Notary Public, was
18         examined and testified as follows:
19   EXAMINATION BY
20   MR. DUNLAP:
21        Q     Hello, sir.
22        A     Hello.
23        Q     Can you please state and spell
24    your name for the record?
25        A     My name is Paolo Ardoino,
```

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 9 of 12
In Re - Tether and Bitfinex                                 Paolo Ardoino
                    Attorneys Eyes Only                October 09, 2023

8

1   P. ARDOINO - HIGHLY CONFIDENTIAL - AEO
2   P-A-O-L-O, A-R-D-O-I-N-O.
3       Q    And do you understand that today
4   you are testifying as the corporate
5   representative of Tether Holdings Limited,
6   Tether Limited, Tether Operations Limited
7   and Tether International Limited?
8       A    That is my understanding.
9            THE WITNESS:  Can I just
10      interrupt for one second?  I hear the
11      sound -- I don't hear you very well.
12           MR. DUNLAP:  You don't hear me
13      very well?
14           THE COURT REPORTER:  Neither do
15      I.
16           MR. DUNLAP:  Oh, I thought we
17      had solved this.  Let's go off the
18      record for a second.
19           THE VIDEOGRAPHER:  The time is
20      7:37 a.m.  We are going off the
21      record.
22           (Recess taken 7:37 a.m.)
23           (Resumed 7:38 a.m.)
24           THE VIDEOGRAPHER:  The time is
25      7:38 a.m.  We are back on the record.

Case 1:19-cv-09236-KPF   Document 608-7   Filed 05/02/25   Page 10 of 12
In Re - Tether and Bitfinex                                  Paolo Ardoino
                        Attorneys Eyes Only                 October 09, 2023

61

```
 1      P. ARDOINO - HIGHLY CONFIDENTIAL - AEO
 2   in 2017, Tether had a fee that was for both
 3   issuances and redemptions was 10 basis
 4   points with the minimum of $1,000 dollars.
 5        Q    Did Tether ever issue less than
 6   1,000 USDT at a time?
 7        A    Sorry, maybe I -- the minimum
 8   issuance was 100,000, but you -- I think
 9   you suggested -- you asked for the fee.
10             So the fee had the minimum of
11   $1,000 or 10 basis points, which one was
12   the greatest one.
13        Q    I'm sorry, so the minimum fee
14   was $1,000?
15        A    Yes, that's correct.
16        Q    And the minimum issuance was
17   100,000 USDT?
18        A    Was 100,000 USDTs minus the fee,
19   of course.
20        Q    Was issued USDT considered
21   backed by reserves?
22             MR. GREENFIELD:  Object to form.
23        A    So the USDT outside the treasury
24   wallet left aside a specific case that is
25   called "quarantined addresses" or
```

                                                                        62

1     P. ARDOINO - HIGHLY CONFIDENTIAL - AEO
2     "quarantined wallets" is considered to be
3     covered by reserves.
4          Q    Where were Tether's USDT
5     reserves held?
6               MR. GREENFIELD:  Object to
7          scope.
8          A    USDT -- so the reserves of USDT
9     were held, and over time, with different
10    institutions and in different forms.
11         Q    Did Bitfinex ever hold any USDT
12    reserves?
13              MR. GREENFIELD:  Object to
14         scope.
15         A    No.
16         Q    What does it mean to redeem
17    USDT?
18         A    The process of redemption still
19    is available only to customers that are --
20    to customers that are fully onboarded on
21    the Tether platform, and these customers --
22    sorry, the customers that were onboarded on
23    the Tether platform, and so these customers
24    have to be fully verified.
25              So going -- so should have been

263

1

2        REPORTER CERTIFICATE

3

4        I, JOAN FERRARA, do hereby certify:

5        That said deposition was taken at the

6    time and place herein named; and that the

7    transcript is a true record of the testimony

8    as reported by me, a disinterested person,

9    and was thereafter transcribed.

10       I further certify that I am not

11   interested in the outcome of the said

12   action, nor connected with, nor related to

13   any of the parties in said action, nor to

14   their respective counsel.

15       IN WITNESS WHEREOF, I have hereunto

16   set my hand this 9th day of October, 2023.

17

18

19

20

21   _____
        JOAN FERRARA, RMR, CFRR
22

23

24

25