# EXHIBIT 17
# FILED UNDER SEAL

Selendy|Gay 

February 10, 2025

**Via E-mail**
Mr. Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
egreenfield@debevoise.com

Ms. Sunjina K. Ahuja
DILLON MILLER, AHUJA & BOSS, LLP
5872 Owens Ave., Suite 200
Carlsbad, California 92008
sahuja@dmablaw.com

Mr. Michael Jason Lee
LAW OFFICES OF MICHAEL
JASON LEE, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
michael@mjllaw.com

Re:    *In re Tether and Bitfinex Crypto Asset Litigation*, **19-CV-09236 (KPF)**

Counsel,

      We write on behalf of Plaintiffs in response to the B/T Defendants' February 3, 2025 letter regarding Plaintiffs' proposed Class and Futures Sub-Class. *See* Dkt. 592-3 (Plaintiffs' Brief) at 3. As an initial matter, we reject any suggestion that Plaintiffs' proposed Class or Futures Sub-Class definitions require "clarification" or that Plaintiffs have an obligation to respond to B/T Defendants' questions about the class definitions in informal letters between the parties. Nonetheless, as a courtesy, Plaintiffs respond as follows:

      *First*, as the proposed Class and Futures Sub-Class definitions make clear, the Class is limited to the cryptocommodities in the Class definition, and Plaintiffs' Futures Sub-Class is likewise limited to cryptocommodity futures based on the same cryptocommodities. *See id.*

      *Second*, as the proposed Class and Futures Sub-Class definitions make clear, Plaintiffs Class and Futures Sub-Class encompass purchases or acquisitions "in the United States or its territories." *Id.* Nothing in the Class or Futures Sub-Class definitions purports to limit the Class or Futures Sub-Class to only purchases or acquisitions on U.S.-based exchanges. *See id.*

2

*Third*, Plaintiffs' Class and Futures Sub-Class definitions make clear that the proposed Class and Futures Sub-Class are not limited to purchases made with U.S. dollars. *See id.*

Plaintiffs reserve all rights.

Sincerely,

/s/ Stephen Federowicz