# EXHIBIT 20
# FILED UNDER SEAL

The Wayback Machine - https://web.archive.org/web/20190304165618/https://tether.to/

# Digital money for a digital age

Global, fast, and secure

## News

Tether Banking Relationship Announced | Read More
Tether reopens account verification and direct redemption | Read More

## Transparency update

Proof of funds

# We've combined the best of both worlds

Get the joint benefits of open blockchain technology and traditional currency



## Stable Currency

Tether converts cash into digital currency, to anchor or tether the value to the price of national currencies like the US dollar, the Euro, and the Yen.



## 100% Backed

Every tether is always 100% backed by our reserves, which include traditional currency and cash equivalents and, from time to time, may include other assets and receivables from loans made by Tether to third parties, which may include affiliated entities (collectively, "reserves"). Every tether is also 1-to-1 pegged to the dollar, so 1 USD₮ is always valued by Tether at 1 USD.



## Transparent

The value of our reserves is published daily. The value of our reserves matches or exceeds the value of all tethers in circulation.



## Blockchain Technology

The Tether platform is built on top of open blockchain technologies, leveraging the security and transparency that they provide.

### Widespread Integration

Tether is the most widely integrated digital-to- fiat currency today. Buy, sell, and use tethers at Bitfinex, Shapeshift, GoCoin, and other exchanges.

### Secure

Tether's blockchain-enabled technology delivers world-class security while meeting international compliance standards and regulations.

# Money built for the internet

Whatever you can do with digital currencies, you can now do with digital cash.

### Blockchain Companies

- Offer your services in a variety of digital currencies
- Price goods and services in a currency your customers are familiar with
- Reduce operating costs and times by bypassing financial institutions

### Exchanges

✓ Use tether as an alternative to traditional currency deposit and withdrawal methods

✓ Secure and manage customer assets purely through crypto-processes, including multi-sig

✓ Settle fiat balances between exchanges much easier and in real-time



## Individuals/Traders

✓ Seamlessly move currency between exchanges and wallets

✓ Enhance your cross-exchange and currency arbitrage strategy

✓ Be the custodian of your own funds and eliminate exchange custodial risk

# As seen in

**WSJ**

*"Tether opens up decentralized, peer-to-peer networks to a variety of commercial uses."*



*"Tether is the latest and perhaps most high-profile project to attempt to use the blockchain's functionality as a ledger to move digital tokens that represent real currency."*



*"Tether seeks to bring the stability and everyday utility of fiat currencies and revitalize them with a cryptocurrency infusion."*

# Join the modern movement of money