UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 19 Civ. 9236 (KPF) |

### NOTICE OF THE B/T DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DAVID W. DERAMUS

PLEASE TAKE NOTICE that, pursuant to this Court's Order Granting Motion for Extension of Time, dated and filed February 18, 2025 (ECF No. 598), and upon the accompanying Memorandum of Law, and all prior pleadings and proceedings in this case, Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International, S.A. de C.V., Tether Operations, S.A. de C.V., Tether Holdings, S.A. de C.V., Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde, by and through their undersigned counsel, respectfully move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York, 10007, for an order: (1) granting the motion, pursuant to Federal Rule of Evidence 702, to exclude the proposed testimony of David W. DeRamus (Dkt. 592-1); and (2) granting such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>May 2, 2025 | DEBEVOISE & PLIMPTON LLP<br><br>/s/ *Elliot Greenfield*<br>Maeve L. O'Connor<br>Michael Schaper<br>Elliot Greenfield<br>Natascha Born<br>66 Hudson Boulevard<br>New York, New York 10001<br>(212) 909-6000<br>*moconnor@debevoise.com*<br>*mschaper@debevoise.com*<br>*egreenfield@debevoise.com*<br>*nborn@debevoise.com*<br><br>Michael Jason Lee (*pro hac vice*)<br>LAW OFFICES OF MICHAEL JASON LEE, APLC<br>4660 La Jolla Village Drive, Suite 100<br>San Diego, California 92122<br>(858) 550-9984<br>*michael@mjllaw.com*<br><br>Sunjina K. Ahuja (*pro hac vice*)<br>Christopher J. Beal (*pro hac vice*)<br>DILLON MILLER, AHUJA & BOSS, LLP<br>5872 Owens Ave., Suite 200<br>Carlsbad, California 92008<br>(858) 587-1800<br>*sahuja@dmablaw.com*<br>*cbeal@dmablaw.com*<br><br>*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International, S.A. de C.V., Tether Operations, S.A. de C.V., Tether Holdings, S.A. de C.V., Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde* |