UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re:*
TETHER AND BITFINEX
CRYPTO ASSET LITIGATION

19 Civ. 9236 (KPF)

**STIPULATION AND [PROPOSED] ORDER GOVERNING THE BRIEFING SCHEDULE FOR B/T DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DAVID DERAMUS**

WHEREAS, plaintiffs Matthew Script, Benjamin Leibowitz, Jason Leibowitz, and Pinchas Goldshtein ("Plaintiffs") moved for class certification and the appointment of class counsel on January 10, 2025 (Dkt. No. 585, the "Motion for Class Certification");

WHEREAS, in connection with their Motion for Class Certification, Plaintiffs submitted supporting materials, including the Expert Report of David W. DeRamus (Dkt. No. 592-1, the "DeRamus Report");

WHEREAS, David W. DeRamus offered deposition testimony in connection with the DeRamus Report on April 4, 2025 (together with the DeRamus Report, the "DeRamus Testimony");

WHEREAS, on May 3, 2025, defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International, S.A. de C.V., Tether Operations, S.A. de C.V., Tether Holdings, S.A. de C.V., Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde (the "B/T Defendants"), moved to exclude the DeRamus Testimony under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) (Dkt. No. 609, the "*Daubert* Motion"), which Philip Potter (together with the B/T Defendants, "Defendants") joined (Dkt. No. 607);

WHEREAS, Plaintiffs believe that the *Daubert* Motion is not permitted under the Amended Civil Case Management Plan and Scheduling Order (Dkt. No. 578, the "Scheduling Order"), and that Paragraph 13 of the Scheduling Order governs the briefing schedule of the *Daubert* Motion;

WHEREAS, Defendants believe that nothing about the Scheduling Order precludes the *Daubert* Motion and that, absent an order of the Court, the schedule for briefing that motion is governed by SDNY Local Civil Rule 6.1(b);

WHEREAS, Plaintiffs moved to strike the *Daubert* Motion on May 12, 2025 (the "Motion to Strike"), which B/T Defendants opposed on May 15, 2025, and as to which the Court has not yet ruled; and

WHEREAS, Plaintiffs and Defendants agree that the schedule set forth below should apply to any further briefing of the *Daubert* Motion;

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their undersigned counsel, as follows:

1. The following deadlines govern any further briefing of the *Daubert* Motion:

    a. Plaintiffs' brief in opposition to the *Daubert* Motion shall be filed by July 8, 2025;

    b. Defendants' reply brief in support of the *Daubert* Motion shall be filed by August 6, 2025;

2. Plaintiffs expressly reserve and do not waive any rights as to whether Paragraph 13 of the Scheduling Order governs B/T Defendants' *Daubert* Motion.

3. Plaintiffs reserve all rights to seek further adjustments to the schedule, including based on the Court's disposition of the pending Motion to Strike, and Defendants reserve all rights to oppose any requested adjustments.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Andrew R. Dunlap | /s/ Elliot Greenfield |
| Philippe Z. Selendy | Maeve L. O'Connor |
| Andrew R. Dunlap | Michael Schaper |
| Oscar Shine | Elliot Greenfield |
| Laura M. King | Natascha Born |
| SELENDY GAY ELSBERG PLLC | DEBEVOISE & PLIMPTON LLP |
| 1290 Sixth Avenue | 66 Hudson Boulevard |
| New York, NY 10104 | New York, NY 10001 |
| pselendy@selendygay.com | mloconnor@debevoise.com |
| adunlap@selendygay.com | mschaper@debevoise.com |
| oshine@selendygay.com | egreenfield@debevoise.com |
| | nborn@debevoise.com |

/s/ Matthew S. Weiler

Todd M. Schneider (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

*Interim Lead Counsel and Attorneys for the Plaintiffs and the Proposed Class*

Michael Jason Lee, Esq.
Law Offices of Michael Jason Lee, APLC
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
michael@mjllaw.com

Sunjina K. Ahuja, Esq.
Christopher J. Beal
Dillon Miller, Ahuja & Boss, LLP
5872 Owens Ave., Suite 200
sahuja@dmablaw.com
cbeal@dmablaw.com

*Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International, S.A. de C.V., Tether Operations, S.A. de C.V., Tether Holdings, S.A. de C.V., Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde*


/s/ Charles D. Cording

Charles D. Cording
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
ccording@willkie.com

*Attorney for Defendant Philip G. Potter*

Dated: May 16, 2025

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
Hon. Katherine Polk Failla
United States District Judge