UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | Case No. 19 Civ. 9236 (KPF) |

### NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm SCHNEIDER WALLACE COTTRELL KONECKY LLP has changed its name to SCHNEIDER WALLACE COTTRELL KIM LLP, effective immediately.  The office address, telephone and facsimile numbers, and e-mail addresses remain the same.  Please update your records to reflect this change.

Dated: July 8, 2025

/s/ Matthew S. Weiler
Todd M. Schneider (*Pro Hac Vice*)
Jason H. Kim (*Pro Hac Vice*)
Matthew S. Weiler (*Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
mweiler@schneiderwallace.com

*Interim Lead Counsel and Attorneys for the Plaintiffs and the Proposed Class*