UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TETHER AND BITFINEX CRYPTO ASSET LITIGATION

Case No. 19 Civ. 9236 (KPF)

**DECLARATION OF ANDREW R. DUNLAP IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. DAVID W. DERAMUS**

ANDREW R. DUNLAP, an attorney duly admitted to practice law before this Court, declares the following under penalty of perjury:

1. I am a partner in the law firm of Selendy Gay PLLC, interim lead counsel for Plaintiffs and the Proposed Class in the above-captioned action. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. David W. DeRamus.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the paper *Is Bitcoin Really Untethered?*, authored by John M. Griffin and Amin Shams, published in The Journal of Finance, dated August 2020.

3. Attached hereto as **Exhibit 2** is a true and correct excerpted copy of the Transcript of the Deposition of Dr. Terrence Hendershott, dated June 25, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the paper *Autoregressive Distributed Lag (ARDL) cointegration technique: application and interpretation*, authored by Emeka Nkoro and Aham Kelvin Uko, published in the Journal of Statistical and Econometric Methods, dated December 1, 2016.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the paper *Bounds Testing Approaches to the Analysis of Level Relationships*, authored by M. Hashem Pesaran, Yongcheol

Shin, and Richard J. Smith, published in the Journal of Applied Econometrics, dated February 13, 2001.

6. Attached hereto as **Exhibit 5** is a true and correct excerpted copy of the book *Advanced Macroeconomics*, authored by David Romer, dated 1996.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the paper *Two Illustrations of the Quantity Theory of Money*, authored by Robert E. Lucas, published in The American Economic Review, dated December 1980.

8. Attached hereto as **Exhibit 7** is a true and correct excerpted copy of the Transcript of the Deposition of Giancarlo Devasini, dated October 5, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct excerpted copy of the Transcript of the Deposition of Dr. David W. DeRamus, dated April 4, 2025.

10. Attached hereto as **Exhibit 9** is a true and correct excerpted copy of the Transcript of the Deposition of Paolo Ardoino on behalf of Tether as its Rule 30(b)(6) designee, dated October 9, 2023.

11. Attached hereto as **Exhibit 10** is a true and correct excerpted copy of the Transcript of the Deposition of Dr. Peter Easton, dated July 2, 2025.

12. Attached hereto as **Exhibit 11** is a true and correct excerpted copy of the Transcript of the Deposition of Philip Potter, dated October 6, 2023.

13. Attached hereto as **Exhibit 12** is a true and correct excerpted copy of the Transcript of the Deposition of Dr. Stephen McKeon, dated June 27, 2025.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a spreadsheet produced bearing the bates stamp BITFINEX_TETHER_1042158 that was marked exhibit "516" during the

Deposition of Stuart Hoegner on behalf of Tether as its Rule 30(b)(6) designee on October 12, 2023.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an email produced bearing the bates stamp BITFINEX_TETHER_0604529 and its attachment bearing the bates stamp BITFINEX_TETHER_0604530 that were marked exhibit "116" and exhibit "117," respectively, during the Deposition of Stuart Hoegner on behalf of Bitfinex as its Rule 30(b)(6) designee on September 28, 2023.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a spreadsheet produced bearing the bates stamp POTTER-0004921 marked exhibit "346-B" during the Deposition of Paolo Ardoino on behalf of Tether as its Rule 30(b)(6) designee on October 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
July 8, 2025

Respectfully submitted,

SELENDY GAY PLLC

By:  /s/   *Andrew R. Dunlap*
Andrew R. Dunlap
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
adunlap@selendygay.com