# Exhibit 5
# Filed Under Seal

# DAVID ROMER

# ADVANCED MACROECONOMICS



# Chapter 9
# INFLATION AND MONETARY POLICY

## 9.1 Introduction

Inflation and unemployment are two of the main subjects of macroeconomics. They are among the principal concerns of policymakers and the public, and they have been the subject of large amounts of research. In our investigations of fluctuations in Chapters 4 through 6, we encountered various possible sources of short-run movements in both variables. Yet we said little about what determines their average levels over longer periods. This is the focus of the final two chapters. This chapter considers inflation, and Chapter 10 considers unemployment.

Inflation varies greatly both across countries and over time. In Germany and Japan, for example, the price level has risen an average of just a few percent per year over the past few decades, whereas in Italy and the United Kingdom it has risen an average of over 10% per year. In the United States during this period, annual inflation increased slowly and irregularly from around 1% in the late 1950s to almost 10% at the end of the 1970s; it then fell rapidly to less than 5%, and has remained between 2% and 5% since then.

If we consider periods before the past few decades and countries outside the industrialized world, there is even more variation in inflation. Many countries experienced large deflations—that is, declines in prices—after World War I and at the beginning of the Great Depression. And some developing countries, such as Bahrain, Burma, and Singapore, have average inflation rates in recent decades that are similar to Germany's and Japan's. At the other extreme, several countries have recently experienced hyperinflations (traditionally defined as inflation greater than 50% per month). In Argentina, for example, prices rose by a factor of 600 between May 1989 and March 1990, and in some months the price level almost tripled. And many other countries have undergone episodes of triple-digit annual

inflation. Yet many of the countries that have experienced hyperinflations or very high inflations have also had extended periods of low inflation.[1]

This chapter's main subject is the causes of inflation. Sections 9.2 and 9.3 explain why inflation is almost always the result of rapid growth of the money supply; they also investigate the effects of money growth on inflation, real balances, and interest rates.

We then turn to the deeper question of what causes growth of the money supply. Most economists believe that average rates of inflation in most countries in the postwar period have been higher than is socially optimal. Since inflation stems mainly from money growth, this suggests that there is some type of *inflationary bias* in monetary policy. There are two main sets of explanations for such a bias.

The first set emphasizes the output-inflation tradeoff. If monetary policy has real effects (or if policymakers believe that it does), policymakers may increase the money supply in an effort to increase output. Theories of how inflation can arise from this tradeoff—particularly theories that emphasize the *dynamic inconsistency* of low-inflation policy—are discussed in Sections 9.4 through 9.6. Section 9.6 also considers several related policy questions that arise when monetary policy has real effects, particularly the issues of how much importance policymakers should attach to stabilizing real output versus keeping inflation low and of how monetary policy should be conducted when the economy is subject to shocks.

The second set of explanations of rapid money growth focuses on *seignorage*—the revenue the government gets from printing money. These theories, which are more relevant to less-developed countries than to industrialized ones, and which are at the heart of hyperinflations, are the subject of Section 9.7.

All of this analysis presumes that we understand why inflation is costly and how large its costs are. In fact, however, these are difficult issues. Section 9.8 is therefore devoted to the costs of inflation. This section not only describes the various potential costs of inflation, but also attempts to understand the basis for the intense concern about inflation among policymakers, the business community, and the public.

## 9.2  Inflation, Money Growth, and Interest Rates

### Inflation and Money Growth

The simple diagram from Chapter 5 showing aggregate supply and aggregate demand, which is reproduced as Figure 9.1, provides a framework

---

[1] The all-time record inflation appears to have occurred in Hungary between August 1945 and July 1946, when the price level rose by a factor of approximately $10^{27}$. During the peak month of this inflation, prices on average tripled daily (Sachs and Larrain, 1993).



**FIGURE 9.1** The aggregate demand and aggregate supply curves

for identifying potential sources of inflation. Since our interest is in prices rather than output, the issue of whether the aggregate supply curve is vertical or merely upward-sloping is not important: in either case, both expansions of aggregate demand and contractions of aggregate supply raise the price level. Thus there are many potential sources of inflation. Negative technology shocks, downward shifts in labor supply, upwardly skewed relative-cost shocks, and other factors that shift the aggregate supply curve to the left cause inflation; the same is true of increases in the money stock, downward shifts in money demand, increases in government purchases, and other factors that shift the aggregate demand curve to the right.[2] Since all of these types of shocks occur to some extent, there are many factors that affect inflation.

Nonetheless, when it comes to understanding inflation over the longer term, economists typically emphasize just one factor: growth of the money supply. The reason for this emphasis is that no other factor is likely to lead to persistent increases in the price level. Repeated increases in prices require either repeated falls in aggregate supply or repeated rises in aggregate demand. Given technological progress, repeated falls in aggregate

---

[2] Many shocks affect both curves. A rise in government purchases, for example, may not only shift the aggregate demand curve, but also move the aggregate supply curve through its impact on labor supply. The overall effect of any shock on the price level depends on how it affects both curves.

supply are unlikely. And although there are many factors that can increase aggregate demand, most of them are limited in scope. For example, there cannot be repeated large increases in aggregate demand coming from increases in government purchases or reductions in taxes, because there are practical limits on these variables; for instance, we never observe government purchases that are larger than total output, or total taxes that are negative. The money supply, in contrast, can grow at almost any rate, and we observe huge variations in money growth—from large and negative during some deflations to immense and positive during hyperinflations.

To see more clearly why money is crucial to inflation, consider the money market. With the specification of money demand from Chapter 5, the condition for equilibrium in the money market is

$$\frac{M}{P} = L(i, Y), \tag{9.1}$$

where $M$ is the money stock, $P$ the price level, $i$ the nominal interest rate, $Y$ real income, and $L(\ )$ the demand for real money balances. This condition implies that the price level is given by

$$P = \frac{M}{L(i, Y)}. \tag{9.2}$$

Conventional estimates of money demand suggest that the income elasticity of money demand is about 1 and the interest elasticity is about $-0.2$ (see Goldfeld and Sichel, 1990, for example). Thus for the price level to double over some period of time without a change in the money supply, income must fall roughly in half or the interest rate must rise by a factor of about 32. Alternatively, the demand for real balances at a given interest rate and income must fall in half. All of these possibilities are essentially unheard of. In contrast, a doubling of the money supply, either over several years in a moderate inflation or over a few days at the height of a hyperinflation, is not uncommon.

Thus money growth plays a special role in determining inflation not because money affects prices more directly than other factors do, but because empirically variations in money growth account for most of the variation in the growth of aggregate demand. Figure 9.2 provides powerful confirmation of the importance of money growth to inflation. The figure plots average inflation against average money growth in the 1980s for a sample of 65 countries; there is a clear and strong relationship between the two variables.

## Money Growth and Interest Rates

Since money growth is the main determinant of inflation, it is natural to examine its effects in more detail. As we will see, there are interesting links between the growth of the nominal money stock and the behavior of inflation, real and nominal interest rates, and real balances.



**FIGURE 9.2  Money growth and inflation (data from International Financial Statistics)**

We begin with the case where prices are completely flexible; this is presumably a good description of the long run. As we know from our analysis of fluctuations, this assumption implies that the money supply does not affect real output or the real interest rate. For simplicity, we assume that these are constant at $\overline{Y}$ and $\overline{r}$, respectively.

By definition, the real interest rate is the difference between the nominal interest rate and expected inflation. That is, $r \equiv i - \pi^e$, or

$$i = r + \pi^e. \tag{9.3}$$

Equation (9.3) is known as the *Fisher identity*.

Using (9.3) and our assumption that $r$ and $Y$ are constant, we can rewrite (9.2) as

$$P = \frac{M}{L(\overline{r} + \pi^e, \overline{Y})}. \tag{9.4}$$

Assume that initially $M$ and $P$ are growing together at some steady rate (so that $M/P$ is constant), and that $\pi^e$ equals actual inflation. Now suppose that at some time, time $t_0$, there is a permanent increase in money growth. The resulting path of the money stock is shown in the top panel of Figure 9.3. After the change, since $M$ is growing at a new steady rate and $r$ and $Y$ are constant by assumption, $M/P$ is constant; that is, (9.4) is satisfied with $P$ growing at the same rate as $M$ and with $\pi^e$ equal to the new rate of money growth.

But what happens at the time of the change? Since the price level rises faster after the change than before, expected inflation jumps up when the change occurs. Thus the nominal interest rate jumps up, and so the quantity



**FIGURE 9.3** The effects of an increase in money growth

of real balances demanded falls discontinuously. Since $M$ does not change discontinuously, it follows that $P$ must jump up at the time of the change. This information is summarized in the remaining panels of Figure 9.3.[3]

This analysis has two messages. First, the change in inflation resulting from the change in money growth is reflected one-for-one in the nominal interest rate. The hypothesis that inflation affects the nominal rate

---

[3] In addition to the path of $P$ described here, there may also be *bubble paths* that satisfy (9.4). Along these paths, $P$ rises at an increasing rate, thereby causing $\pi^e$ to be rising and the quantity of real balances demanded to be falling. See, for example, Problem 2.20 and Blanchard and Fischer (1989, Chapter 5, Section 3).