

August 8, 2025

**VIA ECF**

Honorable Katherine Polk Failla
U.S. District Court Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) (S.D.N.Y.)

Dear Judge Failla:

Plaintiffs oppose Defendants' motion for leave to file a sur-reply, ECF No. 628, in response to Plaintiffs' class certification reply brief, ECF No. 624 (the "Reply").

The parties agreed to, and the Court ordered, a Rule 23 briefing schedule without sur-replies, ECF No. 578, which Courts in this Circuit generally disfavor. *E.g.*, ECF No. 530 (denying Defendants' motion to file a sur-reply in opposing leave to amend); *see, e.g.*, *Kapiti v. Kelly*, 2008 WL 754686, at *1 n.1 (S.D.N.Y. Mar. 12, 2008); *Sec. & Exch. Comm'n v. Xia*, 2022 WL 2784871, at *1 (E.D.N.Y. July 15, 2022) (citing *United States v. Int'l Bus. Machines Corp.*, 66 F.R.D. 383, 384 (S.D.N.Y. 1975)).

Defendants' arguments do not merit a sur-reply. Plaintiffs' alternative argument to modify the Class definition did not raise a new argument; it responded to Defendants' arguments about potential intra-Class conflicts. Reply 18-19. The proposed alternative Class is a subset of the proposed primary Class. Reply 19. Defendants identify no arguments against this narrower alternative Class that they could not have already made in discussing the broader primary Class in 48 pages of class certification briefing and 40 pages of Daubert briefing. *See, e.g.*, *Davis v. GEICO Cas. Co.*, 2021 WL 5877843, *9 (S.D. Ohio Dec. 13, 2021) ("This Court believes a sur-reply is unnecessary because the Reply was limited to arguments that the Defendants' Response addressed."). The Court should deny Defendants' request for three more pages to address Plaintiffs' one-and-a-quarter page alternative argument.

      Respectfully submitted,

| | |
|---|---|
| /s/ Andrew R. Dunlap | /s/ Todd M. Schneider |
| Philippe Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | SCHNEIDER WALLACE COTTRELL |
| Laura M. King | KIM LLP |
| SELENDY GAY PLLC | 2000 Powell Street, Suite 1400 |
| 1290 Sixth Avenue | Emeryville, CA 94608 |
| New York, NY 10104 | tschneider@schneiderwallace.com |
| pselendy@selendygay.com | mweiler@schneiderwallace.com |
| adunlap@selendygay.com | |
| oshine@selendygay.com | |
| lking@selendygay.com | |