September 12, 2025



BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re: In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.) (KPF)**

Dear Judge Failla:

Pursuant to the Court's February 3, 2025 and August 20, 2025 orders (Dkt. Nos. 595, 633), the parties jointly submit this letter regarding the sealing or redaction of the briefing and supporting documents relating to Plaintiffs' Motion for Class Certification and Defendants' Motion to Exclude the Testimony of Dr. David W. DeRamus (the "Motions"). (Dkt. Nos. 587, 592, 605, 608, 610, 621, 622, 623, 624, 625, 626, 627, 631.)

The parties seek to seal or redact certain filings made in connection with the Motions that include information related to the Anonymous Trader and/or the confidential or sensitive information of Plaintiffs, current or former Defendants, Bitfinex or Tether customers, or other individuals associated with Defendants – information of the type that the Court has previously allowed the parties to file under seal in accordance with the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *See, e.g.*, Dkt. Nos. 151, 195, 215, 399, 402, 451, 530, 544, 554, 558, 590, 593. In evaluating a request to seal or redact court filings, the Court must "balance the presumption of access against countervailing factors such as the [parties'] privacy interests." *Lugosch*, 435 F.3d at 116. Courts in this District "routinely permit parties to seal or redact commercially sensitive information to protect confidential business interests and financial information." *Binh Thanh Imp. Exp. Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*, 2024 WL 418139, at *1 (S.D.N.Y. Feb. 2, 2024); *see also SEC v. Ripple Labs, Inc.*, 2022 WL 17751466, at *4 (S.D.N.Y. Dec. 19, 2022) (permitting defendants to redact financial information, including digital wallet addresses, because the "strong privacy interests of those resisting disclosure outweigh the presumption of public access"); *SEC v. Telegram Grp., Inc.*, 2020 WL 3264264, at *5 (S.D.N.Y. June 17, 2020) (concluding that defendant's "interest in protecting the confidentiality of its banking records outweighs the public's presumption of access"). In addition, the Court has previously directed the parties to seal information that could allow for the identification of the Anonymous Trader. *See, e.g.*, Dkt. Nos. 195, 215, 420, 439, 451, 544.

The Honorable Katherine Polk Failla　　　2　　　September 12, 2025

**Plaintiffs' Filings:**

The Parties agree that the following filings submitted by Plaintiffs in connection with the Motions may be unsealed and filed publicly with no redactions:

| |
|---|
| Dunlap Decl. ISO Class Cert. (ECF No. 587) |
| Dunlap Decl. ISO Class Cert., Ex. 18 (ECF No. 587-18) |
| Dunlap Decl. ISO Class Cert., Ex. 27 (ECF No. 587-27) |
| Dunlap Decl. ISO Class Cert., Ex. 28 (ECF No. 587-28) |
| Dunlap Decl. ISO Class Cert., Ex. 29 (ECF No. 587-29) |
| Dunlap Decl. ISO Class Cert., Ex. 30 (ECF No. 587-30) |
| Dunlap Decl. ISO Class Cert., Ex. 34 (ECF No. 587-34) |
| Dunlap Decl. ISO Class Cert., Ex. 35 (ECF No. 587-35) |
| Dunlap Decl. ISO Class Cert., Ex. 36 (ECF No. 587-36) |
| Letter with Amended Class Certification Filings (ECF No. 592) |
| Dunlap Decl. ISO Opp. to Motion to Exclude (ECF No. 622) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 1 (ECF No. 622-1) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 3 (ECF No. 622-3) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 4 (ECF No. 622-4) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 5 (ECF No. 622-5) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 6 (ECF No. 622-6) |
| Dunlap Decl. ISO Reply ISO Class Cert. (ECF No. 625) |
| Dunlap Decl. ISO Reply ISO Class Cert., Ex. 3 (ECF No. 625-3) |

Plaintiffs request that the following filings remain under seal:

| |
|---|
| Dunlap Decl. ISO Class Cert., Ex. 1 (ECF No. 587-1) |
| Dunlap Decl. ISO Class Cert., Ex. 2 (ECF No. 587-2) |
| Dunlap Decl. ISO Class Cert., Ex. 4 (ECF No. 587-4) |
| Dunlap Decl. ISO Class Cert., Ex. 5 (ECF No. 587-5) |
| Dunlap Decl. ISO Class Cert., Ex. 10 (ECF No. 587-10) |
| Dunlap Decl. ISO Class Cert., Ex. 13 (ECF No. 587-13) |
| Dunlap Decl. ISO Class Cert., Ex. 14 (ECF No. 587-14) |
| Dunlap Decl. ISO Class Cert., Ex. 16 (ECF No. 587-16) |
| Dunlap Decl. ISO Class Cert., Ex. 17 (ECF No. 587-17) |
| Dunlap Decl. ISO Class Cert., Ex. 19 (ECF No. 587-19) |
| Dunlap Decl. ISO Class Cert., Ex. 20 (ECF No. 587-20) |
| Dunlap Decl. ISO Class Cert., Ex. 22 (ECF No. 587-22) |
| Dunlap Decl. ISO Class Cert., Ex. 23 (ECF No. 587-23) |
| Dunlap Decl. ISO Class Cert., Ex. 24 (ECF No. 587-24) |
| Dunlap Decl. ISO Class Cert., Ex. 25 (ECF No. 587-25) |
| Dunlap Decl. ISO Class Cert., Ex. 26 (ECF No. 587-26) |
| Dunlap Decl. ISO Class Cert., Ex. 31 (ECF No. 587-31) |
| Dunlap Decl. ISO Class Cert., Ex. 32 (ECF No. 587-32) |

The Honorable Katherine Polk Failla        3        September 12, 2025

| |
|---|
| Dunlap Decl. ISO Class Cert., Ex. 33 (ECF No. 587-33) |
| Letter with Amended Class Certification Filings, Ex. A (ECF No. 592-1) |
| Letter with Amended Class Certification Filings, Ex. B (ECF No. 592-2) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 2 (ECF No. 622-2) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 8 (ECF No. 622-8) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 9 (ECF No. 622-9) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 10 (ECF No. 622-10) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 12 (ECF No. 622-12) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 13 (ECF No. 622-13) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 14 (ECF No. 622-14) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 15 (ECF No. 622-15) |
| Dunlap Decl. ISO Reply ISO Class Cert., Ex. 1 (ECF No. 625-1) |
| Dunlap Decl. ISO Reply ISO Class Cert., Ex. 2 (ECF No. 625-2) |
| Dunlap Decl. ISO Reply ISO Class Cert., Ex. 4 (ECF No. 625-4) |
| Dunlap Decl. ISO Reply ISO Class Cert., Ex. 5 (ECF No. 625-5) |

Plaintiffs request permission to file the following documents publicly with redactions, the proposed redactions being attached hereto as Exhibits A through M:

| |
|---|
| Amended Memorandum of Law ISO Class Cert. (ECF No. 592-3) |
| Redline of Amended Memorandum of Law ISO Class Cert. (ECF No. 592-4) |
| Dunlap Decl. ISO Class Cert., Ex. 3 (ECF No. 587-3) |
| Dunlap Decl. ISO Class Cert., Ex. 7 (ECF No. 587-7) |
| Dunlap Decl. ISO Class Cert., Ex. 8 (ECF No. 587-8) |
| Dunlap Decl. ISO Class Cert., Ex. 9 (ECF No. 587-9) |
| Dunlap Decl. ISO Class Cert., Ex. 11 (ECF No. 587-11) |
| Dunlap Decl. ISO Class Cert., Ex. 12 (ECF No. 587-12) |
| Dunlap Decl. ISO Class Cert., Ex. 15 (ECF No. 587-15) |
| Dunlap Decl. ISO Class Cert., Ex. 21 (ECF No. 587-21) |
| Memorandum of Law in Opp. to Motion to Exclude (ECF No. 621) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 7 (ECF No. 622-7) |
| Reply Memorandum of Law ISO Class Cert. (ECF No. 624) |

Plaintiffs submit that the documents they seek to file under seal or redact contain and rely upon information related to the Anonymous Trader designated as Attorneys' Eyes Only in accordance with the Court's prior orders (*e.g.*, ECF Nos. 151, 195, 215, 451, 544) and confidential and sensitive information concerning named Plaintiffs, including transaction and financial information. Defendants do not oppose Plaintiffs' request to seal or redact these documents.

In addition, the B/T Defendants have requested the redaction or sealing of certain of Plaintiffs' filings on the basis that those filings contain confidential and sensitive information of the B/T Defendants or third parties, including account numbers, email addresses, phone numbers, names and transaction information of non-parties, and confidential financial information. Plaintiffs do

The Honorable Katherine Polk Failla          4          September 12, 2025

not oppose the redaction or sealing of those documents and have included them in their proposals above.

**The B/T Defendants' Filings:**

The Parties agree that the following filings submitted by the B/T Defendants in connection with the Motions may be unsealed and filed publicly with no redactions:

| |
|---|
| Born Decl. ISO Opp. to Class Cert. (ECF No. 608) |
| Born Decl. ISO Opp. to Class Cert., Ex. 4 (ECF No. 608-4) |
| Born Decl. ISO Opp. to Class Cert., Ex. 7 (ECF No. 608-7) |
| Born Decl. ISO Opp. to Class Cert., Ex. 17 (ECF No. 608-17) |
| Born Decl. ISO Opp. to Class Cert., Ex. 20 (ECF No. 608-20) |
| Reply Memorandum of Law ISO Motion to Exclude (ECF No. 626) |
| Sur-Reply Memorandum of Law in Further Opp. to Class Cert. (ECF No. 631) |

The B/T Defendants request that the following filings remain under seal:

| |
|---|
| Born Decl. ISO Opp. to Class Cert., Ex. 8 (ECF No. 608-8) |
| Born Decl. ISO Opp. to Class Cert., Ex. 9 (ECF No. 608-9) |
| Born Decl. ISO Opp. to Class Cert., Ex. 10 (ECF No. 608-10) |
| Born Decl. ISO Opp. to Class Cert., Ex. 11 (ECF No. 608-11) |
| Born Decl. ISO Opp. to Class Cert., Ex. 13 (ECF No. 608-13) |
| Born Decl. ISO Opp. to Class Cert., Ex. 14 (ECF No. 608-14) |
| Born Decl. ISO Opp. to Class Cert., Ex. 15 (ECF No. 608-15) |
| Born Decl. ISO Opp. to Class Cert., Ex. 16 (ECF No. 608-16) |
| Born Decl. ISO Opp. to Class Cert., Ex. 18 (ECF No. 608-18) |

The B/T Defendants request permission to file the following documents publicly with redactions, the proposed redactions being attached hereto as Exhibits N through W:

| |
|---|
| Memorandum of Law in Opp. to Class Cert. (ECF No. 605) |
| Born Decl. ISO Opp. to Class Cert., Ex. 1 (ECF No. 608-1) |
| Born Decl. ISO Opp. to Class Cert., Ex. 2 (ECF No. 608-2) |
| Born Decl. ISO Opp. to Class Cert., Ex. 3 (ECF No. 608-3) |
| Born Decl. ISO Opp. to Class Cert., Ex. 5 (ECF No. 608-5) |
| Born Decl. ISO Opp. to Class Cert., Ex. 6 (ECF No. 608-6) |
| Born Decl. ISO Opp. to Class Cert., Ex. 12 (ECF No. 608-12) |
| Born Decl. ISO Opp. to Class Cert., Ex. 19 (ECF No. 608-19) |
| Memorandum of Law ISO Motion to Exclude (ECF No. 610) |
| Greenfield Decl., Ex. 2 (ECF No. 627) |

| The Honorable Katherine Polk Failla | 5 | September 12, 2025 |

The B/T Defendants submit that the documents they seek to file under seal or redact contain information related to the Anonymous Trader and confidential and sensitive information of the B/T Defendants or third parties, including account numbers, email addresses, phone numbers, names and transaction information of non-parties, and confidential financial information. Plaintiffs do not oppose the B/T Defendants' request to seal or redact these documents.

In addition, Plaintiffs have requested the redaction or sealing of certain of the B/T Defendants' filings on the basis that those filings contain confidential and sensitive information concerning named Plaintiffs, including their account numbers, home and email addresses, other personally identifiable information, wallet addresses, account information, transaction information, names and transaction information of non-parties, and financial information. The B/T Defendants do not oppose the redaction or sealing of those documents and have included them in their proposals above.

**Defendant Potter:**

Defendant Potter requests that the following documents be filed publicly with redactions, consistent with the highlighted documents attached hereto as Exhibits X and Y:

| |
|---|
| Dunlap Decl. ISO Class Cert., Ex. 6 (ECF No. 587-6) |
| Dunlap Decl. ISO Opp. to Motion to Exclude, Ex. 11 (ECF No. 622-11) |

Plaintiffs and the B/T Defendants do not oppose that request.

Respectfully submitted,

The Honorable Katherine Polk Failla         6                September 12, 2025

| | |
|---|---|
| /s/ *Andrew R. Dunlap* <br> Philippe Z. Selendy <br> Andrew R. Dunlap <br> Oscar Shine <br> Laura M. King <br> SELENDY GAY PLLC <br> 1290 Sixth Avenue <br> New York, NY 10104 <br> pselendy@selendygay.com <br> adunlap@selendygay.com <br> oshine@selendygay.com <br> lking@selendygay.com | /s/ *Elliot Greenfield* <br> Maeve L. O'Connor <br> Michael Schaper <br> Elliot Greenfield <br> Natascha Born <br> DEBEVOISE & PLIMPTON LLP <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> mloconnor@debevoise.com <br> mschaper@debevoise.com <br> egreenfield@debevoise.com <br> nborn@debevoise.com |
| /s/ *Todd M. Schneider* <br> Todd M. Schneider (*pro hac vice*) <br> Matthew S. Weiler (*pro hac vice*) <br> SCHNEIDER WALLACE COTTRELL KIM LLP <br> 2000 Powell Street, Suite 1400 <br> Emeryville, CA 94608 <br> tschneider@schneiderwallace.com <br> mweiler@schneiderwallace.com <br><br> *Interim Lead Counsel and Attorneys for the Plaintiffs and the Proposed Class* | Michael Jason Lee, Esq. <br> Law Offices of Michael Jason Lee, APLC <br> 4660 La Jolla Village Drive, Suite 100 <br> San Diego, CA 92122 <br> michael@mjllaw.com <br><br> Sunjina K. Ahuja, Esq. <br> Christopher J. Beal <br> Dillon Miller Ahuja & Boss, LLP <br> 5872 Owens Ave., Suite 200 <br> Carlsbad, CA 92008 <br> sahuja@dmablaw.com <br> cbeal@dmablaw.com <br><br> *Attorneys for Defendants iFinex Inc., DigFinex Inc., BFXNA Inc., BFXWW Inc., Tether International, S.A. de C.V., Tether Operations, S.A. de C.V., Tether Holdings, S.A. de C.V., Tether Limited, Giancarlo Devasini, and Ludovicus Jan van der Velde* <br><br> /s/ *Charles D. Cording* <br> Charles D. Cording <br> WILLKIE FARR & GALLAGHER LLP <br> 787 Seventh Avenue <br> New York, NY 10019-6099 <br> ccording@willkie.com <br><br> *Attorney for Defendant Philip G. Potter* |

The Court GRANTS the parties' request to file the following
documents publicly with the parties' proposed redactions: Dkt.
#587-3, 587-6, 587-7, 587-8, 587-9, 587-11, 587-12, 587-15,
587-21, 592-3, 592-4, 605, 608-1, 608-2, 608-3, 608-5, 608-6,
608-12, 608-19, 610, 621,  622-7, 622-11, 624, 627.  The parties
are hereby ORDERED to file the above documents with proposed
redactions on the public docket on or before **September 22, 2025**.

The Clerk of Court is directed to unseal the following documents:
Dkt. #587, 587-18, 587-27, 587-28, 587-29, 587-30, 587-34,
587-35, 587-36, 592, 608, 608-4, 608-7, 608-17, 608-20, 622,
622-1, 622-3, 622-4, 622-5, 622-6, 625, 625-3, 626, 631.

The remaining documents shall remain under seal, viewable to the
Court and the parties only.

Dated:     September 15, 2025          SO ORDERED.
           New York, New York

                                       *Katherine Polk Failla*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE