

January 22, 2025

**Via ECF and E-mail**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *In re Tether and Bitfinex Crypto Asset Litigation*, 19-CV-09236 (KPF) –
       Letter with Amended Class Certification Filings

Dear Judge Failla,

  We represent Plaintiffs in the above-referenced action. On January 10, 2025, Plaintiffs filed their motion for class certification and supporting exhibits. *See* ECF Nos. 585-587. One of Plaintiffs' supporting exhibits was the Expert Report of Dr. David W. DeRamus. ECF No. 587-2. Subsequently, Dr. DeRamus identified minor data errors in his report and has prepared an amended report, attached as Exhibit A, along with a redline showing the changes from his initial report, attached as Exhibit B. Moreover, because Dr. DeRamus' amendment changed certain information cited by Plaintiffs in their supporting memorandum of law, Plaintiffs also enclose an amended memorandum of law as Exhibit C and a redline showing changes from their initial memorandum of law as Exhibit D.

  As the enclosed redlines show, Dr. DeRamus' changes are not extensive. He has not made any changes to his underlying methodology or to his overall opinions (except to the extent that his calculations now have corrected outputs). The errors that Dr. DeRamus identified have already been corrected in the backup materials that Plaintiffs produced to Defendants on January 15, 2025.

Hon. Katherine Polk Failla
January 22, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew R. Dunlap* | */s/ Todd M. Schneider* |
| Philippe Z. Selendy | Todd M. Schneider (*pro hac vice*) |
| Andrew R. Dunlap | Matthew S. Weiler (*pro hac vice*) |
| Oscar Shine | Schneider Wallace Cottrell Konecky LLP |
| Laura M. King | 2000 Powell Street, Suite 1400 |
| SELENDY GAY PLLC | Emeryville, CA 94608 |
| 1290 Sixth Avenue | tschneider@schneiderwallace.com |
| New York, NY 10104 | mweiler@schneiderwallace.com |
| pselendy@selendygay.com | |
| adunlap@selendygay.com | |
| oshine@selendygay.com | |
| lking@selendygay.com | |

*Interim Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (via ECF)

2