**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 23, 2025

**MEMO ENDORSED**

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:  *In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.) (KPF)**

Dear Judge Failla:

We write on behalf of the B/T Defendants with respect to the redacted documents filed by the parties yesterday pursuant to the Court's September 15, 2025 Order (Dkt. No. 635).  In addition to applying the redactions approved by the Court's Order, the B/T Defendants applied two additional redactions to the documents filed yesterday, specifically Dkt. No. 637-12 at 18 and Dkt. No. 644-12 at 5-6.

The B/T Defendants respectfully request that the Court approve the B/T Defendants' additional redactions.  As with the redactions approved by the Court in the September 15, 2025 Order (Dkt. No. 635), the additional redacted information pertains to confidential and sensitive information of the B/T Defendants, including confidential financial information.  (*See* Dkt. No. 634 at 1, 5.) Pursuant to the Court's August 20, 2025 Order (Dkt. No. 633), attached hereto are sealed, unredacted excerpts of Dkt. Nos. 637-12 (Ex. 1) and 644-12 (Ex. 2), which highlight the additional redactions for the Court's review.

Respectfully submitted,

*/s/ Elliot Greenfield*

```
Plaintiffs have not responded to the B/T Defendants' above
request, so the Court considers it unopposed.  The B/T
Defendants' application is hereby GRANTED.

Dated:     October 1, 2025            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

www.debevoise.com