UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:*

TETHER AND BITFINEX CRYPTO ASSET LITIGATION

19 Civ. 9236 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 23, 2026, the Court filed and provided to the parties an unredacted copy of its Sealed Opinion and Order resolving (i) the B/T Defendants' Motion to Exclude the Testimony of Plaintiffs' Expert Dr. David W. DeRamus under Federal Rule of Evidence 702; and (ii) Plaintiffs' Motion for Class Certification under Federal Rule of Civil Procedure 23 (the "February 23 Opinion").  For the reasons set forth in the February 23 Opinion, the Court granted in part and denied in part the B/T Defendants' Motion to Exclude, and granted in modified form Plaintiff's Motion for Class Certification.  The Clerk of Court is directed to terminate the pending motions at docket entries 609 and 623.

On or before **March 9, 2026**, the parties shall file a joint letter suggesting redactions to the February 23 Opinion.  Taking the parties' suggestions into consideration, the Court will then file a redacted version of the February 23 Opinion on the public docket.

SO ORDERED.

Dated:   February 23, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge