UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TETHER AND BITFINEX CRYPTO ASSET LITIGATION | Case No. 19 Civ. 9236 (KPF) |

## CERTIFICATE OF SERVICE

I certify that on March 5, 2026 I caused to be served the parties' joint letter regarding redactions to the Court's class certification opinion, Dkt. 652, and all attachments thereto on counsel of record for Defendants by electronic mail, as follows:

      DEBEVOISE & PLIMPTON LLP
      Maeve L. O'Connor (mloconnor@debevoise.com)
      Michael Schaper (mschaper@debevoise.com)
      Elliot Greenfield (egreenfield@debevoise.com)
      Natascha Born (nborn@debevoise.com)
      66 Hudson Boulevard
      New York, NY 10001

      LAW OFFICES OF MICHAEL JASON LEE, APLC
      Michael Jason Lee (michael@mjllaw.com)
      4660 La Jolla Village Drive, Suite 100
      San Diego, CA 92122

      DILLON MILLER AHUJA & BOSS, LLP
      Sunjina K. Ahuja (sahuja@dmablaw.com)
      Christopher J. Beal (cbeal@dmablaw.com)
      5872 Owens Ave., Suite 200
      Carlsbad, CA 92008

      WILLKIE FARR & GALLAGHER
      Charles D. Cording (ccording@willkie.com)
      787 Seventh Avenue
      New York, NY 10019

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

| | | |
|---|---|---|
| Dated: | New York, NY<br>March 5, 2026 | Respectfully submitted,<br><br>SELENDY GAY PLLC |
| | By: | /s/ *Andrew R. Dunlap*<br>Andrew R. Dunlap<br>SELENDY GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Tel: 212-390-9000<br>adunlap@selendygay.com<br><br>*Attorney for Plaintiffs and the Certified Classes* |

2