# Exhibit B

| | |
|---|---|
| **From:** | Cording, Charles Dean |
| **To:** | Greenfield, Elliot; Rachel Slepoi; O"Connor, Maeve; Schaper, Michael; Hotelling, David J.; Born, Natascha; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schlegelmilch, Stephan J; Tim Valliere; William Kraus; Turner, Daniel; Greenwell, Barrett J. |
| **Cc:** | Andrew Dunlap; Oscar Shine; Laura King; Stephen Federowicz; Ashley Ulrich; Xinchen Li; Soomin Shin; Todd M. Schneider; Peter B. Schneider; Matthew S. Weiler; Srujana Shivji; David D. Burnett |
| **Subject:** | RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236 |
| **Date:** | Wednesday, March 11, 2026 1:37:01 PM |

On behalf of Mr. Potter, we agree with the B/T defendants' position.

Regards,
Charles


**Charles Cording**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8154 | Fax: +1 212 728 8111
ccording@willkie.com | vCard | www.willkie.com bio

---

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Wednesday, March 11, 2026 1:31 PM
**To:** 'Rachel Slepoi' <rslepoi@selendygay.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Tim Valliere <tvalliere@tavlaw.com>; Cording, Charles Dean <CCording@willkie.com>; William Kraus <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Ashley Ulrich <aulrich@selendygay.com>; Xinchen Li <xli@selendygay.com>; Soomin Shin <sshin@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Peter B. Schneider <pschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236

**\*\*\* EXTERNAL EMAIL \*\*\***

Rachel,

We do not oppose Plaintiffs' request for a two-month extension of the parties' merits expert discovery deadlines.   We do oppose Plaintiffs' request to reopen fact discovery and serve document and deposition subpoenas.

Thanks,

Elliot

**Elliot Greenfield** | Debevoise & Plimpton LLP | egreenfield@debevoise.com | +1 212 909 6772 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rachel Slepoi <rslepoi@selendygay.com>
**Sent:** Tuesday, March 10, 2026 6:19 PM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Tim Valliere <tvalliere@tavlaw.com>; Cording, Charles Dean <CCording@willkie.com>; William Kraus <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Ashley Ulrich <aulrich@selendygay.com>; Xinchen Li <xli@selendygay.com>; Soomin Shin <sshin@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Peter B. Schneider <pschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236

**\*EXTERNAL\***

Elliot,

Plaintiffs do not consent to a stay of proceedings.

Please let us know as soon as you can whether B/T Defendants consent to a two-month extension of the Parties' merits expert discovery deadlines, and please let us know of your position on our expected motion for leave to serve subpoenas. If you do not respond by 5:00 PM EST tomorrow, we will understand that Defendants oppose our requests and that the parties are at impasse.

We are available to confer on any or all of these issues.

Yours,
Rachel

**Rachel Slepoi**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

------------------------------------------

+1 212.390.9097  [O]
+1 908.590.9308  [M]

---

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Tuesday, March 10, 2026 2:22 PM
**To:** Rachel Slepoi <rslepoi@selendygay.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Tim Valliere <tvalliere@tavlaw.com>; Cording, Charles Dean <CCording@willkie.com>; William Kraus <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Ashley Ulrich <aulrich@selendygay.com>; Xinchen Li <xli@selendygay.com>; Soomin Shin <sshin@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Peter B. Schneider <pschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236

Rachel,

We will confer with our clients and get back to you as soon as possible regarding your request to reopen fact discovery, but we will not be able to so by 5pm today.  With respect to the schedule, the B/T Defendants plan to seek a stay of all proceedings in the District Court pending a ruling on our Rule 23(f) petition (and, if granted, the pendency of the appeal).  Please let us know whether Plaintiffs consent to that request.

Thanks,
Elliot

**Elliot Greenfield** | Debevoise & Plimpton LLP | egreenfield@debevoise.com | +1 212 909 6772 | 66 Hudson Boulevard,

New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.

The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rachel Slepoi <rslepoi@selendygay.com>
**Sent:** Tuesday, March 10, 2026 9:34 AM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Schaper, Michael <mschaper@debevoise.com>; Hotelling, David J. <djhotell@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Tim Valliere <tvalliere@tavlaw.com>; Cording, Charles Dean <CCording@willkie.com>; William Kraus <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Stephen Federowicz <sfederowicz@selendygay.com>; Ashley Ulrich <aulrich@selendygay.com>; Xinchen Li <xli@selendygay.com>; Soomin Shin <sshin@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Peter B. Schneider <pschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236

**\*EXTERNAL\***

Good morning counsel,

Plaintiffs intend to seek (1) leave to serve two limited third-party subpoenas on Coinbase Global, Inc. for production of documents and a Rule 30(b)(6) deposition regarding Coinbase's recently acquired subsidiary, Deribit, and (2) a two-month extension of the Parties' merits expert discovery deadlines. The subpoenas will allow Plaintiffs to take discovery from Deribit now that it is newly reachable by process from a United States Court. The extension will allow the Parties to adequately address the contours of the Court's opinion and incorporate any responses to the Deribit subpoenas into initial expert reports.

Please confirm by 5:00 PM EST today, March 10, whether Defendants consent. If you do not consent, we would like to meet and confer promptly today given the limited nature of our request.

Yours,
Rachel

**Rachel Slepoi**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

--------------------------------------------------

+1 212.390.9097  [O]
+1 908.590.9308  [M]

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.