Selendy|Gay

SCHNEIDER² WALLACE
COTTRELL KIM LLP

June 2, 2026

**Via ECF and E-mail**

Hon. Katherine Polk Failla
U.S. District Court, Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**Re:     *In re Tether and Bitfinex Crypto Asset Litigation*, 19 Civ. 9236 (KPF)
Letter Motion to File Letter In Redacted Form and Exhibits Under Seal**

Dear Judge Failla,

We represent Plaintiffs and the Classes in the above-referenced action. Pursuant to this Court's Individual Rule 9, we write to request permission to redact portions of Plaintiffs' June 2, 2026 letter motion and file Exhibits A, B, and D thereto under seal.

The above-referenced exhibits, which Plaintiffs' letter motion quotes, were designated as Attorneys' Eyes Only by Defendants pursuant to this Court's Protective Order. Dkt. 151 ¶ 3. Plaintiffs do not object to the characterization of these exhibits and related redacted information as Attorneys' Eyes Only for the limited purposes of this filing.

Plaintiffs respectfully request leave to file their letter motion in redacted form to avoid any improper disclosure of information Defendants have designated as Attorneys' Eyes Only. *See* Dkt. 151 ¶ 4.b.

Respectfully submitted,

/s/ Andrew R. Dunlap
Philippe Z. Selendy
Andrew R. Dunlap
Oscar Shine
Laura M. King
SELENDY GAY PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com
lking@selendygay.com

/s/ Todd M. Schneider
Todd M. Schneider (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

*Co-Lead Counsel and Attorneys for Plaintiffs and the Certified Classes*