# Exhibit F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TETHER AND BITFINEX CRYPTO ASSET
LITIGATION

Case No. 19 Civ. 9236 (KPF)

## <u>NOTICE OF DEPOSITION OF DEFENDANT GIANCARLO DEVASINI</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action, by and through their undersigned counsel, will take the deposition upon oral examination, under oath, of Defendant Giancarlo Devasini. The deposition will commence at 9:00 A.M. Eastern Standard Time on June 28, 2023, at the offices of Selendy Gay Elsberg PLLC, 1290 Avenue of the Americas, New York, N.Y. 10104, or at some other time or place agreed upon by the parties. The deposition will be taken for the purposes of discovery, for use as evidence at trial, and for all other purposes authorized by the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Southern District of New York. The deposition will be taken before an officer authorized to administer oaths under the laws of the United States, recorded by stenographic means, and videotaped. All counsel of record are invited to attend and participate.

Dated:   New York, NY                    SELENDY GAY ELSBERG PLLC
        May 25, 2023


By:   /s/        *Andrew R. Dunlap*
      Philippe Z. Selendy
      Andrew R. Dunlap
      Oscar Shine
      SELENDY GAY ELSBERG PLLC
      1290 Avenue of the Americas
      New York, NY  10104
      pselendy@selendygay.com
      adunlap@selendygay.com
      oshine@selendygay.com

      Todd M. Schneider (*pro hac vice*)
      Matthew S. Weiler (*pro hac vice*)
      Mahzad K. Hite (*pro hac vice*)
      SCHNEIDER WALLACE COTTRELL
      KONECKY LLP
      2000 Powell Street, Suite 1400
      Emeryville, CA  94608
      tschneider@schneiderwallace.com
      mweiler@schneiderwallace.com
      mhite@schneiderwallace.com

      *Interim Lead Counsel and Attorneys for Plaintiffs*
      *and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Laura King, hereby certify that on the 25th day of May, 2023, I caused to be served a copy of the foregoing document upon counsel for the B/T Defendants, Philip G. Potter, Bittrex, Inc., and Poloniex, LLC by electronic mail.


Dated:    New York, New York
          May 25, 2023

                                    /s/              *Laura King*
                                                     Laura King