# Exhibit G

**From:**    Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:**    Friday, May 29, 2026 5:25 PM
**To:**    Laura King; Rachel Slepoi; O'Connor, Maeve; Born, Natascha; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schaper, Michael; Schlegelmilch, Stephan J; Greenwell, Barrett J.; ccording@willkie.com; 'Tim Valliere'; 'William Kraus'; Turner, Daniel
**Cc:**    Andrew Dunlap; Oscar Shine; Todd M. Schneider; Matthew S. Weiler; Srujana Shivji; Stephen Federowicz; David D. Burnett
**Subject:**    RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236 (SDNY)

Laura,

It's unclear what information Plaintiffs seek, as Mr. Devasini's deposition testimony regarding his agenda notebook spans only a few pages and is self-explanatory.  (Devasini Tr. at 41:17-43:25, 52:23-53:17.)  We urge you to read that testimony before filing a frivolous motion for sanctions.

Thanks,
Elliot

**Elliot Greenfield** | Debevoise & Plimpton LLP | egreenfield@debevoise.com | +1 212 909 6772 | 66 Hudson Boulevard, New York, NY 10001 | www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Laura King <lking@selendygay.com>
**Sent:** Thursday, May 28, 2026 6:29 PM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; Rachel Slepoi <rslepoi@selendygay.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; ccording@willkie.com; 'Tim Valliere' <tvalliere@tavlaw.com>; 'William Kraus' <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Stephen Federowicz <sfederowicz@selendygay.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236 (SDNY)

**\*EXTERNAL\***

Elliot,

Please state with specificity any way in which you believe we misstate or mischaracterize Mr. Devasini's testimony.  We request a response by the end of the day tomorrow.  We are available to meet and confer.

Thanks,
Laura

**Laura King**
Partner  [Email]
Selendy Gay PLLC  [Web]

———————————————————

+1 212.390.9352  [O]
+1 914.417.7629  [M]

**From:** Greenfield, Elliot <egreenfield@debevoise.com>
**Sent:** Wednesday, May 27, 2026 10:30 AM
**To:** Rachel Slepoi <rslepoi@selendygay.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; ccording@willkie.com; 'Tim Valliere' <tvalliere@tavlaw.com>; 'William Kraus' <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Stephen Federowicz <sfederowicz@selendygay.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** RE: In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236 (SDNY)

Rachel,

The B/T Defendants oppose your frivolous motion.  As you must know, your email misstates and mischaracterizes Mr. Devasini's testimony, and there is no basis whatsoever for your requested relief.

Thanks,
Elliot

**Elliot Greenfield** │ Debevoise & Plimpton LLP │ egreenfield@debevoise.com │ +1 212 909 6772 │ 66 Hudson Boulevard, New York, NY 10001 │ www.debevoise.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise. Instead, please notify us immediately by return e-mail (including the original message in your reply) and by telephone (you may call us collect in New York at 1-212-909-6000) and then delete and discard all copies of the e-mail. Thank you.
The latest version of our Privacy Policy, which includes information about how we collect, use and protect personal data, is at www.debevoise.com.

**From:** Rachel Slepoi <rslepoi@selendygay.com>
**Sent:** Thursday, May 21, 2026 7:49 PM
**To:** Greenfield, Elliot <egreenfield@debevoise.com>; O'Connor, Maeve <mloconnor@debevoise.com>; Born, Natascha <nborn@debevoise.com>; michael@mjllaw.com; sahuja@dmablaw.com; cbeal@dmablaw.com; Schaper, Michael <mschaper@debevoise.com>; Schlegelmilch, Stephan J <sjschlegelmilch@debevoise.com>; Greenwell, Barrett J. <bjgreenwell@debevoise.com>; ccording@willkie.com; 'Tim Valliere' <tvalliere@tavlaw.com>; 'William Kraus' <william.kraus@pierferd.com>; Turner, Daniel <dturner@debevoise.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Oscar Shine <oshine@selendygay.com>; Laura King <lking@selendygay.com>; Todd M. Schneider <tschneider@schneiderwallace.com>; Matthew S. Weiler <mweiler@schneiderwallace.com>; Srujana Shivji <sshivji@schneiderwallace.com>; Stephen Federowicz

<sfederowicz@selendygay.com>; David D. Burnett <dburnett@schneiderwallace.com>
**Subject:** In re Tether and Bitfinex Crypto Asset Litigation, 19 Civ. 9236 (SDNY)

**\*EXTERNAL\***

---

Dear Counsel,

As you know, Giancarlo Devasini testified during his deposition that he wrote down "the amount that Bitfinex owed to Tether" in a paper notebook that he later threw away. Devasini Dep. Tr. at 42, 52–53. In their class certification materials, Defendants submitted a declaration in which Devasini said that he confirmed in real time the amounts that Bitfinex always held sufficient money to pay the amounts it owed to Tether. Dkt. 608-4 ¶ 21.

We intend to ask for a conference allowing us to move for appropriate sanctions for Devasini's spoliation of evidence:  (1) an adverse inference that the notebook would have showed that Bitfinex did not have sufficient assets to back its payables to Tether; and (2) an order precluding Defendants from introducing post-discovery evidence purporting to show that Bitfinex had sufficient assets to back those payables.

Pursuant to Judge Failla's Individual Rule 4.A, we ask you to tell us by the close of business on Wednesday, May 27, 2026, if Defendants consent to our requested relief. If we do not hear from you by then, we intend to file a letter asking for a pre-motion conference.

Yours,
Rachel

**Rachel Slepoi**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

-----------------------------------------------

+1 212.390.9097  [O]
+1 908.590.9308  [M]