UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

TETHER AND BITFINEX CRYPTO ASSET LITIGATION

Case No. 19 Civ. 9236 (KPF)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 2, 2026 I caused to be served unredacted copies of Plaintiffs' letter

motion for a pre-motion conference and unsealed copies of all exhibits thereto, Dkt. 659, on coun-

sel of record for Defendants by electronic mail, as follows:

DEBEVOISE & PLIMPTON LLP
Maeve L. O'Connor (mloconnor@debevoise.com)
Michael Schaper (mschaper@debevoise.com)
Elliot Greenfield (egreenfield@debevoise.com)
Natascha Born (nborn@debevoise.com)
66 Hudson Boulevard
New York, NY 10001

LAW OFFICES OF MICHAEL JASON LEE, APLC
Michael Jason Lee (michael@mjllaw.com)
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122

DILLON MILLER AHUJA & BOSS, LLP
Sunjina K. Ahuja (sahuja@dmablaw.com)
Christopher J. Beal (cbeal@dmablaw.com)
5872 Owens Ave., Suite 200
Carlsbad, CA 92008

PIERSON FERDINAND LLP
William J. Kraus (william.kraus@pierferd.com)
400 Renaissance Center, Suite 2600
Detroit, MI 48243

WILLKIE FARR & GALLAGHER
Charles D. Cording (ccording@willkie.com)
787 Seventh Avenue
New York, NY 10019

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  New York, NY                          Respectfully submitted,
        June 2, 2026
                                              SELENDY GAY PLLC


                                     By:  /s/  Andrew R. Dunlap
                                          Andrew R. Dunlap
                                          SELENDY GAY PLLC
                                          1290 Avenue of the Americas
                                          New York, NY  10104
                                          Tel: 212-390-9000
                                          adunlap@selendygay.com

                                          *Attorney for Plaintiffs and the Certified Classes*

2