

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 5, 2026

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

**Re:  *In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.)**

Dear Judge Failla:

We write on behalf of the B/T Defendants to seek permission to file the exhibits (the "Opposition Materials") to the B/T Defendants' opposition to Plaintiffs' June 2, 2026 pre-motion letter (Dkt. No. 659) under seal.

The Opposition Materials contain highly sensitive information, including detailed information drawn from the deposition of the CFO of Bitfinex and Tether regarding their businesses, finances, and financial recordkeeping.  Courts in this District "routinely permit parties to seal or redact commercially sensitive information to protect confidential business interests and financial information." *Binh Thanh Imp. Exp. Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*, 2024 WL 418139, at *1 (S.D.N.Y. Feb. 2, 2024); *see SEC v. Telegram Grp., Inc., 2020 WL 3264264*, at *5 (S.D.N.Y. June 17, 2020) (concluding that defendant's "interest in protecting the confidentiality of its banking records outweighs the public's presumption of access").

Respectfully submitted,

/s/ *Elliot Greenfield*

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 663 and to maintain docket entry 665 under seal.

Dated:    June 9, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE