# MANDATE

S.D.N.Y. – N.Y.C.
19-cv-9236
Failla, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-six.

Present:

Richard J. Sullivan,
Steven J. Menashi,
Beth Robinson,
   *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

---

iFinex Inc., et al.,

   *Petitioners*,

   v.                                                                26-557

Matthew Script, et al.,

   *Respondents*.

---

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to immediately appeal the district court's order granting Respondents' motion for class certification. They also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

Judge Menashi would grant the petition.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 07/24/2026**