UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 19 Civ. 9236 (KPF) |

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 1.4, I respectfully move to withdraw as counsel for Defendants Tether Holdings, S.A. de C.V.; Tether Operations, S.A. de C.V.; Tether Limited; Tether International, S.A. de C.V.; DigFinex Inc.; iFinex Inc.; BFXNA Inc.; BFXWW Inc.; Ludovicus Jan van der Velde; and Giancarlo Devasini (the "B/T Defendants") in the above-captioned matter because as of August 14, 2026, I will no longer be associated with Debevoise & Plimpton LLP.  I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Attorneys from Debevoise & Plimpton LLP, the Law Offices of Michael Jason Lee, APLC, and Dillon Miller & Ahuja, LLP will continue to serve as counsel of record for the B/T Defendants and therefore, my withdrawal will not adversely affect the interests of the B/T Defendants.  I am not asserting a retaining or charging lien.

Dated:  New York, New York
　　　　August 11, 2026

Respectfully submitted,

/s/ *Ashley V. Hahn*
Ashley V. Hahn
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
avhahn@debevoise.com