UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Tether and Bitfinex Crypto Asset Litigation | No. 19 Civ. 9236 (KPF) |

## CERTIFICATE OF SERVICE

I, Ashley V. Hahn, of Debevoise & Plimpton LLP, herein certify that on the 11th day of August, 2026, I caused a copy of the Motion to Withdraw of Ashley V. Hahn to be served on Defendants Tether Holdings, S.A. de C.V.; Tether Operations, S.A. de C.V.; Tether Limited; Tether International, S.A. de C.V.; DigFinex Inc.; iFinex Inc.; BFXNA Inc.; BFXWW Inc.; Ludovicus Jan van der Velde; and Giancarlo Devasini via email.

I certify that all other parties that have appeared in the above-referenced litigation are represented by attorneys who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
        August 11, 2026

/s/  *Ashley V. Hahn*
Ashley V. Hahn
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
avhahn@debevoise.com

1