Debevoise & Plimpton

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 14, 2026

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

***Re: In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.) (KPF)**

Dear Judge Failla:

We write on behalf of the B/T Defendants to seek permission to file under seal the exhibits to the B/T Defendants' September 14, 2026 letter motion to strike portions of Dr. David DeRamus's Reply Report (the "Exhibits").

The Exhibits should be sealed for two reasons. *First*, they contain highly sensitive, non-public information regarding the B/T Defendants' businesses, finances, trading, and account data, including detailed excerpts from and analyses of confidential Bitfinex and Tether account records. Courts in this District "routinely permit parties to seal or redact commercially sensitive information to protect confidential business interests and financial information." *Binh Thanh Imp. Exp. Prod. & Trade Joint Stock Co. v. Amazon.com Servs. LLC*, 2024 WL 418139, at *1 (S.D.N.Y. Feb. 2, 2024); *see also SEC v. Telegram Grp., Inc.*, 2020 WL 3264264, at *5 (S.D.N.Y. June 17, 2020) (concluding that defendant's "interest in protecting the confidentiality of its banking records outweighs the public's presumption of access").

*Second*, the Exhibits repeatedly discuss and rely on trading activity and data attributed to the non-party known in this matter as the Anonymous Trader ("AT"). This Court has repeatedly recognized the AT's substantial privacy and safety interests and has directed the parties to adopt a conservative approach to protecting AT-related information, including any references that would permit the AT's identification, the AT's trading data, and other non-public information concerning the AT. *See* Dkt. Nos. 215, 288, 451, 511.

For these reasons, the B/T Defendants respectfully request leave to file the Exhibits under seal.

Respectfully submitted,

/s/ *Elliot Greenfield*

Application GRANTED.

The Clerk of Court is directed to maintain under seal the exhibits filed at docket entry 676, viewable only to the Court and the parties. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 674.

Dated: September 15, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE