Selendy|Gay

SCHNEIDER² WALLACE COTTRELL KIM LLP

September 17, 2026

**Via ECF and E-mail**

Hon. Katherine Polk Failla
U.S. District Court, Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

**Re: *In re Tether and Bitfinex Crypto Asset Litigation*, 19 Civ. 9236 (KPF)**
**Letter Motion to File Exhibits Under Seal**

Dear Judge Failla,

We represent Plaintiffs and the Classes in the above-referenced action. Pursuant to this Court's Individual Rule 9.C.i, we write to request permission to file under seal the exhibits to Plaintiffs' opposition ("Opp.") to B/T Defendants' letter motion to strike, Dkt. 675.

The above-referenced exhibits are rebuttal reports by two of Defendants' experts, Dr. Wayne Guay, Opp. Ex. A, and Dr. Stephen McKeon, Opp. Ex. B. Defendants designated both reports Highly Confidential. *See* Dkt. 151. Plaintiffs do not challenge that designation, or Defendants' reasons for it, *see* Dkt. 674, for purposes of this filing. The Court has previously allowed the parties to file information of this type under seal in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). *See, e.g.*, Dkt. Nos. 195, 215, 399, 402, 451, 530, 544, 554, 558, 590, 593.

Plaintiffs respectfully request leave to file the exhibits to their opposition under seal to avoid improper disclosure of information designated Highly Confidential.

Respectfully submitted,

/s/ Andrew R. Dunlap
Philippe Z. Selendy
Andrew R. Dunlap
Oscar Shine
Laura M. King
SELENDY GAY PLLC
1290 Sixth Avenue
New York, NY 10104
pselendy@selendygay.com
adunlap@selendygay.com
oshine@selendygay.com
lking@selendygay.com

/s/ Todd M. Schneider
Todd M. Schneider (*pro hac vice*)
Matthew S. Weiler (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com

*Co-Lead Counsel and Attorneys for Plaintiffs and the Certified Classes*

Application GRANTED.

The Clerk of Court is directed to maintain under seal the exhibits filed at docket entry 681, viewable only to the Court and the parties. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 679.

Dated: September 18, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE