Debevoise & Plimpton

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 21, 2026

MEMO ENDORSED

BY ECF AND EMAIL

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

***Re: In re Tether and Bitfinex Crypto Asset Litigation*, No. 19 Civ. 9236 (S.D.N.Y.) (KPF)**

Dear Judge Failla:

We write on behalf of the B/T Defendants with respect to the Court's Order, which authorized the Defendants to submit "one sur-reply report" with "a page limit of 75 pages with normal typeface conventions." (Dkt. No. 684 at 5.) The B/T Defendants appreciate the opportunity to address the new material in Dr. DeRamus's Reply Report, and we write to clarify one aspect of the Order to ensure that we strictly comply with it.

As referenced in the motion papers (Dkt. Nos. 675, 680), Dr. DeRamus's Reply Report addresses a range of different topics, including antitrust, econometrics, and accounting issues, purportedly responding to separate rebuttal reports submitted by the B/T Defendants. The B/T Defendants therefore seek clarification as to whether the Court contemplated that the "one sur-reply report" could include opinions from more than one expert. Alternatively, if acceptable to the Court, Defendants could submit separate sur-reply reports – with the *combined* page length not to exceed 75 pages (and shorter if possible).

We thank the Court for its time and appreciate its guidance on this matter.

Respectfully submitted,

*/s/ Elliot Greenfield*

The Court has received Defendants' request. To the extent that it cannot be avoided, Defendants may submit separate sur-reply reports with the combined page length not to exceed 75 pages.

The Clerk of Court is directed to terminate the pending motion at docket entry 685.

Dated: September 22, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE